| | | |
|---|---|---|
| Report: CZR0026 | 36TH JUDICIAL CIRCUIT<br>RIPLEY<br>CIRCUIT COURT DOCKET SHEET | Date: 05-May-2016<br>Time: 8:52:40AM<br>Page: 8 |

se continued from previous page.

**3RI-CV00554    CHARLES M HAYNES V CYNTHIA K HAYNES**                         Security Level: 1 Public

Motion for Extension of Time to Respond to Discovery Request; Electronic Filing Certificate of Service.
**Filed By:** THEODORE E LISZEWSKI
**On Behalf Of:** CHARLES MICHAEL HAYNES

**20-Jan-2016   Case Review Held**                                                                 PIGGSYLU
Counsel Warren appears. Counsel Liszewski's motion for extension of time is granted. Case passed to 3-16-16 at 9:00 a.m. for trial setting. JHS/sp
**Trial Setting Scheduled**                                                                        PIGGSYLU
Scheduled For: 16-Mar-2016; 9:00 AM; JOHN H SHOCK; Setting: 0; Butler

**19-Feb-2016   Hearing Held**                                                                     LEWISMAL
Scheduled For: 19-Feb-2016; 9:00 AM; JOHN H SHOCK; Setting: 0; Butler
**Hearing Continued/Rescheduled**                                                                  AUSTINRA
Counsel Edmundson appears. Case re-scheduled for trial setting on 02/26/2016 at 9:00 a.m. JHS/ra
Hearing Continued From: 16-Mar-2016; 9:00 AM
**Trial Setting Scheduled**                                                                        AUSTINRA
Scheduled For: 26-Feb-2016; 9:00 AM; JOHN H SHOCK; Setting: 0; Butler

**26-Feb-2016   Trial Setting Held**                                                               AUSTINRA
Counsels Liszewski and Warren appear. Case passed to 05/20/2016 at 9:00 a.m. for trial. JHS/ra
**Court Trial Scheduled**                                                                          AUSTINRA
Scheduled For: 20-May-2016; 9:00 AM; JOHN H SHOCK; Setting: 0; Butler

**28-Apr-2016   Motion for Appointment of GAL**                                                    AUSTINRA
Motion to Appoint Guardian Ad Litem; Proposed Order; Electronic Filing Certificate of Service.
**Filed By:** THEODORE E LISZEWSKI
**Motion for Continuance**                                                                         AUSTINRA
Motion to Continue; Electronic Filing Certificate of Service.
**Filed By:** THEODORE E LISZEWSKI
**Notice of Hearing Filed**                                                                        AUSTINRA
Notice of Hearing; Electronic Filing Certificate of Service.
**Filed By:** THEODORE E LISZEWSKI
**On Behalf Of:** CHARLES MICHAEL HAYNES
**Motion Hearing Scheduled**                                                                       AUSTINRA
Scheduled For: 06-May-2016; 9:00 AM; JOHN H SHOCK; Setting: 0; Butler

5/6/16   Counsels Edmundson, Maness and Liszewski appear. Oral motion for GAL granted. Jennifer Williams appointed GAL. GAL fee of $1500 ordered, $750 to be paid by each party. Case passed to 7/6/16 at 9am for case review. JHS

**EXHIBIT 1**