Electronically Filed - Ripley - April 03, 2014 - 03:05 PM

STATE OF MISSOURI      )
                       )SS.
COUNTY OF RIPLEY       )

## IN THE CIRCUIT COURT OF RIPLEY COUNTY

| | |
|---|---|
| STATE OF MISSOURI, | ) |
| vs. | ) CASE NUMBER 13RI-CR00907-01 |
| CHARLES HAYNES | ) DIVISION I |
| RT 1 BOX 2312 | ) |
| DONIPHAN, MO 63935 | ) |
| D.O.B: 3/23/1960 | ) |
| SSN: 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 | ) |
| OCN: X9003104 | ) |

### FELONY INFORMATION

#### Count I
Unclassified Felony of Statutory Sodomy in the First Degree-Charge Code No. 1109718.0

Christopher J. Miller, Prosecuting Attorney, of the County of Ripley, State of Missouri, charges that the defendant, in violation of Section 566.062, RSMo, committed the felony of statutory sodomy in the first degree, punishable upon conviction under Section 566.062, RSMo, and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo, in that between December, 2011, and January 14, 2013, in the County of Ripley, State of Missouri, the defendant, for the purpose of arousing or gratifying the sexual desire of the defendant, had deviate sexual intercourse with M.H. (d.o.b. XXXX1999), who was then a child less than fourteen years old, by touching her vagina with his hand, and against the peace and dignity of the State.

#### Count II
Class B Felony of Child Molestation in the First Degree-Charge Code No. 2210718.0

Christopher J. Miller, Prosecuting Attorney, of the County of Ripley, State of Missouri, charges that the defendant, in violation of Section 566.067 RSMo, committed the class B felony of child molestation in the first degree punishable upon conviction under Section 558.011, RSMo, in that between December, 2011, and January 14, 2013 in the County of Ripley, State of Missouri, the defendant subjected M.H. (d.o.b. XXXX1999), who was then less than fourteen years old, to sexual contact, and against the peace and dignity of the State.

**EXHIBIT 6**

### Count III
### Class C Felony of Statutory Sodomy in the Second Degree-Charge Code No.1107718.0

Christopher J. Miller, Prosecuting Attorney, of the County of Ripley, State of Missouri, charges that the defendant, in violation of Section 566.064, RSMo, committed the class C felony of Statutory Sodomy in the Second degree, punishable upon conviction under Sections 558.011 and 560.011, RSMo, in that on or about early to mid-November, 2013, in the County of Ripley, State of Missouri, the defendant had deviate sexual intercourse with M.H. (d.o.b.**XXXX**1999) and at that time M.H. (d.o.b.**XXXX**1999) was less than seventeen years old and the defendant was twenty-one years of age or older, and against the peace and dignity of the State.

### Count IV
### Class C Felony of Statutory Sodomy in the Second Degree-Charge Code No. 1107718.0

Christopher J. Miller, Prosecuting Attorney, of the County of Ripley, State of Missouri, charges that the defendant, in violation of Section 566.064, RSMo, committed the class C felony of Statutory Sodomy in the Second degree, punishable upon conviction under Sections 558.011 and 560.011, RSMo, in that on or about late November or early December, 2013, in the County of Ripley, State of Missouri, the defendant had deviate sexual intercourse with M.H. (d.o.b. **XXXX** 1999) and at that time M.H. (d.o.b.**XXXX**1999) was less than seventeen years old and the defendant was twenty-one years of age or older, and against the peace and dignity of the State.

Respectfully Submitted,

_____
Christopher J. Miller, 25668
PROSECUTING ATTORNEY

WITNESSES:

M. H. (d.o.b 01/15/1999) Doniphan, MO 63935
Cpl. Jeff Johnson, MSHP, Troop E, Poplar Bluff, MO 63901
Cpl. Earl Wheetley, RCSD, Doniphan, MO 63935
Kristy Patterson, OFRA, Summit Street, Doniphan, MO 63935
Sgt. Stoelting, MSHP, Troop E, Poplar Bluff, MO 63901
Sgt. Craig, MSHP, Troop B, Macon, MO
Tpr. Talburt, MSHP, Troop E, Poplar Bluff, MO 63901

Punishment Range: (568.032 RSMo)

Unclassified Felony-Imprisonment for life or for a term of years not less than 5 and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo.

Punishment Range: (558.011 RSMo)

Class B Felony-Imprisonment for a term of not less than 5 years and not more than 15 years.

Punishment Range: (558.011 and 560.011 RSMo)

Class C Felony-Imprisonment for a term of not less than 2 and not more than 7 years and/or a fine of not more than $5,000.00 or a special term of 1 year in the County Jail.

Electronically Filed - Ripley - April 03, 2014 - 03:05 PM