Cindy Randolph [Haynes]
You think it's all M.S.H.'s fault, huh?

Charles Michael Haynes
This latest uhh ever since she called that Jeff Johnson there and then made these latest accusations, yes, all this is her fault. These last list of allegations are 100% her fault.

Cindy Randolph [Haynes]
And the first ones?

Charles Michael Haynes
Not all her fault. But she's the one that instigated it, and I didn't say no. Did I start it? No, I did not.

Cindy Randolph [Haynes]
For like deer season or something?

Charles Michael Haynes
Deer season?

Cindy Randolph [Haynes]
Yeah.

Cindy Randolph [Haynes]
I don't know if it was this year or last year, whatever.

Cindy Randolph [Haynes]
She didn't even go, deer hunting, huh?

Cindy Randolph [Haynes]
The year before maybe?

Charles Michael Haynes
Maybe.

Cindy Randolph [Haynes]
So you never did go down and wake her up by putting your hands on her boobs?

Charles Michael Haynes
Go downstairs?

Cindy Randolph [Haynes]
Yeah.

Charles Michael Haynes
I don't know if it was this year or last year, the year before maybe?

Charles Michael Haynes
No, not that I remember.

Cindy Randolph [Haynes]
Well that's what she told me.

Charles Michael Haynes
I don't give a shit what she says. Cindy, I really don't. She lies so freaking much her and her buddy Martha. They lie so much I mean who the fuck in their right mind would believe either one of them. How many times did you ask her if she was a lesbian or her friends were lesbians?

**EXHIBIT 7**

Cindy Randolph [Haynes]
I didn't know that.

Charles Michael Haynes
How many times did you ask her?

Cindy Randolph [Haynes]
I didn't know that.

Charles Michael Haynes
You didn't know what that she was or wasn't. Okay, I didn't ask that question. I said, how many times did you ask her if she was?

Cindy Randolph [Haynes]
I don't know.

Charles Michael Haynes
I don't know. Give me a guess!

Cindy Randolph [Haynes]
I have no idea if I asked her at all because I wouldn't have thought she was.

Charles Michael Haynes
If you're that fucked up. I don't know if the kids should be with you.

Cindy Randolph [Haynes]
Well, what's the problem?

Charles Michael Haynes
You just cannot realize what the kid is. You're so busy covering for her and lying for her.

Charles Michael Haynes
Oh my God!

Cindy Randolph [Haynes]
I don't lie for her. Oh, my gosh. You lied for a country.

Cindy Randolph [Haynes]
No, I don't. What do I lie about?

Charles Michael Haynes
Well, one time and she sells you out most of the time. But one time, something about this. Something in the refrigerator or something about the refrigerator or something like that. You said you did it or something like that. I don't know. You covered for her, and you turned around and left the room, and she said to me, I did it. I mean, everybody knew you were lying, but you'd do that all the time. You do it all the time. Constantly lying for it. That's no secret.

Cindy Randolph [Haynes]
I don't lie for her.

Charles Michael Haynes
Okay, Cindy. Well, maybe you really believe that. Maybe Martha really believes, like that lawyer [Hamp Ford] said some of that shit that she comes out with. It's still a lie.

Cindy Randolph [Haynes]
What is the real reason you did anything with her?

Charles Michael Haynes
Oh, boy.

Cindy Randolph [Haynes]
I want to know.

Charles Michael Haynes
Well, one thing is you were treating me like garbage. Just fucking garbage.

Cindy Randolph [Haynes]
And how?

Charles Michael Haynes
in every way.

Charles Michael Haynes
What do you mean how?

Cindy Randolph [Haynes]
Tell me.

Charles Michael Haynes
Nasty and hateful and accusing.

Cindy Randolph [Haynes]
Accusing you of what?

Charles Michael Haynes
Everything!

Charles Michael Haynes
Every time something happens, it's my fault. Every time somebody does something wrong, it's my fault. Gosh.

Cindy Randolph [Haynes]
So that's why you did that to M.S.H. ?

Charles Michael Haynes
I said there's a lot of reasons. You're hateful. Just hateful. Gosh, I sit there and you know even the kids knew that you acted like you didn't give a shit at all. If I got my head busted down there at the fire, the woodstove, M.H.    doesn't call you, she doesn't call you, she calls M.S.H.   . Because anytime I got you know busted up or something like that, M.S.H.   would tend to it, not you, you didn't give a shit.

