IN THE CIRCUIT COURT OF BUTLER COUNTY, MISSOURI

CIVIL DIVISION

*Filed
12/19/2016
09:37 AM
Ripley County
Circuit Court*

## DOCKET MEMORANDUM

TO: Ted Liszewski, Attorney for Petitioner
Jasper Edmundson, Attorney for Respondent
Siegrid Maness, Attorney for Intervenor
Jennifer William, Guardian Ad Litem

RE: Charles Haynes v. Cynthia Haynes (13RI-CV00554)

DATE: December 15, 2016

On the 7th day of December, 2016, the Petitioner appeared in person with his attorney Ted Liszewski, the Respondent appeared in person with her attorney Jasper Edmundson, Intervenor appeared with her attorney Siegrid Maness, and the minor children appeared with their guardian ad litem Jennifer Williams. Before the Court is Petitioner's Affidavit and Emergency Motion for Child Custody Pendente Lite. The parties presented evidence and the matter was taken under advisement.

The issue before the Court is the temporary custody of the parties' two minor children. The minor children have been residing with Mother since the parties' separation. Under the current Temporary Custody Order, Father is allowed two supervised visits per month every other Sunday from 1 p.m. to 6 p.m. Mother testified that the children should continue to reside with her and for Father's visits to continue to be supervised and of short duration. Father proposed that the children reside with his mother, Bernice Haynes, who has intervened in the case. Bernice Haynes testified that she is willing and able to care for the minor children.

After all other evidence was presented, the Guardian Ad Litem testified that, even though she has concerns about Bernice Haynes' failure to fully supervise Father's visits in the past, her recommendation is that the minor children be place with Bernice Haynes. The GAL stated that placement of the children with their grandmother is in their best interests at this time.

The Court finds that, on a temporary basis, the minor children's best interests are served by residing with the Intervenor. All three parties will share joint legal custody of the minor children, with Intervenor being the ultimate decision maker for the minor children and will make all decisions concerning the children's schooling. The Court further finds it in the children's best interests that they visit with Mother every weekend from Friday at 6 p.m. to Sunday at noon. Father's visitation will be supervised every Sunday from 1 p.m. to 6 p.m. Intervenor to provide supervision for Father's visits.

So ordered.

Counsel Liszewski to prepare formal Judgment of Temporary Custody.

John H. Shock, Associate Circuit Judge

**EXHIBIT 8**