6:55



M.H.

December 18, 2016 6:25 PM

Mom

December 18, 2016 6:46 PM

MOM!

MOM



Read 6:47 PM

MOM!!! Don't eat that pie you put in the fridge from G'ma! She just told me she put rat poison in it!

Yikes! She knows that key lime is my favorite! Thanks for telling me sweetheart.

Delivered

**EXHIBIT 9**