

**Wechsler Individual Achievement Test®**
Second Edition

**Individual Performance Summary Report - United States**

Examinee: M.H.
Grade: 7    Sex: Female
Examiner: Mindy Jackson
Summary Report

Ethnicity: <Not Specified>

Date Tested: 1/6/2017
Date of Birth: 2004
Age: 12 years 5 months
**Age Based Scores**

| WIAT-II Subtests | Standard Score | Composite Standard Score | Confidence Interval 90% | Percentile | Age Equivalent | Grade Equivalent | Other NCE |
|---|---|---|---|---|---|---|---|
| **Reading** | | | | | | | |
| Word Reading | 99 | | 95-103 | 47 | 12:0 | 7:5 | 49 |
| Reading Comprehension | 104 | | 99-109 | 61 | 13:0 | 7:5 | 56 |
| Pseudoword Decoding | 113 | | 109-117 | 81 | >19:11 | >12:9 | 68 |
| Composite Score (Sum of Subtest SS) | 316 | 103 | 101-105 | 58 | | | 54 |
| **Mathematics** | | | | | | | |
| Numerical Operations | 74 | | 67-81 | 4 | 9:4 | 4:2 | 13 |
| Math Reasoning | 77 | | 71-83 | 6 | 9:8 | 4:3 | 18 |
| Composite Score (Sum of Subtest SS) | 151 | 74 | 69-79 | 4 | | | 13 |
| **Written Language** | | | | | | | |
| Spelling | 114 | | 108-120 | 82 | 17:0-19:11 | 10:4 | 70 |
| Written Expression | 92 | | 81-103 | 30 | <12:0 | 5:8 | 39 |
| Composite Score (Sum of Subtest SS) | 206 | 102 | 95-109 | 55 | | | 53 |
| **Oral Language** | | | | | | | |
| Listening Comprehension | 93 | | 83-103 | 32 | 11:0 | 5:5 | 40 |
| Oral Expression | 118 | | 108-128 | 88 | >19:11 | >12:9 | 75 |
| Composite Score (Sum of Subtest SS) | 211 | 106 | 97-115 | 66 | | | 58 |
| **Total Composite Score** (Sum of All Subtest Standard Scores) | | 95 | 91-99 | 37 | | | 43 |

| Supplemental Scores | Raw Score | Quartile | Decile |
|---|---|---|---|
| **Reading** | | | |
| Reading Comprehension | 104* | 3** | |
| Target Words | 25 | 3** | |
| Reading Speed | 178 | 4** | |
| **Written Expression** | | | |
| Alphabet Writing | | | |
| Word Fluency | 5 | 1 | |
| Word Count | | | |
| Holistic Score (Paragraph or Essay) | | | |
| **Oral Expression** | | | |
| Word Fluency | 27 | 2 | |

**Reading Rate**

1 - Far below average to below average
2 - Below average to average
3 - Average to above average
4 - Above average to far above average

*Represents standard score.  **Represents quartile scores using grade based normative data.

Copyright (c) 2005 by Harcourt Assessment, Inc. All rights reserved.

**EXHIBIT 10**