

Cindy Haynes <weddingpartyprocession@gmail.com>

---

**custody/visitation**

---

**Jasper Edmundson** <jasper@edmundsonlawfirm.com>  
To: Cindy Haynes <weddingpartyprocession@gmail.com>

Wed, Jan 11, 2017 at 2:56 PM

Cindy,

I would like to see you in my office again about Jennifer Williams. Jennifer told me she is not going to allow **S.H.** to be tested in the public school. If you do test **S.H.** to see what grade she is in then Jennifer Williams said you will lose your visitation times. She does not want proof there is no educational neglect. I've seen **S.H**'s straight A grade reports! **M.H.** tested out a year ahead of her peers in 7th grade, so she does not want that to happen with **S.H**. I am distraught over what she's done to Mikaela and **S.H.**! Let's talk about this in person.

Jasper

**EXHIBIT 11**