Gmail

Cindy Haynes <weddingpartyprocession@gmail.com>

---

**custody/visitation**

---

Jasper Edmundson <jasper@edmundsonlawfirm.com>  Mon, Jan 09, 2017 at 3:43 PM
To: Cindy Haynes <weddingpartyprocession@gmail.com>

Cindy,

I talked to Jennifer Williams. As we were discussing your girls cases, I mentioned to her about recusing off your cases. She retorted, "Judge Shock would never recuse me. Your client already lost her custody. If she decides to keep trying to disqualify me, she will lose all visits with her daughters."

Please come to my office as soon as possible. We need to discuss this in person. I am very upset over the harmful and untrue recommendations she made to the Judge last month. That's why your kids were taken away. I hate what she's done to you and your girls. Come see me.

Jasper

**EXHIBIT 12**