SSM HEALTH DePaul St Louis
12303 DePaul Drive
Bridgeton MO 63044-2588
Hospital Abstract

M.H.
MRN: 1150341
DOB: 2004, Sex: F
Adm: 1/29/2017, D/C: 2/6/2017

**History and Physical (continued)**

H&P Signed by Perez-Magnelli, Fernando R, MD on 1/30/2017 9:51 AM (continued)

Author: Perez-Magnelli, Fernando R, MD
Date of Service: 1/30/2017 9:37 AM
Status: Signed

Specialty: Psychiatry
Note Created: 1/30/2017 9:37 AM
Editor: Perez-Magnelli, Fernando R, MD (Physician)

Author Type: Physician
Filed: 1/30/2017 9:51 AM

## PSYCHIATRY INITIAL EVALUATION

**Name:** M.H.
**DOB:** xxxx/2004   **Age:** 12 y.o.
**Sex:** female
**CSN:** 118365862   **MRN:** 1150341
**Date of Admission:** 1/29/2017

**Identifying Information:** Patient is a 12 y.o. white female, living with grand mo, sister 7 yo, school: 7th grade

**Chief Complaint/ Reason for admission:** Depression, cutting self.

**History of Present Illness:**
Ms. M.H. states her mom saw her arm and took her to ER she has cuts done with Eraser, 4 days, done x3. She started when she moved to grand mo, was in December/2016. Mom was schooling and then wanted her to be in public school. SI on and off, not killing self, because the move, she misses her mom. She has problems sleeping, denies mood swings, no AH, no nightmares, no intrusive thoughts.

Saddest: 3 yrs ago when to Foster care because Bio father molested 18 yo half sister. He went to jail x2. She is angry at him.
Maddest: father
Wishes: 1- be home, 2- all the court to stop, 3- dad in jail

**P PSYCH HX:**
Inpatient: none
Outpatient: therapy for going to Foster Care, few yrs ago
Suicidal Attempts: none

**Current Scheduled Medications:**
none

**PAST PSYCH MEDS:** none

**SUBSTANCE ABUSE HX:**
has no alcohol history on file.

has no drug history on file.

**P MEDICAL HX:**
none
No past surgical history on file.

Allergies
| Allergen | Reactions |
|---|---|

Viewed &/or Printed on 2/16/2017 11:26 AM                                                    Page 6

**EXHIBIT 14**

| | |
|---|---|
| SSM HEALTH DePaul St Louis<br>12303 DePaul Drive<br>Bridgeton MO 63044-2588<br>Hospital Abstract | M.H.<br>MRN: 1150341<br>DOB: xxxx/2004, Sex: F<br>Adm: 1/29/2017, D/C: 2/6/2017 |

### History and Physical (continued)

**H&P Signed by Perez-Magnelli, Fernando R, MD on 1/30/2017  9:51 AM (continued)**
- Omnicef [Cefdinir]
- Sulfa Drugs
- Tamiflu

Patient Vitals in the past 6 hrs:
01/30/17 0607, Temp:97.9 °F, Pulse:87, Resp:17, BP:109/51
Laboratory and other tests are reviewed.

**Family History:**
No family history on file.

**DEVELOPMENTAL HX:**
H/O Abuse: no H/O p/sexual abuse.
SCHOOL HISTORY: grades "fine", no susp
LEGAL HISTORY: none


**REVIEW OF SYSTEMS:**
CONSTITUTIONAL: Normal.
HEENT: Negative.
CARDIOVASCULAR: No chest pain.
RESPIRATORY: No shortness of breath.
GI: No complaints.
GU: No complaints.
OSTEOMUSCULAR: no complaints.
/NEUROLOGICAL: No complaints.
HEMATOLOGIC: no complaints.
LYMPHATIC: No complaints.
ENDOCRINE: No complaints.


**Mental Status Examination:**
  Appearance: age appropriate
  Eye Contact good
   Behavior: Cooperative. Movement symptoms: gait and station: normal.
   Speech: normal rate
   Mood: depressed
   Affect: constricted
 Thought Process: goal directed
 Thought Content:  she admits suicidal ideas, denies homicidal ideas, has no
    delusions.
  hallucinations. None
   Orientation: x3
    Cognition: memory: grossly intact. Language wnl, fund of knowledge,
     limited.
    Insight: limited
    Judgment: limited

**Medical Decision Making:**

SSM HEALTH DePaul St Louis
12303 DePaul Drive
Bridgeton MO 63044-2588
Hospital Abstract

M.H.
MRN: 1150341
DOB:xxxx/2004, Sex: F
Adm: 1/29/2017, D/C: 2/6/2017

**History and Physical (continued)**

H&P Signed by Perez-Magnelli, Fernando R, MD on 1/30/2017 9:51 AM (continued)

Primary: MDD

Psychosocial Stressors: father molested her half sister.

**Treatment Plan:**
1. The patient will be put in safe and supportive environment. Behavior will be monitored every 15 MINUTES for precautions.
2. Group psychotherapy and individual conseling will be started.
3. Pt will participate in Unit activities as tolerated.
4. General medical evaluation will be requested.
5. Social service will assess the patient's social support and safety issues.
6. Utilization review will assess the resource for follow up care.
7. Psychiatric medication: Remeron 15 mg qhs.

The risks and benefits of treatment including potential alternative treatment strategies were discussed and the patient consents to this treatment plan. Treatment options may include: medication, thereapy, and combination of medications and therapy.

Fernando R Perez-Magnelli, MD

**ED Arrival Information**
Patient not seen in ED

**Chief Complaint**
None

**ED Treatment Team**

| Provider | Role | From | To |
|---|---|---|---|
| Perez-Magnelli, Fernando R, MD | Admitting Provider | -- | -- |

**ED Disposition**
None

**ED Provider Notes**
No notes of this type exist for this encounter.

**Consults**

Consults Signed by Lafferty, Julie, MD on 1/29/2017 8:17 PM

Author: Lafferty, Julie, MD
Date of Service: 1/29/2017 8:16 PM
Status: Signed

Specialty: Psychiatry
Note Created: 1/29/2017 8:16 PM
Editor: Lafferty, Julie, MD (Physician)

Author Type: Physician
Filed: 1/29/2017 8:17 PM

M.H.

Asked to perform physical exam by Perez-Magnelli, Fernando*

**Physical exam:**