Electronically Filed - Ripley - February 03, 2017 - 12:51 PM

STATE OF MISSOURI )
)
COUNTY OF RIPLEY )

IN THE CIRCUIT COURT OF RIPLEY COUNTY, MISSOURI

*In re: The Marriage of Charles Haynes and Cynthia Haynes*

| | |
|---|---|
| CHARLES HAYNES, ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| VS. ) | |
| ) | CASE NO. 13RI-CV00554 |
| CYNTHIA HAYNES, ) | |
| ) | CIVIL DIVISION |
| RESPONDENT, ) | |
| ) | |
| VS. ) | |
| ) | |
| BERNICE HAYNES, ) | |
| ) | |
| INTERVENOR. ) | |

### ORDER AMENDING TEMPORARY CUSTODY ORDER

On this 3rd day of February, 2017, the Court takes up Guardian Ad Litem's Motion to Access Juvenile Case and ORDERS as follows:

1. On December 22, 2016, this Court entered an Order Regarding Emergency Motion for Child Custody Pendente Lite.

2. In said Order, this Court placed the minor children in the joint legal custody of Petitioner, Respondent, and Intervenor, with Intervenor as the ultimate decision maker in the event of dispute between the parties. Physical custody of the minor children was placed with the Intervenor.

3. That since the order of this Court on December 22, 2016, there has been a deterioration of conditions with the minor children to the extent that Petitioner, Respondent, Intervenor and Guardian ad Litem now agree that it is in the best interest of the minor

**EXHIBIT 15**

children that they be taken into custody by the Ripley County Juvenile Office and placed into the legal custody of Children's Division.

WHEREFORE, it is the order of this Court that the Ripley County Juvenile Office take the minor children, Mikaela Haynes and Sara Haynes, into care and commence emergency removal proceedings under the Chapter 211 RSMo.

So ORDERED this 3rd day of February, 2017.



Hon. John H. Shock
Associate Circuit Judge

