| SSM HEALTH DePaul St Louis | M.H. |
|---|---|
| 12303 DePaul Drive | MRN: 1150341 |
| Bridgeton MO 63044-2588 | DOB:xxxx/2004, Sex: F |
| Hospital Abstract | Adm: 1/29/2017, D/C: 2/6/2017 |

### Patient Demographics

| Patient Name | MRN | Sex | DOB | Address | Contact Numbers |
|---|---|---|---|---|---|
| M.H. | 1150341 | Female | XXXX/2004 | PO Box 125<br>DONIPHAN MO 63935 | 573-996-6401 (Home Phone) |

### Events

| Date/Time | Event | Pt Class | Unit | Room/Bed | Service |
|---|---|---|---|---|---|
| 01/29/17 1826 | Admission | Behavioral Medicine IP | DPHC BHS 1500 CHILD | 1506/01 | Psychiatry |
| 01/29/17 2215 | Patient Update | Behavioral Medicine IP | DPHC BHS 1500 CHILD | 1506/01 | Psychiatry |
| 01/30/17 2008 | Transfer Out | Behavioral Medicine IP | DPHC BHS 1500 CHILD | 1506/01 | Psychiatry |
| 01/30/17 2008 | Transfer In | Behavioral Medicine IP | DPHC BHS 1500 CHILD | 1509/01 | Psychiatry |
| 02/06/17 1515 | Discharge | Behavioral Medicine IP | DPHC BHS 1500 CHILD | 1509/01 | Psychiatry |

### Admission Information - Patient Record Only

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 01/29/2017 1826 | IP Adm. Date/Time: | 01/29/2017 1826 |
| Admission Type: | Urgent | Point of Origin: | Non-health Care Fac | Admit Category: | |
| Means of Arrival: | Ambulance | Primary Service: | Psychiatry | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | Ssm St. Louis Region | Unit: | Dphc Bhs 1500 Child |
| Admit Provider: | Perez-Magnelli, Fernando R, MD | Attending Provider: | Perez-Magnelli, Fernando R, MD | Referring Provider: | Perez-Magnelli, Fernando R, MD |

### Discharge Information

| Discharge Provider | Date/Time | Disposition | Destination |
|---|---|---|---|
| (none) | 02/06/17 1515 | Home or Self Care | Home |

**Comments**
(none)

### Contact Information for Follow-Up Providers

| Follow up With | Details | Comments | Contact Info |
|---|---|---|---|
| Follow up with provider | | | |
| Follow up with provider | | Follow up with Caseworker Theresa Whaley; Phone: 573.718.2789; Fax: 573.996.2238 | |

## Discharge Summary

**Discharge Summaries Signed by Rehmani, Zafar, MD on 2/6/2017 10:42 AM**

Author: Rehmani, Zafar, MD  
Date of Service: 2/6/2017 10:41 AM  
Status: Signed  

Specialty: Child and Adolescent Psychiatry  
Note Created: 2/6/2017 10:41 AM  
Editor: Rehmani, Zafar, MD (Physician)  

Author Type: Physician  
Filed: 2/6/2017 10:42 AM  

### PSYCHIATRY DISCHARGE SUMMARY
SSM DePaul Health Center  
12303 De Paul Dr, Bridgeton, MO 63044

---

**Patient's Primary Care Physician:** No primary care provider on file.  
**Name:** M.H.    **Age:** 12 y.o.    **Sex:** female  
**DOB:** xxxx /2004

---

**Admission Date:** 1/29/2017

**Discharge Date:** 2/6/2017

**EXHIBIT 16**

SSM HEALTH DePaul St Louis
12303 DePaul Drive
Bridgeton MO 63044-2588
Hospital Abstract

M.H.
MRN: 1150341
DOB:      /2004, Sex: F
Adm: 1/29/2017, D/C: 2/6/2017

### Discharge Summary (continued)

Discharge Summaries Signed by Rehmani, Zafar, MD on 2/6/2017 10:42 AM (continued)

**PRIMARY PROBLEMS LEAD TO HOSPITALIZATION.**

**Identifying Information:** Patient is a 12 y.o. white female, living with grand mo, sister 7 yo, school: 7th grade

**Chief Complaint/ Reason for admission:** Depression, cutting self.

**History of Present Illness:**
Ms. M.H.      states her mom saw her arm and took her to ER she has cuts done with Eraser, 4 days, done x3. She started when she moved to grand mo, was in December/2016. Mom was schooling and then wanted her to be in public school. SI on and off, not killing self, because the move, she misses her mom. She has problems sleeping, denies mood swings, no AH, no nightmares, no intrusive thoughts.

Saddest: 3 yrs ago when to Foster care because Bio father molested 18 yo half sister. He went to jail x2. She is angry at him.
Maddest: father
Wishes: 1- be home, 2- all the court to stop, 3- dad in jail

**P PSYCH HX:**
Inpatient: none
Outpatient: therapy for going to Foster Care, few yrs ago
Suicidal Attempts: none

**Current Scheduled Medications:**
none

**PAST PSYCH MEDS:** none

**SUBSTANCE ABUSE HX:**
has no alcohol history on file.

has no drug history on file.

