

Date 3/20/17

### BRADEN SCALE

| Sensory Perception | Moisture | Activity | Mobility | Nutrition | Friction/Shear | 17-23 Low Risk Less than or Equal to 16 High Risk and Initiate Prevention Protocol | |
|---|---|---|---|---|---|---|---|
| 1. Completely Limited 2. Very Impaired 3. Slightly Limited 4. No Limitation | 1. Constantly 2. Moist 3. Occasionally 4. Rarely | 1. Bedfast 2. Chairfast 3. Walks Occasionally 4. Walks Frequently | 1. Completely Immobile 2. Very Limited 3. Slightly Limited 4. No Limitations | 1. Very Poor 2. Probably Inadequate 3. Adequate 4. Excellent | 1. Mod/Max turn Assist 2. Minimum Assist 3. No Apparent Problem | Total Score: | Initial |
| | | | | | | 0700 | |
| | | | | | | 1900 | |

### FALL RISK

| Morse Fall Scale | Numeric Values | 0700 Score | 1900 Score |
|---|---|---|---|
| History of Falling | No=0 Yes=25 | | |
| Secondary Diagnosis (see list) | No=0 Yes=15 | | 15 |
| Ambulatory Aids | | | |
| None/Bedrest/Nurse Assist | 0 | | |
| Crutches/Cane/Walker | 15 | | |
| Uses Furniture to Support | 30 | | |
| IV Access | No=0 Yes=20 | | |
| Gait/Balance | | | |
| Normal/Bedrest/Wheelchair | 0 | | |
| Weak | 10 | | |
| Impaired | 20 | | |
| Mental Status | | | |
| Oriented to Own Ability | 0 | | |
| Overestimates or Forgets Limitations | 15 | | |
| Total Score | | | 15 |
| Initials | | | |

Secondary Diagnosis Which Includes:
- Dizzy
- Orthostatic Hypotension
- Agitation/Delirium
- Frequent Toileting/Incontinence
- Impaired Mobility/Vision/Hearing

Medications:
- Diuretics
- Psychotropics
- Antihistamines
- Narcotics
- Anticoagulants
- Anticonvulsants

Morse Fall Scale Score:
0-44 LOW RISK (Hourly Rounds)
45-Higher HIGH RISK (Implement Falling Star Program)

| 0700 | 1900 |
|---|---|
| ☐ No Needs Identified | ☑ No Needs Identified |
| ☐ Falling Star Program | ☐ Falling Star Program |

RN Signature

RN Signature _____ Initial __ Date 3/20/17 Time 2254

| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|---|---|---|
| 3-20-17 | 2254 | Ambulatory to unit from ER c [illegible] ER stay 0x1 Dx MDD severe c suicidal behavior for Dr. Haiderzad. [illegible] |
| 3-21-17 | 0015 | B — M.H. [illegible] to admission process. All consent forms explained to [illegible] signed. Copy of [illegible] slip placed in chart. — [illegible] |

Behavioral Health Services
24-Hour Flow Sheet
1488-TWR-190937HMS 02/15 (Rev. 12/15) Page 3 of 4

M.H.
Acct#1750544 MR#0000133244 0270-2 17
HAIDERZAD, TAL Fem:DAVIS, D L
Adm:03/20/2017 DOB: 012F
TWIN RIVERS REGIONAL MED CTR

**EXHIBIT 19**



| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|---|---|---|
| 3² 1-17 | 0015 | 1- Unit orientation done. Plan of care explained to both. Questions encouraged. |
| | | 2- Good eye contact. Soft spoken responses. Denies having sh thought process when she c/o't this time for the last states. understands only questions & voices thoughts. |
| | | P- Will continue s/p as ordered. —R.[illegible] |

Behavioral Health Services
24-Hour Flow Sheet
1488-TWR-190937HMS 02/15 (Rev. 12/15)   Page 4 of 4

M.H.
Acct#1750544 MR#0000133244 0270-2 17
HAIDERZAD, TAL Fam:DAVIS, D L
Adm:03/20/2017 DOB:                     012 F
TWIN RIVERS REGIONAL MED CTR



Date 3/21/2017

### BRADEN SCALE

| Sensory Perception | Moisture | Activity | Mobility | Nutrition | Friction/Shear | 17-23 Low Risk Less than or Equal to 16 High Risk and Initiate Prevention Protocol |
|---|---|---|---|---|---|---|
| 1. Completely Limited<br>2. Very Impaired<br>3. Slightly Limited<br>4. No Limitation | 1. Constantly<br>2. Moist<br>3. Occasionally<br>4. Rarely | 1. Bedfast<br>2. Chairfast<br>3. Walks Occasionally<br>4. Walks Frequently | 1. Completely Immobile<br>2. Very Limited<br>3. Slightly Limited<br>4. No Limitations | 1. Very Poor<br>2. Probably Inadequate<br>3. Adequate<br>4. Excellent | 1. Mod/Max turn Assist<br>2. Minimum Assist<br>3. No Apparent Problem | Total Score / Initial<br>0700 03 / MB<br>1900 03 / CP |

