

| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|---|---|---|
| 3/31/17 | 10:24am | Contacted guardian to discuss progress and discharge planning. Guardian reported dad's trial was scheduled 3/20/2017 and it caused sadness. Guardian reported concerns related to dad not having any contact with them. -TH |

Best Copy

PROGRESS NOTES
NS-2505HMS  01/08  (Rev. 10/08, 12/09)  Page 1 of 1

M.H.
Acct#1750544 MR#0000133244 0270-217
HAIDERZAD, TAL Fam:DAVIS, D L
Adm:03/20/2017 DOB:  012 F
TWIN RIVERS REGIONAL MED CTR

**EXHIBIT 20**