

**SAINT FRANCIS MEDICAL PARTNERS**

KNEIBERT CLINIC

686 Lester Street
Poplar Bluff, MO 63901
Phone: 573-686-2411
Fax: 573-778-7279

| R. Kingsley Bost, MD | Kenneth C. Li, MD | Navid S. Siddiqui, MD |
| Gary W. Dausmann, MD | Naveed J. Mirza, MD | Kirby L. Turner, MD |
| Wendell H. Elliott, MD | Rebecca J. Pinchoff, MD | Prem K. Varma, MD |
| Edith S. Hickey, MD | Michael D. Roach, DO | James W. Wilkerson, MD |
| Charles R. Lawson, MD | Shaun A. Ross, MD | |

April 25, 2017

To whom it may concern

I have seen S.H. + M.H. most of their lives until DFS got involved because their father was found to be sexually active with their older sister M.S.H. I am writing this letter on behalf of the mother who has done nothing wrong and the guardian ad litem of these girls seems to object to their returning to mom's custody despite the girls wish to return home to their mom. I want to vouch for the biologic mom as being a capable and good mother for all their lives and I see no reason for the girls to go to foster care instead of returning to their mom's care. Hopefully this can be accomplished

Sincerely yours
Roger Bost MD

Affiliated with Saint Francis Healthcare System

**EXHIBIT 21**