April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:00:08.290] - Theresa Whaley: | You're visiting from? Where do you live? |
| [00:00:08.290] - Stella Randolph: | Visiting? |
| [00:00:08.290] - Theresa Whaley: | I said you're visiting from where you live. |
| [00:00:10.240] - Stella Randolph: | I didn't hear what she said either. It's from Madison Missouri near Columbia. |
| [00:00:13.900] - Theresa Whaley: | Oh, Okay. |
| [00:00:15.400] – Plaintiff: | What was your name again? |
| [00:00:18.240] - Casey Salyer: | Casey Salyer. |
| [00:00:18.240] - Theresa Whaley: | Casey is the Juvenile Officer over here in Butler County, and Pam is in court in Ripley County this morning. I guess you were in court as well, right? |
| [00:00:25.880] – Plaintiff: | Yes. |
| [00:00:27.780] - Theresa Whaley: | Yes, so Casey is sitting in for Pam today. |
| [00:00:30.360] – Plaintiff: | And I didn't catch her name. I'm sorry. |
| [00:00:32.380] - Judy Moss: | Judy Moss. |
| [00:00:32.480] – Plaintiff: | Oh, yes, I think I've met you before. |
| [00:00:35.280] - Theresa Whaley: | Judy is the CASA director. She's been in a couple of our other meetings, I think, but |
| [00:00:38.660] - Judy Moss: | And I've seen you at Cindy's (Moses) office. |
| [00:00:41.220] - Theresa Whaley: | She works with Cindy Moses. |
| [00:00:45.260] - M.S.H.: | I was wondering where I recognized you from. |
| [00:00:56.200] - Judy Moss: | Yes, that's where you recognize me from. |
| [00:01:01.010] - M.S.H.: | Okay. Why is a new one being appointed? |
| [00:01:04.040] - Theresa Whaley: | We just feel like CASA is a good, a good resource. |
| [00:01:13.300] – Plaintiff: | Oh is it not already in place? |
| [00:01:14.500] - Theresa Whaley: | Well, we had asked. |

**EXHIBIT 22**

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:01:14.500] - Judy Moss: | And you had one before, but everybody has asked for brand new one that has not seen anything on this case. |
| [00:01:27.770] - M.S.H.: | Who asked for that? |
| [00:01:27.770] - Judy Moss: | Do you remember Martha? |
| [00:01:30.970] - M.S.H.: | My, my aunt? (Martha) |
| [00:01:33.180] - Judy Moss: | No. Martha the CASA worker. |
| [00:01:35.950] - Theresa Whaley: | Martha McDonald. She came out with me. |
| [00:01:37.210] - M.S.H.: | I do, I do remember! Yes. |
| [00:01:40.840] - Judy Moss: | They want a brand new, somebody that's never been involved with the case at all, so that's why. |
| [00:01:45.880] - Theresa Whaley: | Just like the new counselor. they wanted a new CASA |
| [00:01:47.533] – Plaintiff: | Could I make a ... |
| [00:01:47.557] - Judy Moss: | Am I supposed to pass this ? |
| [00:01:47.560] - Theresa Whaley: | And I'm actually calling Scott right now. |
| [00:01:51.610] – Plaintiff: | Okay, good deal. |
| [00:01:51.890] - Theresa Whaley: | Because he's gonna participate by phone. This is John and Cassie Rideout, and I think you know everybody but Casey. |
| [00:02:06.620] - Theresa Whaley: | Hi Scott, this is Teresa. |
| [00:02:09.920] - Scott Foster: | How are you? |
| [00:02:10.230] - Theresa Whaley: | Good, how are you? Well, thank you for participation by phone. |
| [00:02:14.760] - Scott Foster: | Thank you for inviting me, laugh |
| [00:02:17.750] - Theresa Whaley: | Okay, well, this is the 60-day family support team meeting for M.H. and S.H. And so in the room are John and Cassie, the foster parents. Do you know them? |
| [00:02:29.569] - Scott Foster: | Yes. |
| [00:02:30.460] – Theresa Whaley: | M.H.'s here. Her sister M.S.H. is here. S.H.'s in school today. Cindy's here, and Cindy's mother is visiting. And so she's here in the room as well Stella Randolph. She's visiting from up by Columbia. Casey Salier is in the room. She's a juvenile officer, one of the JO's |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

|  |  |
|---|---|
|  | for over here in Butler County, and she's sitting in for Pam Stark today. And then Judy Moss, our CASA director, is here as well. |
| [00:02:59.720] - Scott Foster: | Okay.   How is everybody? Good? |
| [00:03:00.644] – Plaintiff: | Hello Scott. |
| [00:03:00.860] - Theresa Whaley: | I think everybody is doing good! So this is just the 60-day review to kind of check in with everyone to see how things are going. Talk about services, talk about the issues with the girls and visits and all that good stuff. Um, And I know that the girls have had a chance to have a few sessions with you now, and I think you may be had at least one or two individual sessions with Cindy? Have you started that yet? Okay. |
| [00:03:34.793] - Scott Foster: | Yes, I have. |
| [00:03:35.180] - Theresa Whaley: | Okay. So um I guess would you like to kind of give us an update on how things are going from your perspective? |
| [00:03:44.260] - Scott Foster: | Well I think they are going pretty well. The girls have been more talkative to me the last few times I've seen them. They're kind of standoffish, they were kind of standoffish at first. Of course, we're doing a lot of trust building, different things like that for now them getting to know me and me getting to know them. So it's just kind of been a little tedious. They are improving, their talking more about different situations, M.H. let me know about the you know the situation at school, the suspension, and all sorts of things. Now, Cindy, everything, everything is going well. She, I enjoy talking to her. She is very verbal. And uh just processing different things, you know what led up to the girls being taking out of the home, and her pending divorce and those types of things. I think that overall, they're going really well. |
| [00:04:49.920] - Theresa Whaley: | Okay. Are there any thing, is there anything that specifically that you see that we need or that you need to address between Cindy and the girls, therapeutically. That you know, any concerns that you have? |
| [00:05:05.100] - Scott Foster: | I don't really have any concerns right now Theresa, I think again, we're going well, and I'm just, I'm just learning about them, learning all three of them, basically, so. |
| [00:05:17.760] - Theresa Whaley: | Okay. |
| [00:05:18.700] - Scott Foster: | So I don't have any concerns at this point, if I have concerns, I'll definitely let you know. |
| [00:05:23.780] - Theresa Whaley: | Okay. |
| [00:05:24.790] - Scott Foster: | I just don't see any at this point. |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:05:26.660] - Theresa Whaley: | Well, I appreciate you working with them and working around everybody's schedule and everything. I know it's kind of hectic when you got so many people involved. I'm going to keep you on the line in case you have anything you want to add throughout the meeting. And there are some other things that we want to discuss with you in a few minutes. Umm, but now, Cassie, John, you want to kind of fill us in on what's going on with the girls and how they're doing? |
| [00:06:04.330] - Cassie Rideout: | They're doing good for the most part. umm, of course M.H. is suspended. I do have that paper you wanted her to write. I have it with me. |
| [00:06:04.560] - Theresa Whaley: | Okay. Great. |
| [00:06:06.250] - Cassie Rideout: | And she still gets upset and thinks about the self-harming, but she doesn't do it. So, she's worked really hard. She does really good. I mean, when you umm see her and she's really upset and, you know, I can ask her and she says, well, she may have thought it, but she's not acting on it because she doesn't want to go back to the hospital. And S.H., she's just happy go lucky. Whatever, whatever's going on she's there for it. |
| [00:06:42.110] - Theresa Whaley: | School, S.H., her grades are good? |
| [00:06:42.487] - Cassie  Rideout: | Yes. |
| [00:06:43.435] - Theresa Whaley: | Ok, I thought so. Okay. I know that M.H., I think most of you know, I sent emails, but M.H. has been suspended for the rest of the school year, umm and that is but she's going back to take map testing. |
| [00:06:59.480] - Cassie  Rideout: | Yes. She has a little bit left today if we get there. |
| [00:07:04.290] - Scott Foster: | So she's going back today, okay. |
| [00:07:07.150] - Theresa Whaley: | Well she's going back, just for the map testing. |
| [00:07:10.000] - Cassie Rideout: | There's only about another 30 minutes, is all she has left. |
| [00:07:12.620] - Theresa Whaley: | She's only got about 30 minutes left. So it's interesting they suspend her for the whole school year, but they want her to come back for map testing. |
| [00:07:20.120] - Cassie Rideout: | That's where they get their money. |
| [00:07:21.760] - John Rideout: | Because that's where their money goes to school so yes, they want that. |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:07:22.960] - Scott Foster: | I was under the impression she was going to do map testing during the summer. |
| [00:07:24.940] - Theresa Whaley: | Oh, you thought she was doing it this summer. The map. |
| [00:07:28.240] – Plaintiff: | Well, that's what I thought, too, but |
| [00:07:29.450] - Cassie Rideout: | She's doing the A plus program at school, which isn't map testing. It a just a program, I don't know exactly. It just gets her all caught up with everything she's doing. |
| [00:07:39.630] - Cassie Salier: | The A plus program used to be program that would help you pay for your first year in college. |
| [00:07:43.130] - Theresa Whaley: | Yes. That's what I thought A plus was. |
| [00:07:44.300] - Cassie Salier: | There's certain things you have to do, volunteer so much time. |
| [00:07:47.780] - Theresa Whaley: | Right. Basically, they're saying that she does the A plus program this summer. |
| [00:07:51.200] - John Rideout: | She will go on to the eighth grade. [M.H. is in the 6th grade at that time]. |
| [00:07:53.450] - Theresa Whaley: | She will pass, and they will go ahead and promote her to eighth grade. |
| [00:07:55.520] - Cassie Rideout: | Yes. She has to go and not miss any days. And pass the program. |
| [00:08:02.010] - Theresa Whaley: | How long is it? It's not a real long period of time? |
| [00:08:07.021] - John Rideout: | Two weeks. |
| [00:08:07.030] - Cassie Rideout: | If she doesn't go to it then she will not pass to the eighth grade. Which I can get all the paperwork in for her to be signed up to go. |
| [00:08:10.550] - Theresa Whaley: | M.H., so what we did with M.H. was after this all happened, M.H., we decided that she had some free time on her hands so she could do a paper. And what was the paper about, M.H. can you tell us? |
| [00:08:36.340] - M.H.: | The dangers. |
| [00:08:36.890] - Theresa Whaley: | The dangers of what? |
| [00:08:38.090] - M.H.: | Drugs. Um hm |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:08:41.130] - Theresa Whaley: | Okay. And so she wrote a paper about that. And then I think, Cindy, tell us what you did as far as the home school stuff that you provided. |
| [00:08:52.250] – Plaintiff: | Okay. Well, I also wanted to her to write a paper, too, because when I was a child, at my parents, we did a program about informing other children that are in school about the dangers and harmful effects of drugs. So I wanted her to be involved in that, too. I just really hadn't gotten to that with her in our home school. And so I had her write up eight questions that she would ask students if we were permitted to go into a classroom so that we could have a program to help inform other students about the dangers of drugs. And I like to get her proactive involved in teaching others about it, because it gets her to study and to know how wrong and how harmful it is, and it impairs your judgment. And so she did write a paper. I think eight questions for that. And then also, since she's had free time here, I don't want her studies to decline or her learning there. So I talked to you about having her enrolled into the Pace program, which we use in our course of home education. |
| [00:09:55.990] - Theresa Whaley: | Right. And so she's just continuing on that. And she was, it's the same thing that she was enrolled in West Point. Okay, so you actually purchased the Pace curriculum. |
| [00:10:09.611] – Plaintiff: | Oh yes, and all the record keeping and all that goes with it yes. |
| [00:10:11.980] - Cassie Salier: | Is that PASE or PACE? |
| [00:10:11.980] – Plaintiff: | PACE, it's an accredited curriculum. |
| [00:10:17.600] - Theresa Whaley: | And so M.H. just started working on that like this week, right? |
| [00:10:22.147] - Cassie Rideout: | Yes. |
| [00:10:22.570] - M.S.H.: | So M.H. is basically enrolled in home school again. |
| [00:10:25.480] - Theresa Whaley: | Well, it, I guess you could look at it that way, but it's not gonna, it's just to keep her on track until she goes back to school. |
| [00:10:34.990] - M.S.H.: | What is Doniphan school doing for her education while she's not in school? |
| [00:10:35.951] - Cassie Rideout: | They're not going to do anything at all. |
| [00:10:35.960] - M.S.H.: | Nothing at all? |
| [00:10:35.960] - Theresa Whaley: | No because she violated the Safe Schools Act by having drugs on campus. |
| [00:10:50.730] - M.S.H.: | Who was the teacher that found the? |

