

# The Counseling Office

97 Washington, Suite 100
Doniphan, MO 63935
(573)996-2194
scott.trinity@gmail.com

June 7, 2017

Dear Ms. Whaley,

I began seeing Cindy Haynes on 4/26/17. At that time of Assessment, she was diagnosed with Major Depressive Disorder. She has been talkative and cooperative during these sessions, although she has verbalized frustration with the current court proceedings. She has also verbalized feelings of missing her children, but feels they are in capable hands, at least temporarily, with Mr. and Mrs. Rideout. Of course, she would like for the children to return to her home in a reasonable amount of time, but has stated numerous times how fortunate she feels that the children are in the current foster home, where she believes that their emotional and physical needs are being met on a temporary basis. Of course, this in not lieu of the children returning to live with mother and the emotional and physical needs she provides. In addition, Mrs. Haynes has also been actively engaged in discussions on her divorce proceedings and has been frustrated with the longevity of this process, as well as the possible prosecution of her husband.

Family therapy has also been occurring approximately 1 time per week with Cindy and her 2 youngest children, M.H. and S.H. . Both children have difficulty verbalizing their feelings but have improved in this area in recent weeks. They are insistent that they return to reside with mother.

In addition, I visit with both S.H. and M.H. individually. The same types of body language and non-verbal communication patterns are prevalent as well in this environment. However, as previously mentioned, they have opened up more in the last few sessions. Their affect and mood are congruent and they

**EXHIBIT 24**

also report, in these individual sessions, that their desire is to return to reside with their mother.

It is my recommendation, at this time, that Sara and Mikaela return to reside with mother as swiftly as possible. Furthermore, I believe that it is not in the best interest of the children to have contact with their father or their paternal grandmother. It is also my recommendation that the children continue to attend public school so that they receive much needed socialization skills.

If I can be of further assistance, please do not hesitate to contact me at the above number.

Sincerely,

*Scott Foster*

Scott Foster, LPC