CTS VISITATION REPORT

## Visitation Report

Children's Treatment Services – Children's Division ( CD)

| TO: | Theresa Whaley | Ripley County |
|---|---|---|
| | CD Case Manager | County |

**Participant Information**
Name: Cynthia Haynes
Department Client Number (DCN) : 35092478
Number of Group Members ( GT only):
Family Members Present (FT): Cynthia (mom), M.S.H. (older sister), M.H. (child), and S.H. (child)

**Provider Information**
Name: Melissa Hammond, M.S., Parent Aide
Department Vendor Number (DVN):002531611
Provider Name: Sara L. Craig, LPC
Date of Service: 07/06/17
Begin & End Time: 0845-1445
Type of Service: Parent Aide/Visitation
Service Setting: Client Home/Current River

PA supervised visitation for Cynthia Haynes with her two children in care, M.H. and S.H. . PA transported both children from foster home in Fairdealing to mom's home on the Current River in Doniphan. PA started transport at 9:00am and started 4.5 hour visit at 9:30am. The girls were very excited to see mom and it was mentioned during first couple hours of the visit that they do not want to leave and have to go back to foster care. They just want to be home. M.S.H. , mom's older daughter, was at the home and was very talkative. M.H. seemed content to listen more than talk in most of the family conversations, but she would nod in agreement and smiled a lot at things M.S.H. said. M.S.H talked a lot about what she has learned as she has been learning how to be an adult. She talked aboout how she is now understanding her mother and the things her mother has taught the kids in a new way and she is learning to respect and trust her mother more. Mom did a very good job listening without an over-abundance of input or any "I told you so" tones. S.H., who is in more of play than talk life stages, put on music and did some ballet type dancing in the living room. She was very joyful and seems to be very relaxed in her home setting. Just as she had done last week, mom balanced her interactions with the girls well, taking time to play with S.H. a lot, but not neglecting M.H. . M.H. was very affectionate with mom and they shared many hugs that M.H. initiated. The family spent the first 1.5 hours at the home then went to the gravel bar near the home to play at the river. PA accompanied. PA waited in the truck with mom while the girls got their stuff from the house. PA observed to mom that she (mom) appeared a little tired or worn out today. Mom said it has been a rough week for her as she is doing her part to figure out how to navigate this case. She reportedly wrote a letter to the GAL requesting that she be off the case. This was something she thought long and hard about and even talked with Theresa Whaley about, per mom's statements. She tried to talk positively about how this process of fighting for her kids can make the whole family stronger. The girls arrived at the car about then and mom did her best to shift gears so she was not talking about the case in front of them, but did not appear to be hiding from them by stopping her conversation as soon as they walked over. She managed it well, per PA's note. M.H. and M.S.H. talked together on the shore while mom and S.H. played for about an hour. M.H. then joined mom and S.H. and went swimming. There was lots of laughter and good enagment in the interactions. At around 1pm, the girls decided they wanted to come back to the house. S.H. had gotten really dirty at the river so she took a bath. Mom made lunch for the girls and they all visited around the kitchen and back balcony for the remaider of the visit.

/Name/Title __Melissa Hammond, MS, Parent Aide____    _____07/06/17_____
            Provider Signature/Title                        Date

**EXHIBIT 25**