CASA Report—36th Judicial Circuit

**Children:** M.H.  DOB: 2004  17RI-JU00011
S.H.  DOB: 2009  17RI-JU00012

**Parents:** Cynthia Haynes, Mother
Charles Haynes, Father

**Filed by: Angelina Champion**

**Court hearing on July 24, 2017**

On February 3rd 2017 M.H. and S.H. were placed into the legal custody of the Missouri Childrens Division, due to allegations of educational neglect. In December, 2016, M.H. and S.H. were placed into the foster home of John and Cassandra Rideout, who reside at RR 61 Box 2400, Naylor, Mo.

I spoke with M.H. and S.H. individually on July 18, 2017 to discuss their placement, case goals and outcomes. Both girls said they were happy in their current foster home placement, but that going home would be much better. They both miss their mother very much.

M.H. and S.H. stated that they do not want to see their father Charles Haynes, or their grandmother Bernice Haynes. M.H. said that her father Charles controls Bernice and that "I would rather not see either one of them". S.H. expressed that she loves her dad but "he made her cry once". S.H. said that she "can't have friends or go around people" when she is with her grandma.

M.H. knows why she is in foster care, and immediately placed blame on her father, Charles Haynes. She expressed that she wants to go home really bad, but that if that was not going to happen right now, that she would like to have unsupervised visits with her mother. M.H. stated that she feels safe with her mother, but expressed fear that Charles may come back. She said her relationship with M.S.H., her sister, was good, but sometimes they fight. M.H. doesn't know what the case goals are at this point, but has been told that everyone wants her to go back home.

S.H. stated that she was in foster care because her dad, Charles Haynes was mad. She said that her dad won't let her have any friends and that makes her sad. S.H. expressed that she very much wants to go home to her mother Cindy Haynes. She said she misses her mom really bad, but that having M.H. with her helps, because M.H. plays dolls with her and talks to her when she is sad. S.H. feels safe with her mom, but thinks that her dad may begin to "watch" them from the river, just to scare them. S.H. doesn't understand what the case goals are at this point.

According to the girls, M.H. and S.H. were being homeschooled due to a personal preference of the mother. On January 6, 2017 M.H. was given the Wechsler Individual Achievement Test

**EXHIBIT 26**

and was within, or above the appropriate grade levels as her peers. Clearly, M.H. is not being neglected educationally. M.H. stated that she liked being homeschooled, but would be fine attending in the current school district in August. She wants to do whatever she must do, to go back home with her mother. S.H. was excited when we talked about being homeschooled, and said that she loved it because she got to learn a lot of things. S.H. stated that she doesn't want to go to Doniphan School because she doesn't have any friends there and the other kids are mean sometimes.

In talking with the girls, M.H. let it be known that she has felt "left out" of the case by her guardian ad litem, Jennifer Williams. M.H. said that Jennifer told her "It wasn't her job to talk to her". She stated that she felt as if "Jennifer is really my dad's lawyer". S.H. could not explain any details about the case, other than what her mother and sister have told her. Because M.H. and S.H. aren't communicating with their GAL and have confused feelings about their GAL, this raises a concern for me. I understand that the GAL represents the best interest of the children, while a CASA volunteer represents the voice of the children, which might not be the same thing at times in a particular case. Because the girls have expressed a concern about the relationship they have with their GAL, I felt it needed to be brought to the attention of the court.

Currently, M.H. and S.H. are having eight hours of supervised visitation each week. I understand that Cindy Haynes has been going to family therapy and taking parenting classes as well. My recommendation is the girls begin to transition back into the home with their mother by having unsupervised visitation with her. I also feel that it is in the best interest of M.H. and S.H., if they continue to have no contact with their father.

Sincerely,

Angelina Champion

CASA of the 36th Judicial Circuit