## Patient — M.H.

M.H.
15 year old female
2004

RUAL ROUTE 3
BOX 7833
DONIPHAN MO
63935
573-996-6401 (H)
Comm Pref:

Recent Visits with You More...

## Socioeconomic History

| | |
|---|---|
| Marital Status | Single |
| Preferred Language | English |
| Ethnicity | Not Hispanic or Latino |
| Race | White or Caucasian |

## Allergies

Omnicef [Cefdinir]  Stomatitis
Fluoride  Unknown
Sulfasalazine  Unknown childhood
Tamiflu (Oseltamivir)  Unknown

## Problem List

**Nervous**
Neck pain, chronic
Sorethroat

**Respiratory**
Acute bronchitis
Influenza

**Infectious/Inflammatory**
Infectious mononucleosis without complication

**Other**
Discord with social service provider, including probation officer, case manager, or social services worker
Sexual abuse of child

## Medications

dextromethorphan-guaifenesin (ROBITUSSIN COUGH-CHEST CONG DM) 10-200 mg capsule

## Preferred Pharmacies

HOMETOWN PHARMACY - DONIPHAN -
DONIPHAN, MO - 110 LEROUX STREET
573-996-4000 (Phone)
573-996-3239 (Fax)

## Immunizations/Injections

None

## Health Maintenance

- 08/30/2004  Hepatitis B Vaccines (1 of 3 - 3-dose primary series)
- 10/30/2004  IPV Vaccines (1 of 3 - 4-dose series)
- 08/30/2005  Hepatitis A Vaccines (1 of 2 - 2-dose series)
- 08/30/2005  Varicella Vaccines (1 of 2 - 2-dose childhood series)
- 08/30/2015  Meningococcal Vaccines (1 - 2-dose series)
- 08/30/2015  HPV Vaccines (1 - Female 2-dose series)

**EXHIBIT 27**

MRN: 2021646

**M.H.**

| | | |
|---|---|---|
| Roger Kingsley Bost, MD<br>Physician<br>Pediatrics | Progress Notes<br>Signed | Encounter Date: 7/27/2017 |

**Subjective:**

**Subjective**

Patient ID:   M.H.          is a 12 y.o. female.

HPI Biologic mom lost custody of her 2 younger daughters in Dec 23, 2016 when the parents were divorcing and biologic dad was accused of incest with one of mom's 2 daughters from her first marriage. The GAL removed mom's daughters because mom was accused of educational abuse of her children for homeschooling them. They were then placed with paternal grandmother who allowed unfettered access of them to their father. M.H. got depressed while there because the dad was sexually molesting her and stayed in her room to avoid dad. She got depressed and started cutting herself and wassent to psych unit at Kennet in feb 2017 and was started on remeron. Then DFS got her removed and placed in foster care in feb 6th and stayed there toll July 24th 2017 when biologic mom regained custody. She did good in 7th grade and is a year ahead of her peers because of her home schooling success. Her mom wants the remeron stopped now that she is in safe home situation. She also cut her L lower leg on rock while swimming in creek while with foster parents

The following portions of the patient's history were reviewed and updated as appropriate: allergies, problem list, care team and Joint Commission screening.

Review of Systems
Constitutional: Negative for activity change, appetite change, fatigue and fever.
HENT: Negative for congestion, dental problem, rhinorrhea and sore throat.
Eyes: Negative for discharge.
Respiratory: Negative for cough and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea and vomiting.
Genitourinary: Negative for dysuria, enuresis and flank pain.
Neurological: Negative for seizures, speech difficulty and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for behavioral problems and sleep disturbance. The patient is not hyperactive.

**Objective:**

**Objective**
Physical Exam
Constitutional: No distress.
HENT:
Head: No signs of injury.

M.H.        (MRN 2021646)                                    Encounter Date: 07/27/2017

Nose: No nasal discharge.
Mouth/Throat: No dental caries. No tonsillar exudate. Pharynx is normal.
Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge.
Cardiovascular:
No murmur heard.
Pulmonary/Chest: She has no wheezes.
Abdominal: She exhibits no mass. There is no hepatosplenomegaly. There is no tenderness.
Musculoskeletal: She exhibits no tenderness or deformity.
Lymphadenopathy:
  She has no cervical adenopathy.
Skin: No rash noted.
**Healing 1" laceration on L lower leg over mid shin bone**

Assessment/Plan:

Assessment
Diagnoses and all orders for this visit:

**Discord with social service provider, including probation officer, case manager, or social services worker**

**Sexual abuse of child, initial encounter**
- hCG, urine;
- STD screen;
- RPR;
- HIV rapid;

Office Visit
on
7/27/2017