

**SAINT FRANCIS MEDICAL PARTNERS**

KNEIBERT CLINIC

686 Lester Street
Poplar Bluff, MO 63901
Phone: 573-686-2411
Fax: 573-778-7279

R. Kingsley Bost, MD
Gary W. Dausmann, MD
Wendell H. Elliott, MD
Edith S. Hickey, MD
Charles R. Lawson, MD

Kenneth C. Li, MD
Naveed J. Mirza, MD
Rebecca J. Pinchoff, MD
Michael D. Roach, DO
Shaun A. Ross, MD

Navid S. Siddiqui, MD
Kirby L. Turner, MD
Prem K. Varma, MD
James W. Wilkerson, MD

July 27, 2017

To whom it may concern

I am the pediatrician who has been seeing M.H. and S.H. ~~Herman~~ Their mom has finally regained custody of her 2 daughters but has heard of an effort to reunify her daughter with the paternal grandmother who allows the biologic father access to the girl. Since there is evidence he has sexually abused some of the daughters, it does not sound wise to permit him or the paternal grandmother access to his daughters at least until the outcome of his trial regarding the sexual abuse charges is completed.

Thank you for your help

Yours Truly
Roger Bost MD

*Affiliated with Saint Francis Healthcare System*

**EXHIBIT 28**