# WEST POINT CHRISTIAN ACADEMY

## Student Progress Report

### 2017-2018
### Year Summary

Student Name: **M.H.**  
Learning Center:  
Level: 8th Level

ID #: 488236957

### SUBJECTS

**Math** — Year-to-Date Completed: 11 — Year-to-Date Avg: 90.95%

| 1052 | 1053 | 1054 | 1055 | 1056 | 1057 | 1058 | 1059 | 1060 | 1061 | 1062 |
|---|---|---|---|---|---|---|---|---|---|---|
| 91.50 | 88.00 | 98.00 | 95.00 | 80.00 | 95.00 | 85.00 | 93.00 | 92.00 | 95.00 | 88.00 |

Period Completed: 0    Period Avg: .00%

**English** — Year-to-Date Completed: 12 — Year-to-Date Avg: 97.00%

| 1051 | 1052 | 1053 | 1054 | 1055 | 1056 | 1057 | 1058 | 1059 | 1060 | 1061 | 1062 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100.00 | 99.00 | 99.00 | 97.00 | 98.00 | 96.00 | 92.00 | 98.00 | 97.00 | 100.00 | 92.00 | 96.00 |

Period Completed: 0    Period Avg: .00%

**Word Building** — Year-to-Date Completed: 11 — Year-to-Date Avg: 97.80%

| 1085 | 1086 | 1087 | 1088 | 1089 | 1090 | 1091 | 1092 | 1093 | 1094 | 1095 |
|---|---|---|---|---|---|---|---|---|---|---|
| 98.00 | 98.50 | 97.50 | 97.00 | 100.00 | 98.50 | 98.00 | 100.00 | 97.50 | 97.00 | 94.50 |

Period Completed: 0    Period Avg: .00%

**Science** — Year-to-Date Completed: 9 — Year-to-Date Avg: 94.83%

| 1077 | 1078 | 1079 | 1081 | 1082 | 1083 | 1084 | 1085 | 1086 |
|---|---|---|---|---|---|---|---|---|
| 100.00 | 100.00 | 100.00 | 94.00 | 100.00 | 94.00 | 88.00 | 80.00 | 97.50 |

Period Completed: 0    Period Avg: .00%

**Social Studies** — Year-to-Date Completed: 3 — Year-to-Date Avg: 94.67%

| 1076 | 1077 | 1078 |
|---|---|---|
| 88.00 | 96.00 | 100.00 |

Period Completed: 0    Period Avg: .00%

**Missouri History cp** — Year-to-Date Completed: 5 — Year-to-Date Avg: 88.00%

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| 92.00 | 85.00 | 80.00 | 91.00 | 92.00 |

Period Completed: 0    Period Avg: .00%

**EXHIBIT 29**

# WEST POINT CHRISTIAN ACADEMY
## Student Progress Report

2017-2018
Year Summary

Student Name: M.H.
Learning Center:
Level: 8th Level

ID #: 488236957

## SUMMARY

|  | Year Summary |
|---|---|
| PACEs Completed | 51 |
| Average | 94.48% |
| Excused Absences | 21 |
| Unexcused Absences | 4 |
| Excused Tardies | 1 |
| Unexcused Tardies | 0 |

## SCRIPTURE MEMORIZATION

Psalm 133:1-3

I Peter 3:8-15

Philippians 2:1-11

I Thessalonians 5:11-18

Hebrews 2:1-3

Ephesians 5:10-17

II Timothy 1:7-13

I Timothy 6:12-21

Deuteronomy 31:1-8

Joshua 24:14-15

## DESIRABLE HABITS AND TRAITS

| WORK HABITS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Follows Directions | E | E | E | E |
| Works Well Independently | E | E | E | E |
| Does Not Disturb Others | E | E | E | E |
| Takes Care of Materials | E | E | E | E |
| Completes Work Required | G | E | E | E |
| Achieves Computer Assignments |  | E | E | E |

| SOCIAL TRAITS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Is Courteous | E | E | E | E |
| Gets Along Well with Others | E | E | E | E |
| Exhibits Self-Control | E | E | E | E |
| Shows Respect for Authority | E | E | E | E |
| Responds Well to Correction | E | E | E | E |
| Promotes School Spirit | E | E | E | E |

| PERSONAL TRAITS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Ability to Establish Own Goals | G | E | E | E |
| Successfully Reaches Goals | G | E | E | E |
| Displays Flexibility | E | E | E | E |

# WEST POINT CHRISTIAN ACADEMY

## Student Progress Report

2017-2018
Year Summary

Student Name: **M.H.**  ID #: 488236957
Learning Center:
Level:   8th Level

| | | | | |
|---|---|---|---|---|
| Shows Creativity | E | E | E | E |
| General Overall Progress | G | E | E | E |
| Attitude Toward Computer Learning | | E | E | E |