

## IN THE 36TH JUDICIAL CIRCUIT COURT, RIPLEY COUNTY, MISSOURI

| Judge or Division: JOHN SHOCK | | Case Number: 17RI-JU00011 | |
|---|---|---|---|
| In the interest of: | M.H. | Juvenile / Family Court Address: 100 COURTHOUSE SQUARE DONIPHAN, MO 63935 | 2018 JUN 27 AM 11:01 SHARON R. RICHMOND CIRCUIT CLERK RIPLEY COUNTY, MO (Date File Stamp) |
| SEX: F | DOB: | | |

### Motion and Order for Termination of Jurisdiction

The juvenile officer requests that the Court terminate its jurisdiction over the above-named juvenile and in support thereof states: *Trial home placement has gone uninterrupted since July 24, 2017 and the family counselor has recommended termination of jurisdiction. Goal of reunification has therefore been met at this time.*

_Pamela Ray Stark_
Juvenile Officer/Deputy Juvenile Officer

_100 Courthouse Square_
Address
_Doniphan, Mo 63935_

_(573) 996-4015_
Telephone Number

_W. Drew Million_

### Order

The jurisdiction of this Court over the juvenile is terminated and the juvenile is discharged from further supervision by this Court.

The Circuit Clerk is ordered to provide a copy of this order to each party and file proof of notice.

So Ordered:

_6/27/18_
Date

_John Shock_
Judge

Certificate of Service:

This is to certify that copies of the foregoing have been mailed postage pre-paid/hand-delivered to the following on __6-27-18__ (date).

Copies to:
Roxann Ward – CD – by email
Jennifer Williams – GAL by email
James McClellan-NMO atty
Ted Liszewski-NFA atty
Siegrid Maness-Intervenor atty

_____
Clerk

OSCA (7-00) JVM07 (JM07)                1 of 1

**EXHIBIT 30**

Electronically Filed - Ripley - September 10, 2021 - 03:30 PM



IN THE 36TH JUDICIAL CIRCUIT COURT, RIPLEY COUNTY, MISSOURI

| Judge or Division: JOHN SHOCK | | Case Number: 17RI-JU00012 | 2018 JUN 27 AM 11:01 |
|---|---|---|---|
| In the Interest of: | S.H. | Juvenile / Family Court Address: 100 COURTHOUSE SQUARE DONIPHAN, MO 63935 | SHARON R. RICHMOND CIRCUIT CLERK RIPLEY COUNTY, MO |
| SEX: F | DOB: | | (Date File Stamp) |

## Motion and Order for Termination of Jurisdiction

The juvenile officer requests that the Court terminate its jurisdiction over the above-named juvenile and in support thereof states: *Trial home placement has gone uninterrupted since July 24, 2017 and the family counselor has recommended termination of jurisdiction. Goal of reunification has therefore been met at this time.*

*Pamela Ray Stark*
Juvenile Officer/Deputy Juvenile Officer
100 Courthouse Square
Address
Doniphan, Mo 63935
(573) 996-4015
Telephone Number

### Order

The jurisdiction of this Court over the juvenile is terminated and the juvenile is discharged from further supervision by this Court.

The Circuit Clerk is ordered to provide a copy of this order to each party and file proof of notice.

So Ordered: 6/24/18
Date

Judge

### Certificate of Service:

This is to certify that copies of the foregoing have been mailed postage pre-paid/hand-delivered to the following on __6-27-18__ (date).

Copies to:
Roxann Ward– CD – by email
Jennifer Williams – GAL by email
James McClellan-NMO atty
Ted Liszewski-NFA atty
Siegrid Maness-Intervenor atty

_____
Clerk

OSCA (7-00) JVM07 (JM07)     1 of 1     MSCR 119.09