**JERRY L. MARKS, PhD, LCSW**
**851 East Fifth Street, Suite 308**
**Washington, MO 63090**
Telephone: 636-432-5500   Fax: 636-432-5500

September 8, 2017

RE:   M.H.
DOB:

## Diagnostic Assessment

**Identifying Data:**
M.H.   is a 13 year old female who is currently residing with her biological mother but the Division of Children's Services has custody. She has been transported to the office by her mother but with the permission of the Division for assessment and therapy as may be indicated. She is currently attending a private Christian school in her home area. She reportedly has been sexually abused by her biological father who has denied the incidents but is awaiting court action for the alleged abuse of another daughter living at the house.

**Presenting Problem:**
She is very uncomfortable but does separate from her mother without any distress. Once in the office, she is totally unable to talk at first so we started to talk about her school. This conversation seemed to help her to settle and she relaxed and was able to talk a little. She says that she doesn't want to go through what her sister has been through with the courts as she has disclosed that their father was sexually abusive with her. She doesn't deny that she has been sexually abused in the interview but doesn't confirm it either.

**Pertinent History:**
M.H.   tells me that she and her younger sister were removed from her mother's care and placed at their paternal grandmother's home. She tells me that it was awkward and uncomfortable as their father was allowed to see them whenever he wanted to see them. She isn't saying anything about what happened with his visits and tells me that a caseworker was removed and a new one assigned. They were next sent to a foster home that was not in her words, "very good". She was uncomfortable at that home and was glad to be moved to another foster home which she felt was much better. She tells me that she felt safe at that home and did okay. She was very pleased to be back with her mother and was not sure exactly why they were removed in the first place as she had no complaints about her mother's care.

**Mental Status:**
She is quiet, somewhat guarded and hypervigilant of her surroundings. Her affect was constricted but she seemed to be very relieved to be back with her mother. Generally when she talked about school or being at home with her mother her affect improved and she could smile. If the conversation was about her placements, she was more constricted and seemed to be concerned about what she might say. She denied feeling suicidal but admitted that when she was at her paternal grandmother's house and in the

**EXHIBIT 31**

first foster placement; she often had dark thoughts and felt self-destructive. She at times struggled to hold back tears as she talked about what she has been through during the last few months.

**Diagnostic Formulation:**
    Post-Traumatic Stress Disorder
    Major Depressive Disorder
    Generalized Anxiety Disorder

**Recommendations:**
**M.H.**   has been exposed to a great deal of trauma and feels very upset and needs time to settle in at her house with her mother. School seems to be her bright spot at the moment and she is finding her routine of going to school and coming home each day to be very comforting. She does not want to have any medications at this point as she says that she wants to deal with this on her own. There seems to be no reason to force her as she is just starting to settle in with her mother at the house.

There seems to be a lot more information that is available to help sort out this situation. Since she is a ward of the State, I have assumed that they will want reports about her progress. I have agreed to provide those reports as I am planning to see her monthly since they live over 200 miles away. It is my understanding that the providers in the area have either been disqualified or have declined to become involved for their own reasons forcing her to seek services this far away from the surrounding area.

Sincerely,

*[signature]*
Jerry L. Marks

This certificate is attached to a __2__ page document dated __9/08/2017__ entitled __Diagnostic Assessment - Mikaela Haynes Haynes vs Haynes Case 13SF-CV00554__, certify, swear/affirm before

## AFFIDAVIT/JURAT

State of Missouri
County of Franklin

I, __Jerry L. Marks, PhD., L.C.S.W.__
(Name of person making statement)
__Jill L. Ruether__ that the attached instrument is true and correct.
(Notary Public's name)

Sworn to and subscribed before me this __28th__ day of __October__,

2020, by __Jerry Marks, PhD, L.C.S.W.__
(Year)

__Jill L. Ruether__
Notary Public's Signature

__Jill L. Ruether__
Notary Public's Name

JILL L. RUETHER
My Commission Expires
July 13, 2021
Franklin County
Commission #13836573

(Seal)

Signer's Identity verified by:
☑ Personally known to me
☐ Identity proven on the oath _____ Name of credible witness
☐ Identity proven on the basis of _____ Description of identity card or other document