

Missouri Department of
SOCIAL SERVICES
*Your Potential. Our Support.*

ERIC R. GREITENS, GOVERNOR • STEVE CORSI, DIRECTOR
CHILDREN'S DIVISION
DEBRA MCCOIN, CIRCUIT MANAGER
BUTLER COUNTY, 1903 NORTHWOOD DRIVE • PO BOX 8 • POPLAR BLUFF, MO 63902 • 573-840-9200 • 573-840-9234 FAX
RIPLEY COUNTY, ROUTE 2 BOX 1143, DONIPHAN, MO 63935 • 573-996-2175 • 573-996-2238 FAX
WWW.DSS.MO.GOV

November 1, 2017

| Children: | M.H. | 17RI-JU00011 |
| | S.H. | 17RI-JU00012 |

Date of Custody:   02-03-17

Parents:   Cynthia Haynes, Mother            Charles Haynes, Father to M.H. and S.H.
           *(Safe at Home Address)*          RR 1 Box 2312
           015251 PO Box 1409                Doniphan, MO 63935
           Jefferson City, MO 65102          (573) 996-6260
           (573) 996-6401

Placement:   THP – Cynthia Haynes, natural mother

Dear Judge Shock:

Please consider this an update for the hearing that is set for November 8, 2017.

Reason for custody: Children came into care during a custody modification hearing when Judge Shock ordered the girls in emergency custody. GAL, Jennifer Williams, had concerns of educational neglect by mother.

History with Children's Division:
FCS:

| 20013440345 | Closed | 09/22/2015 | Ripley - 181/01(CD Ripley) |
| 20013440345 | Closed | 10/06/2007 | Ripley - 181/01(CD Ripley) |

Investigation/assessment:

| 20171180490 | 04/28/2017 | CA/N | Investigation | Investigation | Unsubstantiated (D) | Ripley - 181/01(CD Ripley) |
| 20170290071 | 01/29/2017 | Referral | P-Preventive Services Referral | | | Ripley - 181/01(CD Ripley) |
| 20140930443 | 01/08/2014 | CA/N | Assessment | Assessment | Family Assessment - Services Needed | Ripley - 181/01(CD |

RELAY MISSOURI
FOR HEARING AND SPEECH IMPAIRED
1-800-735-2466 VOICE • 1-800-735-2966 TEXT PHONE
*An Equal Opportunity Employer, services provided on a nondiscriminatory basis.*

**EXHIBIT 33**

| | | | | | (Linked Initial 30 Days) (M) | Ripley ) |
|---|---|---|---|---|---|---|
| 20140930422 | 01/08/2014 | CA/N | Investigation | Investigation | Unsubstantiated - Preventative Services Indicated (C) | Ripley - 181/01(CD Ripley ) |
| 20133350037 | 12/01/2013 | CA/N | Investigation | Investigation | Call # Entered is a Duplicate Call - For Primary Call # 20133350018 | Ripley - 181/01(CD Ripley ) |
| 20133350018 | 12/01/2013 | CA/N | Investigation | Investigation | Preponderance of Evidence (B) | Ripley - 181/01(CD Ripley ) |
| 20121040378 | 03/28/2012 | CA/N | Assessment | Assessment | Family Assessment - No Services Needed (K) | Ripley - 181/01(CD Ripley ) |

**Parent's current situation:**
Charles:
- Charles has not participated in the team planning since the 24-hour meeting February 2017.
- CD scheduled psychological evaluation for Charles. The soonest evaluation date is in December 2017.

Cynthia:
- Cynthia has been compliant with all home visits, drug screens, team meetings and provided services.
- Cynthia obtained counseling for her and her children even when the juvenile office requested she change from current counselors already familiar with the family. Cynthia transports her children to regular therapy sessions with Dr. Jerry Marks in Washington, Missouri.
- Dr. Kennedy will update a psychological evaluation for Cynthia November 6, 2017 at 12:00 noon.

**Youth current status:**
M.H.
- M.H. is excelling at WestPoint Christian Academy. She reports having a better understanding of the material now than in public school. She makes A's and B's on all assignments.
- Jerry Marks, DSW, LCSW is doing individual therapy with M.H. and she likes having an opportunity talk and not bottle up emotions.
- M.H. is not on any medication.
- M.H. does not want visits with her father.

S.H.
- S.H. is enjoying school at WestPoint Christian Academy. She likes being with her friends and is not struggling academically. S.H. has a sharp mind and is phenomenal at memorizing required texts to recite in class.
- S.H. sees Jerry Marks, DSW, LCSW for individual therapy and continues to build rapport with him.
- S.H. is not on any medication

CD requested progress notes from Dr. Marks' office and will share once received. Dr. Marks required time to build rapport before there were notes of worth.

**Children's Division Assessment / Recommendation:**
Children's Division believes it is in the best interest of M.H. and S.H. to remain in the legal custody of Children's Division and the physical custody of their natural mother, Cynthia Haynes. Children's Division recommends the goal remain reunification with mother.

Sincerely,

Roxann Ward
Roxann Ward, BSE
Children's Service Worker II

Keri Morrow
Keri Morrow, BSW
Children's Service Supervisor