**JERRY L. MARKS, PhD, LCSW**
**851 East Fifth Street, Suite 308**
**Washington, MO 63090**
Telephone: 636-432-5500   Fax: 636-432-5501

December 15, 2017

Roxann Ward, BSE, CSWII
36th Judicial Circuit – Butler County
1903 Northwood Drive          RE:  **M.H.**
PO Box 8                      DOB:
Popular Bluff, MO 63902

Dear Ms. Ward:

I am responding to your request for information about the course for therapy for **M.H.**      . She was referred to me by a St. Charles County Attorney after her Mother contacted his office regarding the process of the case. Her Mother has provided documentation of her physical custody order as well as confirmation that she remains in the custody of the Division of Children's Services. **M.H.** has been seen individually on the following dates: 9/8/17, 9/20/17, 10/11/17, 11/3/17, and 12/1/17. She has also been seen with her Mother and sister in family therapy 12/1/17. The report summaries the therapy process to date. They are scheduled to continue to be seen monthly unless the weather is inclement.

In the first visit, **M.H.** had trouble separating from her Mother due to the number of professionals that she has seen in the past. She was shy and very anxious in the first session and her drawings were constricted and not really age appropriate. She was able to settle some with the activity but it was a rather difficult session for her. In subsequent sessions, she has been able to separate more easily and has been more open in conversation. She shares that she has been through a lot in the last year. She says that when she was placed with her paternal grandmother it was hard because her Father was at the house daily. She knew that he was not supposed to be there but she did not know what to do or say. Her paternal grandmother is described as a 90 year old person who gets around okay but did not have a lot of energy or patience with her. She has also talked about the school changes and how hard it was to get into the group at the schools. She has many memories of the multiple foster homes and some of the challenges that she faced with each placement. She has experienced real trauma in the moves to foster homes and the various schools that she attended. We are in the process of working through these memories and helping her to strengthen her coping skills about what has happened in these placements.

In the last session, I saw her with her Mother and little sister (**S.H**) to talk about how they are healing from all of the disruptions. **S.H.** was sitting with her Mother and **M.H.** was in her own chair. **M.H.** admits that she had a very hard time trying to adjust to the different homes and to comfort her sister. **S.H.** is able to talk about the sadness that she felt being separated from her Mother. They all report

**EXHIBIT 34**

that getting back to the house has been good for them. **M.H.** has achieved an honorable mention on the honor roll this past term and **S.H.** is on the honor roll this term. Both girls talk about feeling happy to be back with their Mother and are having a hard time understanding the reason they were place in foster care in the first place. They do not seem to believe that there was a good reason for the placements. Since this was the first family session, I would expect that there will be more discussions about the healing process of being returned home and how that feels as we move forward.

I have also included a report that I sent to the Juvenile Officer regarding **M.H.** and her reported substance abuse. I am confused about how this came about in the first place but I do not think this case should have ever been opened as it is clear to me that **M.H.** is not in trouble with substance abuse.

I will be glad to send further reports as I have more sessions with **M.H.**. She is doing better than one might expect given what has happened to her in the last year.

Sincerely,

Jerry L. Marks

This certificate is attached to a __2__ page document dated __12/15/2017__ entitled __Letter to Children's Division Ms. Ward Mikaela Ann Haynes DOB 8/30/2004__.

## AFFIDAVIT/JURAT

State of Missouri
County of Franklin

I, __Jill L. Ruether__, certify, swear/affirm before
_(Notary Public's name)_

__Jerry L. Marks, D.S.W., L.C.S.W.__ that the attached instrument is true and correct.
_(Name of person making statement)_

Sworn to and subscribed before me this __28th__ day of __October__,
2020 by __Jerry L. Marks, PhD., L.C.S.W.__
_(Year)_

JILL L. RUETHER
My Commission Expires
July 13, 2021
Franklin County
Commission #13836573

(Seal)

_Notary Public's Signature_
Jill L. Ruether
_Notary Public's Name_

**Signer's Identity verified by:**
☑ Personally known to me
☐ Identity proven on the oath _____ Name of credible witness
☐ Identity proven on the basis of _____ Description of identity card or other document