Cindy Haynes <weddingpartyprocession@gmail.com>

## Haynes counseling report

**Jennifer Williams** <jrw@smm-law.com>                                    Mon, Jan 29, 2018 at 10:56 AM
To: James McClellan <jmm-law@swbell.net>, "Pamela.Stark@courts.mo.gov" <Pamela.Stark@courts.mo.gov>
Cc: "attorney@millionlawoffice.com" <attorney@millionlawoffice.com>, "Morrow, Keri" <Keri.Morrow@dss.mo.gov>, Ted Liszewski <liszewskilawfirm@gmail.com>, "Ward, Roxann" <Roxann.L.Ward@dss.mo.gov>, Terri Giusti/SSM <smaness11@windstream.net>, "weddingpartyprocession@gmail.com" <weddingpartyprocession@gmail.com>

Let me be extremely clear: It is inaccurate to say that the kids were removed because of educational neglect. I know Jim was not involved in this case at that time, but here is the timeline:

Custody case ongoing. Girls came in to meet with me and made some very concerning allegations about mother, the very *least* of which was that neither of them had ever finished a full year of schooling while being homeschooled. Temporary Custody hearing held in which mother, in spite of multiple conversations between her and I putting mom on notice that I was concerned about the schooling issue, could still not inform the court of even ONE detail of the girls' lesson plans in their homeschooling. Girls placed with grandmother (my recommendation was based not just on the educational neglect, but also on the other allegations made by the girls about mom). Juvenile was STILL not involved at this time, and there were no plans to get them involved. Eventually, however, **M.H.** began cutting and ended up hospitalized. I was advised by the social worker at the hospital that they had grave concerns about mother's handling of the situation. Mother was intrusive, obstructive, and threatened to take **M.H.** out of the facility AMA even though she was no longer the legal custodian at that time (grandmother was). Then and ONLY then is when I was concerned enough to involve the juvenile office. So to say the girls were removed because of "educational neglect that didn't pan out" is simply incorrect.

If we are going to keep these kids in mom's home and walk away from these girls, I want an updated psych eval to *confirm* that there is no reason to pursue this. I don't want to walk away without following up on that and something awful happen to these kids, because I don't want to have to explain why we asked for it, let it stall out, and never followed up on it when it might have prevented something awful. I understand that none of you have the benefit of knowing exactly what these girls reported to me when I first became involved in this case, and it seems to you like I'm on some sort of crusade here, but the things they reported to me were MORE than educational neglect. That is simply one of the many things they reported. None of the allegations were hotline-able, but were concerning nonetheless. They ranged from flat out manipulation by mother and **M.S.H.**, emotional abuse by mother and **M.S.H.**, not having enough food in the home, and being severely punished for making disclosures about things that had gone on in the home in the past. As a means to protect the girls, I chose to focus a great deal on the educational neglect, because that particular allegation couldn't be held against the girls by mom or anyone else – it kept a little bit of the heat off the girls by focusing on that. Though the girls later said dad "made" them say those things, the one thing they never did come back to me and say is that the things they said were <u>untrue</u>. They never said the stuff they reported didn't happen.

THAT is why I insist on mom's psych eval being updated before I will agree to close this case. I want my conscience clear that I've followed up on everything that should be checked.

Jennifer R. Williams*                                                        **EXHIBIT 35**

Spain, Miller, Galloway & Lee, LLC

1912 Big Bend

P.O. Box 1248

Poplar Bluff, Missouri 63902

(573) 686-5868 -- Telephone

(573) 686-6885 - Fax

\* - Licensed in Missouri and Arkansas

---