M.H.                                                              MRN: 2021646

Roger Kingsley Bost, MD      Progress Notes      Encounter Date: 2/6/2018
Physician                    Signed
Pediatrics

**Subjective:**

**Subjective**

Patient ID:  M.H.          is a 13 y.o. female.

HPI She has been real stressed since last Tuesday 1 week ago when the guardian ad litum (gal) has been questioning her and wanting her to testify in state custody because they don't like biological home schooling her most her life and claimed mom was causing educational neglect. The GAL has put her in harms way having her in dads care in 2017 where there is suspicion of sexual abuse. Mom Has been having her seeing Jerry Marks a psychologist in Washington, Mo who is pushing to get state custody ended. She has developed coughing fever chills sorethroat Body aches runny nose and headache in last 5 days. She did vomit once yesterday and had pretty high subjective fever yesterday and she has some tender cervical glands developing and had mono last year

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, problem list, care team and Joint Commission screening.

Review of Systems
Constitutional: Positive for activity change, appetite change, chills, fatigue and fever.
HENT: Positive for sore throat.
Respiratory: Positive for cough.
Neurological: Positive for headaches.

**Objective:**

**Objective**

Physical Exam
Constitutional: She appears well-developed and well-nourished.
**Ill appearing and lethargic**
Eyes: EOM are normal. Pupils are equal, round, and reactive to light.
Neck: No thyromegaly present.
Cardiovascular:
No murmur heard.
Pulmonary/Chest: She has no wheezes.
Abdominal: She exhibits no mass. There is no tenderness.
**Mild abdominal tenderness**
Musculoskeletal: She exhibits no tenderness.
Lymphadenopathy:
  She has no cervical adenopathy.
Skin: No rash noted.

**EXHIBIT 36**

**Assessment/Plan:**

**Assessment**

Diagnoses and all orders for this visit:

**Acute bronchitis, unspecified organism**
- CBC with Differential; Future
- Influenza A,B antigen; Future
- Beta strep screen, throat; Future
- Mono spot; Future

**Influenza**
- ibuprofen (ADVIL,MOTRIN) 600 MG tablet; Take 1 tablet (600 mg total) by mouth every 6 (six) hours as needed for mild pain for up to 10 days.
- acetaminophen (TYLENOL) tablet; Take 1 tablet (500 mg total) by mouth every 6 (six) hours as needed for mild pain.

**Infectious mononucleosis without complication, infectious mononucleosis due to unspecified organism**

Office Visit
on 2/6/2018