**JERRY L. MARKS, PhD, LCSW**
**851 East Fifth Street, Suite 308**
**Washington, MO 63090**
**Telephone: 636-432-5500 Fax: 636-432-5501**

March 30, 2018

Roxann Ward, BSE, CSWII
36th Judicial Circuit – Butler County
1903 Northwood Drive
PO Box 8
Popular Bluff, MO 63902

RE: **M.H.**
DOB:

Dear Ms. Ward:

I am writing to submit the end of the quarter summary of visits for **M.H.** . I have seen her once per month as promised. She is really doing well this quarter as she has moved to the Honor roll at school. She is very pleased with her progress and has been making friends too. She knows her peers now and has made a solid adjustment to the school and the teachers. At home, she has continued to be adjusting well. Her sister **M.S.H.** has been teaching her how to cook vegan as she has decided to follow that diet plan. Her interest in cooking has steadily grown so that now she is able to fix some wonderful meals. Her adjustment to the family and to school is going very well.

She reports to me that the GAL has been coming to see her at school. She tells me that it seems odd to her as she did not see this much of her when she was places in foster care. She also tells me that the GAL has brought two rounds of gifts to her school form her paternal grandmother and from her Dad. She is not sure what that is about but she finds it unusual. She also reports that the GAL has been asking her about her Mother's psychological testing. I find this to be more than unusual. Perhaps this is just me being cynical, but it seems to me that she is using her access to **M.H.** to put pressure on her about the upcoming trial of her Father related to the sexual abuse of her sister **M.S.H.**. It seems that I am the one who keeps reporting to you the irregularities of the process. I do not think it would be a jump in logic to say that the gifts are a way to send **M.S.H.** a message about her testimony in the case. I also think it is a way to put pressure on **M.H.** that she could be going back into foster care if she testifies against her Father.

I have a hard time with the request by the GAL to have Ms. Haynes psychological testing repeated without any specific questions that need to be answered. I have to be on the record saying that I think what has happened in the last two months with **M.H.** and the GAL is a form of witness tampering. I would like to again state that I see no reason why this case is still open except to give the GAL access to the girls before the trail.

Respectfully submitted,

JLM

Jerry L. Marks

**EXHIBIT 37**

*This certificate is attached to a* 1 *page document dated* 3/30/2018 *entitled* *Letter to Mo. Children's Division, Ms. Ward. Mikaela Ann Haynes DOB: 08/30/2004*

# AFFIDAVIT/JURAT

State of Missouri

County of Franklin

I Jerry L. Marks, D.S.W., L.C.S.W., certify, swear/affirm before
(Name of person making statement)

Jill L. Ruether that the attached instrument is true and correct.
(Notary Public's name)

Sworn to and subscribed before me this 28th day of October, 2020 (Year), by Jerry L. Marks, PhD., L.C.S.W.

Jill L. Ruether
Notary Public's Signature

Jill L. Ruether
Notary Public's Name

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI

JILL L. RUETHER
My Commission Expires
July 13, 2021
Franklin County
Commission #13836573

(Seal)

***Signer's Identity verified by:***

- [x] *Personally known to me*
- [ ] *Identity proven on the oath* ______ (Name of credible witness)
- [ ] *Identity proven on the basis of* ______ (Description of identity card or other document)