

## IN THE 36TH JUDICIAL CIRCUIT COURT, RIPLEY COUNTY, MISSOURI

| Judge or Division: JOHN SHOCK | | Case Number: 17RI-JU00011 | |
|---|---|---|---|
| In the Interest of: | M.H. | Juvenile / Family Court Address: 100 COURTHOUSE SQUARE DONIPHAN, MO 63935 | 2018 JUN 27 AM 11:01 SHARON D. RICHMOND CIRCUIT CLERK RIPLEY COUNTY, MO (Date File Stamp) |
| SEX: F | DOB: | | |

### Motion and Order for Termination of Jurisdiction

The juvenile officer requests that the Court terminate its jurisdiction over the above-named juvenile and in support thereof states: *Trial home placement has gone uninterrupted since July 24, 2017 and the family counselor has recommended termination of jurisdiction. Goal of reunification has therefore been met at this time.*

*Pamela Ray Stark*
Juvenile Officer/Deputy Juvenile Officer

100 Courthouse Square
Address

Doniphan, Mo 63935

(573) 996-4015
Telephone Number

W. Drew Million

### Order

The jurisdiction of this Court over the juvenile is terminated and the juvenile is discharged from further supervision by this Court.

The Circuit Clerk is ordered to provide a copy of this order to each party and file proof of notice.

So Ordered:

6/27/18
Date

*John Shock*
Judge

Certificate of Service:

This is to certify that copies of the foregoing have been mailed postage pre-paid/hand-delivered to the following on   6-27-18   (date).

Copies to:
Roxann Ward– CD – by email
Jennifer Williams – GAL by email
James McClellan-NMO atty
Ted Liszewski-NFA atty
Siegrid Maness-Intervenor atty

_____
Clerk

**EXHIBIT 39**

OSCA (7-00) JVM07 (JM07)                    1 of 1



IN THE 36TH JUDICIAL CIRCUIT COURT, RIPLEY COUNTY, MISSOURI

| Judge or Division: JOHN SHOCK | | Case Number: 17RI-JU00012 | 2018 JUN 27 AM 11:01 |
|---|---|---|---|
| In the Interest of: | S.H. | Juvenile / Family Court Address: 100 COURTHOUSE SQUARE DONIPHAN, MO 63935 | SHARON R. RICHMOND CIRCUIT CLERK RIPLEY COUNTY, MO |
| SEX: F | DOB: | | (Date File Stamp) |

## Motion and Order for Termination of Jurisdiction

The juvenile officer requests that the Court terminate its jurisdiction over the above-named juvenile and in support thereof states: *Trial home placement has gone uninterrupted since July 24, 2017 and the family counselor has recommended termination of jurisdiction. Goal of reunification has therefore been met at this time.*

*Pamela Ray Stark*
Juvenile Officer/Deputy Juvenile Officer
100 Courthouse Square
Doniphan, Mo 63935
(573) 996-4015
Telephone Number

W. Dunn Million

### Order

The jurisdiction of this Court over the juvenile is terminated and the juvenile is discharged from further supervision by this Court.

The Circuit Clerk is ordered to provide a copy of this order to each party and file proof of notice.

So Ordered: 6/27/18
Date

Judge

Certificate of Service:

This is to certify that copies of the foregoing have been mailed postage pre-paid/hand-delivered to the following on  6-27-18  (date).

Copies to:
Roxann Ward - CD -- by email
Jennifer Williams -- GAL by email
James McClellan-NMO atty
Ted Liszewski-NFA atty
Siegrid Maness-Intervenor atty

_____
Clerk

OSCA (7-00) JVM07 (JM07)                 1 of 1                 MSCR 119.09

The family is thriving in all areas of the Five Domains of Wellbeing.

Social Connectedness
- The family has built a strong support group and surrounded themselves with positive, encouraging people. They regularly see Dr. Jerry Marks in Washington, MO for counseling, M.H. and S.H. love going to school and have a good relationship with their teacher and principal, former foster parents —John and Cassie Rideout — still have contact with the family and spend time with M.H. and S.H. and the family has extended family support.

Safety
- CD and JO have been in the home with the family every month since July 2017 and have had no reported concerns regarding safety. Cindy has followed through in keeping Charles Haynes away from the home and the children, multiple counselors –Cindy Moses, Scott Foster and Jerry Marks- have reported they have no safety concerns with the emotional, physical or mental stability of Cindy having custody of M.H. and S.H.
- M.H. has not had episodes of self-harm: cutting or hospitalization for mental instability since March 2017, nor has she had any further incidents with having marijuana.

Meaningful access to relevant resources
- Cindy is able to meet the needs of the family. They travel to Washington, MO monthly for counseling with Dr. Jerry Marks, the family sees Dr. Bost, PCP, as needed, M.H. had a psychological evaluation completed, there is a surplus of food in the home and the family owns their home with no intentions of moving. When M.H. needed an attorney for the Juvenile Summons mother hired one.

Stability
- The family is not nomadic; they own their home – utilities are on and bills are paid, M.H. and S.H. have regular attendance at school, they attend monthly counseling session, extended friends and family are available for support (when the family is not home there are people who watch the home for safety), M.H. was on medication for depression and sleep and no longer requires them because she uses coping mechanisms learned through counseling. The relationship between mother and children is consistent and there were no concerns report during visits or THP.

Mastery
- Cindy has shown self-efficacy in her ability to success in accomplishing specific tasks even when she does not see the relevance to the case (i.e. parenting classes). M.H. has been using coping skills of talking to supports, walking and reading to prevent further time in psychiatric hospitals or having the urge to cut/smoke marijuana. S.H. and M.H. are academically ahead of peers their age.

**Children's Division Assessment / Recommendation:**
Children's Division believes it is in the best interest of M.H. and S.H. to remain in the physical custody of Cindy Haynes and return to the legal custody of Cindy Haynes on June 27, 2018.

Sincerely,


Roxann Ward, BSE                           Keri Morrow, BSW
Children's Service Worker III              Children's Service Supervisor