Electronically Filed - Ripley - January 21, 2020 - 11:36 AM
Electronically Filed - Ripley - December 13, 2018 - 03:20 PM

**18RI-CV00649**

## NOTICE OF ENTRY
(SUPREME COURT RULE 74.03)

### In The 36th Judicial Circuit Court, Ripley County, Missouri
100 COURTHOUSE SQUARE, DONIPHAN, MISSOURI 63935

**ST V CHARLES M HAYNES**                                    **CASE NO : 13RI-CR00907-01**

To:   MISSOURI BOARD OF PROBATION & PAROLE

YOU ARE HEREBY NOTIFIED that the court duly entered the following:

| **Filing Date** | **Description** |
|---|---|
| 04-Sep-2018 | Guilty Plea |

Cause called in Wayne County, Missouri. State appears by Ms. Krug. Defendant appears in person and with Mr. Liszewski and Mr. Mills. Defendant enters guilty plea to Count 4. State enters nolle prosequi as to Counts 1, 2, and 3. The court orders a SAR to be prepared and filed. Cause removed from the jury trial docket on September 25-27, 2018. Cause set for sentencing in Ripley County on November 26, 2018 at 1:00 p.m. Defendant is ordered to appear.
Scheduled For: 25-Sep-2018 8:30 AM; KELLY WAYNE PARKER; COURTROOM 1; Ripley
Event Location: 100 Courthouse Square,Doniphan, Mo

Sent Assessment Report Ordered

05-Sep-2018    Sentencing Hearing Scheduled
Scheduled For: 26-Nov-2018 1:00 PM; KELLY WAYNE PARKER; COURTROOM 1; Ripley
Event Location: 100 Courthouse Square,Doniphan, Mo

Notice

*Sharon R. Richmond*
Clerk of Court

CC:    File
       MISSOURI BOARD OF PROBATION & PAROLE
ECC:
Date Printed : 05-Sep-2018

**EXHIBIT 40**

# 18RI-CV00649



### IN THE 36TH JUDICIAL CIRCUIT COURT, RIPLEY COUNTY MISSOURI

| Judge or Division:<br>KELLY WAYNE PARKER (40568) | Case Number: 13RI-CR00907-01<br>☐ Change of Venue from |
|---|---|
| | Offense Cycle No: X9003104 |
| State Of Missouri                                vs.<br>Defendant: CHARLES MICHAEL HAYNES<br>(HAYCM8343)<br>Rt 1 Box 2312<br>Doniphan, Mo 63935 | Prosecuting Attorney/MO Bar No:<br>  CHRISTOPHER J MILLER (25668)<br>Assistant Attorney General/MO Bar No:<br>  CHRISTINE HYMES KRUG (42586)<br>Defense Attorney/MO Bar No:<br>  THEODORE ERIC LISZEWSKI (56400) |
| DOB: 23-Mar-1960     SSN: 158488343<br>SEX: M | |
| Pre-Sentence Assessment Report Ordered | Appeal Bond Set Date:<br>Amount: |

## Judgment

|  | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| Original Charge: | 1 | 23-Nov-2013 | 1109700 | Statutory Sodomy - 1st Degree - Deviate Sexual Intercourse With A Person Less Than 14 Yrs Old ( Felony Unclassified RSMo: 566.062 ) |
| Disposition: | 04-Sep-2018 | | Dismissed by Prosec/Nolle Pros | |

|  | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| Original Charge: | 2 | 23-Nov-2013 | 2210700 | Child Molestation - 1st Degree ( Felony B RSMo: 566.067 ) |
| Disposition: | 04-Sep-2018 | | Dismissed by Prosec/Nolle Pros | |

|  | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| Original Charge: | 3 | 23-Nov-2013 | 1107700 | Statutory Sodomy - 2nd Degree ( Felony C RSMo: 566.064 ) |
| Disposition: | 04-Sep-2018 | | Dismissed by Prosec/Nolle Pros | |

|  | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| Original Charge: | 4 | 01-Dec-2013 | 1107700 | Statutory Sodomy - 2nd Degree ( Felony C RSMo: 566.064 ) |

| Disposition: | 04-Sep-2018 | Guilty Plea | |
|---|---|---|---|
| Order Date: | 12-Dec-2018 | Sentence or SIS: | Incarceration DOC |
| Length: | 7 Years | Start Date: | 12-Dec-2018 |
| Text: | 7 yrs MDOC | | |
| Time Credit: | 4 Days (12-1-13 to 12-3-13; 2-24-14 to 2-26-14) | | |

