

IN THE 36TH JUDICIAL CIRCUIT COURT, RIPLEY COUNTY MISSOURI

| Judge or Division : KELLY WAYNE PARKER (40568) | Case Number : 13RI-CR00907-01 ☐ Change of Venue from |
|---|---|
| | Offense Cycle No : X9003104 |
| State Of Missouri vs. Defendant: CHARLES MICHAEL HAYNES (HAYCM8343) Rt 1 Box 2312 Doniphan, Mo 63935 | Prosecuting Attorney/MO Bar No: CHRISTOPHER J MILLER (25668) Assistant Attorney General/MO Bar No: CHRISTINE HYMES KRUG (42586) Defense Attorney/MO Bar No : THEODORE ERIC LISZEWSKI (56400) |
| DOB : 23-Mar-1960    SSN : 158488343 SEX : M | |
| Pre-Sentence Assessment Report Ordered | Appeal Bond Set Date : Amount : |

## Judgment

| | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| Original Charge: | 1 | 23-Nov-2013 | 1109700 | Statutory Sodomy - 1st Degree - Deviate Sexual Intercourse With A Person Less Than 14 Yrs Old ( Felony Unclassified RSMo: 566.062 ) |
| Disposition: | 04-Sep-2018 | | Dismissed by Prosec/Nolle Pros | |

| | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| Original Charge: | 2 | 23-Nov-2013 | 2210700 | Child Molestation - 1st Degree ( Felony B RSMo: 566.067 ) |
| Disposition: | 04-Sep-2018 | | Dismissed by Prosec/Nolle Pros | |

| | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| Original Charge: | 3 | 23-Nov-2013 | 1107700 | Statutory Sodomy - 2nd Degree ( Felony C RSMo: 566.064 ) |
| Disposition: | 04-Sep-2018 | | Dismissed by Prosec/Nolle Pros | |

| | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| Original Charge: | 4 | 01-Dec-2013 | 1107700 | Statutory Sodomy - 2nd Degree ( Felony C RSMo: 566.064 ) |

| | | | | |
|---|---|---|---|---|
| Disposition: | 04-Sep-2018 | | Guilty Plea | |
| Order Date: | 12-Dec-2018 | | Sentence or SIS : | Incarceration DOC |
| Length : | 7 Years | | Start Date : | 12-Dec-2018 |
| Text : | 7 yrs MDOC | | | |
| Time Credit : | 4 Days (12-1-13 to 12-3-13; 2-24-14 to 2-26-14) | | | |

# EXHIBIT 42

The court informed the defendant of verdict/finding, asks the defendant whether (s)he has anything to say why judgment should not be pronounced, and finds that no sufficient cause to the contrary has been shown or appears to the court.

Defendant has been advised of his/her rights to file a motion for post-conviction relief pursuant to **Supreme Court Rule 24.035/29.15** and the court has found **No Probable Cause** to believe that defendant has received ineffective assistance of counsel.

The Court orders:

The clerk to deliver a certified copy of the judgment and commitment to the sheriff.

The sheriff to authorize one additional officer/guard to transport defendant to Department of Corrections.

The Defendant to register as a sex offender with the chief law enforcement official of the county or city not within a county in which (s)he resides within three (3) business days of adjudication, release from incarceration, or placement on probation.

That Judgment entered in favor of the State of Missouri and against the defendant for the sum of **$46.00** for the Crime Victims Compensation fund. Judgment is **Satisfied**.

Costs taxed against **Defendant**

The Court further orders:
**12-Dec-2018    Judgment CVC $46 - Other**
**12-Dec-2018    Defendant Sentenced**
AUTHORIZE ADDITIONAL OFFICER - Yes;   DELIVER CERTIF COPY OF JUDMT - Yes;   24.035/29.15 INEFFECT COUNSEL - No;   ALLOCUTION - Yes

**So Ordered on: 13RI-CR00907-01    ST V CHARLES M HAYNES**

| 12-12-18 | Kelly W. Parker |
|---|---|
| Date | Judge |

I certify that the above is a true copy of the original Judgment and Sentence of the court in the above cause, as it appears on record in my office.

(Seal of Court)
Issued

| 12/12/2018 | Sharon R. Richmond |
|---|---|
| Date | Clerk |