**JERRY L. MARKS, PhD, LCSW**
**851 East Fifth Street, Suite 308**
**Washington, MO 63090**
Telephone: 636-432-5500   Fax: 636-432-5501

March 17, 2020

Ms. Robin Phelan Northern
Attorney at Law
P. O. Box 646
907 N. Harris, Suite A
Dexter, MO 63841

                                  **Haynes v Haynes**

Dear Ms. Northern:

I am writing about the minor child, S.H.    , born xxxx    , regarding her status in the matter of her biological parents' divorce proceedings. S.H. has been my patient since 2017 when she was in the custody of the Ripley County Division of Children's Services. I have included the reports that were submitted to the Division for your review. She was not a victim of her father's adjucated sexual abuse of her half-sister M.S.H.   . The father is currently serving a sentence for the sexual abuse of his step-daughter at the MO Department of Corrections. S.H. had an older biological sister M.H.  who perished by suicide. It remains my belief that M.H.   was sexually abused by her father over a period of time but specifically while she was in the custody of the Division living at her paternal grandmother's home. M.H.   was also a patient under my care and I have included the reports that I provided to the Division as well as a letter that I wrote for the Special Counsel who was appointed by the Attorney general of MO.

It is my understanding that the GAL who was appointed to the cases of both S.H. and M.H.   testified at trial on behalf of Mr. Haynes. This testimony, if it occurred, is in my opinion more than just a conflict of interest and may rise to the level of professional misconduct. Since the entire process of the criminal case was suspicious and may have been the cause of M.H.   's death by suicide; I want to recommend that S.H.   have no contact with her biological father, Mr. Haynes until she is at least 18 years of age. I would further recommend that contact with Mr. Haynes would only be initiated by Sara when she believes that she is strong enough to handle whatever manipulation he may try to use to get her to believe that he is innocent of the charges.

Respectfully submitted,

*[signature]*

Jerry L. Marks

CC:   enclosures

**EXHIBIT 43**

This certificate is attached to a __1__ page document dated __03/17/2020__ entitled _Letter to Atty. Robin Phelan Northern Haynes vs Haynes Case 13R1-CV00554_

## AFFIDAVIT/JURAT

State of Missouri

County of Franklin

I, Jerry L. Marks, PhD, L.C.S.W.
_(Name of person making statement)_, certify, swear/affirm before

__Jill L. Ruether__
_(Notary Public's name)_ that the attached instrument is true and correct.

_/s/ J. Marks, PhD, L.C.S.W._

Sworn to and subscribed before me this __28th__ day of __October__,
__2020__ by _/s/ Jill L. Ruether_
_(Year)_               Notary Public's Signature
                        __Jill L. Ruether__
                        Notary Public's Name

JILL L. RUETHER
My Commission Expires
July 13, 2021
Franklin County
Commission #13836573

(Seal)

Signer's Identity verified by:
☑ Personally known to me
☐ Identity proven on the oath _____ Name of credible witness
☐ Identity proven on the basis of _____ Description of identity card or other document