

**M.H.**

Mar 8, 2018, 11:17 AM

Mom Mel

Jennifer just came

She said if I testify against Chuck she is going to put me back in foster care I'm scared

> Hello I'm here
>
> Want to come home early today? I'll come get you

Read 12:09 PM

I need to get my goals done today. It's so hard to focus and my neck hurts again now and I can hardly do my math now.

How much longer is this going to go on Mom?

**EXHIBIT 44**

7:21


Mikaela

August 28, 2017 6:46 PM

Mom

MOM


Yes dear?

WHY are they taking SO LONG to put Dad in jail? I SO sick andTIRED of him being out of jail!


I know sweetheart me too

I'm TIRED of the GAL threatening me. She told me she was going to put me in a state not home foster care if I testify in Melissa's criminal case against Dad


WHAT???

I'm sooo sick of the GAL not helping me ever. She's

  ( iMessage  )

---

7:21


Mikaela

WHY are they taking SO LONG to put Dad in jail? I SO sick andTIRED of him being out of jail!


I know sweetheart me too

I'm TIRED of the GAL threatening me. She told me she was going to put me in a state not home foster care if I testify in Melissa's criminal case against Dad


WHAT???

I'm sooo sick of the GAL not helping me ever. She's definitely on Dad's side NOT MINE!


I'll call around and get a new lawyer soon baby. Everything will be ok

  ( iMessage )

