UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

CYNTHIA K. HAYNES (A/K/A CYNTHIA RANDOLPH),

    Plaintiff,

v.

JENNIFER WILLIAMS, JENNIFER WILLIAMS DBA WILLIAMS LAW, SPAIN, MILLER, GALLOWAY & LEE, LLC, BERNICE HAYNES AND CHARLES HAYNES,

    Defendant,

Case No. 1:21-CV-00160-SNL

## ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☐ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS _____ AND THAT CASE WAS ASSIGNED TO THE HONORABLE _____. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☒ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: November 8, 2021

*Evita Tolu*
Signature of Filing Party