UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Cynthia K. Haynes a/k/a (Cynthia Randolph),
   Plaintiff(s),

v.

Jennifer R. Williams, Williams Law et al,
   Defendant(s).

Case No. 1:21-CV-00160-SNL

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Cynthia K. Haynes__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__BILL HARRIS__
(name and address of process server)

4419 HIGHWAY M, POPLAR BLUFF, MO 63901

TEL. 573-776-8600

To serve: JENNIFER WILLIAMS, JENNIFER WILLIAMS DBA WILLIAMS LAW, SPAIN, MILLER, GALLOWAY & LEE, LLC. AND CHARLES M. HAYNES in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

11/08/2021                              EVITA TOLU, ESQ.
(date)                                    (attorney for Plaintiff)

(attorney for Defendant)