

**State of Missouri**
Matt Blunt, Secretary of State

Corporations Division
P.O. Box 778 / 600 W. Main Street, Rm 322
Jefferson City, MO 65102

File Number: 200435810724
LC0629035
Date Filed: 12/20/2004
Matt Blunt
Secretary of State

## Articles of Organization
*(Submit with filing fee of $105)*

1. The name of the limited liability company is:

   Spain, Merrell & Miller, LLC
   *(Must include "Limited Liability Company," "Limited Company," "LC," "L.C.," "L.L.C.," or "LLC")*

2. The purpose(s) for which the limited liability company is organized: ___ See Attached. ___

3. The name and address of the limited liability company's registered agent in Missouri is:

   Samuel P. Spain    1912 Big Bend, P.O. Box 1248, Poplar Bluff, MO   63902
   Name              Street Address: May not use P.O. Box unless street address also provided    City/State/Zip

4. The management of the limited liability company is vested in:   ☐ managers   ☒ members   *(check one)*

5. The events, if any, on which the limited liability company is to dissolve or the number of years the limited liability company is to continue, which may be any number or perpetual: __perpetual__

   *(The answer to this question could cause possible tax consequences, you may wish to consult with your attorney or accountant)*

6. The name(s) and street address(es) of each organizer *(P.O. Box may only be used in addition to a physical street address)*:

   James E. Spain, 1536 Haven Hills Dr., Poplar Bluff, MO   63901

   Karen J. Miller, #28 Shadowbrook, Poplar Bluff, MO   63901

   Samuel P. Spain, 3664 McLane Drive, Poplar Bluff, MO   63901

7. The effective date of this document is the date it is filed by the Secretary of State of Missouri, unless you indicate a future date, as follows: __January 1, 2005__
   *(Date may not be more than 90 days after the filing date in this office)*

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

| Organizer Signature | Printed Name | Date |
|---|---|---|
| *[signature]* | James E. Spain | 12-17-04 |
| *[signature]* | Karen J. Miller | 12-17-04 |
| *[signature]* | Samuel P. Spain | 12-17-04 |

Name and address to return filed document:
Name: Karen J. Miller
Address: P.O. Box 1248
City, State, and Zip Code: Poplar Bluff, MO  63902

State of Missouri
Creation - LLC/LP 2 Page(s)

T0435607106

T0434316606

**EXHIBIT 46**

2. The purpose(s) for which the limited liability company is organized:

   (1) To engage in the practice of law, and the carrying on of any business, directly or indirectly, connected therewith, and the transaction of any lawful business for which a limited liability company may be organized under the laws of the State of Missouri.

   (2) To convert Spain, Merrell and Miller, LLP, to a limited liability company; Spain, Merrell & Miller, LLP, is a Missouri Limited Liability Partnership whose Application for Registration of a Limited Liability Partnership was filed with the Secretary of State for the State of Missouri on March 1, 1999, and Certificate of Registration #PL0010278 was issued by the Secretary of State.

# State of Missouri



## Matt Blunt
## Secretary of State

CERTIFICATE OF ORGANIZATION

WHEREAS,

*Spain, Merrell & Miller, LLC*
*LC0629035*

filed its Articles of Organization with this office on the 20th day of December, 2004, and that filing was found to conform to the Missouri Limited Liability Company Act.

NOW, THEREFORE, I, MATT BLUNT, Secretary of State of the State of Missouri, do by virtue of the authority vested in me by law, do certify and declare that on the 20th day of December, 2004, the above entity is a Limited Liability Company, organized in this state and entitled to any rights granted to Limited Liability Companies.

IN TESTIMONY WHEREOF, I have set my hand and imprinted the GREAT SEAL of the State of Missouri, on this, the 20th day of December, 2004.

_____
Secretary of State

File Number: 200636005002
LC0629035
Date Filed: 12/21/2006
Effective Date: 01/01/2007
Robin Carnahan
Secretary of State



# State of Missouri
**Robin Carnahan, Secretary of State**

Corporations Division
P.O. Box 778 / 600 W. Main Street, Rm 322
Jefferson City, MO 65102

## Amendment of Articles of Organization
*(Submit with filing fee of $25)*

1. The current name of the limited liability company is:

   Spain, Merrell & Miller, LLC

2. The effective date of this document is the date it is filed by the Secretary of State of Missouri, unless a future date is indicated, as follows:

   January 1, 2007
   *(Date may not be more than 90 days after the filing date in this Office)*

3. State date of occurrence that required this amendment: December 13, 2006
   Month/Day/Year

4. The articles of organization are hereby amended as follows:

   The name of the limited liability company is Spain, Miller & Spain, LLC

5. (Check if applicable) This amendment is required to be filed because:

   ☐ management of the limited liability company is vested in one or more managers where management had not been so previously vested.

