# SPAIN, MILLER, GALLOWAY & LEE, LLC

- Home
- Attorneys
- About
- Practice Areas
- Contact

Search

## OUR ATTORNEYS:



**Samuel P. Spain, Partner**
Sam Spain is preeminently rated by Martindale-Hubbell, their highest peer review rating. Sam's practice focuses primarily on civil litigation, insurance defense, corporate and business law, real estate transactions, employment law, personal injury and wrongful death cases.  Sam is an experienced trial advocate and has tried cases to juries in 14 different counties in Southeast Missouri. In addition to litigation, Sam has a transactional practice, handling complex real estate and asset purchase agreements for individuals and businesses. It is his experience in these areas that puts his clients in the best position to be successful in any type of dispute.

Education:  University of Missouri-Columbia, B.A., 1983
                     University of Missouri-Columbia, J.D., 1986
Admitted: 1986, Missouri and U.S. District Court, Eastern District of Missouri; 8th Circuit



**Matthew B. Lee, Partner**
Matt Lee graduated from the University of Missouri School of Law in 2008 and was admitted to the Missouri Bar and United States District Court for the Eastern District of Missouri that same year.  While in law school he was awarded the CALI Excellence for the Future Award for Law and Economics, Criminal Litigation, and Famous Trials.  He joined the firm in 2008 after law school and became a partner in 2012.  Matt concentrates his practice in the areas of insurance defense, personal injury, wrongful death, medical malpractice, construction litigation, employment discrimination, real estate, banking, business law and transactions, estates and trusts, and estate litigation.  He has acted as lead counsel in numerous jury trials throughout Southeast Missouri and has procured jury verdicts in favor of his clients in all manner of disputes from employment discrimination to claims of debilitating personal injury.

Education:  The George Washington University, B.S., Economics, cum laude, 2005
                    University of Missouri - Columbia, J.D., 2008
Admitted: 2008 Missouri and U.S. District Court and Bankruptcy Court, Eastern District of Missouri; 8th Circuit



**Karen Jolly Miller, Retired**
Karen Miller is a native of Fisk, Missouri and graduated from the University of Missouri School of Law in 1981.  Karen is a member of the Missouri Bar, Butler County Bar Association, and admitted to practice in Missouri State Courts as well as Federal Bankruptcy Court for the Eastern District of Missouri.

Education:    University of Missouri-Columbia, B.S., 1963;
                      Southeast Missouri State University, M.S., 1974
                      University of Missouri-Columbia, J.D., 1981
                      Admitted:  1981, Missouri; 1982 U.S. District Court, Eastern District of Missouri, U.S. Bankruptcy Court for the Eastern District of Missouri.

Disclaimer: The choice of a lawyer is an important decision and should not be based solely upon advertisements.

# EXHIBIT 47

Proudly powered by Weebly