IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA K. HAYNES (a/k/a Cynthia K. Randolph), individually and under the Missouri Wrongful Death Statute<br><br>   Plaintiff,<br><br>vs.<br><br>JENNIFER WILLIAMS, individually, et al.<br><br>   Defendants. | Case No: 1:21-CV-00160-SNL |

### ENTRY OF APPEARANCE

COMES NOW Susan M. Dimond of Roberts Perryman, P.C. and hereby enters her appearance as counsel for Defendants, Jennifer Williams, individually and Jennifer Williams, d/b/a Williams Law, in the above-captioned matter.

        Respectfully submitted,

        ROBERTS PERRYMAN, P.C.

  By:  */s/  Susan M. Dimond*
     Richard C. Wuestling, #30773MO
     Susan M. Dimond, #57434MO
     Dustin L. Goldberger, #70080MO
     1034 S. Brentwood, Suite 2100
     St. Louis, Missouri 63117
     Phone: (314) 421-1850
     Fax: (314) 421-4346
     rwuestling@robertsperryman.com
     sdimond@robertsperryman.com
     dgoldberger@robertsperryman.com

     ***Attorneys for Defendants Jennifer Williams and***
     ***Jennifer Williams d/b/a Williams Law***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2021, the foregoing was electronically filed with the Clerk of the Court using CM/ECF electronic filing system which will send notification of such filing to the following and email to all counsel of record.

Laurence D. Mass [laurencedmass@att.net]
Evita Tolu [evitatolu@outlook.com]
***Attorneys for Plaintiff***


                                        */s/ Susan M. Dimond*