IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA K. HAYNES (a/k/a Cynthia K. Randolph), individually and under the Missouri Wrongful Death Statute | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No: 1:21-CV-00160-SNL |
| | ) |
| JENNIFER WILLIAMS, individually, et al. | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Dustin L. Goldberger of Roberts Perryman, P.C. and hereby enters his appearance as counsel for Defendants, Jennifer Williams, individually and Jennifer Williams, d/b/a Williams Law, in the above-captioned matter.

Respectfully submitted,

ROBERTS PERRYMAN, P.C.

By:  /s/  *Dustin L. Goldberger*
Richard C. Wuestling, #30773MO
Susan M. Dimond, #57434MO
Dustin L. Goldberger, #70080MO
1034 S. Brentwood, Suite 2100
St. Louis, Missouri 63117
Phone: (314) 421-1850
Fax: (314) 421-4346
rwuestling@robertsperryman.com
sdimond@robertsperryman.com
dgoldberger@robertsperryman.com

*Attorneys for Defendants Jennifer Williams and Jennifer Williams d/b/a Williams Law*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2021, the foregoing was electronically filed with the Clerk of the Court using CM/ECF electronic filing system which will send notification of such filing to the following and email to all counsel of record.

Laurence D. Mass [laurencedmass@att.net]
Evita Tolu [evitatolu@outlook.com]
***Attorneys for Plaintiff***

                                                          */s/ Dustin L. Goldberger*