UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA K. HAYNES (a/k/a Cynthia K. Randolph), individually and under the Missouri Wrongful Death Statute<br><br>    Plaintiffs<br>v.<br><br>JENNIFER WILLIAMS, individually,<br>JENNIFER WILLIAMS, d/b/a WILLIAMS LAW,<br>SPAIN, MILLER, GALLOWAY & LEE, LLC,<br>    a Missouri limited liability company,<br>BERNICE HAYNES, individually and<br>HARLES HAYNES, individually<br><br>    Defendants. | Cause No. 1:21-CV-00160-SNL<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S RESPONSE TO MOTION FOR
EXTENSION OF TIME TO FILE ANSWER**

COMES NOW Plaintiff by and through counsel in response to Defendants Williams' Motion for Extension of Time to File an Answer states as follows:

1. Plaintiff's counsel normally consents to a request for extension of time to file an answer or other responsive pleading without preconditions.

2. However, in this case, Plaintiff's counsel felt that it would be helpful for their handling Plaintiff's case to have one document, the policy of insurance or indemnification that provides coverage to Defendants Williams, at the beginning of this litigation in light of the seriousness of the allegations, of the work already invested in the case and of the work which will be necessary to litigate Plaintiff's case to fruition.

3. Plaintiff's counsel requested that Defendants Williams produce the policiy when

obtaining an extension of time to reply to Plaintiff's Complaint.

4.      The policy of insurance or indemnification should be readily available to counsel for Defendants Williams and does not require them to investigate and understand the allegations and their possible defenses in order to have that policy produced.

5.      Defendants Williams will have to produce their policy of indemnification or insurance during the first round of discovery.  Defendants Williams will suffer no prejudice by producing that policy earlier in the litigation.

WHEREFORE Plaintiff prays that this Honorable Court grant Defendants Williams an extension of time to respond to the Complaint, order Defendants Williams to produce their policy of insurance or indemnification within five (5) days from the order of this Court and grant such other and further relief as this Court deems just under the circumstances herein.

                Respectfully submitted,

                 /s/  Laurence D. Mass
                Laurence D. Mass    #30977
                230 South Bemiston, Suite 1200
                St. Louis, Missouri  63105
                Phn:    (314) 862-3333, Ext. 20
                Fax:    (314) 862-0605
                laurencedmass@att.net

                 /s/  Evita Tolu
                Evita Tolu           #49878
                Immigration Law Group, LLC
                9378 Olive Blvd., Suite 307
                St. Louis, MO 63132
                Phn: 314-323-6022
                Fax: 314-207-0086
                Email:  evitatolu@yahoo.com

                Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

     It is hereby certified that on this   8th   day of December 2021, a copy of the foregoing was filed electronically with the Clerk of the Court to be served to all counsel by operation of the Court's electronic filing system.

                                          /s/  Laurence D. Mass