# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

CYNTHIA K. HAYNES (a/k/a Cynthia K.    )
Randolph), individually and under the Missouri    )
Wrongful Death Statute    )
             )
Plaintiff,    )
             )
vs.    )        Case No: 1:21-CV-00160-SNL
             )
JENNIFER WILLIAMS, individually, et al.    )
             )
Defendants.    )

## ENTRY OF APPEARANCE

Thomas W. Collins, III, hereby enters his appearance as counsel for Defendant Spain, Miller, Galloway and Lee, LLC.

Respectfully submitted,

BLANTON, NICKELL, COLLINS,
DOUGLAS & HANSCHEN, L.L.C.
219 South Kingshighway
Post Office Box 805
Sikeston, Missouri  63801
PHONE (573) 471-1000     FAX (573) 471-1012
EMAIL: tcollins@blantonlaw.com

By: _____
        Thomas W. Collins, III   MOED  46295MO

*Attorneys for Spain, Miller, Galloway & Lee, LLC*

1

**CERTIFICATE OF SERVICE**

I, Thomas W. Collins, III, an attorney, hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of the United States District Court for the Eastern District of Missouri – Southeast Division, this 9th day of December, 2021, using the CM/ECF system. I further certify that I signed the original of this document and will keep said original for a period of not less than the maximum allowable time to complete the appellate process.

/s/ Thomas W. Collins, III
Thomas W. Collins, III