IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA K. HAYNES (a/k/a Cynthia K. Randolph), individually and under the Missouri Wrongful Death Statute<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER WILLIAMS, individually, et al.<br><br>Defendants. | Case No: 1:21-CV-00160-SNL |

## DEFENDANT SPAIN, MILLER, GALLOWAY AND LEE, LLC'S
## MOTION FOR ADDITIONAL TIME TO RESPOND
## TO THE AMENDED COMPLAINT

Comes now Defendant Spain, Miller, Galloway and Lee, LLC by and through undersigned counsel, and for its Motion for Additional Time to File Responsive Pleadings, Motions, and/or an Answers to Plaintiff's Amended Complaint, up through and including January 10, 2022, and states as follows:

1. On November 11, 2021 ("Plaintiff") filed her Amended Complaint in this case.

2. On November 22, 2021, Defendant was served with a copy of the summons and the Amended Complaint.

3. Pursuant to Federal Rule of Civil Procedure Rule 12, Defendant's responsive pleadings, motions, and/or an answer to Plaintiff's Amended Complaint are due to be filed in this Court on December 13, 2021.

4. The undersigned counsel was recently retained to provide a defense for Defendant.

5. The Amended Complaint arises out from events that occurred in a domestic relations matter which began in 2013 and is not yet resolved. The Amended Complaint is seventy (70) pages long and includes two hundred-sixty-seven (267) paragraphs alleging wrongful death

1

arising from Defendant Jennifer Williams' appointment as guardian ad litem for the decedent during the time she was employed at Spain, Miller, Galloway and Lee, LLC.

6. Accordingly, Defendant respectfully requests an extension of time, up through and including January 10, 2021, to file its responsive pleadings, motions, and/or an answers to the Amended Complaint.

7. The additional time is necessary so that the Defendant's counsel may adequately prepare a response to the Amended Complaint, investigate the allegations, become apprised of the background facts related to this case, and research the issues of law before the Court.

8. Additionally, due to the demands associated with counsel's other professional obligations and scheduling limitations related to the holiday season, the Defendant requests an extension.

9. On December 8, 2021, the Defendant's counsel contacted Plaintiff's counsel via email regarding this request for additional time, up through and including January 10, 2022.

10. On December 8, 2021, Plaintiff's counsel responded to the Defendant's email and advised that counsel did not object to Defendant's request for additional time.

11. Granting Defendant's request for additional time is not done to prejudice any of the parties to this cause of action or to cause undue delay in these proceedings as no other parties have filed their responsive pleadings and/or answers to date.

WHEREFORE, Defendant Spain, Miller, Galloway and Lee, LLC respectfully requests that this Court enter an Order extending the deadline for it to file responsive pleadings, motions, and/or an Answer to the Amended Complaint, up through and including January 10, 2022, and for such other relief as the Court deems necessary under the circumstances.

        **Respectfully submitted,**

        BLANTON, NICKELL, COLLINS,
        DOUGLAS & HANSCHEN, L.L.C.
        219 South Kingshighway
        Post Office Box 805
        Sikeston, Missouri   63801
        PHONE (573) 471-1000 FAX (573) 471-1012
        EMAIL: tcollins@blantonlaw.com

        By: _____
          Thomas W. Collins, III MOED  46295MO

        *Attorneys for Spain, Miller, Galloway & Lee, LLC*

3

## **CERTIFICATE OF SERVICE**

      I, Thomas W. Collins, III, an attorney, hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of the United States District Court for the Eastern District of Missouri – Southeast Division, this 9th day of December, 2021, using the CM/ECF system. I further certify that I signed the original of this document and will keep said original for a period of not less than the maximum allowable time to complete the appellate process.

                                                  /s/ Thomas W. Collins, III
                                                  Thomas W. Collins, III