# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHERN DISTRICT

| | |
|---|---|
| CYNTHIA K. HAYNES )<br>(a/k/a Cynthia K. Randolph), )<br>individually and under the Missouri Wrongful )<br>Death Statute, )<br>)<br>             Plaintiffs, )<br>)<br>v. )<br>)<br>JENNIFER WILLIAMS, individually )<br>)<br>JENNIFER WILLIAMS, )<br>d/b/a WILLIAMS LAW )<br>)<br>SPAIN, MILLER, GALLOWAY & LEE, LLC )<br>A Missouri limited liability company, )<br>)<br>BERNICE HAYNES, individually and )<br>)<br>CHARLES HAYNES, individually )<br>)<br>             Defendants. ) | Cause No. 1:21-CV-00160-SNL<br><br>JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

COMES NOW John C. Steffens of The Limbaugh Firm and hereby enters his appearance on behalf of Defendant, Bernice Haynes.

             Respectfully submitted,

             THE LIMBAUGH FIRM
             407 N. Kingshighway, P.O. Box 1150
             Cape Girardeau, MO  63702-1150
             Telephone:  (573) 335-3316
             Facsimile: (573) 335-1369
             Email:  jsteffens@limbaughlaw.com

             By       /s/ John C. Steffens
                  John C. Steffens - #63267

             ATTORNEYS FOR DEFENDANT BERNICE HAYNES

## **CERTIFICATE OF SERVICE**

 I hereby certify that on December 10, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

            /s/ John C. Steffens