## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHERN DISTRICT

| | | |
|---|---|---|
| CYNTHIA K. HAYNES<br>(a/k/a Cynthia K. Randolph),<br>individually and under the Missouri Wrongful<br>Death Statute,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JENNIFER WILLIAMS, individually<br><br>JENNIFER WILLIAMS,<br>d/b/a WILLIAMS LAW<br><br>SPAIN, MILLER, GALLOWAY & LEE, LLC<br>A Missouri limited liability company,<br><br>BERNICE HAYNES, individually and<br><br>CHARLES HAYNES, individually<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 1:21-CV-00160-SNL<br><br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW Defendant Bernice Haynes, by counsel, and states to the Court as follows:

1. Defendant Bernice Haynes is an elderly woman living in New Jersey.

2. The undersigned was hired today to represent Defendant Bernice Haynes.

3. Defendant Bernice Haynes respectfully requests an extension of time to file a response to Plaintiff's Amended Complaint, up to and including, January 10, 2022.

4. The undersigned counsel has communicated with Plaintiff's counsel on this matter and Plaintiff's counsel has no objection to this extension.

WHEREFORE, Defendant Bernice Haynes prays for an extension of time to file a response to the Amended Complaint, up to and including January 10, 2022, and for such other and further relief as is just and proper under the circumstances.

Respectfully submitted,

THE LIMBAUGH FIRM
407 N. Kingshighway, P.O. Box 1150
Cape Girardeau, MO  63702-1150
Telephone:  (573) 335-3316
Facsimile: (573) 335-1369
Email:  jsteffens@limbaughlaw.com

By     /s/ John C. Steffens
      John C. Steffens - #63267

ATTORNEYS FOR DEFENDANT BERNICE HAYNES

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ John C. Steffens