UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CYNTHIA K. HAYNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:21CV00160 SNLJ |
| | ) |
| JENNIFER WILLIAMS et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The undersigned U. S. District Judge recuses himself in this matter.

The Clerk of the District Court is hereby directed to refer this case to another judge by random selection.

Dated this 14th day of December, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE