UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CYNTHIA K. HAYNES, )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>JENNIFER WILLIAMS, et al., )<br>)<br>Defendant(s). )<br>) | No. 1:21-CV-00160-SNLJ |

**ORDER**

Pursuant to the Order of Recusal, a request has been received for random reassignment of this case.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from District Judge Stephen N. Limbaugh, Jr.. to..Magistrate Judge Abbie Crites-Leoni.

December 14, 2021
Date

_Gregory J. Linhares_                /
Clerk of Court

By:  /s/ Michelle Schaefer            /
MICHELLE SCHAEFER
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 1:21-CV-00160-ACL.**