UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CYNTHIA K. HAYNES, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 1:21-CV-00160-ACL |
| JENNIFER WILLIAMS, et al., | ) |
| Defendant(s). | ) |

ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant CHARLES HAYNES. on December 12, 2021.  (Doc. 20.)  According to the Proof of Service, this Defendant was served on November 19, 2021.

**IT IS THEREFORE ORDERED** that plaintiff shall, no later than January 28, 2022, file appropriate motions for entry of default, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 10th day of January, 2022.

/s/ Abbie Crites-Leoni
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE