RECEIVED BY MAIL
JAN 10 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## DIVISION

CYNTHIA K. HAYNES AKA CYNTHIA K. RANDOLPH )
    Plaintiff, )
)
v. ) Case No. 1:21-CV-00160-SNLJ
)
CHARLES M. HAYNES )
    Defendant(s). )
#1332815
FARMINGTON CORR. CTR.
1012 W. COLUMBIA ST.
FARMINGTON, MO. 63640

## MOTION FOR APPOINTMENT OF COUNSEL
## AND AFFIDAVIT IN SUPPORT

I, CHARLES M HAYNES, hereby apply for appointment of Counsel. In support of my application I declare under penalty of perjury that the following facts are true:

(1) I am the ~~plaintiff~~ DEFENDANT in the above-entitled case and I believe I am entitled to redress.

(2) Because of my poverty, I am unable to pay a reasonable attorney fee.

(3) I have made diligent efforts to obtain legal counsel, but because of my poverty I have been unable to secure same. Following is a description of the efforts I have made:

I PRESENTLY HAVE 2 LAWYERS:
① WIL HALAZ OF CORDELL & CORDELL, ST. LOUIS (DIVORCE.
② RAMONA GAU OF MARLER (FARMINGTON) (CIVIL) DEALING WITH SAME PLAINTIFF & SIMPLY CAN'T AFFORD A 3rd LAWYER FOR RIDICULOUS LAWSUIT. Thank you

I declare under penalty of perjury that the foregoing is true and correct. Executed on JANUARY 5, 2022.

KAREN HAYNES (SISTER & POA)
25 ELLIE PL.
N. CAPE MAY, NJ 08204
856-264-2356

Karen Haynes POA for Charles M. Haynes
Signature of ~~Plaintiff~~ DEFENDANT

Mrs. Karen Haynes
25 Ellie Pl
Cape May, NJ 08204-3768

SOUTH JERSEY NJ 080
5 JAN 2022 PM 4 L



RECEIVED
BY MAIL
JAN 10 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

RUSH HUDSON LIMBAUGH, Jr.
U.S. COURT HOUSE
CLERK OF THE COURT
555 INDEPENDENCE ST.
CAPE GIRARDEAU, MO.
63703