## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHERN DISTRICT

| | |
|---|---|
| CYNTHIA K. HAYNES ) <br> (a/k/a Cynthia K. Randolph), ) <br> individually and under the Missouri Wrongful ) <br> Death Statute, ) <br>  ) <br>            Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> JENNIFER WILLIAMS, individually ) <br>  ) <br> JENNIFER WILLIAMS, ) <br> d/b/a WILLIAMS LAW ) <br>  ) <br> SPAIN, MILLER, GALLOWAY & LEE, LLC ) <br> A Missouri limited liability company, ) <br>  ) <br> BERNICE HAYNES, individually and ) <br>  ) <br> CHARLES HAYNES, individually ) <br>  ) <br>            Defendants. ) | Cause No. 1:21-CV-00160-ACL <br><br> JURY TRIAL DEMANDED |

## **DEFENDANT BERNICE HAYNES'S MOTION TO DISMISS**

COMES NOW Defendant Bernice Haynes, by counsel, and pursuant to Rule 12(b)(6) states to the Court as follows:

1.  Plaintiff Cynthia Haynes alleges that Defendant Bernice Haynes caused the suicide of Bernice's granddaughter, M.H.

2.  The claim against Bernice should be dismissed because Cynthia has not and cannot allege facts to meet the proximate cause standard in a wrongful death suicide case.

3.  For these and other reasons discussed in Bernice's Memorandum in Support, the claims against Bernice should be dismissed.

WHEREFORE, Defendant Bernice Haynes prays that the Court grant her Motion to Dismiss, and for such other and further relief as is just and proper under the circumstances.

Respectfully submitted,

THE LIMBAUGH FIRM
407 N. Kingshighway, P.O. Box 1150
Cape Girardeau, MO  63702-1150
Telephone:  (573) 335-3316
Facsimile: (573) 335-1369
Email:  jsteffens@limbaughlaw.com

By    /s/ John C. Steffens
        John C. Steffens - #63267

ATTORNEYS FOR DEFENDANT BERNICE HAYNES

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2022, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ John C. Steffens