**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CYNTHIA K. HAYNES (a/k/a Cynthia K. Randolph), individually and under the Missouri Wrongful Death Statute , | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No. 1:21-CV-00160-SNL |
| | ) | |
| JENNIFER WILLIAMS, individually, | ) | JURY TRIAL DEMANDED |
| JENNIFER WILLIAMS, d/b/a WILLIAMS LAW, | ) | |
| SPAIN, MILLER, GALLOWAY & LEE, LLC, | ) | |
|    a Missouri limited liability company, | ) | |
| BERNICE HAYNES, individually and | ) | |
| CHARLES HAYNES, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR THE CLERK TO ENTER A DEFAULT**
**AGAINST DEFENDANT CHARLES HAYNES**

COMES NOW Plaintiff by and through counsel and moves that the Clerk enter a default

against Charles Haynes for the following reasons:

1.      In accord with Fed. R. Civ. P. 55(a) the Clerk has the power to enter a default

upon a showing that a party Defendant has failed to plead or otherwise defend the claims filed

against him.

2.      On or about November 8, 2021 Plaintiff filed her Complaint in the above

captioned matter.  Pursuant to the Court's Order Plaintiff filed an Amended Complaint on or

about November 12, 2021.

3.      Plaintiff filed a Return of Service of the Summons and the Amended Complaint

on Charles Haynes on December 12, 2021 attesting that Defendant Charles Haynes was served

with a copy of the Summons on November 19, 2021.  That Return of Service was supported by

an Affidavit by the process server, Billy Harris a copy of which is attached as Exhibit 2.  See

Docket Entry No. 20.  See also, Affidavit of Laurence D. Mass attached as Exhibit 1 attesting

that both the Summons and Amended Complaint and its exhibits were served on Defendant

Haynes.

       4.     To date, Charles Haynes has not filed an answer, motion to dismiss, or any other

pleading opposing the claims against him set forth in both the original filed Complaint and the

Amended Complaint.

       5.     In Count VII of the Amended Complaint (starting at pg. 66 of the Amended

Complaint) Plaintiff set forth her claim for wrongful death of S.H. based upon sexual assault and

battery against Defendant Charles Haynes.  See docket entry no. 6.

       WHEREFORE Plaintiff prays that the Clerk of this Honorable Court enter a default

against Defendant Charles Haynes.


Respectfully submitted,

/s/  Laurence D. Mass                               /s/  Evita Tolu

Laurence D. Mass    #30977                   Evita Tolu        #49878

230 South Bemiston, Suite 1200             Immigration Law Group, LLC

St. Louis, Missouri  63105                    9378 Olive Blvd., Suite 307

Phn:    (314) 862-3333, Ext. 20            St. Louis, MO 63132

Fax:    (314) 862-0605                         Phn:  314-323-6022

laurencedmass@att.net                       Fax: 314-207-0086

                                             Email:  evitatolu@yahoo.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

It is hereby certified that on this __20th__ day of January 2022, a copy of the foregoing was filed electronically with the Clerk of the Court to be served to all counsel by operation of the Court's electronic filing system and that a copy was sent via U.S. Mail to:

> Defendant Charles Haynes, Inmate ID 1332815
> Warden of Farmington Correctional Facility
> 1012 West Columbia Street
> Farmington, Missouri  63640

 /s/  Laurence D. Mass