UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA K. HAYNES (a/k/a Cynthia K. Randolph), individually and under the Missouri Wrongful Death Statute, <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER WILLIAMS, individually, <br> JENNIFER WILLIAMS, d/b/a WILLIAMS LAW, <br> SPAIN, MILLER, GALLOWAY & LEE, LLC, <br>     a Missouri limited liability company, <br> BERNICE HAYNES, individually and <br> CHARLES HAYNES, individually, <br><br> Defendants. | Cause No. 1:21-CV-00160-SNL <br><br> JURY TRIAL DEMANDED |

## AFFIDAVIT OF LAURENCE D. MASS

COMES NOW Laurence D. Mass in the above captioned matter being duly sworn according to law states as follows:

1. I am an adult over the age of eighteen and capable of making this Affidavit.

2. I am an attorney licensed to practice law in the State of Missouri, Mo. Bar No. 30977, and represent the Plaintiff in the above-captioned matter.

3. The process server, Billy Harris was given a copy of the Amended Complaint and all exhibits attached thereto for service on each Defendant along with the Summons. Mr. Harris served each Defendant that he served with the Amended Complaint and its exhibits along with each summons.

4. After the Amended Complaint in the above captioned case was filed and after Charles Haynes was served, neither Plaintiff nor attorneys for Plaintiff have received any communications from Defendant Charles Haynes in the way of answer or other pleading to the



PLAINTIFF'S EXHIBIT 1

Page 1 of 2

Complaint in the above captioned case. I have only received a copy of a Motion for appointment of counsel for Charles Haynes (Docket No. 28) filed of record through the electronic filing system.

_____
AFFIANT, Laurence D. Mass

1/20/2022
Date

STATE OF MISSOURI )
                                ) SS.
COUNTY OF ST. LOUIS )

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal this 20th day of January, 2022.

Alyssa M Savage
Notary Public

My Commission Expires: 9/9/24

ALYSSA M SAVAGE
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 20254031
My Commission Expires Aug 9, 2024