AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| CYNTHIA K. HAYNES | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 1:21-CV-00160-SNL |
| CHARLES M. HAYNES | ) ) ) |
| *Defendant* | ) |

11-29
4:15 pm

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHARLES M. HAYNES, Inmate ID 1332815
Warden of Farmington Correctional Facility
1012 West Columbia Street
Farmington, MO 63640

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Evita Tolu
IMMIGRATION LAW GROUP LLC
9378 Olive Boulevard
Suite 307
St. Louis, MO 63132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 11/17/2021

**PLAINTIFF'S EXHIBIT 2**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-00160-SNL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CHARLES HAYNES**
was received by me on *(date)* **19 NOV 21**.

☒ I personally served the summons on the individual at *(place)* **FARMINGTON CORRECTIONAL** on *(date)* **29 NOV 21**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **115.00** for services, for a total of $ **115.00**.

I declare under penalty of perjury that this information is true.

Date: **29 NOV 21**

Server's signature

**Bill Harris**
Printed name and title

**441 T Hwy M**
**Poplar Bluff, MO 63901**
Server's address

Additional information regarding attempted service, etc:

STATE OF MISSOURI }
                  } SS
COUNTY OF BUTLER  }

### AFFIDAVIT

I, **Billy Harris**, Affiant, being duly sworn, deposes and says:

1. That this affidavit is made pursuant to Missouri Rules of Court 54.0(b)(1);

2. That I am over the age of 18 years;

3. That I am not a party to this action;

4. That I am a process server appointed by the court;

5. That I have duly served true and correct copies of the documents listed in the attached summons to the person or persons listed on said summons on 29 November, 2021 at 4:15 pm in the manner and at the place indicated on said summons.

Subscribed and sworn to before me this 30th day of November, 2021.

Nicolette E. McAllister
Notary Public

My commission expires

11/18/2024

NICOLETTE E. MCALLISTER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES NOVEMBER 18, 2024
BUTLER COUNTY
COMMISSION #20161707