UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA K. HAYNES (a/k/a Cynthia K. Randolph), ) <br> individually and under the Missouri Wrongful Death ) <br> Statute , ) <br> ) <br>     Plaintiff, ) <br>         v. ) <br> ) <br> JENNIFER WILLIAMS, individually, ) <br> JENNIFER WILLIAMS, d/b/a WILLIAMS LAW, ) <br> SPAIN, MILLER, GALLOWAY & LEE, LLC, ) <br>     a Missouri limited liability company, ) <br> BERNICE HAYNES, individually and ) <br> CHARLES HAYNES, individually, ) <br> ) <br>     Defendants. ) | Cause No. 1:21-CV-00160-SNL <br><br> JURY TRIAL DEMANDED |

**PROPOSED ORDER OF DEFAULT BY THE CLERK**

    COMES NOW the Clerk of this United States District Court and enters a Default against Defendant Charles Haynes in the above captioned matter for failure to plead or otherwise defend the claim set forth against him in the Amended Complaint in the above captioned matter.

_____      _____
Signature, Clerk                                    Date