UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA K. HAYNES (a/k/a Cynthia K. Randolph), individually and under the Missouri Wrongful Death Statute , | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Cause No. 1:21-CV-00160-SNL ) |
| JENNIFER WILLIAMS, individually, JENNIFER WILLIAMS, d/b/a WILLIAMS LAW, SPAIN, MILLER, GALLOWAY & LEE, LLC,    a Missouri limited liability company, BERNICE HAYNES, individually and CHARLES HAYNES, individually, | ) JURY TRIAL DEMANDED ) ) ) ) ) ) |
| Defendants. | ) |

**PROPOSED ORDER OF DEFAULT BY THE COURT**

COMES NOW the United States District Court and enters a Default against Defendant Charles Haynes in the above captioned matter for failure to plead or otherwise defend the claim set forth against him in the Amended Complaint in the above captioned matter.

_____        _____
Judge Abbie Crites-Leoni                                              Date