UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA K. HAYNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:21CV160 ACL |
| | ) | |
| JENNIFER WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Presently pending before the Court is Defendant Charles Haynes' Motion for Appointment of Counsel.  (Doc. 28.)   Defendant is currently incarcerated at Farmington Correctional Center in Farmington, Missouri.   The Court is of the opinion that the appointment of counsel would best serve the interests of justice.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Appointment of Counsel (Doc. 28) is **granted**.

**IT IS FURTHER ORDERED** that that **Cira Duffe, DUFFE LAW, 764 Weber Road, Farmington, Missouri, telephone number 573-713-9200,** is appointed to represent Defendant Charles Haynes in this matter.   The Clerk of Court shall provide a complete electronic copy of the court file to Defendant's appointed counsel at no cost.

Dated this 25th day of January, 2022.

*Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE