UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA K. HAYNES, ) | |
| (a/k/a Cynthia K. Randolph), ) | |
| individually and under the Missouri ) | |
| Wrongful Death Statute ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:21-CV-00160-SNL |
| ) | |
| JENNIFER WILLIAMS, et al. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## NOTICE TO THE COURT

COMES NOW Plaintiff and informs the Court that the Missouri Supreme Court in the case of <u>Tolu vs Reid</u>, 2021 WL 6122562 (Mo. App. E.D. 2021) cited by Defendants Williams and Spain, Miller in their Memoranda in Support of their Motions to Dismiss and by Plaintiff in her Response Memorandum has denied transfer of the case.

Respectfully submitted,

/s/ Laurence D. Mass
Laurence D. Mass, Bar # 30977 Mo.
230 S. Bemiston Avenue, Suite 1200
Saint Louis, Missouri 63105
Phone: (314) 862-3333 ext. 20
Fax: (314) 862-0605
e-mail: laurencedmass@att.net

/s/ Evita Tolu
Evita Tolu, Bar # 49878 Mo.
1 Crabapple Court
Saint Louis, Missouri 63132
Cell: (314) 323-6033
Fax:    (314) 207-0086
e-mail: evitatolu@outlook.com

Attorneys for Cynthia K. Haynes