**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTH EASTERN DIVISION**

**Haynes**                               )
                                         )
                                         )
     **Plaintiff**                    )
                                         )
                                         )     **Case No. 1:21-cv-00160-ACL**
    v.                                  )
                                         )
**Williams**                             )
                                         )
                                         )
    **Defendant**                     )

### NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

## CHECK ONE:

☑     The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐     The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Cynthia Haynes**

Submitted By:  **Laurence D. Mass**          Dated:  **December 22, 2021**

**Note:  Corporations may execute this election only by counsel.**

---

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this
**December 22, 2021**

                            Signature:    /S/ **Laurence D. Mass**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTH EASTERN DIVISION

**Haynes**                                    )
                                              )
      **Plaintiff**              )
                                              )
                                              )   **Case No. 1:21-cv-00160-ACL**
    v.                         )
                                              )
**Williams**                                  )
                                              )
                                              )
    **Defendant**              )

### NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

## CHECK ONE:

☑ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Bernice Haynes**

Submitted By:  **John C. Steffens**          Dated:  **December 15, 2021**

Note:  **Corporations may execute this election only by counsel.**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this
**December 15, 2021**

                                             Signature:     /S/ **John C. Steffens**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTH EASTERN DIVISION**

Haynes                                    )
                                          )
       **Plaintiff**                      )
                                          )
                                          )    **Case No. 1:21-cv-00160-ACL**
       v.                                 )
                                          )
**Williams**                              )
                                          )
                                          )
       **Defendant**                      )

### NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

## CHECK ONE:

☑  The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐  The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Jennifer Williams**

**Jennifer Williams d/b/a Williams Law**

Submitted By:  **Susan M. Dimond**          Dated:  **December 22, 2021**

**Note:  Corporations may execute this election only by counsel.**

---

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this
**December 22, 2021**

                    Signature:     /S/ **Susan M. Dimond**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTH EASTERN DIVISION

**Haynes**                              )
                                        )
                                        )
    **Plaintiff**           )
                                        )
                                        )          **Case No. 1:21-cv-00160-ACL**
    v.                     )
                                        )
**Williams**                            )
                                        )
                                        )
    **Defendant**          )

### NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

## CHECK ONE:

☑  The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐  The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Spain, Miller, Galloway and Lee, LLC**

Submitted By:  **Thomas W. Collins**        Dated:  **December 21, 2021**

Note:  **Corporations may execute this election only by counsel.**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this
**December 21, 2021**

Signature:    _/S/ **Thomas W. Collins**_

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTH EASTERN DIVISION**

| | | |
|---|---|---|
| **Haynes** | ) | |
| | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | **Case No. 1:21-cv-00160-ACL** |
| v. | ) | |
| | ) | |
| **Williams** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |

### NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

## CHECK ONE:

☑ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Charles Haynes**

Submitted By:  **Cira Renee Duffe**          Dated:  **March 08, 2022**

**Note:  Corporations may execute this election only by counsel.**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this **March 08, 2022**

Signature:       /S/ **Cira Renee Duffe**