Cindy Randolph [Haynes]
Of course I do.

Charles Michael Haynes
Oh, bullshit.

Cindy Randolph [Haynes]
Oh, my gosh.

Charles Michael Haynes
If you don't want me to tell you how it was, don't don't ask.

Cindy Randolph [Haynes]
No, not a chance. She likes to cook! She loves to Cook. So why not let her, if she likes to? It's a good

experience for her. I Cook too.

Charles Michael Haynes
Yeah, on the rare occasions when you did cook, you'd either burn it or it'd be some slop nobody would want to eat. Gosh. You couldn't even tell you a joke or joke around about something. Idle words, Gosh, you got to be no fun at all.

Charles Michael Haynes
So. Everything had to be a verse, I mean my gosh.

Cindy Randolph [Haynes]
So you didn't like to study in the Bible and that stuff.

Charles Michael Haynes
That that pouring it on 24 hours a day drove everybody nuts. And it would drive anybody nuts anybody on the face of the Earth. And then when you use it to your own advantage.

Cindy Randolph [Haynes]
Like?

Charles Michael Haynes
Well, just say if I would tell a joke, well, it's idle words. If you tell a joke, it'd be fine. That's like. That shit, you just made everybody sick with that. Because you'd preach it, but you wouldn't do it. That's why it didn't work in the house.

Cindy Randolph [Haynes]
So it wasn't because you were working at cross purposes with me?

Charles Michael Haynes
No, it wasn't my fault that it didn't work.

Cindy Randolph [Haynes]
Well, I wanted them to be homeschooled. You want them to go to public school? I wanted them to be disciplined and sit in the corner. And you'd go sit in the corner with them and tell them what a bad mother I was for making them try to mind.

Charles Michael Haynes
One thing is, I wanted fair discipline and you rarely ever discipline. Listen, you discipline the shit out of M.H., but not M.S.H. The whole house is in trouble if M.S.H. is in trouble.

Cindy Randolph [Haynes]
That's just your opinion.

Charles Michael Haynes
That's a fact.

Cindy Randolph [Haynes]
That's your opinion.

Charles Michael Haynes
Fact. And everybody knew it. Girl gets caught stealing money out of a truck, repeatedly lying about it and you jump on me. There's there's a problem.

Cindy Randolph [Haynes]
Maybe you had a problem with it.

Charles Michael Haynes

I have a problem with a thief.

Cindy Randolph [Haynes]
Maybe you shouldn't have called her a thief.

Charles Michael Haynes
I have a problem with a liar.

Cindy Randolph [Haynes]
Well I don't think she's stole it.

Charles Michael Haynes
Oh, my gosh.

Cindy Randolph [Haynes]
So why would I punish her for something I don't think she did.

Charles Michael Haynes
You're fucked up.

Charles Michael Haynes
She'd rob a bank and you'd blame the bank for having money in it. You're still the same way. She's getting worse every day because of it.

Charles Michael Haynes
Well why is it you wanted to go buy this trailer? This RV? Why did you want to go buy an RV anyway?

Charles Michael Haynes
I think you know that

Cindy Randolph [Haynes]
What is that?

Charles Michael Haynes
So we could go places!

Cindy Randolph [Haynes]
What? Like the horse trailer out in Gatewood?

Charles Michael Haynes
The horse trailer is a permanent thing there. That's a piece of junk you can't pull that thing around.

Cindy Randolph [Haynes]
That's where you wanted to put it at, was there.

Charles Michael Haynes
Not all the time. It couldn't even stay there in the wintertime.

Cindy Randolph [Haynes]
Is that just so you could go out there and have her by yourself?

Charles Michael Haynes
Oh fuck! Yeah whatever.

Charles Michael Haynes
It's all me, it's all me, it's all me!

Cindy Randolph [Haynes]
Well, I guess it was her idea.

Charles Michael Haynes
Forget it. You keep on your same path and you get fucked just like you have so many times when I told you it was no.

Cindy Randolph [Haynes]
Tell me the truth. Was it her idea to go out there to the horse trailer or yours?