**P MEDICAL HX:**
none
No past surgical history on file.

| Allergies | |
|---|---|
| Allergen | Reactions |
| • Omnicef [Cefdinir]  • Sulfa Drugs  • Tamiflu | |

Patient Vitals in the past 6 hrs:
01/30/17 0607, Temp:97.9 °F, Pulse:87, Resp:17, BP:109/51
Laboratory and other tests are reviewed.

| | |
|---|---|
| SSM HEALTH DePaul St Louis | **M.H.** |
| 12303 DePaul Drive | MRN: 1150341 |
| Bridgeton MO 63044-2588 | DOB:    /2004, Sex: F |
| Hospital Abstract | Adm: 1/29/2017, D/C: 2/6/2017 |

**Discharge Summary (continued)**

Discharge Summaries Signed by Rehmani, Zafar, MD on 2/6/2017 10:42 AM (continued)

**Family History:**
No family history on file.

## RECENT LABS:

No results for input(s): SODIUM, POTASSIUM, CHLORIDE, CO2, BUN, CREATININE, GLUCOSE, CALCIUM, ALKPHOS, ALBUMIN, ALT, AST, TBIL, TPROT, MAGMGDL, CALCIUMION, PHOS in the last 17520 hours.
No results for input(s): WBC, HGB, HCT, PLTCOUNT in the last 17520 hours.
No results for input(s): AMPHETSCR8UR, BARBSCRN8UR, BENZOSCR8UR, THC8USCR50, OPIATESCR8UR, PCPSCR8UR, COCAINE, ETHANOL in the last 17520 hours.

Invalid input(s): METHADNSCR8UR

Recent Labs
| Component Name | 02/02/17 0829 |
|---|---|
| HCGURINE | Negative |

Recent Labs
| Component Name | 01/30/17 0822 |
|---|---|
| TSH | 3.00 |

No results for input(s): RPR in the last 17520 hours.
No results for input(s): COLORUA, CLARITYUA, SPECGRAVUA, PHUA, PROTEINUA, BLOODUA, LEUKOCYTEUA, NITRITEUA, GLUCOSEUA, KETONEUA, BILIRUBINUA, UROBILINUA, REDSUBUA, WBCUAAUTO, RBCUAAUTO, EPITHUAAUTO, BACTUAAUTO, YEASTUAAUTO, SPERMUAAUTO, CASTUAAUTO, CRYSUAAUTO, MUCUSUAAUTO in the last 17520 hours.
No results for input(s): VPA in the last 17520 hours.
No results for input(s): LITHIUM in the last 17520 hours.
No results for input(s): CARBAMAZEPIN in the last 17520 hours.

**Hospital Course:** The patient was provided inpatient psychiatric treatment with safe and supportive environment, group therapy, individual counseling, behavior management, psychiatric medication, medication adjustment, adverse effect monitor, medical evaluation, social service assessment, resource assessment and psychoeducation. The patient's depression, anxiety, stress management skill, impulse/anger control, motivation, understanding of disease and compliance to treatment are improved. The patient continued to have difficulty in motivation. At the time of discharge, the patient had no suicidal ideas, no homicidal ideas, no aggressive thoughts, no endangering behavior and no debilitating adverse effects. The patient agreed on the treatment plan, understood the risk, benefit, alternative treatment, potential consequence of no treatment, and gave informed consent. The patient is medically evaluated and cleared by Dr. Laferty The patient is to be discharged today to home

## DISCHARGE DIAGNOSIS:

Depressive Disorder NOS

No past medical history on file.

| SSM HEALTH DePaul St Louis | M.H. |
|---|---|
| 12303 DePaul Drive | MRN: 1150341 |
| Bridgeton MO 63044-2588 | DOB: /2004, Sex: F |
| Hospital Abstract | Adm: 1/29/2017, D/C: 2/6/2017 |

### Discharge Summary (continued)

Discharge Summaries Signed by Rehmani, Zafar, MD on 2/6/2017 10:42 AM (continued)

No past surgical history on file.

**Discharge Medication:** As attached. Prescription is provided with 1 month supply and 0 refill(s).

| Home Medication Instructions | M.H. HAR:28170290707 Printed on:02/06/17 1041 |
|---|---|
| Medication Information | |

mirtazapine (REMERON) 15 MG tablet
Take 1 Tab by mouth at bedtime Reasons:
Trouble Sleeping

**Consults:**

Treatment Team:
Attending Provider: Perez-Magnelli, Fernando R, MD 636-939-2550
Consulting Physician: Lafferty, Julie, MD 314-567-5000

**Discharge Instructions:** The patient should be compliant with medications. The patient understands that if suicidal ideas, homicidal ideas, or any endangering thoughts arise, the patient should immediately seek for emergent assistance including but not limited to crisis hot line and emergency room.

**Follow Up Plan:** The patient was advised to make appointment and follow up with the patient's primary care physician and psychiatrist

Zafar Rehmani, MD

Discharge Summaries Signed by Davis, Molly K, RN on 2/6/2017 3:21 PM

| Author: Davis, Molly K, RN | Specialty: | Author Type: Registered Nurse |
|---|---|---|
| Date of Service: 2/6/2017 3:15 PM | Note Created: 2/6/2017 3:20 PM | Filed: 2/6/2017 3:21 PM |
| Status: Signed | Editor: Davis, Molly K, RN (Registered Nurse) | |

Pt discharged to home with transport. No aggression. Denies any suicidal/homicidal ideation. No attempts to harm self or othes. Interacting appropriately with staff and peers. Prescriptions, return to school note, follow-up appointment, and discharge paperwork reviewed and given. Pt belongings returned.

### History and Physical

H&P Signed by Perez-Magnelli, Fernando R, MD on 1/30/2017 9:51 AM

Viewed &/or Printed on 2/16/2017 11:26 AM                                                                              Page 5