### FALL RISK

| Morse Fall Scale | Numeric Values | 0700 Score | 1900 Score | Secondary Diagnosis Which Includes: |
|---|---|---|---|---|
| History of Falling | No=0 Yes=25 | 0 | 0 | • Dizzy   • Orthostatic Hypotension<br>• Agitation/Delirium   • Frequent Toileting/Incontinence<br>• Impaired Mobility/Vision/Hearing |
| Secondary Diagnosis (see list) | No=0 Yes=15 | 0 | 0 | |
| Ambulatory Aids | | | | |
| None/Bedrest/Nurse Assist | 0 | 0 | 0 | Medications: |
| Crutches/Cane/Walker | 15 | | | • Diuretics   • Psychotropics |
| Uses Furniture to Support | 30 | | | • Antihistamines   • Narcotics |
| IV Access | No=0 Yes=20 | 0 | 0 | • Anticoagulants   • Anticonvulsants |
| Gait/Balance | | | | |
| Normal/Bedrest/Wheelchair | 0 | 0 | 0 | Morse Fall Scale Score:<br>0-44 LOW RISK (Hourly Rounds)<br>45-Higher HIGH RISK (Implement Falling Star Program) |
| Weak | 10 | | | |
| Impaired | 20 | | | |
| Mental Status | | | | |
| Oriented to Own Ability | 0 | 0 | 0 | |
| Overestimates or Forgets Limitations | 15 | | | |
| Total Score | | 0 | 0 | 0700: ☒ No Needs Identified   ☐ Falling Star Program    1900: ☒ No Needs Identified   ☐ Falling Star Program |
| Initials | | MB | CP | |

RN Signature: _A Burks, RN_    Initial MB   Date 3/21/17   Time 1045

RN Signature: _Juli Carter_ / _T Rickard RN 3/21/17 2154_    Initial CP   Date 3/21/17   Time 1900

| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|---|---|---|
| 3/21/17 | 1045 | Pt awake, A/O x3, participates appropriately c̄ assessment. Calm, cooperative, appropriate eye contact. Nurse assessed SI/HI, depression, anxiety + hallucinations. M.H. _____ denies thoughts of harming self or others. She denies depression/anxiety. She reports thoughts of self harm, non suicidal, due to dads trial being set back. Nurse encouraged M.H. _____ to participate in treatment, groups, + activities. M.H. _____ agrees to (cont) |

Behavioral Health Services
24-Hour Flow Sheet
1488-TWR-190937HMS 02/15 (Rev. 12/15)    Page 3 of 4

M.H.
Acct#1750544 MR#0000133244 0270-217
HAIDERZAD, TAL Fam:DAVIS, D L
Adm:03/20/2017 DOB:    012 F
TWIN RIVERS REGIONAL MED CTR



| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|---|---|---|
| 3/21/17 | 1045 | notify staff if she has thoughts of hurting herself today. Nurse encouraged M.H. to work on positive coping skills. — M Burks, RN |
| 3/21/17 | 1825 | M.H. interacted well with staff + peers, she participated in all groups + activities. No needs identified. Report given to oncoming staff for continued care. — M Burks, RN |
| 3/24/17 | 1930 | B: Patient is calm and cooperative during assessment. Patient interacts well c peers while in group room. I: To assess patient for S/HI, thoughts of harming herself or others, to have patient rate depression and anxiety levels, and to encourage patient to use appropriate coping skills. B: Patient denies any S/HI, denies thoughts of harming herself or others. Patient rates both depression and anxiety at 8/10. Patient reports that it helps her to talk to her foster mom and real mom when she is upset. P: To maintain a safe environment and to encourage patient to participate in all groups and treatment. |
| 3/4/17 | 2154 | M.H. has been quiet + withdrawn but she smiles at + admits that she feels "ok". Cooperative c staff. Not sociable c peers or staff. — L. Richard RN |

Behavioral Health Services
24-Hour Flow Sheet
1488-TWR-190937HMS  02/15 (Rev. 12/15)   Page 4 of 4

M.H.
Acct#1750544 MR#0000133244 0270-217
HAIDERZAD, TAL  Fam:DAVIS, D L
Adm:03/20/2017  DOB:        012 F
TWIN RIVERS REGIONAL MED CTR



Date 3/22/2017

## BRADEN SCALE

| Sensory Perception | Moisture | Activity | Mobility | Nutrition | Friction/Shear | 17-23 Low Risk Less than or Equal to 16 High Risk and Initiate Prevention Protocol | |
|---|---|---|---|---|---|---|---|
| 1. Completely Limited  2. Very Impaired  3. Slightly Limited  4. No Limitation | 1. Constantly  2. Moist  3. Occasionally  4. Rarely | 1. Bedfast  2. Chairfast  3. Walks Occasionally  4. Walks Frequently | 1. Completely Immobile  2. Very Limited  3. Slightly Limited  4. No Limitations | 1. Very Poor  2. Probably Inadequate  3. Adequate  4. Excellent | 1. Mod/Max turn Assist  2. Minimum Assist  3. No Apparent Problem | Total Score: | Initial |
| | | | | | | 0700 23 | |
| | | | | | | 1900 23 | |