6

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:10:52.720] - Theresa Whaley: | I don't have any idea. |
| [00:10:53.723] - M.S.H.: | How can I find that out? |
| [00:10:53.753] - Cassie  Rideout: | She's not a teacher. |
| [00:10:54.020] M.S.H.: | Do you know who she was? I'm going to find that out. |
| [00:11:01.010] - Theresa Whaley: | Your mom would have to find that out. |
| [00:11:03.300] - Cassie  Rideout: | They're not going to talk to you, huh uh |
| [00:11:04.730] – Plaintiff: | But they will talk to me? Right? |
| [00:11:05.751] - Cassie Rideout: | I would assume. |
| [00:11:05.759] - Theresa Whaley: | Yes, they'll talk to you, Cindy. |
| [00:11:05.760] - M.S.H.: | That's what you need to do. |
| [00:11:10.430] – Plaintiff: | All right, because i just want to know you know that she is a year ahead of her peers. |
| [00:11:15.480] - Cassie Rideout: | They know that. |
| [00:11:15.480] – Plaintiff: | And she's twelve and all her peers are in sixth grade. She's in seventh grade. So there is no educational neglect. She's actually a year ahead. She's in seventh grade and tested in 7th grade. |
| [00:11:27.940] - Theresa Whaley: | Oh yes, I get that. I brought that point up on the call. Scott, can you hear the conversation, or do we need to speak a little louder? |
| [00:11:35.920] - Scott Foster: | Yes, I can hear it. A little um a little mumble from time to time, but I can pretty well hear it. |
| [00:11:45.660] - Theresa Whaley: | Okay, so just speak up just a little more so he can hear everything. |
| [00:11:50.441] – Plaintiff: | Okay, okay. |
| [00:11:50.450] - Theresa Whaley: | I'm sorry, we don't have a very good phone in here. we've got a phone in here, but It doesn't work half the time. So I just use my cell phone. So anyway, I agree. I mean, I'm not happy about the suspension at all, but I know that the school is not going to budge on that. It is what it is. M.H. had it on her person. She told them that she brought it back to campus after somebody gave it to her. She went home and then brought it back to school the next day. So they're not gonna |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:12:20.940] – Plaintiff: | Do they do any drug awareness programs? You know because I don't think she's been through any of those. |
| [00:12:25.900] - Cassie Salier: | They do now. In Poplar Bluff, I'm not familiar with Doniphan school program, but in Poplar Bluff, your first drug offense, and that can be pills or anything. Your first drug offense. You sign a contract saying that they can test you any time throughout your whole career, and you go through some drug classes that they provide there. You can't start school back until then. |
| [00:12:42.750] – Plaintiff: | Well, I meant |
| [00:12:43.650] - Cassie Salier: | To originate and let you come back if you for some reason, don't go to that meeting and comply with that program, you're suspended minimum 45 days, and on your second offense, you're automatically suspended 45 days, up to 180, depending on what the problem. |
| [00:12:56.740] - Theresa Whaley: | So do you think that is that a local school policy? |
| [00:12:59.930] - Cassie Salier: | That's a law school policy. Okay. So. So that's why I said, don't know, Doniphan. I don't know if they have to be set up like that. |
| [00:13:06.380] - Cassie Rideout: | Okay. Like I they told me they could have suspended her up to 180 days, but that would take her into the next school year, and they decided they would just do it to the end of this school year and then just to go to summer school. And then before school starts, about a week before it starts, you have to go in and have a meeting with the principal and Superintendent. Have a meeting with them. |
| [00:13:32.920] - Cassie Salier: | I think that the fact and this is just I'm not a school official at by any means just saying my experience with the school. I think that the fact that they're letting her do summer school to catch up is actually something I don't usually see. So that seems like that's, actually. |
| [00:13:45.190] – Plaintiff: | Yeah, I understand. Has she been tested? |
| [00:13:48.380] - Cassie Salier: | They wouldn't care if she had been tested or not. She had it on her person and she's going to get suspended regardless. |
| [00:13:54.690] - M.S.H.: | Wasn't there another girl that was with her? |
| [00:13:56.243] - Cassie  Rideout: | She got suspended as well |
| [00:13:57.990] - M.S.H.: | She's got the same. |
| [00:13:58.940] - Cassie Rideout: | No, she didn't get the rest of the school year because the reason M.H. got it is because she brought it home and took it back. |
| [00:14:05.110] - John Rideout: | She took it home and brought it to school |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:14:08.860] - John Rideout: | If she hadn't took it to school, she wouldn't have been as much trouble. |
| [00:14:12.610] - M.S.H.: | I understand. |
| [00:14:13.720] – Plaintiff: | So my question really was, do they have a prevention like not after the fact that do, they have a class that teaches kids not to do this? |
| [00:14:21.580] - Cassie Salier: | I haven't been told about one of poplar bluff schools, and I don't know about Doniphan. |
| [00:14:26.560] - Theresa Whaley: | They used to have it, but I don't know if they still do. I'm not familiar enough with their drug education. They used to have the DARE. |
| [00:14:34.200] – Plaintiff: | Well, I would be interested in having her M.H. start one. |
| [00:14:38.080] - Theresa Whaley: | Well, because can talk to school board, I would think to talk to the school board about it. |
| [00:14:42.910] – Plaintiff: | I think the best way is to have them actively involved in teaching kids about the reasons and dangers of it, because that helped me, I know tremendously when my parents did that with me, when I was a child. |
| [00:14:53.000] - Theresa Whaley: | M.S.H., you said when you are there. They, what did they have when you were there? |
| [00:14:57.060] - M.S.H.: | Nothing that I remember. So nothing that sticks out in my mind. |
| [00:15:00.660] - Theresa Whaley: | Well, I know it used to be the DARE drug abuse resistance education. I know. |
| [00:15:04.440] - Judy Moss: | I don't know. I had some local programs. I don't know if Doniphan had the just say no |
| [00:15:12.540] - M.S.H.: | I remember when I was, I was like, seven. |
| [00:15:16.980] Theresa Whaley: | Yeah, Cindy, I would definitely suggest that if that's something that you want to take on, go to a school board meeting or go to talk to the Superintendent. And you and M.H. advocate for that is because it may be a simple thing of not having the money through the school to pay someone to do that. I don't know what their guidelines are  But, you're absolutely correct to me. |
| [00:15:46.260] – Plaintiff: | It would be very helpful for her in public speaking. I mean, it would give her a ton of education and to put a program together if they don't have one. And I mean, you know, our greatest trial can be our greatest blessing, if we just look at it, right. You know, |
| [00:16:11.190] - Theresa Whaley: | Cindy, what would you like to talk about? |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:16:13.370] – Plaintiff: | Well, I just would like reunification. |
| [00:16:16.550] - Theresa Whaley: | We have court tomorrow at 8:30 we do, do you have any idea do, anything you want to talk about in regard  to court, it's the adjudication hearing. I know that you're hoping that they will dismiss the Petition, correct? |
| [00:16:42.680] – Plaintiff: | Well, yes, I'm revoking my stipulation to have them brought into care because I did that for one reason was to get her back down here from St. Louis, and I would like to talk about getting the visits unsupervised, at least right now until we get something else done. |
| [00:17:12.180] - Theresa Whaley: | So and what we'll do because Jennifer is not here, um, Pam's not here. We don't have all the team here. So uhm, why are you looking at me. that way M.S.H.? |
| [00:17:23.820] - M.S.H.: | I'm just looking. This is the second time |
| [00:17:27.450] - Theresa Whaley: | It's what? |
| [00:17:27.450] - M.S.H.: | It's the second time that certain people are not here, and it just makes me wonder how interested they are in the case. |
| [00:17:36.890] - Theresa Whaley: | Okay. And that's definitely something you can bring up at court tomorrow if you'd like. I personally do not have an issue with more visits with even unsupervised visits, but that's not a decision that we can make without all the team being in favor of it. So you know, umm, all I can say is that's something that maybe Jasper can bring up tomorrow in court because I mean, the important thing is that, but, uh oh, we lost Scott (Foster on the phone). |
| [00:18:10.230] – Plaintiff: | Could we maybe ask Scott (Foster) that question if he would be in favor of that, so we can have his input. |
| [00:18:15.830] - Theresa Whaley: | I was actually going to, and we lost connection at the same time. |
| [00:18:20.620] – Plaintiff: | I wanted to, if I can give you a letter, that Dr Bost gave me. |
| [00:18:22.510] - Theresa Whaley: | Okay. |
| [00:18:31.020] – Plaintiff: | I hadn't gotten to give that to you yet. |
| [00:18:32.650] - Theresa Whaley: | I've seen S.H. and M.H. most of their lives. |
| [00:18:59.940] – Plaintiff: | Maybe I should have kept the letter, to make a couple of copies, but I'll have to have it  back or you can make more copies. |
| [00:19:10.000] - Theresa Whaley: | I can make copies for everyone. |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:19:16.490] - Cassie Salier: | I can read it, but I would need to send it to Pam. |
| [00:19:18.620] - Theresa Whaley: | I've seen S.H. and M.H. most of their lives until DFS got involved. Their father was found to be sexually active with their older sister. I am writing this letter on behalf of the mother who has done nothing wrong. And the Guardian Ad Litem of these girls seems to object to their returning to mom's custody despite the girls wish to return help to their mom. I want to vouch for the biological mom as being a capable and good mother for all their lives. And I see no reason for the girls to go to foster care instead of returning to their moms care. Hopefully, this can be accomplished. Did you give this to Jasper? |
| [00:19:53.720] – Plaintiff: | Not yet. |
| [00:19:59.530] - Theresa Whaley: | So you're gonna, because he can file that for court tomorrow, if want to do that. So anyway, that's a good letter. And as I said, as far as supervised visits, I personally don't have an issue. I have not had an issue with you having the girls  unsupervised, except for I don't know what the judges expectations are in regard to why the girls are even in care. So |
| [00:20:30.530] – Plaintiff: | Yes, me neither. |
| [00:20:32.820] - M.S.H.: | Who is the judge again? |
| [00:20:34.840] - Theresa Whaley: | Shock. Judge John Shock. |
| [00:20:38.450] - Cassie Rideout: | Is that at his court? It's actually at the juvenile office, I believe tomorrow at 8:30 am. |
| [00:20:48.490] - Judy Moss | Downtown? |
| [00:20:48.490] - Theresa Whaley: | In the morning, yes. umm, So I'm sorry that we can't really answer that today, but you have to have, if the team can't come to a unanimous agreement about visits, then we just have to take it before the judge. And that's your understanding as well, right Cassie? |
| [00:21:03.794] - Cassie Salier: | Yes. |
| [00:21:06.120] - M.S.H.: | And we have not been able to come to this agreement because all members were not here, right? |
| [00:21:10.610] - Cassie Salier: | I can make decisions for the juvenile office if anyone is concerned about that. |
| [00:21:13.830] - M.S.H.: | The GAL is what I'm concerned about |
| [00:21:17.490] - Theresa Whaley: | What are your thoughts, Cassie? |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:21:18.380] - Cassie Salier: | Well, I have to review Pam's email to see what her thoughts are, that's why I can make a decision for her. |
| [00:21:22.900] - Judy Moss: | Who's the GAL? |
| [00:21:24.500] - Theresa Whaley: | Jennifer Williams, |
| [00:21:27.650] – Plaintiff: | I can give you a copy of that letter. You're gonna |
| [00:21:30.830] - Theresa Whaley: | [to Judy Moss] Siegrid is Grandma's attorney. Siegrid's not here either. |
| [00:21:39.540] – Plaintiff: | And Bernice Haynes is not here either. |
| [00:21:42.780] - Theresa Whaley: | No. |
| [00:21:45.540] - M.S.H.: | The intervenor? |
| [00:21:47.140] – Plaintiff: | Yes. |
| [00:21:48.040] - M.S.H.: | Okay. |
| [00:21:48.560] - Judy Moss: | But she's supposed to be here? |
| [00:21:51.530] - Theresa Whaley: | She's notified, of all the meetings, yes, because she is on the case. M.H., do you have anything you want to talk about? |
| [00:22:05.000] - M.H.: | Uhm, not with the GAL not being here. Just basically what... |
| [00:22:06.200] - Theresa Whaley: | Okay. |
| [00:22:10.370] – Plaintiff: | If she was here? What would you say? |
| [00:22:15.040] - M.H.: | Well you've already said... |
| [00:22:15.400] - M.S.H.: | It's irrelevant because her attorney, her Guardian Ad Litem is not here to represent her. |
| [00:22:18.570] – Plaintiff: | She's really not her attorney. |
| [00:22:20.440] - Theresa Whaley: | The forensic interviews, we did get the reports back, and which S.H. and M.H. did fine during the interview, but neither of them disclosed anything that we didn't already know as far as uhm **we already knew that Grandma was allowing them access, allowing dad to have unsupervised access to them. They talked about that. S.H. talked about that their dad would cuss at them and make them cry and call them names, that kind of thing**. |
| [00:22:52.940] - Cassie Salier: | So is the reason the visits are still supervised is because the team was unsure of if mom would let them see father or not. Why are they still supervised, what was the reason? |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

[00:23:01.470] - Theresa Whaley:  That's what I don't know.