Electronically Filed - Ripley - January 21, 2020 - 11:36 AM
Electronically Filed - Ripley - December 13, 2018 - 03:20 PM

Case: 1:21-cv-00160-ACL   Doc. #: 1-40   Filed: 11/08/21   Page: 3 of 18 PageID #: 697

Electronically Filed - Ripley - January 21, 2020 - 11:36 AM
Electronically Filed - Ripley - December 13, 2018 - 03:20 PM

The court informed the defendant of verdict/finding, asks the defendant whether (s)he has anything to say why judgment should not be pronounced, and finds that no sufficient cause to the contrary has been shown or appears to the court.

Defendant has been advised of his/her rights to file a motion for post-conviction relief pursuant to **Supreme Court Rule 24.035/29.15** and the court has found **No Probable Cause** to believe that defendant has received ineffective assistance of counsel.

The Court orders:

The clerk to deliver a certified copy of the judgment and commitment to the sheriff.

The sheriff to authorize one additional officer/guard to transport defendant to Department of Corrections.

The Defendant to register as a sex offender with the chief law enforcement official of the county or city not within a county in which (s)he resides within three (3) business days of adjudication, release from incarceration, or placement on probation.

That Judgment entered in favor of the State of Missouri and against the defendant for the sum of $46.00 for the Crime Victims Compensation fund. Judgment is Satisfied.

Costs taxed against Defendant

The Court further orders:
12-Dec-2018    Judgment CVC $46 - Other
12-Dec-2018    Defendant Sentenced
AUTHORIZE ADDITIONAL OFFICER - Yes;   DELIVER CERTIF COPY OF JUDMT - Yes;   24.035/29.15 INEFFECT COUNSEL - No;   ALLOCUTION - Yes

So Ordered on: 13RI-CR00907-01   ST V CHARLES M HAYNES

| 12-12-18 | Kelly W. Parker |
|---|---|
| Date | Judge |

I certify that the above is a true copy of the original Judgment and Sentence of the court in the above cause, as it appears on record in my office.

(Seal of Court)
Issued

| 12/12/2018 | Sharon R. Richmond |
|---|---|
| Date | Clerk |

Electronically Filed - Ripley - January 21, 2020 - 11:36 AM

IN THE CIRCUIT COURT WITHIN AND FOR
THE COUNTY OF RIPLEY,

STATE OF MISSOURI,

| | |
|---|---|
| STATE OF MISSOURI ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CASE NO. 13RI-CR00907-01 |
| VS. ) | |
| ) | |
| CHARLES M. HAYNES ) | |
| ) | |
| DEFENDANT. ) | |

BE IT REMEMBERED THAT ON THE 4TH DAY OF SEPTEMBER, 2018, THE ABOVE ENTITLED CAUSE CAME ON FOR HEARING BEFORE THE HONORABLE KELLY W. PARKER, JUDGE OF THE 42ND JUDICIAL CIRCUIT, DIVISION II, AT WAYNE COUNTY, MISSOURI, AND THE FOLLOWING PROCEEDINGS WERE HAD:

APPEARANCES:

FOR THE PLAINTIFF:	CHRISTINE KRUG, ESQ.
	ASSISTANT ATTORNEY GENERAL
	815 OLIVE STREET
	SUITE 200
	ST. LOUIS, MISSOURI   63101

FOR THE DEFENDANT:	THEODORE LISZEWSKI, ESQ.
	ATTORNEY AT LAW
	220 NORTH MAIN STREET
	SIKESTON, MISSOURI   63801
	DAVID MILLS, ESQ.
	ATTORNEY AT LAW
	1100 N. ELM STREET
	P.O. BOX 248
	ROLLA, MISSOURI   65402