   ☐ management of the limited liability company is no longer vested in one or more managers where management was previously so vested.

   ☒ a change in the name of the limited liability company.

   ☐ a change in the time set forth in the articles of organization for the limited liability company to dissolve.

6. This amendment is (check either or both):

   ☒ authorized under the operating agreement
   ☒ required to be filed under the provisions of RSMo Chapter 347

In affirmation thereof, the facts stated above are true:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

| Authorized Signature | Printed Name | Date |
|---|---|---|
| *(signature)* | James E. Spain | 12-13-06 |
| *(signature)* | Karen J. Miller | 12-13-06 |
| *(signature)* | Samuel P. Spain | 12-13-06 |

Name and address to return filed document:
Name: Karen J. Miller
Address: P.O. Box 1248
City, State, and Zip Code: Poplar Bluff, MO 63902

State of Missouri
Amend/Restate - LLC/LP/LLP/LLLP 1 Page(s)

T0635501110
T0634906633

# State of Missouri



Robin Carnahan
Secretary of State

AMENDED ARTICLES OF ORGANIZATION

WHEREAS,

*Spain, Miller & Spain, LLC*
*LC0629035*

Formerly,

*Spain, Merrell & Miller, LLC*

filed its amended Articles of Organization with this office and WHEREAS that filing was found to conform to the Missouri Limited Liability Company Act;

NOW, THEREFORE, I, ROBIN CARNAHAN, Secretary of State of Missouri, by virtue of authority vested in me by law do hereby certify and declare that the above entity's Articles of Organization are amended.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 21st day of December, 2006.

Effective Date: January 1, 2007

Secretary of State

File Number:
LC0629035
Date Filed: 03/05/2012
Robin Carnahan
Secretary of State



# State of Missouri

Robin Carnahan, Secretary of State

**Corporations Division**
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

## Amendment of Articles of Organization

(Submit with filing fee of $25.00)

Charter #: **LC0629035**

1. The current name of the limited liability company is **Spain, Miller & Spain, LLC**

2. The effective date of this document is the date it is filed by the Secretary of State of Missouri unless a future date is otherwise indicated: **n/a**
(Date may not be more than 90 days after the filing date in this Office)

3. State date of occurrence that required this amendment: **3/1/2012**
Month/Day/Year

4. The articles of organization are hereby amended as follows:
   The name of the Limited Liability Company is Spain, Miller, Galloway & Lee, LLC

5. (Check if applicable) This amendment is required to be filed because:
   ☐ management of the limited liability company is vested in one or more managers where management had not been so previously vested.
   ☐ management of the limited liability company is no longer vested in one or more managers where management was previously so vested.
   ☑ a change in the name of the limited liability company.
   ☐ a change in the time set forth in the articles of organization for the limited liability company to dissolve.

6. This amendment is (check either or both):
   ☐ authorized under the operating agreement
   ☑ required to be filed under the provisions of RSMo Chapter 347

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

| Authorized Signature | Printed Name | Date |
|---|---|---|
| /s/ James E. Spain | James E. Spain | 3/1/12 |
| /s/ Karen J. Miller | Karen J. Miller | 3/1/12 |
| /s/ Samuel P. Spain | Samuel P. Spain | 3/1/12 |

Name and address to return filed document:
Name: **Sam Spain**
Address: **PO Box 1248**
City, State, and Zip Code: **Poplar Bluff MO 63902**

State of Missouri
Amend/Restate - LLC/LP/LLP/LLLP 1 Page(s)

T1206705080

# State of Missouri



Robin Carnahan
Secretary of State

AMENDED ARTICLES OF ORGANIZATION

WHEREAS,

Spain, Miller, Galloway & Lee, LLC
LC0629035

Formerly,

Spain, Miller & Spain, LLC

filed its amended Articles of Organization with this office and WHEREAS that filing was found to conform to the Missouri Limited Liability Company Act;

NOW, THEREFORE, I, ROBIN CARNAHAN, Secretary of State of Missouri, by virtue of authority vested in me by law do hereby certify and declare that the above entity's Articles of Organization are amended.

IN TESTIMONY WHEREOF, I hereunto
set my hand and cause to be affixed the
GREAT SEAL of the State of Missouri.
Done at the City of Jefferson, this
5th day of March, 2012.



Secretary of State