Cindy Randolph [Haynes]
I wanted the whole family to go to the horse trailer, fucking stupid. God, I tell you shit, and it just goes in one ear and right out the other. I wanted everybody, but would you go out there? Hell, no. Hell, no. You're too busy laying in bed reading verse, can't get you out of bed. Reading verse. Can't get you out of bed reading verse.

Cindy Randolph [Haynes]
What? Reading the Bible?

Charles Michael Haynes
Yeah. Laying in bed all the time. Reading the Bible.

Cindy Randolph [Haynes]
Oh yeah.

Charles Michael Haynes
That's a bunch of shit. You think that's great? That's a bunch of shit. Get out of bed and move. God hates lazy people. That laying in bed all the time, reading verse. That's garbage. And all the other playing bullshit you do on it. You wouldn't just read verse. You'd be emailing this freak or that freak or farting around with whatever. It wasn't just reading Bible. But even so, God don't expect you to lay in bed all the time readin Bible.

Cindy Randolph [Haynes]
I didn't lay in bed all the time.

Charles Michael Haynes
Saying you go from the bed to the dining room table, doing the same thing sitting on that computer.

Charles Michael Haynes
Nobody could get you to move because you're sitting on that computer. Computer took over your life.

Cindy Randolph [Haynes]
Well, that is how we make our living, Chuck.

Charles Michael Haynes
No, you wasted more fucking time on that computer than you ever did.

Cindy Randolph [Haynes]
Work.

Charles Michael Haynes
That bullshit with your mother and the bullshit with these freaks all over the country and other countries. And you pissed away more time than you ever did working on it. So don't use that making living. That's just bullshit. Yeah, that's bullshit.

Cindy Randolph [Haynes]
No, I want to know why you wanted to have the horse trailer out there. Was it for **M.S.H.** ?

Charles Michael Haynes
God damn it. I just told you I wanted everybody to go out there for deer season. Were you getting through your fucking head?

Cindy Randolph [Haynes]
Stop hollering at me.

Charles Michael Haynes
God, you're fucking stupid.

Cindy Randolph [Haynes]
Stop hollering at me!

Charles Michael Haynes
Fucking thick. God, I have never seen anybody so thick in my life. You never get it. You hear what you want to hear and think what you want to think, regardless of what's right in front of your face.

Cindy Randolph [Haynes]
So you didn't do nothing with her in there?

Charles Michael Haynes
Oh, Jesus Christ!

Charles Michael Haynes
YEAH!!! I think once.

Cindy Randolph [Haynes]
And what did you do?

Charles Michael Haynes
That's when she got all the paper towels and shit, I guess.

Cindy Randolph [Haynes]
Oh brother

Cindy Randolph [Haynes]
So, what was she cleaning up?

Charles Michael Haynes
Cleaning up cum I guess.

Cindy Randolph [Haynes]
What'd you do?

Charles Michael Haynes
uhh

Cindy Randolph [Haynes]
Give her, you uhh, did she give you a blowjob?

Charles Michael Haynes
Stop, stop! I'm tired of it, fucking shit!

Cindy Randolph [Haynes]
I want to know.

Cindy Randolph [Haynes]
I want to know. Huh?

Charles Michael Haynes
YEAH!!!

Charles Michael Haynes
I'll tell you something, too. That girl has been doing that for quite some time to somebody. I don't know who it is, but she ain't no amateur.

Cindy Randolph [Haynes]
Why do you say that?

Cindy Randolph [Haynes]
Because she knows what she's doing, dummy! What the fuck kind of a question's that? God dang!

Cindy Randolph [Haynes]
[whispers:] oh brother Chuck

Cindy Randolph [Haynes]
So how many times did she do that to you?

Charles Michael Haynes
I don't know Cindy.

Cindy Randolph [Haynes]
Well, give me a guesstimate.

Charles Michael Haynes
Get on something else.

Cindy Randolph [Haynes]
no

Cindy Randolph [Haynes]
Give me a guesstimate.

Charles Michael Haynes
I don't know. Get on something else.

Cindy Randolph [Haynes]
No, I want to know!

Charles Michael Haynes
Yeah. You say no. I say yeah. God dang, it's always got to be your way, that boy, I'll tell you that pushing your bullshit on people!

Cindy Randolph [Haynes]
Well, I mean, she told me one time she was sitting here in the truck.