## FALL RISK

| Morse Fall Scale | Numeric Values | 0700 Score | 1900 Score |
|---|---|---|---|
| History of Falling | No=0  Yes=25 | 0 | 0 |
| Secondary Diagnosis (see list) | No=0  Yes=15 | 0 | 15 |
| **Ambulatory Aids** | | | |
| None/Bedrest/Nurse Assist | 0 | 0 | 0 |
| Crutches/Cane/Walker | 15 | | |
| Uses Furniture to Support | 30 | | |
| IV Access | No=0  Yes=20 | 0 | 0 |
| **Gait/Balance** | | | |
| Normal/Bedrest/Wheelchair | 0 | 0 | 0 |
| Weak | 10 | | |
| Impaired | 20 | | |
| **Mental Status** | | | |
| Oriented to Own Ability | 0 | 0 | 0 |
| Overestimates or Forgets Limitations | 15 | | |
| Total Score | | 0 | 15 |
| Initials | | | |

Secondary Diagnosis Which Includes:
- Dizzy
- Agitation/Delirium
- Impaired Mobility/Vision/Hearing
- Orthostatic Hypotension
- Frequent Toileting/Incontinence

Medications:
- Diuretics
- Antihistamines
- Anticoagulants
- Psychotropics
- Narcotics
- Anticonvulsants

Morse Fall Scale Score:
0-44 LOW RISK (Hourly Rounds)
45-Higher HIGH RISK (Implement Falling Star Program)

| | 0700 | 1900 |
|---|---|---|
| | ☒ No Needs Identified  ☐ Falling Star Program | ☒ No Needs Identified  ☐ Falling Star Program |

RN Signature: Clapp RN
RN Signature: Darnell Shipley

Initial / Date / Time: 3/22/17 0800
Initial / Date / Time: DS 3-22-17 1930

| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|---|---|---|
| 3/22/2017 | 0800 | M.H. — maintains eye contacts, soft/low monotoned speech, answers questions appropriately. Assessed pt. in LR for privacy, allowed pt. time to discuss current feelings, thoughts or fears. |
| | | M.H. Reports slept well & uninterrupted |

Behavioral Health Services
24-Hour Flow Sheet
1488-TWR-190937HMS  02/15 (Rev. 12/15)   Page 3 of 4

M.H.
Acct#1750544 MR#0000133244 0270-217
HAIDERZAD, TAL  Fam:DAVIS, D L
Adm:03/20/2017  DOB:                  012 F
TWIN RIVERS REGIONAL MED CTR



| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|---|---|---|
| 3/22/2017 | 0800 | Denies feelings of anxiety or depression. "I have a real good relationship with my foster mom, we just clicked, and her and my real mother get along really good." Pt reports ⊖ feelings of self harm, ⊖ thoughts of suicide. Denies questions or concerns @ this time. E: encouraged pt to verbalize & acquire strategies as well as appropriate ways to get message across. "I feel like no one would listen." —Scapple |
| 3/22/17 | 1943 | M.H. — pleasant, cooperative, quiet. Answers questions appropriately. ⊖ needs identified @ this time. Will continue to monitor for safety. —Scapple |
| 3/22/17 | 1845 | M.H. — Spoke c̄ bio mom on phone. Speaker phone c̄ this nurse @ patient side. —Scapple |
| 3-22-17 | 1930 | B: Patient is alert and oriented x4. Appropriate eye contact, flat affect. Patient is calm and cooperative with staff. Limited interaction with peers. I: Provided patient privacy, encouraged self-disclosure. R: Patient denies suicidal or homicidal ideations. Sh identifies "Dad's trial" as the cause of her depression. Patient states the trial has been ongoing for the past three years and has recently been set back again. Patient denies feelings of depression or anxiety. No problems reported with medications, patients or staff. P: Continue to provide a safe environment and monitor per protocol. —Darnell Shipley RN |
| 3/23/17 | 0130 | M.H. Participated during group activities. Limited interaction with peers. Patient resting quietly with eyes closed. Respirations are regular, even and unlabored. No distress noted. Will monitor per protocol. —Darnell Shipley RN |
| 3/23/17 | 0600 | Patient continues to sleep quietly. No distress noted. Will monitor per protocol. —Darnell Shipley RN |

Behavioral Health Services
24-Hour Flow Sheet
1488-TWR-190937HMS  02/15 (Rev. 12/15)   Page 4 of 4

M.H.
Acct#1760544  MR#0000133244  0270-217
HAIDERZAD, TAL   Fam: DAVIS, O L
Adm: 03/20/2017  DOB:         012 F
TWIN RIVERS REGIONAL MED CTR