[00:23:02.270] - M.S.H.:  Who can we ask to find out?

[00:23:03.900] - Theresa Whaley:  In this case, the girls were taken from mom, mom had custody, they were taken from mom and given joint custody with Grandma. And Grandma was allowing them access with Dad.

[00:23:17.704] - Cassie Salier:  Okay.

[00:23:17.840] - Theresa Whaley:  So then M.H. went in the hospital. They didn't want to be with Grandma. Now you correct me if I'm wrong, M.H., okay, but they didn't want to be with Grandma. So M.H. went in the hospital, and while in the hospital, we got a report from the doctor there that he felt like that the girls needed to be in a neutral setting and not with any of the family because of all the back and forth. It's gone on for years.

[00:23:44.860] – Plaintiff:  Three and a half years.

[00:23:46.030] - M.S.H.:  So let's start more back and forth,

[00:23:48.060] - Theresa Whaley:  And then they were unable to get a hold of Grandma to consent to any medication or anything. And mom and dad could not come to agreement on her meds. So they were, like, had a child in the hospital and couldn't do anything with medication. Mom and dad couldn't agree. Grandma wouldn't answer the phone.

[00:24:10.340] – Plaintiff:  Well, I did tell them I just wanted to see some alternative medication because and they never did come up with that.

[00:24:18.130] - Theresa Whaley:  Hospitals don't generally do alternative medication.

[00:24:21.170] – Plaintiff:  It said on their policy that they would talk to you about that. And that you are entitled to that right on their policy.

[00:24:27.810] - Theresa Whaley:  Which they

[00:24:27.810] – Plaintiff:  And I didn't refuse any of it. I just said I would like to see some alternative to that. (with no side effects of suicide)

[00:24:34.240] - Theresa Whaley:  And I respect that. I come up with that, Cindy, but you know as parent, you have that right, but we don't typically. I mean, I don't know psychiatrists around here that prescribe alternatives medications.

[00:24:47.670] - Cassie Salier:  I've never heard of one.

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:24:49.490] - Theresa Whaley: | Well, anyway, as a parent, you're right. And so I'm not saying that you did anything wrong. |
| [00:24:53.960] – Plaintiff: | Well, I hadn't denied it. |
| [00:24:55.360] - Theresa Whaley: | But the hospital just didn't know what to do. |
| [00:24:58.990] - Cassie Salier: | What I would have to say just by reviewing Pam's email. Is that when we became involved in the case, there was already a stipulation. There was already some kind of order or agreement that said that both parents had supervised visits |
| [00:25:11.070] - Theresa Whaley: | no, she had weekend visits, she had weekend unsupervised weekend visits from Friday to Sunday, correct? |
| [00:25:17.100] – Plaintiff: | Yes. And so when they came into care, we just left it as we always have done, it went to supervised, because we didn't have any direction from the judge. And Jennifer was concerned that M.S.H. and Cindy were maybe brainwashing M.H. and S.H. against Dad. Hang on (to M.S.H.). And when they were with Dad, he was brainwashing them against  M.S.H. and Cindy. So it was like that the girls were the ones in the middle, |
| [00:25:43.181] - Cassie Salier: | Okay. And that can be a reason for supervision if they feel like stuff's being said that shouldn't be said. |
| [00:25:47.940] - Theresa Whaley: | Yes, should be said. That could be a reason. What were you going to say M.S.H.? |
| [00:25:51.070] - M.S.H.: | A couple of different things? Are the reports of an incident up in the hospital involving my mom? |
| [00:25:57.170] - Theresa Whaley: | There was the incident where she showed up wanting to check M.H. out AMA and, |
| [00:26:05.220] – Plaintiff: | That was per my Attorney's (Jasper) advice, and he even wrote me a letter to that |
| [00:26:07.060] - Theresa Whaley: | Yes, but that was not documented. |
| [00:26:07.060] – Plaintiff: | He even wrote me a letter so that she could testify in court the next day. That was the whole reason my attorney asked me to go pick her up. |
| [00:26:15.990] - M.S.H.: | What was not documented? |
| [00:26:17.960] - Theresa Whaley: | That she had a letter from her attorney |
| [00:26:20.270] - M.S.H.: | Is there a documented of a report of an incident? Because I heard that. Is there something? |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:26:26.100] – Plaintiff: | I don't know, maybe? |
| [00:26:27.310] - M.S.H.: | Well, what have you said to me? |
| [00:26:29.190] – Plaintiff: | I don't know. I think I heard that Jennifer Williams had subpoenaed Candace Bowman from the St. Louis hospital. |
| [00:26:37.000] - M.S.H.: | So you guys are not aware of any incident. |
| [00:26:40.070] - Theresa Whaley: | I'm aware of the one I just told you about |
| [00:26:43.360] – Plaintiff: | I guess about taking M.H. out AMA |
| [00:26:45.820] - M.S.H.: | All that she was trying to do was take her out AMA. |
| [00:26:50.510] – Plaintiff: | Yes. |
| [00:26:50.900] - M.S.H.: | Okay. So we're all aware that is the only thing that happened. |
| [00:26:53.260] - Theresa Whaley: | Phone on speaker ringing Scott Foster... Anyway, Cassie (Salier) I'm trying to call Scott back, because there were a couple of other things, we need to talk with him about. Uhm so anyway, that was my understanding, Casey. That was why Jennifer had concerns that the girls, because I think when they first went and S.H. even alluded to that in the interview that, dad told S.H. to tell the Guardian Ad Litem that she wanted to live with Dad and not Mom. S.H. feels safe with Mom, S.H. does not feel safe with Grandma or Dad. |
| [00:27:22.160] - Cassie Salier: | Yeah, I read that. |
| [00:27:27.980] - Theresa Whaley: | And so, but then Jennifer said, "when they were with Mom they didn't want to be with Dad, and when they were with Dad they said did not want to be with Mom" |
| [00:27:39.490] - M.S.H.: | Where did Jennifer get the source of information about that? |
| [00:27:42.060] - Theresa Whaley: | When she interviewed the girls, I'm assuming. That was before I was involved. |
| [00:27:44.850] - M.S.H.: | At the last FST (meeting) she (GAL) she said it from Chuck is where she heard that. |
| [00:27:54.180] - Cassie Rideout: | But as far as dad telling them what to say and mom telling them what to say, I would say yes on both of them. |
| [00:28:00.980] - Cassie Salier: | Okay. |
| [00:28:08.680] - Theresa Whaley: | You witnessed an incident, again, Cindy, I know you were upset. It was a crisis situation when you were at the doctor's office  with |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

|  |  |
|---|---|
|  | Cindy and M.H., share that with us. Me and Cindy went in the office and talked to the doctor before M.H. came in because she went to the restroom and told her, told him that she was cutting. And uh, he said well we are going to have to go ahead and send her on for an evaluation. And Cindy was talking to him and then she said well then, she wasn't cutting herself, she just got scratched so we don't have to do that. Which doctor Davis got pretty upset with her and pretty much in her face and telling her, no, you're not doing this to me because M.H. was upset. She didn't want to go to the hospital. |
| [00:29:00.160] - Theresa Whaley: | And I think Cindy and you and I discussed this, but you had told M.H., just tell them you want to come and live with me, right? |
| [00:29:07.660] – Plaintiff: | Well, we were going there. I mean, this is the whole reason why she is doing this. She wants to be home. It's a real deal. I mean, on children to do this to them. I mean, it's a serious, it's a serious thing. |
| [00:29:20.500] - M.S.H.: | well, look at what all has been caused from removing you from the house, from removing them from the house. They're hospitalized after they're removed from my mother's house and placed with Grandma. |
| [00:29:30.560] – Plaintiff: | It's like continuing to just increase the abuse that Chuck. |
| [00:29:33.650] - M.S.H.: | So it's increasing increase emotional |
| [00:29:36.530] – Plaintiff: | Our family. |
| [00:29:37.260] - Theresa Whaley: | So. And I understand that. And they took the girl out of counseling. And so they were with Grandma for over a month with no counseling during that time is when M.H. was hospitalized the first time |
| [00:29:52.440] - M.S.H.: | After having unsupervised visits with her father. |
| [00:29:57.990] - Theresa Whaley: | Anyway, there are a couple of things that I would like to talk with everyone about, but I really think that M.H., okay. I need to ask you to step outside for just, to step out in the lobby. Okay. It's nothing you've done wrong, but just some grown up stuff. Okay? Yes? That's some. Is she, she's not to upset, is she? |
| [00:30:28.130] – Plaintiff: | No, I just... Do you want me to get my Mom to go with her? |
| [00:30:32.669] - Judy Moss: | That's a good idea... |
| [00:30:32.580] – Plaintiff: | Mother, come here, Mother can you go with M.H., go in there with M.H.? |
| [00:30:34.030] - Cassie Rideout: | I don't think she's upset at what's been said in here. I think she's more upset because she was asked to leave the room. |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

[00:31:00.190] - Theresa Whaley:    Theresa Whaley trying to call Scott. Not answering the phone...