1

1   **PLEA HEARING – SEPTEMBER 4, 2018:**

2   THE COURT: WE'RE ON THE RECORD IN STATE VS.

3   CHARLES HAYNES. WE ARE IN WAYNE COUNTY, MISSOURI.

4   THIS MATTER WAS ON FOR HEARING SOME MOTIONS TODAY AND

5   THE ATTORNEYS AGREED TO COME HERE BECAUSE IT WAS MY

6   WAYNE COUNTY LAW DAY, SO WE PUT IT ON AT 1:00 O'CLOCK

7   TODAY BY AGREEMENT OF ALL PARTIES. IT'S MY

8   UNDERSTANDING THAT THE DEFENDANT DESIRES TO ENTER A

9   GUILTY PLEA AS TO COUNT FOUR, DID I HEAR CORRECTLY?

10   MR. LISZEWSKI: YES SIR.

11   THE COURT: OKAY AND AS TO COUNTS ONE, TWO

12   AND THREE, THE STATE WILL…

13   MS. KRUG: THE STATE WILL DISMISS THOSE

14   PURSUANT TO HIS GUILTY PLEA.

15   THE COURT: OKAY. SIR YOU ARE CHARLES

16   HAYNES?

17   DEFENDANT: YES SIR.

18   THE COURT: AND YOU'RE HERE WITH MR.

19   LISZEWSKI AND MR. MILLS?

20   DEFENDANT: YES.

21   THE COURT: AND THEY TELL ME THAT YOU WISH TO

22   WITHDRAW YOUR PREVIOUS PLEA OF NOT GUILTY AS TO COUNT

23   FOUR AND ENTER A GUILTY PLEA AS TO COUNT FOUR, IS THAT

24   WHAT YOU WISH TO DO?

25   DEFENDANT: YES.

Electronically Filed - Ripley - January 21, 2020 - 11:36 AM

Electronically Filed - Ripley - January 21, 2020 - 11:36 AM

```
 1              THE COURT:  HAVE YOU HAD ENOUGH TIME TO VISIT
 2   WITH YOUR ATTORNEYS ABOUT THIS CASE?
 3              DEFENDANT:  YES.
 4              THE COURT:  HOW OLD ARE YOU?
 5              DEFENDANT:  FIFTY-EIGHT.
 6              THE COURT:  HOW FAR IN SCHOOL HAVE YOU
 7   COMPLETED?
 8              DEFENDANT:  UP TO 11$^{TH}$ GRADE, HIGH SCHOOL.
 9              THE COURT:  DO YOU READ AND WRITE THE ENGLISH
10   LANGUAGE?
11              DEFENDANT:  YES.
12              THE COURT:  SIR HOW DO YOU PLEAD TO THE CLASS
13   C FELONY OF STATUTORY SODOMY IN THE SECOND DEGREE,
14   GUILTY OR NOT GUILTY?
15              DEFENDANT:  GUILTY.
16              THE COURT:  IF YOU'LL RAISE YOUR RIGHT HAND
17   AND BE PLACED UNDER OATH.
18   (AT THIS TIME CHARLES M. HAYNES WAS SWORN TO TELL THE
19   TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH,
20   AFTER WHICH THE FOLLOWING PROCEEDINGS WERE HAD:)
21              THE COURT:  SIR NOW THAT YOU'VE BEEN PLACED
22   UNDER OATH IF I WERE TO ASK YOU THE SAME QUESTIONS I
23   ASKED BEFORE YOU WERE PLACED UNDER OATH, WOULD YOUR
24   ANSWERS BE THE SAME?
25              DEFENDANT:  YES.
```

```
 1              THE COURT:  ARE YOU UNDER THE INFLUENCE OF
 2   ALCOHOL, NARCOTICS OR ANY KIND OF MEDICATION TODAY?
 3              DEFENDANT:  NO SIR.
 4              THE COURT:  DO YOU UNDERSTAND YOU HAVE A
 5   RIGHT TO HAVE A JURY DETERMINE YOUR GUILT OR INNOCENCE
 6   AT A SPEEDY AND PUBLIC TRIAL?
 7              DEFENDANT:  YES.
 8              THE COURT:  DO YOU UNDERSTAND BY PLEADING
 9   GUILTY YOU WAIVE THAT RIGHT AND WILL NOT HAVE A JURY
10   TRIAL?
11              DEFENDANT:  YES.
12              THE COURT:  DO YOU UNDERSTAND IF YOU HAD A
13   TRIAL AND YOU WERE FOUND GUILTY YOU WOULD HAVE A RIGHT