[00:31:01.560] - M.S.H.:    [whispering] Mom, we need to get a lawyer because this is unacceptable.

[00:31:01.560] - Theresa Whaley:    I did that Cindy, is because there's something that we want to discuss, and I wanted to get Scott's input on it before we discuss it with M.H. So I'm going to trust M.S.H. and Cindy that don't bring this up with M.H. until we get a chance to talk Scott about it. Okay. Okay. But Cassie found something in her backpack that is going to be very upsetting.

[00:31:32.080] - Cassie Rideout:    **I got her backpack out because she needed to return books and she was at the school, and I had to go back and pick her up, so I was just going to take her books. But as I was going through the books or going through, I found a note that she wrote that is very disturbing. Do you want me to over to?**

[00:31:56.600] - Theresa Whaley:    Just pass it over and we'll pass it around. Yes, it's pretty serious. I mean, I think it is.

[00:32:13.900] - M.S.H.:    Seems like it's understandable and reasons why that she would set that. Let's have an open investigation and investigate why she said that.

[00:32:24.720] - Theresa Whaley:    That's why I sent them for the forensic interviews. But if they don't disclose anything, M.S.H., it doesn't matter.

[00:32:30.911] - M.S.H.:    [ sighing loudly]

[00:32:30.920] - Cassie Rideout:    She has to speak up about it. If she does not speak up about it.

[00:32:35.410] - John Rideout:    They'll, if she don't speak up. They'll never be nothing done about it.

[00:32:38.739] - Theresa Whaley:    Just like you spoke up

[00:32:39.180] - John Rideout:    She'll deal with this the rest of her life.

[00:32:45.000] - Theresa Whaley:    Pass it on around Cindy when you get finished reading it

[00:32:48.320] – Plaintiff:    Can I get a copy of that? And also those two reports.

[00:32:53.260] - M.S.H.:    Does she know that you?

[00:32:57.450] - Cassie Rideout:    No.

[00:32:58.460] - John Rideout:    **We've been trying to confide in her to get her to speak up**.

[00:33:01.660] - Cassie  Rideout:    **But I've always felt something has happened with her**