14   TO APPEAL THAT FINDING TO A HIGHER COURT?
15              DEFENDANT:  YES.
16              THE COURT:  DO YOU UNDERSTAND AT THE TRIAL
17   OF THE CHARGE AGAINST YOU YOU WOULD BE CONFRONTED BY
18   THOSE WHO WOULD TESTIFY CONCERNING YOUR PARTICIPATION
19   IN THE OFFENSE CHARGED, HEAR THAT TESTIMONY AND BE
20   ALLOWED TO ASK THOSE WITNESSES QUESTIONS ON CROSS
21   EXAMINATION?
22              DEFENDANT:  YES.
23              THE COURT:  DO YOU UNDERSTAND BY PLEADING
24   GUILTY YOU WAIVE ALL THOSE RIGHTS AND WILL NOT BE
25   CONFRONTED BY THE WITNESSES AGAINST YOU OR HEAR THEIR
```

```
 1   TESTIMONY OR BE ALLOWED TO ASK THOSE WITNESSES
 2   QUESTIONS ON CROSS EXAMINATION?
 3           DEFENDANT:  YES.
 4           THE COURT:  DO YOU UNDERSTAND THAT AT A TRIAL
 5   OF THE CHARGE AGAINST YOU YOU WOULD BE PRESUMED TO BE
 6   INNOCENT UNTIL PROVEN GUILTY AND YOUR GUILT WOULD HAVE
 7   TO BE PROVEN BY EVIDENCE WHICH CONVINCES THE JURY OF
 8   YOUR GUILT BEYOND A REASONABLE DOUBT AND ALL TWELVE OF
 9   THE JURORS WOULD HAVE TO AGREE THAT YOU ARE GUILTY
10   BEFORE THE JURY COULD FIND YOU GUILTY?
11           DEFENDANT:  YES.
12           THE COURT:  DO YOU UNDERSTAND YOU HAVE A
13   RIGHT NOT TO SAY ANYTHING WHICH MIGHT INCRIMINATE YOU
14   WITH REGARD TO THIS CHARGE?
15           DEFENDANT:  YES.
16           THE COURT:  DO YOU FURTHER UNDERSTAND THAT BY
17   PLEADING GUILTY YOU ARE MAKING AN INCRIMINATING
18   STATEMENT WITH REGARD TO THE CHARGE AND THE
19   PRESUMPTION THAT YOU ARE INNOCENT AND THE REQUIREMENT
20   THAT A JURY BE CONVINCED OF YOUR GUILT BEYOND A
21   REASONABLE DOUBT ARE LOST TO YOU?
22           DEFENDANT:  YES.
23           THE COURT:  DO YOU UNDERSTAND THAT AT A TRIAL
24   OF THE CHARGE AGAINST YOU YOU WOULD BE ENTITLED TO HAVE
25   PERSONS SUMMONED TO TESTIFY AS WITNESSES IN YOUR
```

Electronically Filed - Ripley - January 21, 2020 - 11:36 AM

```
 1   BEHALF?
 2              DEFENDANT:  YES.
 3              THE COURT:  DO YOU UNDERSTAND THAT BY
 4   PLEADING GUILTY YOU WAIVE THAT RIGHT AND WILL NOT BE
 5   ALLOWED TO SUMMON WITNESSES TO TESTIFY FOR YOU?
 6              DEFENDANT:  YES.
 7              THE COURT:  DO YOU UNDERSTAND YOU COULD
 8   TESTIFY AT YOUR TRIAL IF YOU WANTED TO BUT YOU COULD
 9   NOT BE FORCED TO DO SO AND IF YOU CHOSE TO REMAIN
10   SILENT NO ONE COULD COMMENT UPON YOUR SILENCE?
11              DEFENDANT:  YES.
12              THE COURT:  DO YOU UNDERSTAND YOU HAVE A
13   RIGHT TO A CHANGE OF VENUE TO ANOTHER COUNTY UPON
14   PROPER APPLICATION?
15              DEFENDANT:  YES.
16              THE COURT:  WAS THERE A CHANGE OF VENUE TAKEN
17   IN THIS CASE?
18              MR. LISZEWSKI:  THERE WAS NOT JUDGE.
19              THE COURT:  OKAY YOU UNDERSTAND, WAS THERE A
20   CHANGE OF JUDGE REQUEST OR WAS THERE A
21   DISQUALIFICATION?
22              MR. LISZEWSKI:  JUDGE PRITCHETT RECUSED
23   HIMSELF BECAUSE HE WAS INVOLVED IN THE JUVENILE CASE.
24              THE COURT:  HE DISQUALIFIED AND I GOT
25   ASSIGNED?
```