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:33:05.180] - John Rideout: | **We dealt with this with another friend of ours, and we know what the signs are and the symptoms and how they act and stuff like that. And we're 100% sure that its happened, just by her actions and...** |
| [00:33:20.940] - Theresa Whaley: | and I just don't know how to get. I mean, Cassie feels like it's more tell them what you think. |
| [00:33:27.480] - Cassie Rideout: | I think she's more afraid of speaking up about it because she already thinks that everybody in Doniphan knows my whole life. |
| [00:33:35.240] - M.S.H.: | She doesn't want to go through what I've gone through. Then I'm going to go through the same thing. He doesn't want to drag it out for how many more years |
| [00:33:42.050] – Plaintiff: | M.S.H. had her whole case gone through all the Doniphan, all the school. I mean, everybody knew all the incidents of everything. |
| [00:33:49.810] - M.S.H.: | Because of Pam Stark because she told her daughter, and her daughter went and told people in the school. |
| [00:33:54.760] - Cassie Salier: | Well, there is the case worker. If you feel like that's an issue, have you asked for a new case worker if you like that? |
| [00:34:01.360] - M.S.H.: | Whenever I found out about that, I was not. I was like fourteen or not, maybe 16, and I had no idea where to go and what to say. I did not have contact with my mom. |
| [00:34:10.100] - Theresa Whaley: | M.S.H., we did discuss it at the meeting, but your case was almost ready to be closed at that time. Remember? |
| [00:34:16.240] - M.S.H.: | The fact is, it still happened, and I was still humiliated. |
| [00:34:21.090] – Plaintiff: | I don't know. There's a reason why she doesn't want to see her dad, and that's a serious thing. |
| [00:34:28.260] - Theresa Whaley: | Yes. And we're not advocating that she see her Dad. **I mean, I don't think anybody in this room has said, oh yes, M.H. needs to see her Dad.** I'm not pushing for that, but we're just we can't do anything. I mean, I can report this. |
| [00:34:41.160] - M.S.H.: | That's what needs to be done. |
| [00:34:42.860] - Theresa Whaley: | But M.S.H., you understand. |
| [00:34:44.910] - M.S.H.: | What can I do? |
| [00:34:46.160] - Theresa Whaley: | You can't. |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:34:46.830] - M.S.H.: | What can I do to help? |
| [00:34:47.970] - Theresa Whaley: | You don't need to talk to her about it, and |
| [00:34:49.370] - M.S.H.: | I won't say word to her. But what can I do to help? |
| [00:34:52.220] - Theresa Whaley: | I don't know if there's anything you can do to help. |
| [00:34:55.680] - M.S.H.: | I want to do something because I cannot. |
| [00:34:58.210] - Theresa Whaley: | What I'm saying is this piece of paper, it's not going to mean anything if she doesn't disclose. Am I correct? |
| [00:35:06.040] – Plaintiff: | I wonder when that was written. Is that her handwriting? |
| [00:35:09.257] - Cassie Rideout: | Uh huh. |
| [00:35:09.590] – Plaintiff: | Because I know she's just learned cursive, and I'm not used to her cursive? |
| [00:35:13.930] - Cassie Rideout: | Yes, that is. |
| [00:35:14.940] - Theresa Whaley: | And it was in her back package. And now do you want to talk about the other thing? |
| [00:35:19.820] – Plaintiff: | When did you find this? |
| [00:35:21.370] - Cassie Rideout: | Yesterday. |
| [00:35:22.060] – Plaintiff: | Yesterday. |
| [00:35:23.490] - Theresa Whaley: | So go ahead and tell what you did. After you found this note. |
| [00:35:27.880] - Cassie Rideout: | **After I found this note, she has been writing a Journal. And I did look in her Journal. And one thing, she wrote after she got in trouble with the pot, she wrote, "Cassie asked me if Dad has ever done anything to me, I wish I would have told her."** |
| [00:35:54.900] – Plaintiff: | Oh my gosh! |
| [00:35:54.900] - Cassie Rideout: | **She also says she's tired of telling everybody I'm okay when I'm not okay.** |
| [00:36:00.000] – Plaintiff: | I understand that. |
| [00:36:01.840] - Cassie  Rideout: | And then she wrote two pages of I'm ok, I'm ok, I'm ok, I'm ok, and then at the bottom of the second page, in real big letters **HELP**. |
| [00:36:11.250] - Theresa Whaley: | What do you do with that you guys? Judy, you're a counselor? |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:36:15.640] - Judy Moss: | **She's screaming for help!** |
| [00:36:18.060] – Plaintiff: | **She's been screaming to Jennifer Williams for help since December 7**. |
| [00:36:21.590] - M.S.H.: | **Literally, I don't want to live with my dad. I don't want to live with my grandma.** |
| [00:36:25.850] – Plaintiff: | Jennifer Williams has done this. |
| [00:36:27.660] - Cassie Rideout: | **I really think the notes being where I could find it was for me**. |
| [00:36:28.880] - John Rideout: | How do you talk to her about it without breaking trust? |
| [00:36:30.080] - Judy Moss: | Right. |
| [00:36:37.080] - Judy Moss: | **I am going to you're going to have to break trust on this one because you've got to protect her.** |
| [00:36:45.200] - Cassie Salier: | Well, I don't think I mean, even if Theresa went to her, she would know you told her. |
| [00:36:51.190] - Judy Moss: | You need to talk to Scott first because he's the Counselor on this. |
| [00:36:55.870] - Theresa Whaley: | I've not been able to get Scott back on the phone. I trust your judgement as well I mean, you're a counselor. |
| [00:37:00.960] - Cassie Rideout: | I think if I got her, which is me and her. And tell her I found these; I really feel like she would tell me. I mean because she's already wrote there once. I wished I would have already told her. |
| [00:37:15.640] – Plaintiff: | Maybe she should go into forensic interview again with those? |
| [00:37:19.370] - Theresa Whaley: | No, that's not a bad idea. |
| [00:37:22.170] – Plaintiff: | That way, there was somebody that knows how to do better than me, for sure. And, you know, they're professionals at this. |
| [00:37:31.980] - Theresa Whaley: | I want to make sure I handle it the right way. |
| [00:37:34.770] - M.S.H.: | How open has she been with Scott? |
| [00:37:36.600] - Cassie Rideout: | We only got a few times. I mean, she's she don't feel like she's open up to him. |
| [00:37:42.520] - M.S.H.: | Because plus, he's a man. Yes, but how helpful would it be? |
| [00:37:47.500] – Plaintiff: | I don't think that's bad |
| [00:37:49.440] - M.S.H.: | I like Scott. I think he's very nice. |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:37:53.400] - Cassie Rideout: | I don't really think that would bother M.H. too. That too. |
| [00:37:59.080] - Cassie Rideout: | And she was talking about it, I really don't think it should be a problem. |
| [00:37:59.860] – Plaintiff: | I think, really a problem when I pull to her mentally to have a man to talk to. |
| [00:38:05.460] - M.S.H.: | Maybe. But whenever I told I did not want a man talk to just because I didn't know how they would view what I was saying. |
| [00:38:14.020] – Plaintiff: | Maybe in a forensic [interview] |
| [00:38:16.600] - Judy Moss: | That's a normal response. |
| [00:38:16.600] – Plaintiff'' | Maybe in a forensic interview. |
| [00:38:18.470] - M.S.H.: | How helpful would it be for her to talk to Cindy Moses since she already has trust and confides in her? And I continue to talk to Scott and Cindy (Moses) because I trust Cindy. |
| [00:38:28.810] - Judy Moss: | And I do, too. I also know that in this case, if you want this to happen for her, Cindy has to stay out, because they're going to say she's prejudiced. Do you understand? |
| [00:38:42.070] - M.S.H.: | I just didn't know if that would be helpful. |
| [00:38:44.920] - Theresa Whaley: | The girl that did that forensic interview |
| [00:38:46.390] – Plaintiff: | I think that's the best way to talk about it because she's a professional at it. Is what I understand. |
| [00:38:53.630] - M.S.H.: | Is she in Butler County? |
| [00:38:57.440] - Cassie Salier: | I don't know if she's actually from here her whole life. |
| [00:39:01.070] – Plaintiff: | I assume she's a professional at it. And then she's doing that. |
| [00:39:03.690] - M.S.H.: | Her name is Danielle. |