Electronically Filed - Ripley - January 21, 2020 - 11:36 AM

```
1              MR. LISZEWSKI:  YES SIR.
2              THE COURT:  SIR YOU UNDERSTAND THAT AFTER I
3    GOT ASSIGNED TO YOUR CASE YOU HAD A RIGHT TO REQUEST A
4    CHANGE OF JUDGE AND HAVE A DIFFERENT JUDGE PRESIDE OVER
5    YOUR TRIAL OR TAKE YOUR GUILTY PLEA?
6              DEFENDANT:  YES.
7              THE COURT:  OKAY.  YOU UNDERSTAND THAT BY
8    PLEADING GUILTY YOU WAIVE YOUR RIGHT TO TRIAL AND ADMIT
9    THE ESSENTIAL ELEMENTS OF THE CHARGE AGAINST YOU IN
10   COUNT FOUR?
11             DEFENDANT:  YES.
12             THE COURT:  HAVE ANY THREATS OR PROMISES BEEN
13   MADE TO YOU TO INDUCE YOU TO ENTER YOUR PLEA OF GUILTY?
14             DEFENDANT:  NO.
15             THE COURT:  HAS ANYONE MADE ANY PROMISE ABOUT
16   THE SENTENCE YOU ARE TO RECEIVE?
17             DEFENDANT:  NO.
18             THE COURT:  DO YOU UNDERSTAND THAT NO ONE CAN
19   PROMISE YOU WHAT YOUR SENTENCE WILL BE AND ANY SUCH
20   PROMISE IS NOT BINDING UPON THE COURT AND THE COURT
21   CAN IMPOSE ANY SENTENCE WITHIN THE RANGE OF PUNISHMENT
22   PERMITTED BY LAW?
23             DEFENDANT:  YES.
24             THE COURT:  SIR WHAT IS THE RANGE OF
25   PUNISHMENT ON THIS CLASS C FELONY?
```