| [00:39:04.460] - Cassie Salier: | She's been trained in forensic interviewing; I mean that's what she does. |
| [00:39:06.620] - Judy Moss: | She would not be doing it, if she weren't. |
| [00:39:08.340] - M.S.H.: | Danielle, what's her last name? |
| [00:39:10.280] - Theresa Whaley: | Cochran. |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:39:12.000] - Judy Moss: | Cochran, C-O-C-H-R-A-N. |
| [00:39:14.400] - Theresa Whaley: | So, umm and actually, do you know the number for the clinic over here? The Center over here Cassie? |
| [00:39:30.350] - Cassie Salier: | The CAC? |
| [00:39:30.350] - Cassie Salier: | Yes. I don't have it right off hand. |
| [00:39:32.400] - Theresa Whaley: | I don't either. This one has got the Doniphan number on it, but I thought I might call her real quick while we're all here. You got her number? |
| [00:39:41.300] - Cassie Salier: | I don't know. I'm gonna look, I don't think I do. What do you know? I do. |
| [00:39:46.940] - Theresa Whaley: | Do you? |
| [00:39:47.500] - Cassie Salier: | No. I only have her email, my contact. I just thought it was a phone number. I was starting to get excited there for a minute. |
| [00:39:57.290] - Theresa Whaley: | I do have it. Hello, Is Danielle around. Okay, we'll get this worked out guys. |
| [00:40:21.810] – Plaintiff: | Boy I'll tell you what it makes me so MAD! I could just like |
| [00:40:21.810] - Cassie Salier: | Oh, I can imagine, she's not mine and it makes me mad! |
| [00:40:31.970] - M.S.H.: | Imagine having two children. |
| [00:40:33.800] – Plaintiff: | And then, Jennifer Williams she [M.H.] begged and begged her not to put her with her Grandma and she refused to listen. |
| [00:40:42.030] - M.S.H.: | Would not listen to a word that we had to say about it. |
| [00:40:43.600] – Plaintiff: | She wouldn't listen to my witness that were there to protect her [M.H.]. Jennifer Williams refused to listen. |
| [00:40:49.580] - Theresa Whaley: | So whenever you guys were in care the last time. They [the DFS] didn't want to return the girls to you because you were going to allow them access to Chuck. Remember all that? |
| [00:41:01.370] - M.S.H.: | Yeah, I love how that you remember this. Thank you for remembering that. Thank you. Thank you. |
| [00:41:06.240] - Theresa Whaley: | We were arguing on your side if you recall. |
| [00:41:08.270] - M.S.H.: | Thank you. I'm looking for people that are on our side. |
| [00:41:13.210] - Theresa Whaley: | I'm just  not having any luck with phones today. |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:41:17.460] – Plaintiff: | I mean, the judge followed Jennifer Williams, recommendation. |
| [00:41:21.930] - M.S.H.: | Wait. Hold on. John Shock also denied an order of protection from Chuck with me. Does that make sense? Not in my world! |
| [00:41:32.320] - Theresa Whaley: | Hi Yeah. This is Theresa with the Children's Division. I just lost connection. I was holding for Danielle. Oh, okay. Yes. Danielle, she's okay. Okay. Hi, Danielle. It's Theresa Whaley. I just lost connection. Good. I wanted to let you know I got those forensic interviews on S.H. and M.H., and we're actually in a meeting right now. I have you on speakerphone. But what I wanted to ask you is, I know you did these interviews, but if we have new information in the form of a written note from M.H. that discloses some disturbing information about her Dad, would you be able to re interview her and discuss this? She's not aware that we have it yet. |
| [00:42:37.130] - Danielle Cochran: | Okay, hang on. |
| [00:42:42.720] - Cassie Salier: | Are you sure it's not your phone? |
| [00:42:44.930] - Theresa Whaley: | It probably is. |
| [00:42:58.140] - Theresa Whaley: | Hi. My phone. I had you on speaker phone. I just took you off speaker. So we have a note, and we have a couple of Journal entries from M.H. that are pretty disturbing. And we're sitting here as a team trying to figure out the best way to address it with her, because we all agree it needs to be hot lined. But if M.H. is not going to make a disclosure, even this note, I don't think is really going to do any good. |
| [00:43:23.040] - M.S.H.: | What about what she wrote in her journal? |
| [00:43:32.630] - M.S.H.: | Does she know that you read it? |
| [00:43:34.910] - Cassie Rideout: | No. |
| [00:43:36.170] - Cassie Rideout: | Maybe if you were in the interview with them, if you were in the interview because I think she do that. |
| [00:43:42.200] - Cassie Salyer: | They won't let her do that. They'll let her take her, but they won't let her sit and talk to her. |
| [00:43:45.180] - Theresa Whaley: | So even if you have the note right in front of you, you can't say this was found in your backpack, and we just wanted to talk to you about it. |
| [00:43:53.280] - Cassie Salyer: | It's not lead. So that's going to be the problem that she has. If she feels like she says certain ones I found in your backpack, or a note that wrote don't forget her Journal. |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:44:02.060] – Plaintiff: | Theresa, don't forget her Journal. |
| [00:44:03.790] - Theresa Whaley: | I'm going to put you back on speaker. |
| [00:44:08.750] - M.S.H.: | What was your name again? |
| [00:44:10.460] - Cassie Salyer: | Cassie Salyer. How do you spell your last name? |
| [00:44:18.020] - Theresa Whaley: | So what Danielle is saying is she would be more than happy to re interview M.H. However, she can't bring us the note unless M.H. brings it up. Well, she can ask her questions about abuse again. |
| [00:44:30.680] - M.S.H.: | M.H. will not admit to writing that because of the word that she wrote on that. Okay. Because of the word that she wrote on that I would not admit to that. I'd like "no," that would embarrass her. |
| [00:44:43.140] - Theresa Whaley: | The foster Mom wants to know if she talks to her about the note and about the journal entry, then and say, you know, will you go talk to Danielle about this then? Is that that would be okay, right? |
| [00:44:56.350] - Danielle Cochran: | Yes. If you want to tell her you went to go do these things or talk about these things. Now there's this suit base up. And can you talk to her about it? When I asked M.H. in the interview, when I ask her, like, what has happened since had something happened? Is there a reason? Do you know why you're here? |
| [00:45:20.250] - Theresa Whaley: | What if M.H. brings it up. |
| [00:45:21.890] - Cassie Salyer: | Let me bring something up to though. The point... |
| [00:45:32.560] - Theresa Whaley: | Hang on. Casey had a question, Cassie Salyer from the Juvenile Office. Okay, so what I was just going to bring up is the point of a forensic interview is to have kids to have to say at the least amount of times. So if she actually discloses to Cassie, is there a reason why she needs a forensic interview? If she talks to Cathy, Cassie about it, and she already has a counselor that can work through it with her. Is there a reason for her to have to tell forensic interview this all over again? |
| [00:45:57.690] - M.S.H.: | I was not very comfortable at my forensic interview. |
| [00:45:59.710] - Cassie Salyer: | I feel like if she discloses to Cassie, we have that disclosure. Okay. The counselor can then be told and work her through it without her having to tell a whole other person just so we can have it on paper. |
| [00:46:10.500] - Cassie Rideout: | Yes, well, I you should probably already know, because you can hear from out there what's being said in here. |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:46:17.760] - M.S.H.: | Yes, that's kind of what I was thinking. And I'm free lock rate. I'm sorry. |
| [00:46:21.370] - Theresa Whaley: | Okay. So, Danielle, what I'll do is we will if I handle it with Cassie and John, and then if we need you, we'll give you a call back. Will that be good? |
| [00:46:32.000] - Danielle Cochran: | Yes. It's kind of what I usually before I get interviews, people have already interviewed them, the school asks questions. Everyone asks questions. Yes, absolutely agree that the point is to have the least amount of people ask questions. Reason I have the least amount of people ask the question. So it just depends on what? All questions that you've asked her, depending on what information is left that you guys might need. |