Electronically Filed - Ripley - January 21, 2020 - 11:36 AM

1      DEFENDANT: SEVEN YEARS I THINK.

2      THE COURT: IT'S UP TO SEVEN YEARS IN PRISON,

3  DID YOU UNDERSTAND THAT BEFORE YOU ENTERED YOUR GUILTY

4  PLEA?

5      DEFENDANT: YES.

6      THE COURT: ARE YOU PLEADING GUILTY BECAUSE

7  YOU ARE IN FACT GUILTY AND ADMIT THAT YOU COMMITTED THE

8  OFFENSE CHARGED?

9      DEFENDANT: YES.

10     THE COURT: TELL ME IN YOUR OWN WORDS WHAT

11 YOU DID?

12     DEFENDANT: I HAD **M.S.H.**    PERFORM ORAL

13 SEX ON ME IN RIPLEY COUNTY.

14     THE COURT: THE PROSECUTING ATTORNEY ALLEGES

15 THAT ON OR ABOUT BETWEEN LATE NOVEMBER OR EARLY

16 DECEMBER OF 2013, IN RIPLEY COUNTY, MISSOURI, YOU HAD

17 DEVIATE SEXUAL INTERCOURSE WITH M.H., WHOSE DATE OF

18 BIRTH IS JANUARY 15, 1999, AND AT THAT TIME M.H. WAS

19 LESS THAN 17 YEARS OLD AND YOU WERE 21 YEARS OF AGE OR

20 OLDER. IS THAT WHAT YOU DID?

21     DEFENDANT: YES.

22     THE COURT: ARE YOU SATISFIED WITH THE

23 SERVICES OF YOUR ATTORNEYS?

24     DEFENDANT: YES.

25     THE COURT: MR. LISZEWSKI HAVE YOU AND MR.

1  MILLS DISCUSSED ALL OF THE DEFENDANT'S RIGHTS IN THE
2  DEFENSE OF THIS CASE WITH HIM?
3      MR. LISZEWSKI: WE HAVE JUDGE AND I WOULD ADD
4  FOR THE RECORD THAT INITIALLY MR. HAYNES HAD DANNY
5  MOORE OUT OF POPLAR BLUFF AND CHRIS YARBRO. I WAS
6  HIRED ABOUT 2015 BUT JUST TO MAKE THE RECORD CLEAR, I
7  DIDN'T DO THE PRELIMINARY HEARING IN THE CASE BUT WE'VE
8  WENT THROUGH ALL THE EVIDENCE AND DEPOSED EVERYONE.
9      THE COURT: HAVE YOU DISCUSSED WITH HIM THE
10 EVIDENCE HE HAS PROVIDED YOU AND THE EVIDENCE WHICH YOU
11 HAVE BEEN ABLE TO OBTAIN FROM THE PROSECUTOR AND OTHER
12 SOURCES?
13     MR. LISZEWSKI: YES SIR.
14     THE COURT: DO YOU BELIEVE THE PROSECUTOR HAS
15 PROVIDED YOU WITH ALL THE EVIDENCE OR LEADS TO ALL THE
16 EVIDENCE SHE HAS?
17     MR. LISZEWSKI: I BELIEVE SHE HAS.
18     THE COURT: DO YOU HAVE ANY REASON TO BELIEVE
19 THE DEFENDANT IS SUFFERING FROM ANY MENTAL DISEASE,
20 DEFECTS OR DELUSIONS OF ANY KIND?
21     MR. LISZEWSKI: NO SIR.
22     THE COURT: DO YOU KNOW OF ANY REASON WHY THE
23 COURT SHOULD NOT ACCEPT THE DEFENDANT'S PLEA OF GUILTY?
24     MR. LISZEWSKI: NO YOUR HONOR.
25     THE COURT: IS THERE ANY AGREED UPON

```
1    DISPOSITION IN THIS CASE?
2              MS. KRUG:  THERE IS NOT YOUR HONOR.
3              THE COURT:  OKAY.  DO YOU ALL AGREE THAT
4    THERE IS NO OTHER AGREEMENTS OTHER THAN TO DISMISS
5    COUNTS ONE, TWO AND THREE?
6              MR. LISZEWSKI:  THAT'S CORRECT YOUR HONOR.
7              THE COURT:  IT'S AN OPEN PLEA AS TO COUNT
8    FOUR?
9              MR. MILLS:  CORRECT.
10             MR. LISZEWSKI:  YES.
11             THE COURT:  OKAY.  WHAT WOULD THE STATE'S
12   EVIDENCE BE AT TRIAL?
13             MS. KRUG:  YOUR HONOR IF THE STATE PROCEEDED
14   TO TRIAL THE EVIDENCE WOULD PROVE BEYOND A REASONABLE
15   DOUBT THAT BETWEEN LATE NOVEMBER AND EARLY DECEMBER OF
16   2013, AT THE DEFENDANT'S HOME ON ROUTE 1 IN DONIPHAN,
17   MISSOURI, THE DEFENDANT WHO WAS 53 YEARS OLD, PUT HIS
18   PENIS INTO THE MOUTH OF   M.S.H.   , WHO WAS THEN 14
19   YEARS OLD AND HIS STEP-DAUGHTER.  THE DEFENDANT WAS
20   OVER THE AGE OF 21 AT THAT TIME, ACTUALLY HE WAS 53
21   YEARS OLD.  AGAIN HE MADE HER PERFORM ORAL SEX ON HIM
22   UNTIL HE EJACULATED.  THERE IS DNA EVIDENCE TO SUPPORT
23   THAT.
24             THE COURT:  SIR DID YOU HEAR WHAT THE
25   PROSECUTOR SAID HER EVIDENCE WOULD BE AT TRIAL?
```