| [00:46:56.150] - Theresa Whaley: | Okay. |
| [00:46:56.720] - Danielle Cochran: | But, yes, I do agree. But unfortunately, most people that I've talked to have already been interviewed before. |
| [00:47:04.120] - Theresa Whaley: | Okay, well, I wasn't aware that you couldn't have them. I know that you couldn't ask leading questions, but if you had a note right in front of you, I thought maybe you could go from that note, so that's good. |
| [00:47:15.230] - M.S.H.: | Could you ask what is this about? Like, show it to her? |
| [00:47:19.130] - Theresa Whaley: | Okay. Thank you, Danielle i appreciate your time. All right, bye. |
| [00:47:23.180] – Plaintiff: | Personally, I just think if M.H. had the note and say well. |
| [00:47:27.320] - M.S.H.: | Well, look at this is how I wrote you. Do you remember that I WROTE you I did not TELL you. I was not comfortable to TELL you. |
| [00:47:38.080] - Cassie Salyer: | So do you think she would be more comfortable just having Cassie read her journal? |
| [00:47:42.260] - Cassie Rideout: | I was going to ask her if I could read her journal if she would let me read her journal because that would tell her without her having to force it. |
| [00:47:50.550] - John Rideout: | She's already wrote it, she ain't got to deal with it. |
| [00:47:52.530] - Cassie Salyer: | The only thing that I would think would be harder for her. It's. Those are your internal thoughts. Those are what you think no one hears. I wrote that down. No one knows. |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:48:04.400] - M.S.H.: | M.H. has written something down before, and I found it, and I told her about it that has lost trust in me. She still brings it up to this day. She's like, no, I don't trust you because you read that, right? |
| [00:48:20.730] - Cassie Salyer: | Because you can choose. If you're saying it out loud as hard as it is, you can choose what you're going to say and you're not |
| [00:48:26.000] - M.S.H.: | There are a lot of things I did not say in the forensic interview. |
| [00:48:29.400] - Theresa Whaley: | I just got. And I shouldn't say this. And I'm not saying anything bad about Pam. Okay, so don't think that. But Cindy, one thing that if this case is not dismissed tomorrow in, I don't know if it will be or not, but I don't know why you couldn't ask for a new juvenile officer based on what Pam did. |
| [00:48:46.810] - M.S.H.: | I do not see she's not here. |
| [00:48:49.090] - Theresa Whaley: | Hang on. Based on the fact that they ask for a fresh set of eyes for a new counselor and a new CASA why couldn't you ask for a new JO? |
| [00:49:04.430] - M.S.H.: | Did you mean juvenile officer or a new GAL? What were you thinking about? |
| [00:49:14.650] – Plaintiff: | Because, I mean, I don't know, you know this just seems like its |
| [00:49:18.610] - Theresa Whaley: | if they want a fresh set of eyes, |
| [00:49:20.760] – Plaintiff: | Williams. |
| [00:49:24.600] - Judy Moss: | Was Williams, the first one? |
| [00:49:24.600] Plaintiff: | Grace Bleich, will she be able to represent them or not? Because she was already involved, that would not be a fresh set |
| [00:49:31.010] - Judy Moss: | She's not taking cases. |
| [00:49:31.870] - M.S.H.: | Oh, she's not taking. Okay. |
| [00:49:33.430] – Plaintiff: | I didn't hear your question. I'm sorry. |
| [00:49:36.420] - Judy Moss: | Was Jennifer Williams the first GAL or was Grace the first GAL? |
| [00:49:36.970] – Plaintiff: | Grace. |
| [00:49:36.420] - Judy Moss: | So when you moved to John Shocks court. Is that when you got Jennifer? |
| [00:49:46.280] – Plaintiff: | In our, in my divorce |
| [00:49:48.440] - Judy Moss: | Okay. I'm trying to figure out the timeline. |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:49:52.520] - Theresa Whaley: | There's been a change of people resulted from the divorce. |
| [00:49:56.990] - Judy Moss: | When we were dismissed from the court system, is when CASA quit being part of it. So I don't know anything that happened after that |
| [00:50:06.430] - M.S.H.: | Okay. |
| [00:50:08.730] - Theresa Whaley: | So I'm going to try Scott back really quick, and our meeting is, time is just about up. But hopefully we can bring Scott up to speed and then. Hello, Scott. Sorry about that. I was on it with another call for the Child Advocacy Center. I'm gonna try to put you on speaker. |
| [00:50:28.740] - Scott Foster: | I'm sorry, I'm sorry I lost you, I was driving, I mean. |
| [00:50:32.410] – Plaintiff: | I understand that. I think she's awesome. |
| [00:50:42.460] - Theresa Whaley: | Talking to Scott: Are you where you can get a text right now? |
| [00:50:44.889] - Cassie Salier: | I don't think anyone takes any personal offense to that. We're professionals. |
| [00:50:45.600] - Theresa Whaley: | So what I wanted to bring up to you is um Cassie found a note that M.H. wrote, and you know that M.H. has not disclosed anything about her Dad doing anything to her, sexually abusing her. However, Cassie found a note that we're very concerned about. And she also found a Journal, a couple of Journal entries. So we're just kind of sitting here as a team. M.H. stepped out trying to process how to handle this, and we wanted some input from you, I think as well. I just sent it to you. I don't know if you've gotten it yet, but it's pretty explicit as far as I mean, I don't think anybody in this room has a doubt that something has happened to M.H., but it's getting her to disclose it. |
| [00:51:33.720] - Scott Foster: | Right. |
| [00:51:35.570] - Theresa Whaley: | And So what we kind of talked about before I got you back on the phone is maybe Cassie could present the notes that she found in the backpack to M.H. to talk with her about it and see if she'll make a disclosure that way about it. Knowing that we almost think that maybe she left the note in there hoping that Cassie would find it. |
| [00:51:55.641] – Plaintiff: | It could be. |
| [00:52:00.040] - M.S.H.: | Would it be helpful for me to sit down with her and talk to her, since? |
| [00:52:06.020] - Theresa Whaley: | Well, I don't want Jennifer or anybody to think that you've influenced her. Do you know what I mean? |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:52:07.466] - M.S.H.: | Yes, okay I see what you're saying. |
| [00:52:08.001] - Cassie Salyer: | I know you are her sister and you've been there. |
| [00:52:08.054] - M.S.H.: | Yes, I want her to know that she can talk to me. |
| [00:52:08.060] - Theresa Whaley: | Want anybody to be to think that you've influenced her. |
| [00:52:10.170] - M.S.H.: | Yes. Okay, I see what you're saying. |
| [00:52:12.090] - Cassie Salyer: | You know what I just want as you or her sister and you've been there. Like I want her to know |
| [00:52:19.470] – Plaintiff: | talk to her. |
| [00:52:19.950] - Theresa Whaley: | Scott, I want to know is do you have any suggestions? Do you think that it would be better if maybe you and Cassy sat with her together to talk about this or what is your take on it? |
| [00:52:29.800] - Scott Foster: | Yeah, I think that probably the best if Cassie and I just brings it up, Cassie and then I'll, we'll just address it together. |
| [00:52:37.760] – Plaintiff: | I think maybe if their house would be more comfortable setting for her. |
| [00:52:43.060] - Cassie Rideout: | He's coming tonight. |
| [00:52:43.060] - Theresa Whaley: | Oh, so you're going to their house tonight. |
| [00:52:49.130] - Scott Foster: | I am. |
| [00:52:49.130] - Theresa Whaley: | Okay. That would be a perfect time to talk about it. And Cindy and M.S.H., we're not trying to exclude you. |
| [00:52:54.940] - M.S.H.: | I know. No, I don't want them to have any reason. In the case with you it's going to look like it's. Yeah, I want to do everything possible to stay out of it. |
| [00:53:10.030] - Theresa Whaley: | This is coming out while she's with them. And not while she's with you guys. |
| [00:53:14.750] - John Rideout: | We will do anything we can. I mean, don't worry about that now. |
| [00:53:20.420] - Cassie Rideout: | I feel she's probably already overheard. |
| [00:53:26.770] – Plaintiff: | Well, my mom's out there talking to her. |