1     DEFENDANT: YES.

2     THE COURT: DO YOU AGREE THAT THAT WOULD BE
3  THE EVIDENCE THAT SHE COULD PRESENT?

4     DEFENDANT: YES.

5     THE COURT: IS THERE ANYTHING YOU WISH TO ADD
6  TO OR TAKE AWAY FROM HER STATEMENT?

7     DEFENDANT: NO SIR.

8     THE COURT: THE COURT FINDS THAT THE
9  DEFENDANT'S PLEA OF GUILTY IS MADE FREELY, VOLUNTARILY
10 AND INTELLIGENTLY, WITH FULL UNDERSTANDING OF THE
11 CHARGE AND CONSEQUENCES OF THE PLEA AND WILL FULL
12 UNDERSTANDING OF HIS RIGHTS ATTENDING A JURY TRIAL,
13 AND THE EFFECT OF A PLEA OF GUILTY ON THOSE RIGHTS.
14 THE COURT ALSO FINDS THAT THERE IS A FACTUAL BASIS FOR
15 THE PLEA.  THE COURT THEREFORE ACCEPTS THE DEFENDANT'S
16 PLEA OF GUILTY TO THE CLASS C FELONY OF STATUTORY
17 SODOMY IN THE SECOND DEGREE.  THE COURT WILL ORDER A
18 SENTENCING ASSESSMENT REPORT TO BE PREPARED AND FILED.
19 WE NEED A DATE PROBABLY BEYOND FORTY-FIVE DAYS.  IS
20 THAT STILL ABOUT WHAT WE'RE LOOKING AT?

21    PROBATION OFFICER: YES.

22    THE COURT: TERRY DO WE HAVE ANY, I DON'T
23 MIND TO GO TO RIPLEY COUNTY IF I CAN FIND A DAY.

24    MR. LISZEWSKI: JUDGE I WOULD EXPECT THAT WE
25 WILL HAVE A FEW WITNESSES FOR SENTENCING.  I OBVIOUSLY

```
 1    CAN'T SPEAK FOR THE STATE.  I'M NOT SURE IF THEY ARE
 2    GOING TO CALL ANYONE BUT PROBABLY AN HOUR TOPS FOR
 3    SENTENCING IS MY GUESS.
 4            THE COURT:  WORSE CASE SCENARIO SENTENCING
 5    WILL BE HOW LONG?
 6            MR. MILLS:  WE'RE ESTIMATING AN HOUR WORTH OF
 7    EVIDENCE FROM THE DEFENSE.
 8            MS. KRUG:  WELL ARE WE TALKING ABOUT TOTAL?
 9            MR. LISZEWSKI:  MAYBE AN HOUR AND A HALF.  I
10    DON'T WANT TO TRY AND PIGEON-HOLE YOU AND WE'LL TRY AND
11    BE AS CONCISE AS WE CAN FOR SENTENCING JUDGE.
12            THE COURT:  IF YOU WANT TO TRY TO DO IT HERE
13    I COULD DO IT AS A NUMBER, I'VE GOT THREE CASES SET ON
14    NOVEMBER 8TH AT 9:00.
15            MS. KRUG:  JUDGE I HAVE A FIRST DEGREE MURDER
16    TRIAL IN THE CITY OF ST. LOUIS STARTING ON THE 6TH.  I
17    WOULD LIKE TO THINK I'D BE DONE BY THEN BUT I CAN'T
18    GUARANTEE IT.
19            THE COURT:  OKAY.  TERRY I'M SHOWING THAT I
20    HAVE AN OPEN DAY ON THE 26TH.
21            COURT REPORTER:  THAT WAS OUR LAW DAY BUT
22    DIVISION I SCHEDULED A JURY TRIAL.
23            THE COURT:  OH OKAY.  I CAN DO THE 26TH.
24            MS. KRUG:  I CAN DO THAT.
25            MR. LISZEWSKI:  THAT WOULD BE FINE WITH ME.
```