| [00:53:29.250] - Cassie Rideout: | So if I feel like she was overheard, which I think I could be able to tell by the way she acts when we leave, |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:53:39.760] - Theresa Whaley: | Theresa, talking to Scott Foster on the phone: can you hear Cassie? |
| [00:53:41.410] - Cassie Rideout: | Is it all right if I go ahead and say something? |
| [00:53:46.220] - Theresa Whaley: | [to Scott Foster on the phone] M.H. may have overheard our discussion while she's in the lobby on the other side of the wall. So if she has what is your suggestion on how she can handle that? Let her know she is not in trouble for saying what she said. |
| [00:54:10.830] - M.S.H.: | I tell her that all the time. If I would have written that would have been embarrassed that I wrote those words. |
| [00:54:22.370] - John Rideout: | We have suspected this [sexual abuse by Charles] for a while just by some of them little telltale things. |
| [00:54:22.370] - Theresa Whaley: | What are your thoughts as far as the recommendation. Well, just the fact they don't want to see him so bad. Okay, so what I'm understanding you to say is right now, as long as Chuck is not around, and I don't think he's going to be around Cindy and M.S.H. Do you think the girls will be okay in an unsupervised visit [with Cindy]? Maybe not overnights yet but, but unsupervised visits. |
| [00:55:10.710] - Theresa Whaley: | But what about me unsupervised visit? |
| [00:55:18.050] - M.S.H.: | Why is it going to be possible for me? So we just have to be careful. I understand. I don't want to do anything to risk messing this up. |
| [00:55:29.400] - John Rideout: | With what's going on right now, I would say on that part no. I don't think that's a good idea, with it unsupervised. |
| [00:55:29.400] - Theresa Whaley: | Because We don't want to jeopardize. Exactly. Yes. I don't want to do anything to cause the problem right now with this going on. |
| [00:55:37.660] - John Rideout: | I don't know if that's a good idea. |
| [00:55:39.060] – Theresa Whaley: | What's that? Yeah, I don't want them to have any leverage supervised, and we should hold off until we see what's going to happen. I think that's us and everything. I agree, because. Okay, so we'll just hold off on that for the time being, and then we'll just wait and see how it goes tonight with you guys and Scott. Okay, Scott. Well, that was what I wanted to talk to you about. Thank you very much for getting back here in a when she was younger compared to now, how he treats her. |
| [00:56:14.350] - M.S.H.: | Think about how he treated me when I was younger compared to now, how he would have treated me. Very, very good. M.H. got every single thing she wanted. He never told her "no." Let me explain to that. Not the story. That was definitely this one. I know that's insane. |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:56:34.250] - Cassie Rideout: | **M.H. tells a totally different story. That either M.S.H. was it or S.H. was it. You know that was Daddy's favorite, and she was.** |
| [00:56:44.320] - M.S.H.: | Well, maybe when she remembers that, maybe up until the point, |
| [00:56:47.600] - Cassie Rideout: | He was good and nice to her for a while when you got married, but then it fell off and then it wasn't M.H. anymore. |
| [00:56:55.260] - M.S.H.: | Well, please let me say something, and I want them to hear it. I want them to hear, too. |
| [00:57:10.230] - Theresa Whaley: | Yeah, I did miss it. Just that they go from one to the next and self-harming behaviors are a dead giveaway. |
| [00:57:30.890] – Plaintiff: | This is what I've been told over and over and over by lawyers and counselors, is that it's never done by a father of a person. |
| [00:57:39.410] - Cassie Rideout: | Oh bull crap! Not true. |
| [00:57:42.540] - M.S.H.: | That is definitely not true. |
| [00:57:44.090] – Plaintiff: | That's not true with Danny Hogg, that's not true with Chuck. |
| [00:57:48.590] - Cassie Salyer: | You can't believe someone. I mean, that 90% of people are always like it's not stepchildren or something, but it's not common for a biological child. I'm just telling you that's it you're not. I can't even imagine even biological mothers with their sons that I have to say something. |
| [00:58:19.260] - M.S.H.: | **The pattern and behavior change from whenever I was little, like I was the problem child. Literally. That was the biggest conflict I've ever had in my life between him. He hated me, treated me like I was nothing. Okay. Whenever I started hitting puberty turning M.H.'s age, that's when M.H. stopped being treated like Daddy's little girl.** |
| [00:58:44.930] - Theresa Whaley: | And you started. |
| [00:58:46.150] - M.S.H.: | Yes. |
| [00:58:46.370] - Theresa Whaley: | You were the princess. |
| [00:58:47.570] - M.S.H.: | See, now the different thing here is M.H. was treated good. And now Chuck is treating her how he treated me when I was younger. It's flip behavior. |
| [00:58:57.790] - Theresa Whaley: | Well sign that. Pass it around and I hate to cut everybody short, but I am ten minutes late for my next meeting. |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [00:59:04.960] - M.S.H.: | Me too. Do you want me to keep this or make a copy of it that you make? Because I want to keep my records. Okay, I got to go. I think you just better wait. I think you just should wait. |
| [00:59:44.130] - Cassie Rideout: | Not even. You just need to not talk to her. |
| [00:59:49.620] – Plaintiff: | [Cindy talking to M.S.H.] What? We can handle it tomorrow, and then we'll go from there. And I just want to see her reaction when I walk out. Because. |
| [00:59:57.720] - John Rideout: | Okay, that's a big thing is because that will determine whether she heard what was said in here. |
| [01:00:05.950] - Theresa Whaley: | You don't mean to just forward me on email or do you want me to make copies? |
| [01:00:10.350] – Plaintiff: | That's fine. That's fine. And if I can get a copy of that, whenever you have time, you don't have to do it right now. |
| [01:00:22.600] - Cassie Rideout: | I thought you got a picture. |
| [01:00:22.600] – Plaintiff: | Oh, No, I don't. Maybe I did, but I have to get another one Cassie. Cassie, I'll talk to you in a second, |
| [01:00:28.300] - M.S.H.: | What is it? |
| [01:00:29.730] - Cassie Salyer: | Yes, it's one of my favorites |
| [01:01:00.490] – Plaintiff: | I need to talk to you [Theresa Whaley] just for one second, private. |
| [01:01:00.490] – Plaintiff: | No idea. Oh, my. You need to ask for a new JO and a new GAL. I don't know if it will do you any good but I don't know    if they yes, on a fresh set of new eyes. |
| [01:01:20.120] - Theresa Whaley: | I liked Keith, and I know you didn't like Keith, but I thought he did a good job for you. |
| [01:01:24.680] – Plaintiff: | I just didn't know. Jasper said he talked disparagingly about me. I couldn't hear him in the back room. |
| [01:01:34.000] - Theresa Whaley: | He never did around me. I thought he did a job for you. But what has Jasper done? |
| [01:01:37.670] – Plaintiff: | Nothing! |
| [01:01:37.670] - Theresa Whaley: | But what did he do against you? |
| [01:01:41.390] – Plaintiff: | Lying. He's supposed to be representing me, but he's representing Danny Hogg. |

April 27 2017 DFS FST Meeting with DFS Officer Theresa Whaley, Cynthia Haynes, M.H., Stella Randolph, Casey Slayer Juvenile Officer, Judy Moss CASA Director, M.S.H., Scott Foster, Cassie, and John Rideout.

| | |
|---|---|
| [01:01:49.951] - Theresa Whaley: | You've got all kinds of legal battles going on, I don't know how you do it. |
| [01:01:49.960] - Cassie Salyer: | Somebody who said she's running late. Do you want her to come on in? |
| [01:01:52.410] - Theresa Whaley: | I'll get her in just a minute. Okay? |
| [01:02:18.170] - Theresa Whaley: | **But this is really upsetting with M.H.** |
| [01:02:19.380] – Plaintiff: | This? |
| [01:02:20.340] - Theresa Whaley: | **I knew you were going to be upset.** |
| [01:02:23.240] – Plaintiff: | Oh, my God. |
| [01:02:24.960] - Theresa Whaley: | **I mean, we all knew it. I have I just felt it in my heart. But it just gives me goosebumps.** |
| [01:02:27.360] – Plaintiff: | I really ...  I have goosebumps. I'm freezing. |