Electronically Filed - Ripley - January 21, 2020 - 11:36 AM

```
 1              THE COURT:  DO YOU ALL WANT TO DO RIPLEY
 2   COUNTY, SHOULD WE DO RIPLEY COUNTY AND MAKE IT EASIER
 3   ON EVERYBODY?
 4              MR. MILLS:  THAT WOULD BE BETTER FOR
 5   WITNESSES.
 6              THE COURT:  THAT WOULD BE BETTER FOR
 7   EVERYBODY EXCEPT ME AND TERRY.
 8              MS. KRUG:  THAT WOULD BE FINE.
 9              COURT REPORTER:  DO YOU WE NEED TO SEE IF WE
10   HAVE A COURTROOM?
11              THE COURT:  DO THEY HAVE A LAW LIBRARY OR
12   SOMETHING?
13              MR. LISZEWSKI:  THEY HAVE A SMALL COURTROOM.
14   JUDGE PRITCHETT TRADITIONALLY HAS LAW DAYS DOWN THERE
15   ON THE SECOND AND FOURTH MONDAYS OF EACH MONTH BUT I'M
16   SURE, I'M HEADED TO BUTLER COUNTY AFTER THIS TO TALK TO
17   JUDGE PRITCHETT AND I'M SURE THAT THEY WILL CARVE OUT
18   TIME FOR US.
19              THE COURT:  WELL IF THEY HAVE A LITTLE
20   HEARING ROOM, COUNTY COMMISSIONER'S OFFICE, WE CAN FIND
21   A SPOT.  I'VE DONE PLENTY OF HEARINGS IN CARDBOARD
22   BOXES.  THAT'S THE DATE, IS IT DONIPHAN, THAT'S
23   PROBABLY A THREE HOUR DRIVE SO DO YOU ALL WANT TO DO
24   1:00 O'CLOCK ON THE 26$^{TH}$?
25              MR. MILLS:  THAT'S FINE.
```

Electronically Filed - Ripley - January 21, 2020 - 11:36 AM

Electronically Filed - Ripley - January 21, 2020 - 11:36 AM

1        MR. LISZEWSKI:  THAT WOULD BE FINE SIR.
2        THE COURT:  OKAY.  DEFENDANT IS ORDERED TO
3   APPEAR NOVEMBER 26TH AT 1:00 P.M. FOR SENTENCING IN
4   RIPLEY COUNTY.  WE'LL REMOVE THIS FROM SEPTEMBER 25-27,
5   2018 JURY TRIAL.  ANYTHING ELSE ON THIS?
6        MS. KRUG:  JUST PROCEDURALLY YOUR HONOR ON
7   THE FILING OF THE NOLLE'S ANYTIME BETWEEN NOW AND THE
8   TIME OF SENTENCING?
9        THE COURT:  ANYTIME, YOU'RE ANNOUNCING, I AM
10  GOING TO DO A DOCKET ENTRY THAT YOU'RE ANNOUNCING THE
11  STATE ENTERS A NOLLE AS TO COUNTS ONE, TWO AND THREE?
12       MS. KRUG:  YES.
13       THE COURT:  OKAY I WILL SHOW STATE ENTERS
14  NOLLE AS TO COUNTS ONE, TWO AND THREE, IF YOU WILL
15  FOLLOW-UP WITH A FORMAL NOLLE.
16       MR. LISZEWSKI:  THANK YOU JUDGE.
17       THE COURT:  ALRIGHT.  THANK YOU.
18
19
20
21
22
23
24
25                       * * * * *

CERTIFICATE OF COURT REPORTER

I, TERRY Y. LUTZ, OFFICIAL COURT REPORTER, 42ND JUDICIAL CIRCUIT, DIVISION II, SALEM, MISSOURI, HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE PROCEEDINGS IN THE CASE OF STATE OF MISSOURI, PLAINTIFF, VS. CHARLES M. HAYNES, DEFENDANT, CAUSE NO. 13RI-CR00907-01, OF THE CASES OF RIPLEY COUNTY, MISSOURI, HAD ON THE 4TH DAY OF SEPTEMBER, A.D., 2018, HELD IN THE COUNTY OF WAYNE, STATE OF MISSOURI, BY AGREEMENT.

*[signature]*
TERRY Y. LUTZ, O.C.R.
OFFICIAL COURT REPORTER
42ND JUDICIAL CIRCUIT
DIVISION II
6480 HIGHWAY O
ROLLA, MISSOURI   65401