**Your Missouri Courts** 

Search for Cases by:  Select Search Method... ⌄

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print          Logon

**11RA-CV00606 - CYNTHIA K HAYNES V CHARLES M HAYNES**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

Sort Date Entries:  ◉ Descending  ○ Ascending          Display Options:  All Entries ⌄

**07/13/2011**  **Summons Personally Served**
Document ID - 11-SMCC-144; Served To - HAYNES, CHARLES MICHAEL; Server - SO RIPLEY COUNTY-DONIPHAN; Served Date - 18-MAY-11; Served Time - 15:30:00; Service Type - Sheriff Department; Reason Description - Served

**07/06/2011**  **Dismiss by Ct w/o Prejudice**
Cause dismissed for failure to attend Focus on Kids. Costs assessed against petitioner.

**05/19/2011**  **Notice**
Notice to Parties/Notice of Parenting Class returned to Attorney Rork.

**Order**
Court is advised by the Clerk Petitioner has failed to comply with Local Rule 68.7 by failing to attend Focus on Kids within 30 days of filing petition. Court is advised Petitioner was scheduled to attend said class on May 17, 2011, and failed to appear. Accordingly, Petitioner is ordered to attend Focus on Kids on June 21, 2011as rescheduled by the Clerk. Failing to comply with this order may result in cause being dismissed. Clerk to notify.

**05/13/2011**  **Notice**
NOTICE TO PARTIES/NOTICE OF PARENTING CLASS TO ATTORNEY RORK.

**Notice**
PARENTING HANDBOOK TO PETITIONER BY FIRST CLASS MAIL.

**Summons Issued-Circuit**
Document ID: 11-SMCC-144, for HAYNES, CHARLES MICHAEL. WITH ATTACHED NOTICE TO PARTIES AND PARENTING HANDBOOK.

**05/11/2011**  **Proposed Parenting Plan Filed**
   **Filed By:** DANIEL SCOTT RORK

**Petition Filed - Domestic Rel**
FOR DISSOLUTION OF MARRIAGE

**Judge Assigned**

Case.net Version 5.14.50          Return to Top of Page          Released 03/10/2022



EXHIBIT
A



Search for Cases by:  Select Search Method... ▼

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print                    Logon

**13RI-CR00907-01 - ST V CHARLES M HAYNES**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

Sort Date Entries: ● Descending ○ Ascending          Display Options:  All Entries ▼

---

**01/07/2022**   **Judge/Clerk - Note**
Request filed by Roberts Perryman Attorneys and Counselors forwarded to Court Reporter. kb

**Request Filed**
Request by Roberts Perryman Attorneys and Counselors for transcript from sentencing hearing.

**10/02/2019**   **Request Filed**
Request for Information filed by Grant C. Boyd. Request forwarded to court reporter. ra

**03/15/2019**   **Judge/Clerk - Note**
Request forwarded to Court Reporter. kb

**03/14/2019**   **Request Filed**
Request by Missouri State Public Defender System for transcript from sentencing hearing.

**01/03/2019**   **Request Filed**
By the Missouri State Highway Patrol

**12/26/2018**   **Bond Refunded**

**Bond Applied**

**12/12/2018**   **Felony Costs Tax-Reg-w/costs**
   **Filed By:** CHARLES MICHAEL HAYNES

**Judgment CVC $46 - Other**
   **Filed By:** CHARLES MICHAEL HAYNES

**Defendant Sentenced**
AUTHORIZE ADDITIONAL OFFICER - Yes; DELIVER CERTIF COPY OF JUDMT - Yes; 24.035/29.15
INEFFECT COUNSEL - No; ALLOCUTION - Yes

**Sentencing Hearing Held**
State by AGA Christine Krug, defendant in person and with Attys. Theodore Liszewski and David Mills.
Sentencing hearing held on the record. At the conclusion of all testimony, defendant sentenced to a jail
term of seven (7) years. So Ordered. KWP/srr
   **Scheduled For:** 12/12/2018;  1:00 PM ;  KELLY WAYNE PARKER;  Ripley

**12/07/2018**   **Subpoena Issued**
Subpoena attached in PDF form for attorney to retrieve from secure case net for service. sp

**Subpoena Requested**
Subpoena; Electronic Filing Certificate of Service.
   **Filed By:** DAVID LYLE MILLS

**On Behalf Of:** CHARLES MICHAEL HAYNES

| | |
|---|---|
| 12/06/2018 | **Suppl List of Witnesses Filed** |

Defendants Fourth Amended and Additional Endorsement of Sentencing Witnesses; Electronic Filing Certificate of Service.

**Filed By:** DAVID LYLE MILLS

**On Behalf Of:** CHARLES MICHAEL HAYNES

**Subpoena Issued**

**Subpoena Requested**

Request for Subpoena; Electronic Filing Certificate of Service.

**Filed By:** THEODORE ERIC LISZEWSKI

**On Behalf Of:** CHARLES MICHAEL HAYNES

| | |
|---|---|
| 12/04/2018 | **Suppl List of Witnesses Filed** |

Defendants Third Amended and Additional Endorsement of Sentencing Witnesses; Electronic Filing Certificate of Service.

**Filed By:** DAVID LYLE MILLS

**On Behalf Of:** CHARLES MICHAEL HAYNES

| | |
|---|---|
| 11/28/2018 | **Order to Change Bond Cond** |

ORDER AMENDING CONDITIONS OF BOND

**Proposed Order Filed**

Order Amending Conditions of Bond; Electronic Filing Certificate of Service.

**Filed By:** DAVID LYLE MILLS

**On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion Filed**

Defendants Motion to Amend Conditions of Bond to Allow Him to Attend His Daughters Funeral; Electronic Filing Certificate of Service.

**Filed By:** DAVID LYLE MILLS

**Sentencing Hearing Scheduled**

**Associated Entries:** 12/12/2018 - Sentencing Hearing Held

**Scheduled For:** 12/12/2018;  1:00 PM ;  KELLY WAYNE PARKER;  Ripley

**Hearing Continued/Rescheduled**

Cause set for sentencing on December 12, 2018 at 1:00 p.m. Defendant is ordered to appear. Mr. Liszewski to notify defendant.

**Hearing Continued From:** 11/26/2018;  1:00 PM Sentencing Hearing

| | |
|---|---|
| 11/16/2018 | **Sent Assessment Report Filed** |

| | |
|---|---|
| 11/09/2018 | **Suppl List of Witnesses Filed** |

Defendants Second Amended and Additional Endorsement of Sentencing Witnesses; Electronic Filing Certificate of Service.

**Filed By:** DAVID LYLE MILLS

**On Behalf Of:** CHARLES MICHAEL HAYNES

| | |
|---|---|
| 10/10/2018 | **Proposed Order Filed** |

**Filed By:** THEODORE ERIC LISZEWSKI

**Motion Filed**

Motion to Allow Attorneys to Attend SAR; Order Allowing Defense Attorneys to Attend SAR; Electronic Filing Certificate of Service.

**Filed By:** THEODORE ERIC LISZEWSKI

**On Behalf Of:** CHARLES MICHAEL HAYNES

| | |
|---|---|
| 09/05/2018 | **Motion to Dismiss** |

Memorandum Of Nolle Pros Counts 1-3; Electronic Filing Certificate of Service.

    **Filed By:** CHRISTINE HYMES KRUG

**Notice**

**Sentencing Hearing Scheduled**

    **Associated Entries: 11/28/2018 - Hearing Continued/Rescheduled** 🔼

    **Scheduled For:** 11/26/2018;  1:00 PM ;  KELLY WAYNE PARKER;  Ripley

| | |
|---|---|
| 09/04/2018 | **Sent Assessment Report Ordered** |

**Guilty Plea**

Cause called in Wayne County, Missouri. State appears by Ms. Krug. Defendant appears in person and with Mr. Liszewski and Mr. Mills. Defendant enters guilty plea to Count 4. State enters nolle prosequi as to Counts 1, 2, and 3. The court orders a SAR to be prepared and filed. Cause removed from the jury trial docket on September 25-27, 2018. Cause set for sentencing in Ripley County on November 26, 2018 at 1:00 p.m. Defendant is ordered to appear.

    **Associated Entries: 03/30/2018 - Pre-trial Conference Scheduled**

    **Scheduled For:** 09/25/2018;  8:30 AM ;  KELLY WAYNE PARKER;  Ripley

| | |
|---|---|
| 08/29/2018 | **Objections Filed** |

State Objections; Electronic Filing Certificate of Service.

    **Filed By:** CHRISTINE HYMES KRUG

| | |
|---|---|
| 07/13/2018 | **Entry of Appearance Filed** |

Entry of Appearance; Electronic Filing Certificate of Service.

    **Filed By:** DAVID LYLE MILLS

    **On Behalf Of:** CHARLES MICHAEL HAYNES

| | |
|---|---|
| 07/02/2018 | **Subpoena Issued** |

Subpoena attached in PDF form for attorney to retrieve from secure case net for service. sp

**Subpoena Requested**

Beale 491; Electronic Filing Certificate of Service.

    **Filed By:** CHRISTINE HYMES KRUG

| | |
|---|---|
| 06/27/2018 | **Hearing Continued/Rescheduled** |

Docket entry: Conference call held with the attorneys. Cause continued from the Dent County docket on June 29, 2018 to the Wayne County docket on September 4, 2018 at 1:00 p.m. for hearing all pending motions. KP/srr

    **Filed By:** KELLY WAYNE PARKER

| | |
|---|---|
| 06/25/2018 | **Suggestions Filed** |

Suggestions for Presentation of Evidence; Exhibit in Support of Impeachment; Electronic Filing Certificate of Service.

    **Filed By:** THEODORE ERIC LISZEWSKI

    **On Behalf Of:** CHARLES MICHAEL HAYNES

| | |
|---|---|
| 06/22/2018 | **Motion In Limine** |

State Motions in Limine; Electronic Filing Certificate of Service.

    **Filed By:** CHRISTINE HYMES KRUG

| | |
|---|---|
| 06/20/2018 | **Motion to Endorse** |

Endorsement of Witnesses; Electronic Filing Certificate of Service.
>    **Filed By:** THEODORE ERIC LISZEWSKI
>    **On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion to Endorse**
Penalty Phase Endorsement; Electronic Filing Certificate of Service.
>    **Filed By:** CHRISTINE HYMES KRUG

**Subpoena Issued**

**Subpoena Requested**
Beale Subpoena; Electronic Filing Certificate of Service.
>    **Filed By:** CHRISTINE HYMES KRUG

---

04/09/2018   **Notice to Take Deposition**
Notice of Depositions; Electronic Filing Certificate of Service.
>    **Filed By:** THEODORE ERIC LISZEWSKI
>    **On Behalf Of:** CHARLES MICHAEL HAYNES

**Subpoena Issued**
To Kristina Mehl. Subpoena attached in PDF form for attorney to retrieve from secure case net for service. sp

**Subpoena Requested**
K Mehl; Electronic Filing Certificate of Service.
>    **Filed By:** CHRISTINE HYMES KRUG

---

04/05/2018   **Subpoena Issued**
To Jeff Johnson. Subpoena attached in PDF form for attorney to retrieve from secure case net for service. sp

**Subpoena Issued**
To Kristina Joy. Subpoena attached in PDF form for attorney to retrieve from secure case net for service. sp

**Subpoena Issued**
To Christopher Miller. Subpoena attached in PDF form for attorney to retrieve from secure case net for service. sp

**Subpoena Requested**
Subpoena Jeff Johnson; Electronic Filing Certificate of Service.
>    **Filed By:** THEODORE ERIC LISZEWSKI
>    **On Behalf Of:** CHARLES MICHAEL HAYNES

**Subpoena Requested**
Subpoena Kristina Joy; Electronic Filing Certificate of Service.
>    **Filed By:** THEODORE ERIC LISZEWSKI

**Subpoena Requested**
Request for Subpoena - Christopher Miller; Electronic Filing Certificate of Service.
>    **Filed By:** THEODORE ERIC LISZEWSKI

---

03/30/2018   **Pre-trial Conference Scheduled**
>    **Associated Entries:** 09/04/2018 - Guilty Plea
>    **Scheduled For:** 09/25/2018;  8:30 AM ;  KELLY WAYNE PARKER;  Ripley

**Jury Trial Scheduled**
*3 Day Jury Trial*

**Hearing Continued/Rescheduled**
Docket entry: Cause removed from jury trial setting on April 30-May 3, 2018 and continued to September 25-27, 2018 at 9:00 a.m. for trial to jury. Pre-trial to begin at 8:30 a.m. Defendant is ordered

to appear. The court advises counsel that this jury trial setting is a number two setting to this court¿s current jury trial setting in Howell county. By agreement of the parties, this cause shall be scheduled for hearing pending motions, including 491.075 motions, in Dent county on June 29, 2018 at 9:00 a.m. Defendant is ordered to appear. KWP/srr

    **Hearing Continued From:** 04/30/2018;  8:30 AM Jury Trial

**03/14/2018**    **Motion Filed**

    491 Motion andHearing Notice; Electronic Filing Certificate of Service.

        **Filed By:** CHRISTINE HYMES KRUG

    **Motion to Endorse**

    State Witness Endorsement; Electronic Filing Certificate of Service.

        **Filed By:** CHRISTINE HYMES KRUG

**02/23/2018**    **Jury Trial Scheduled**

    5 Day Jury Trial set 4-30-18 thru 5-4-18.

        **Associated Entries: 03/30/2018 - Hearing Continued/Rescheduled**  🔼

        **Scheduled For:** 04/30/2018;  8:30 AM ;  KELLY WAYNE PARKER;  Ripley

**08/04/2017**    **Entry of Appearance Filed**

    Entry of Appearance - Krug; Electronic Filing Certificate of Service.

        **Filed By:** CHRISTINE HYMES KRUG

**02/27/2017**    **Hearing/Trial Cancelled**

        **Scheduled For:** 03/31/2017;  8:00 AM ;  KELLY WAYNE PARKER;  Ripley

    **Hearing/Trial Cancelled**

        **Scheduled For:** 03/30/2017;  8:00 AM ;  KELLY WAYNE PARKER;  Ripley

    **Hearing/Trial Cancelled**

        **Scheduled For:** 03/29/2017;  8:00 AM ;  KELLY WAYNE PARKER;  Ripley

    **Hearing/Trial Cancelled**

        **Scheduled For:** 03/17/2017;  1:00 PM ;  KELLY WAYNE PARKER;  Ripley

    **Order**

    Motion for continuance of jury trial is sustained. Cause removed from the jury trial docket on March 29-31, 2017. Cause also removed from the docket on March 17, 2017. The attorneys for the parties are directed to schedule a conference call with the court to reschedule the jury trial and hearing date for pending motions. So Ordered. KP/sp

**02/22/2017**    **Motion for Continuance**

    Motion to Continue Jury Trial; Proposed Order to Continue; Electronic Filing Certificate of Service.

        **Filed By:** THEODORE ERIC LISZEWSKI

        **On Behalf Of:** CHARLES MICHAEL HAYNES

**02/21/2017**    **Supplemental Filing**

    Amended Supplement Disclosure to Defendant; Electronic Filing Certificate of Service.

        **Filed By:** SCOTT TRUMAN SERGENT

    **Supplemental Filing**

    Supplemental Disclosure to Defendant; Electronic Filing Certificate of Service.

        **Filed By:** SCOTT TRUMAN SERGENT

**01/30/2017**    **Subpoena Issued**

    Subpoenas issued to Sgt. Jeff Johnson, Kristi Patterson, Scott Stoelting, Shayne Talburt, Trooper Lacey, Cynthia Haynes, Melissa Hogg, Malinda Nivar, Steve Freeney.

**Subpoena Issued**

Issued subpoenas for Malinda Hogg and Corey Craig.

**Subpoena Requested**

Subpoena Malinda Hogg; Electronic Filing Certificate of Service.
>   **Filed By:** THEODORE ERIC LISZEWSKI
>   **On Behalf Of:** CHARLES MICHAEL HAYNES

**Subpoena Requested**

Subpoena Corey Craig; Electronic Filing Certificate of Service.
>   **Filed By:** THEODORE ERIC LISZEWSKI

**Subpoena Requested**

Subpoena Steve Freeney; Electronic Filing Certificate of Service.
>   **Filed By:** THEODORE ERIC LISZEWSKI
>   **On Behalf Of:** CHARLES MICHAEL HAYNES

**Subpoena Requested**

Subpoena Malinda Nivar; Electronic Filing Certificate of Service.
>   **Filed By:** THEODORE ERIC LISZEWSKI

**Subpoena Requested**

Subpoena Melissa Hogg; Electronic Filing Certificate of Service.
>   **Filed By:** THEODORE ERIC LISZEWSKI

**Subpoena Requested**

Subpoena Cynthia Haynes; Electronic Filing Certificate of Service.
>   **Filed By:** THEODORE ERIC LISZEWSKI

**Subpoena Requested**

Subpoena Trooper Lacey; Electronic Filing Certificate of Service.
>   **Filed By:** THEODORE ERIC LISZEWSKI

**Subpoena Requested**

Subpoena Shayne Talburt; Electronic Filing Certificate of Service.
>   **Filed By:** THEODORE ERIC LISZEWSKI

**Subpoena Requested**

Subpoena Scott Stoelting; Electronic Filing Certificate of Service.
>   **Filed By:** THEODORE ERIC LISZEWSKI

**Subpoena Requested**

Subpoena Kristi Patterson; Electronic Filing Certificate of Service.
>   **Filed By:** THEODORE ERIC LISZEWSKI

**Subpoena Requested**

Subpoena Sgt Jeff Johnson; Electronic Filing Certificate of Service.
>   **Filed By:** THEODORE ERIC LISZEWSKI

**Notice to Take Deposition**

Notice of Depositions; Electronic Filing Certificate of Service.
>   **Filed By:** THEODORE ERIC LISZEWSKI
>   **On Behalf Of:** CHARLES MICHAEL HAYNES

01/23/2017    **Notice**

Notice of Depositions; Electronic Filing Certificate of Service.
>   **Filed By:** THEODORE ERIC LISZEWSKI
>   **On Behalf Of:** CHARLES MICHAEL HAYNES

01/12/2017    **Subpoena Served**

served on Detective Steve Feeney

**Subpoena Served**
served on Trooper Shayne Talburt.

**Subpoena Served**
served on Sgt. Scott Stoelting.

**Subpoena Served**
served on Malinda Nivar

**Subpoena Served**
served Criminalist Kristina Mehl

**Subpoena Served**
served on Kristi Patterson

**Subpoena Served**
served on Cpl, John Lacey

**Subpoena Served**
served on Sgt. Jeffery Johnson

**Subpoena Served**
Served on Sgt. Cory Craig.

01/11/2017   **Certificate of Service**
Subpoena Return of Service; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT TRUMAN SERGENT

**Notice of Service**
Subpoena Return of Service; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT TRUMAN SERGENT

**Certificate of Service**
Subpoena Return of Service; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT TRUMAN SERGENT

**Certificate of Service**
Subpoena Return of Service; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT TRUMAN SERGENT

**Certificate of Service**
Subpoena Return of Service; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT TRUMAN SERGENT

**Certificate of Service**
Subpoena Return of Service; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT TRUMAN SERGENT

**Certificate of Service**
Subpoena Return of Service; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT TRUMAN SERGENT

**Certificate of Service**
Subpoena Return of Service; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT TRUMAN SERGENT

**Certificate of Service**
Subpoena Return of Service; Sgt Cory Craig Electronic Filing Certificate of Service.
    **Filed By:** SCOTT TRUMAN SERGENT

01/03/2017   **Subpoena Issued**
BLANK SUBPOENA ISSUED: Subpoena attached in PDF form for attorney to retrieve from secure

case net for service. Please file service copy with the Court.

**12/30/2016**  **Note to Clerk eFiling**
    **Filed By:** SCOTT TRUMAN SERGENT

    **Subpoena Requested**
    Subpoena - Blank; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT TRUMAN SERGENT

    **Motion to Endorse**
    States Motion to Endorse Additional Witnesses; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT TRUMAN SERGENT

**12/02/2016**  **Entry of Appearance Filed**
    Entry of Appearance Substitution of Counsel; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT TRUMAN SERGENT

**06/21/2016**  **Jury Trial Scheduled**
    **Associated Entries: 02/27/2017 - Hearing/Trial Cancelled**
    **Scheduled For:** 03/29/2017;  8:00 AM ;  KELLY WAYNE PARKER;  Ripley

    **Hearing Continued/Rescheduled**
    **Hearing Continued From:** 07/25/2016;  8:30 AM Jury Trial

    **Pre-trial Conference Scheduled**
    **Associated Entries: 02/27/2017 - Hearing/Trial Cancelled**
    **Scheduled For:** 03/17/2017;  1:00 PM ;  KELLY WAYNE PARKER;  Ripley

    **Hearing Continued/Rescheduled**
    **Hearing Continued From:** 06/24/2016;  9:00 AM Pre-trial Conference

    **Order**
    **Filed By:** KELLY WAYNE PARKER
    **Associated Entries: 06/20/2016 - Motion for Continuance**

    **Proposed Order Filed**
    Proposed Order; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**06/20/2016**  **Motion for Continuance**
    Motion to Continue Jury Trial; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **On Behalf Of:** CHARLES MICHAEL HAYNES
    **Associated Entries: 06/21/2016 - Order**

**03/22/2016**  **Standard Discovery Filed**
    STATES DISCLOSURE TO DEFENDANT AS OF MARCH 22, 2016; Electronic Filing Certificate of Service.
    **Filed By:** JULIE L TOLLE

**12/31/2015**  **Entry of Appearance Filed**
    Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**12/07/2015**  **Motion Granted/Sustained**

Associated Entries: 11/20/2015 - Motion of Withdrawl of Counsel ⊞

**11/20/2015**   **Motion of Withdrawl of Counsel**
Motion for Leave to Withdraw as Counsel for Defendant; Electronic Filing Certificate of Service.
    **Filed By:** CHRISTOPHER L YARBRO
    **On Behalf Of:** CHARLES MICHAEL HAYNES
    **Associated Entries: 12/07/2015 - Motion Granted/Sustained**

**09/10/2015**   **Jury Trial Scheduled**
    **Associated Entries: 06/21/2016 - Hearing Continued/Rescheduled**
    **Scheduled For:** 07/25/2016;  8:30 AM ;  KELLY WAYNE PARKER;  Ripley

    **Pre-trial Conference Scheduled**
    **Associated Entries: 06/21/2016 - Hearing Continued/Rescheduled**
    **Scheduled For:** 06/24/2016;  9:00 AM ;  KELLY WAYNE PARKER;  Ripley

    **Case Review Held**
State by AGA Julie Tolle, defendant by Atty. Chris Yarbro. Case removed from 9-15-15 setting. Case set for trial before jury on 7-25-16 at 8:30 a.m. through 7-27-16. Case set for pretrial conference on 6-24-16 at 9:00 a.m. Pretrial conference is the last date a negotiated plea or any pretrial motions may be taken up. Defendant ordered to appear for all settings. So Ordered. KWP/srr

    **Hearing/Trial Cancelled**
    **Scheduled For:** 09/15/2015;  1:00 PM ;  KELLY WAYNE PARKER;  Ripley

**08/31/2015**   **Motion Hearing Scheduled**
Court sets case for hearing on pending motions and trial setting on September 15, 2015, at 1:00 p.m. in Ripley County. srr
    **Associated Entries: 09/10/2015 - Hearing/Trial Cancelled**
    **Scheduled For:** 09/15/2015;  1:00 PM ;  KELLY WAYNE PARKER;  Ripley

**08/18/2015**   **Judge Assigned**

    **Cert for Assignment SC**
Case assigned to Judge Kelly W. Parker by MO Supreme Court.

**08/04/2015**   **Filing:**
Judicial Transfer Request faxed to MO Supreme Court for case assignment. srr

    **Judge Recuses**
The court is currently presiding over several juvenile cases in which defendant is either named as a party and/or subpoenaed as a witness. The juvenile cases involve facts identical to the allegations against defendant in this pending criminal proceeding. For that reason, the court does hereby recuse. Case to be forwarded to the Missouri Supreme Court for assignment. So Ordered. MMP/srr
    **Associated Entries: 07/20/2015 - Hearing Continued/Rescheduled** ⊞
    **Associated Entries: 07/20/2015 - Trial Setting Scheduled**
    **Scheduled For:** 09/11/2015;  9:01 AM ;  MICHAEL MARTIN PRITCHETT;  Ripley

**07/24/2015**   **Motion for Disclosure**
Motion for Disclosure by Court Order; Electronic Filing Certificate of Service.
    **Filed By:** CHRISTOPHER L YARBRO
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**07/20/2015**   **Trial Setting Scheduled**
    **Associated Entries: 08/04/2015 - Judge Recuses** ⊞
    **Scheduled For:** 09/11/2015;  9:01 AM ;  MICHAEL MARTIN PRITCHETT;  Ripley

    **Hearing Continued/Rescheduled**

State by AGA Tolle, defendant by Atty. Chris Yarbro. Case continued to 9-11-15 at 9:00 a.m. for trial setting. MMP/srr

**Hearing Continued From:** 07/20/2015;  9:01 AM Case Review

**07/16/2015**    **Motion for Discovery**

STATES INITIAL DISCLOSURE TO DEFENDANT; Electronic Filing Certificate of Service.

**Filed By:** JULIE L TOLLE

**05/15/2015**    **Case Review Scheduled**

**Associated Entries: 07/20/2015 - Hearing Continued/Rescheduled**  🔳

**Scheduled For:** 07/20/2015;  9:01 AM ;  MICHAEL MARTIN PRITCHETT;  Ripley

**Hearing Continued/Rescheduled**

By agreement of parties, case is removed from May 18, 2015 docket setting and rescheduled for case review at 9 a.m. on July 20, 2015. So Ordered - MMP/srr

**Hearing Continued From:** 05/18/2015;  9:01 AM Case Review

**04/20/2015**    **Case Review Scheduled**

**Associated Entries: 05/15/2015 - Hearing Continued/Rescheduled**  🔳

**Scheduled For:** 05/18/2015;  9:01 AM ;  MICHAEL MARTIN PRITCHETT;  Ripley

**Hearing/Trial Cancelled**

**Scheduled For:** 05/21/2015;  9:00 AM ;  MICHAEL MARTIN PRITCHETT;  Ripley

**Hearing/Trial Cancelled**

**Scheduled For:** 05/04/2015;  9:01 AM ;  MICHAEL MARTIN PRITCHETT;  Ripley

**Counsel Status Hearing Held**

Defendant by Atty. Scott Robbins for Atty. Chris Yarbro. Case removed from current jury trial setting. Case set for case review on 5-18-15 at 9:00 a.m. MMP/srr

**Scheduled For:** 04/20/2015;  9:01 AM ;  MICHAEL MARTIN PRITCHETT;  Ripley

**04/17/2015**    **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

**Filed By:** CHRISTOPHER L YARBRO

**On Behalf Of:** CHARLES MICHAEL HAYNES

**04/06/2015**    **Counsel Status Hrng Scheduled**

**Associated Entries: 04/20/2015 - Counsel Status Hearing Held**  🔳

**Scheduled For:** 04/20/2015;  9:01 AM ;  MICHAEL MARTIN PRITCHETT;  Ripley

**Notice**

**Motion Granted/Sustained**

State by PA Miller, defendant by Atty. Dan Moore. Atty. Moore's Motion to Withdraw taken up and granted. Case continued to 4-20-15 at 9:00 a.m. for counsel status. Defendant ordered to appear. So Ordered. MMP/srr

**Associated Entries: 03/03/2015 - Motion of Withdrawl of Counsel**  🔳

**Associated Entries: 03/03/2015 - Motion Hearing Scheduled**

**Scheduled For:** 04/06/2015;  9:01 AM ;  MICHAEL MARTIN PRITCHETT;  Ripley

**03/09/2015**    **Entry of Appearance Filed**

ENTRY OF APPEARANCE; Electronic Filing Certificate of Service.

**03/03/2015**    **Motion Hearing Scheduled**

**Associated Entries: 04/06/2015 - Motion Granted/Sustained**  🔳

**Scheduled For:** 04/06/2015;  9:01 AM ;  MICHAEL MARTIN PRITCHETT;  Ripley

**Notice**

Notice on Motion to Withdraw; Electronic Filing Certificate of Service.

    **Filed By:** DANIEL THOMAS MOORE

    **On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion of Withdrawl of Counsel**

Motion to Withdraw as Counsel; Electronic Filing Certificate of Service.

    **Filed By:** DANIEL THOMAS MOORE

    **Associated Entries: 04/06/2015 - Motion Granted/Sustained** 🔼

**01/27/2015**    **Notice to Take Deposition**

Notice of Deposition; Electronic Filing Certificate of Service.

    **Filed By:** DANIEL THOMAS MOORE

    **On Behalf Of:** CHARLES MICHAEL HAYNES

**08/18/2014**    **Jury Trial Scheduled**

    **Associated Entries: 04/20/2015 - Hearing/Trial Cancelled**

    **Scheduled For:** 05/21/2015;  9:00 AM ;  MICHAEL MARTIN PRITCHETT;  Ripley

**Pre-trial Conference Scheduled**

    **Associated Entries: 04/20/2015 - Hearing/Trial Cancelled**

    **Scheduled For:** 05/04/2015;  9:01 AM ;  MICHAEL MARTIN PRITCHETT;  Ripley

**Trial Setting Held**

State by Miller. Defendant in person and by attorney Moore. Hearing held. Pre trial conference set for 05-4-2015 at 9:00. Jury trial is set for 05-21-22-2014. MMP

    **Scheduled For:** 08/18/2014;  9:01 AM ;  MICHAEL MARTIN PRITCHETT;  Ripley

**07/28/2014**    **Response Filed**

RESPONSE TO DISCOVERY; Electronic Filing Certificate of Service.

    **Filed By:** CHRISTOPHER J MILLER

**07/17/2014**    **Order**

**Motion to Revoke Bond**

MOTION TO REVOKE BOND; Electronic Filing Certificate of Service.

    **Filed By:** CHRISTOPHER J MILLER

**06/16/2014**    **Plea/Trial Setting Scheduled**

    **Associated Entries: 08/18/2014 - Trial Setting Held** 🔼

    **Scheduled For:** 08/18/2014;  9:01 AM ;  MICHAEL MARTIN PRITCHETT;  Ripley

**Hearing Continued/Rescheduled**

State by PA Miller, defendant by Atty. Dan Moore. Case continued to 8-18-14 at 9:00 a.m. for plea or trial setting. MMP

    **Hearing Continued From:** 06/16/2014;  9:01 AM Motion Hearing

**04/25/2014**    **Order to Change Bond Cond**

**04/22/2014**    **Motion Hearing Scheduled**

    **Associated Entries: 06/16/2014 - Hearing Continued/Rescheduled** 🔼

    **Scheduled For:** 06/16/2014;  9:01 AM ;  MICHAEL MARTIN PRITCHETT;  Ripley

**04/21/2014**    **Waiver of Formal Arraignment**

State by PA Miller, defendant in person and with Atty. Daniel Moore. Defendant waives formal arraignment and enters plea of not guilty. Motion for bond conditions to be amended. Motion taken

under advisement. Case continued to 6-16-14 at 9:00 a.m. for motions. MMP
> **Associated Entries: 04/03/2014 - Arraignment Scheduled**
> **Scheduled For:** 04/21/2014; 9:01 AM ; MICHAEL MARTIN PRITCHETT; Ripley

**04/18/2014**　　**Response Filed**
　　　　　　　Response; Electronic Filing Certificate of Service.
　　　　　　　**Filed By:** CHRISTOPHER J MILLER

**04/08/2014**　　**Notice**
　　　　　　　Notice; Electronic Filing Certificate of Service.
　　　　　　　**Filed By:** DANIEL THOMAS MOORE
　　　　　　　**On Behalf Of:** CHARLES MICHAEL HAYNES

　　　　　　　**Mot for Production of Docs**
　　　　　　　Motion for Inspection; Electronic Filing Certificate of Service.
　　　　　　　**Filed By:** DANIEL THOMAS MOORE

**04/04/2014**　　**Motion for Disclosure**
　　　　　　　Motion for Disclosure to State; Electronic Filing Certificate of Service.
　　　　　　　**Filed By:** CHRISTOPHER J MILLER

　　　　　　　**Response Filed**
　　　　　　　Response; Electronic Filing Certificate of Service.
　　　　　　　**Filed By:** CHRISTOPHER J MILLER

　　　　　　　**Motion for Discovery**
　　　　　　　MOTION FOR DISCOVERY; Electronic Filing Certificate of Service.
　　　　　　　**Filed By:** DANIEL THOMAS MOORE
　　　　　　　**On Behalf Of:** CHARLES MICHAEL HAYNES

　　　　　　　**Notice of Hearing Filed**
　　　　　　　NOTICE; Electronic Filing Certificate of Service.
　　　　　　　**Filed By:** DANIEL THOMAS MOORE

　　　　　　　**Motion Filed**
　　　　　　　MOTION TO AMEND BOND CONDITIONS; Electronic Filing Certificate of Service.
　　　　　　　**Filed By:** DANIEL THOMAS MOORE

**04/03/2014**　　**Information Filed**
　　　　　　　Bound Over Division I; Electronic Filing Certificate of Service.

　　　　　　　**Arraignment Scheduled**
　　　　　　　**Associated Entries: 04/21/2014 - Waiver of Formal Arraignment**
　　　　　　　**Scheduled For:** 04/21/2014; 9:01 AM ; MICHAEL MARTIN PRITCHETT; Ripley

　　　　　　　**Filing:**
　　　　　　　Case bound over from associate court.

　　　　　　　**Judge Assigned**

Click here to receive MOVANS phone/e-mail notices of future hearings on this case



**Your Missouri Courts** .net

Search for Cases by: Select Search Method... ⌄

Judicial Links | eFiling | Help | Contact Us | Print          Logon

13RI-CR00907 - ST V CHARLES M HAYNES (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

Sort Date Entries: ◉ Descending ○ Ascending          Display Options: All Entries ⌄

| | |
|---|---|
| 06/24/2014 | **Filing:**<br>Transcript fee. |
| 04/03/2014 | **Sound Recording Log Sheet**<br><br>**Bndover to Circ with Prel Hrng**<br>State by PA Miller, defendant in person and with Atty. Dan Moore. Preliminary examination conducted; evidence presented. At the conclusion of the evidence the court finds that probable cause exists to believe the felonies alleged in the complaint were committed and that defendant committed the felonies. Defendant ordered bound over to appear on 4-21-14 at 9:00 a.m. before Presiding Circuit Judge M. Pritchett. TDS<br>    **Associated Entries:** 01/15/2014 - Hearing Continued/Rescheduled<br>    **Associated Entries:** 01/16/2014 - Preliminary Hearing Scheduled<br>    **Scheduled For:** 04/03/2014;  1:00 PM ;  THOMAS D SWINDLE;  Ripley<br><br>**Amended Complaint Filed**<br>First Amended Complaint; Electronic Filing Certificate of Service.<br>    **Filed By:** CHRISTOPHER J MILLER |
| 04/02/2014 | **Memorandum Filed**<br>Letter to Clerk - Recomendation in Agreement; Electronic Filing Certificate of Service.<br>    **Filed By:** CHRISTOPHER J MILLER |
| 04/01/2014 | **Note to Clerk eFiling**<br>    **Filed By:** SCOTT DOUGLAS DALE<br><br>**Motion to Quash**<br>    **Filed By:** SCOTT DOUGLAS DALE |
| 03/28/2014 | **Subpoena Served**<br>SUBPOENA SERVED TO CYNTHIA HAYNES |
| 02/27/2014 | **Bond-Percentage Bond Posted**<br><br>**Order**<br>    **Filed By:** THOMAS D SWINDLE<br><br>**Proposed Order Filed**<br>Proposed Order of Releasing Defendant on Original Bond with Conditions; Electronic Filing Certificate of Service.<br>    **Filed By:** DANIEL THOMAS MOORE<br>    **On Behalf Of:** CHARLES MICHAEL HAYNES<br><br>**Sound Recording Log Sheet**<br><br>**Motion Hearing Held** |

State by PA Miller. Defendant by attorney Dan Moore. Motion to Revoke Bond Hearing conducted. Evidence presented. At the conclusion of the evidence the court finds: That probable cause exists to believe the defendant has violated the terms of his bond conditions. Accordingly, the Court takes the matter under advisement. So ordered. TDS
> **Scheduled For:** 02/27/2014;  9:00 AM ;  THOMAS D SWINDLE;  Ripley

**02/26/2014**   **Case Review Scheduled**
> **Associated Entries: 02/27/2014 - Motion Hearing Held**
> **Scheduled For:** 02/27/2014;  9:00 AM ;  THOMAS D SWINDLE;  Ripley

**Hearing Continued/Rescheduled**
to take up motion
> **Hearing Continued From:** 02/26/2014;  9:00 AM Case Review

**02/25/2014**   **Notice of Hearing Filed**
Notice for Hearing; Electronic Filing Certificate of Service.
> **Filed By:** DANIEL THOMAS MOORE
> **On Behalf Of:** CHARLES MICHAEL HAYNES

**Warrant Served**
Document ID - 14-RIARW-54; Served To - HAYNES, CHARLES MICHAEL; Server - ; Served Date - 24-FEB-14; Served Time - 00:00:00; Service Type - Other; Reason Description - Served; Service Text - arrested in Butler County

**Motion to Revoke Bond**
Motion to Revoke Bond; Electronic Filing Certificate of Service.
> **Filed By:** CHRISTOPHER J MILLER

**Case Review Scheduled**
> **Associated Entries: 02/26/2014 - Hearing Continued/Rescheduled**
> **Scheduled For:** 02/26/2014;  9:00 AM ;  THOMAS D SWINDLE;  Ripley

**02/24/2014**   **Warrant Issued**
Document ID: 14-RIARW-54, for HAYNES, CHARLES MICHAEL. , Bond Text: No Bond.

**Order**
Court orders bond revoked and new warrant issued with no bond. So Ordered. TDS

**01/16/2014**   **Preliminary Hearing Scheduled**
> **Associated Entries: 04/03/2014 - Bndover to Circ with Prel Hrng**
> **Scheduled For:** 04/03/2014;  1:00 PM ;  THOMAS D SWINDLE;  Ripley

**01/15/2014**   **Hearing Continued/Rescheduled**
State by PA Miller, Defendant in person with ADFT Moore. Preliminary hearing continued until 04-03-14 at 1:00 pm. TDS
> **Hearing Continued From:** 01/15/2014;  1:00 PM Preliminary Hearing

**01/09/2014**   **Correspondence Filed**
Certified Mail sent to Judge Swindle from a Cynthia K. Haynes.

**01/07/2014**   **Notice of Hearing Filed**
Notice; Electronic Filing Certificate of Service.
> **Filed By:** DANIEL THOMAS MOORE
> **On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion Filed**
Motion for Judicial Determination of Alleged Conduct; Email from Cynthia K Haynes; Electronic Filing

Certificate of Service.
**Filed By:** DANIEL THOMAS MOORE

**12/12/2013**   **Preliminary Hearing Scheduled**
State by PA Miller, defendant by attorney John Albright. Oral motion to withdrawl by attorney Maness granted. Arraignment hearing held, defendant pleads not guilty by attorney. Preliminary hearing set 01-15-14 at 1:00pm. TDS
**Associated Entries: 01/15/2014 - Hearing Continued/Rescheduled** ⊞
**Scheduled For:** 01/15/2014;  1:00 PM ;  THOMAS D SWINDLE;  Ripley

**Arraignment Held**
**Scheduled For:** 12/11/2013;  9:00 AM ;  THOMAS D SWINDLE;  Ripley

**12/09/2013**   **Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
**Filed By:** DANIEL THOMAS MOORE
**On Behalf Of:** CHARLES MICHAEL HAYNES

**12/03/2013**   **Bond-Percentage Bond Posted**

**Arraignment Scheduled**
**Associated Entries: 12/12/2013 - Arraignment Held**
**Scheduled For:** 12/11/2013;  9:00 AM ;  THOMAS D SWINDLE;  Ripley

**Hearing Continued/Rescheduled**
Per agreement of parties Court date changed from 12-04-13 to 12-11-13 at 9:00 a.m.
**Hearing Continued From:** 12/04/2013;  9:00 AM Arraignment

**Order**
$50,000.00 Bond Amount Amended from a Cash Only Bond to Cash or Surety or 10% Cash. So Ordered. TDS/sp

**12/02/2013**   **Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
**Filed By:** RANDOLPH MANESS
**On Behalf Of:** CHARLES MICHAEL HAYNES

**OCN Filed**

**Arraignment Scheduled**
**Associated Entries: 12/03/2013 - Hearing Continued/Rescheduled** ⊞
**Scheduled For:** 12/04/2013;  9:00 AM ;  THOMAS D SWINDLE;  Ripley

**Warrant Served**
Document ID - 13-RIARW-334; Served To - HAYNES, CHARLES MICHAEL; Server - MO HP TROOP E - POPLAR BLUFF; Served Date - 01-DEC-13; Served Time - 00:00:00; Service Type - MO Hwy Patrol; Reason Description - Served; Service Text - WEEKEND WARRANT

**Complaint Filed**
**Filed By:** EDWARD MICHAEL THOMPSON

**Judge Assigned**

**12/01/2013**   **Warrant Issued**
Document ID: 13-RIARW-334, for HAYNES, CHARLES MICHAEL. , Bond Amount: 50,000.00, Bond Text: CASH ONLY



Your Missouri Courts

Search for Cases by:  Select Search Method...

.net

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print                        Logon

**13RI-CV00554 - CHARLES M HAYNES V CYNTHIA K HAYNES (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

Sort Date Entries:  ◉ Descending  ○ Ascending        Display Options:  All Entries  ▾

| | |
|---|---|
| 02/23/2022 | **Request for Records Filed** |
| | Cynthia Haynes Request for Copies of Trial Exhibits; Electronic Filing Certificate of Service. |
| | **Filed By:** EVITA TOLU |
| | **On Behalf Of:** CYNTHIA KAY HAYNES |
| 02/22/2022 | **Note to Clerk eFiling** |
| | **Filed By:** ALLYSON ELIZABETH BROWN |
| | **Motion Filed** |
| | Motion for Guardian Ad Litem Fee; Invoice; Electronic Filing Certificate of Service. |
| | **Filed By:** ALLYSON ELIZABETH BROWN |
| | **Correspondence Filed** |
| | Correspondence to court; Electronic Filing Certificate of Service. |
| | **Filed By:** ALLYSON ELIZABETH BROWN |
| | **On Behalf Of:** ALLYSON ELIZABETH BROWN |
| 02/18/2022 | **Note to Clerk eFiling** |
| | **Filed By:** EVITA TOLU |
| | **Request for Records Filed** |
| | Cynthia K. Haynes Request for the audio transcripts of the trial in this case; Electronic Filing Certificate of Service. |
| | **Filed By:** EVITA TOLU |
| | **On Behalf Of:** CYNTHIA KAY HAYNES |
| 02/17/2022 | **Tried by Court-Civil** |
| | **Scheduled For:** 02/18/2022;  9:00 AM ;  GARY ALBERT KAMP;  Ripley |
| | **Sound Recording Log Sheet** |
| | DAY 4 RECORDING LOG |
| 02/16/2022 | **Sound Recording Log Sheet** |
| | TRIAL - DAY 3 RECORDING LOG |
| 02/15/2022 | **Sound Recording Log Sheet** |
| 02/14/2022 | **Request Filed** |
| | Cynthia Haynes Request to Preserve Record and for the Grounds Quashing Her Trial Subpoenas; Electronic Filing Certificate of Service. |
| | **Filed By:** EVITA TOLU |
| | **On Behalf Of:** CYNTHIA KAY HAYNES |
| | **Sound Recording Log Sheet** |

RECORDING LOG - DAY 1

**Note to Clerk eFiling**
    **Filed By:** EVITA TOLU

**Request for Records Filed**
Cynthia Haynes Request for the Audio Recordings of the hearings; Electronic Filing Certificate of Service.
    **Filed By:** EVITA TOLU
    **On Behalf Of:** CYNTHIA KAY HAYNES

**Motion Granted/Sustained**
MOTION TO QUASH GRANTED.
    **Associated Entries:** 02/02/2022 - Motion to Quash
    **Associated Entries:** 02/02/2022 - Motion to Quash
    **Associated Entries:** 02/02/2022 - Motion to Quash

02/13/2022    **Pre-Trial Statement Filed**
Pre-trial stipulation - Petitioner; Form 68-I - Petitioner; Electronic Filing Certificate of Service.
    **Filed By:** WILLIAM JOSEPH HALAZ III

**Property Statement Filed**
Petitioners Statement of Marital and Non-marital Assets and Debts; Electronic Filing Certificate of Service.
    **Filed By:** WILLIAM JOSEPH HALAZ III

**Form 14 Filed**
Petitioners Proposed Form 14; Electronic Filing Certificate of Service.
    **Filed By:** WILLIAM JOSEPH HALAZ III

**Parenting Plan Filed**
Petitioners Proposed Parenting plan; Electronic Filing Certificate of Service.
    **Filed By:** WILLIAM JOSEPH HALAZ III

02/11/2022    **Motion to Shorten Time**
Motion to Shorten Time; Electronic Filing Certificate of Service.
    **Filed By:** WILLIAM JOSEPH HALAZ III

**Notice of Hearing Filed**
Notice of hearing; Electronic Filing Certificate of Service.
    **Filed By:** WILLIAM JOSEPH HALAZ III

**Motion to Dismiss**
Motion to dismiss; Electronic Filing Certificate of Service.
    **Filed By:** WILLIAM JOSEPH HALAZ III

**Amended Counterclaim Filed**
Intervenors Amended Answer and Affirmative Defenses to Respondents Counterclaim Against Intervenor; Electronic Filing Certificate of Service.
    **Filed By:** SHANNA K SURRATT
    **On Behalf Of:** BERNICE HAYNES

02/10/2022    **Judgment Entered**
JUDGMENT AND ORDER
    **Filed By:** GARY ALBERT KAMP

02/08/2022    **Request Filed**
Cynthia Haynes Request to Withdraw Subpoena Served on John Rideout; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

**Request Filed**
Cynthia Haynes Request for Findings of Fact and Conclusions of Law; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Financial Documents Filed**
Cynthia Haynes Statement of Marital and Separate Items and Debts; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Form 14 Filed**
Form 14; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

02/07/2022    **Cert Serv of Prod of Docs, etc**
Cynthia Haynes Certificate of Service of Updated RFP Documents; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Note to Clerk eFiling**
   **Filed By:** EVITA TOLU

**Income & Expense Stmnt Filed**
Cynthia Haynes Statement of Income and Expenses; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Notice of Hearing Filed**
Cynthia Haynes February 15, 2022 Notice of Hearing; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Motion to Compel**
Cynthia Haynes Motion to Compel K. Smith to Comply with Trial Subpoena; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Motion to Compel**
Cynthia Haynes Motion to Compel T. Liszewski to Comply with Trial and Document Subpoenas; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Motion to Compel**
Cynthia Haynes Motion to Compel R. Whiteside to Comply with Trial Subpoena; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Motion to Quash**
Motion to Quash Notice of Deposition; Electronic Filing Certificate of Service.
   **Filed By:** WILLIAM JOSEPH HALAZ III

**Order**

Order for New Date of Inspection; (Clerk authorized to sign Qualified Protective Order by electronic signature.)

**Order**

Qualified Protective Order; (Clerk authorized to sign Qualified Protective Order by electronic signature.)

**02/03/2022**   **Proposed Order Filed**

Stipulation and Order for New Inspection Date; Electronic Filing Certificate of Service.
    **Filed By:** SHANNA K SURRATT
    **On Behalf Of:** CHARLES MICHAEL HAYNES, CYNTHIA KAY HAYNES, BERNICE HAYNES, ALLYSON ELIZABETH BROWN

**Notice to Take Deposition**

Notice of Deposition of Ms. Theresa Whaley; Electronic Filing Certificate of Service.
    **Filed By:** EVITA TOLU
    **On Behalf Of:** CYNTHIA KAY HAYNES

**Proposed Order Filed**

Qualified Protection Order - Missouri Department of Social Services, Childrens Division; Electronic Filing Certificate of Service.
    **Filed By:** LEE HENDERSHOTT

**Motion to Quash**

Motion to Quash subpoena to Randy Whiteside; Electronic Filing Certificate of Service.
    **Filed By:** WILLIAM JOSEPH HALAZ III

**Motion to Quash**

Motion to Quash; Limited Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** LEE HENDERSHOTT

**02/02/2022**   **Motion to Quash**

Motion to Quash; EX A - Subpoena; Electronic Filing Certificate of Service.
    **Filed By:** CHRISTOPHER L YARBRO
    **Associated Entries:** 02/14/2022 - Motion Granted/Sustained

**Motion to Quash**

Motion to Quash; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **Associated Entries:** 02/14/2022 - Motion Granted/Sustained

**Notc of Limtd Appearance Filed**

Limited Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI

**Motion to Quash**

Motion to Quash; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH
    **Associated Entries:** 02/14/2022 - Motion Granted/Sustained

**Entry of Appearance Filed**

Limited Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH

**02/01/2022**   **Request for Records Filed**

Request for Audio Recording of Hearing Held on January 25, 2022; Electronic Filing Certificate of Service.
    **Filed By:** EVITA TOLU
    **On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Issued**

Subpoena issued to Sara Craig. Subpoena available in pdf form on secure case.net for attorney to print an obtain service. jm

**Subpoena Requested**

Subpoena to Sara Craig; Electronic Filing Certificate of Service.

   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Issued**

**Subpoena Issued**

**Subpoena Requested**

Subpoena to Scott Foster; Electronic Filing Certificate of Service.

   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Requested**

Subpoena to Tony Creelman; Electronic Filing Certificate of Service.

   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Issued**

**Subpoena Requested**

Subpoena to Dr. Roger Bost; Electronic Filing Certificate of Service.

   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Issued**

To John Eddens.

**Subpoena Issued**

Subpoena issued to Ethan McGonigal. Subpoena available in pdf form on secure case.net for attorney to print an obtain service. jm

**Subpoena Requested**

Subpoena to John Eddens; Electronic Filing Certificate of Service.

   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Requested**

Subpoena to Ethan McGonigal; Electronic Filing Certificate of Service.

   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Issued**

Subpoena issued to Dwight Bruce Ware. Subpoena available in pdf form on secure case.net for attorney to print an obtain service. jm

**Subpoena Requested**

Subpoena to Dwight Bruce Ware; Electronic Filing Certificate of Service.

   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Issued**

To Corporal Earl Wheetley.

**Subpoena Issued**

Subpoena issued to Keri Morrow. Subpoena available in pdf form on secure case.net for attorney to print an obtain service. jm

**Subpoena Issued**

Subpoena issued to Christopher Yarbro. Subpoena available in pdf form on secure case.net for attorney to print an obtain service. jm

**Subpoena Requested**

Subpoena to Keri Morrow; Electronic Filing Certificate of Service.

> **Filed By:** EVITA TOLU
> **On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Issued**

Subpoena issued to Randy Whiteside. Subpoena available in pdf form on secure case.net for attorney to print an obtain service. jm

**Subpoena Requested**

Subpoena to Christopher Yarbro; Electronic Filing Certificate of Service.

> **Filed By:** EVITA TOLU
> **On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Issued**

To Siegrid Maness.

**Subpoena Requested**

Subpoena to Earl Wheetley; Electronic Filing Certificate of Service.

> **Filed By:** EVITA TOLU
> **On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Issued**

Subpoena issued to Judith Moss. Subpoena available in pdf form on secure case.net for attorney to print an obtain service. jm

**Subpoena Requested**

Subpoena to Judy Moss; Electronic Filing Certificate of Service.

> **Filed By:** EVITA TOLU
> **On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Issued**

Subpoena issued to Keri Smith. Subpoena available in pdf form on secure case.net for attorney to print an obtain service. jm

**Subpoena Issued**

To Randy Whiteside.

**Subpoena Requested**

Subpoena to Randy Whiteside to Testify; Electronic Filing Certificate of Service.

> **Filed By:** EVITA TOLU
> **On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Issued**

Subpoena issued to Liszewski. Subpoena available in pdf form on secure case.net for attorney to print an obtain service. jm

**Subpoena Requested**

Document Subpoena to Randy Whiteside; Electronic Filing Certificate of Service.

> **Filed By:** EVITA TOLU
> **On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Issued**

Subpoena issued to Willliams. Subpoena available in pdf form on secure case.net for attorney to print an obtain service. jm

**Subpoena Issued**

To Theresa Whaley, BSW.

**Subpoena Requested**

Subpoena to Keri Smith; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Issued**
Subpoena issued to Liszewski. Subpoena available in pdf form on secure case.net for attorney to print an obtain service. jm

**Subpoena Requested**
Subpoena to Siegrid Maness; Electronic Filing Certificate of Service.
**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Requested**
Subpoena to Theresa Whaley; Electronic Filing Certificate of Service.
**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Requested**
Subpoena to Jennifer Williams; Electronic Filing Certificate of Service.
**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Requested**
Subpoena to Ted Liszewski; Electronic Filing Certificate of Service.
**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Requested**
Document Subpoena to Ted Liszewski; Electronic Filing Certificate of Service.
**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

01/31/2022    **Notice**
Notice of Deposition; Electronic Filing Certificate of Service.
**Filed By:** SHANNA K SURRATT
**On Behalf Of:** BERNICE HAYNES

**Subpoena Issued**

**Subpoena Issued**

**Subpoena Requested**
Subpoena to Angelina Champion; Electronic Filing Certificate of Service.
**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Requested**
Subpoena to Roxann Ward; Electronic Filing Certificate of Service.
**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Issued**
Subpoena Issued Cassandra Rideout

**Subpoena Issued**
Subpoena Issued John Rideout

**Subpoena Issued**
Subpoena Issued to Marks, Jerry

**Subpoena Requested**
Subpoena to John Rideout; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Requested**
Subpoena to Cassandra Rideout; Electronic Filing Certificate of Service.
**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

**Subpoena Requested**
Subpoena to Jerry Marks, Ph.D., LCSW; Electronic Filing Certificate of Service.
**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

01/29/2022     **Notice**
Cynthia Haynes Notice of Intent to Use Business Record Affidavit and Records of AAA Appraisers; Electronic Filing Certificate of Service.
**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

01/26/2022     **Cert Serv Req Prod Docs Things**
Certificate of Services of Updated Answers to Interrogatories and RFP; Electronic Filing Certificate of Service.
**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

01/25/2022     **Sound Recording Log Sheet**

**Order**
ORDER REGARDING INSPECTION OF INTERVENOR S PROPERTY
**Associated Entries:** 01/20/2022 - Motion Filed

**Order**
ORDER TO PRODUCE AND FOR PROTECTIVE ORDER
**Associated Entries:** 01/24/2022 - Motion to Compel

**Motion Hearing Held**
Case called. Petitioner Charles Haynes appears with Atty. Halaz III. Atty. Tolu appears for Respondent. Atty. Surratt appears for Intervenor. GAL Brown appears. Motion hearing held on the record. Order to Produce and for Protective Order entered. Motion for Contempt taken under advisement. Order entered regarding inspection of Intervenor's property.
**Scheduled For:** 01/25/2022;  3:00 PM ;  GARY ALBERT KAMP;  Ripley

**Note to Clerk eFiling**
**Filed By:** SHANNA K SURRATT

**Correspondence Filed**
Letter to Clerk; Electronic Filing Certificate of Service.
**Filed By:** SHANNA K SURRATT
**On Behalf Of:** BERNICE HAYNES

**Motion to Shorten Time**
Motion to Shorten Time; Electronic Filing Certificate of Service.
**Filed By:** SHANNA K SURRATT
**On Behalf Of:** BERNICE HAYNES

**Motion to Compel**
Motion to Compel; Electronic Filing Certificate of Service.
**Filed By:** SHANNA K SURRATT

**Objections Filed**

Cynthia Haynes Objections to Intervenors Motion for Leave to File Answers and Defenses out of time; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU

**On Behalf Of:** CYNTHIA KAY HAYNES

**Cert Serv Resp Req Prod Doc Th**

Cynthia Haynes Updated Responses to Charles Haynes 1st and 2nd RFP; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU

**On Behalf Of:** CYNTHIA KAY HAYNES

01/24/2022   **Notice**

Notice of Intent to Use Business Records Affidavit of Dr. Jerry Marks; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU

**On Behalf Of:** CYNTHIA KAY HAYNES

**Note to Clerk eFiling**

**Filed By:** EVITA TOLU

**Notice**

Notice of Intent to Use Business Records of Westpoint Christian Academy; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU

**On Behalf Of:** CYNTHIA KAY HAYNES

**Certificate of Service**

Notice of Intent to Use Business Records of Dr. Patty; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU

**On Behalf Of:** CYNTHIA KAY HAYNES

**Cert Serv Answers Interrog Fil**

Certificate of Service Cynthia Haynes Updated Answers to 1st and 2nd Set of Interrogatories; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU

**On Behalf Of:** CYNTHIA KAY HAYNES

**Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

**Filed By:** ALLYSON ELIZABETH BROWN

**On Behalf Of:** ALLYSON ELIZABETH BROWN

**Proposed Order Filed**

Proposed Order to Produce and For Protective Order; Electronic Filing Certificate of Service.

**Filed By:** ALLYSON ELIZABETH BROWN

**Motion to Compel**

Motion to Compel and for Protective Order; Electronic Filing Certificate of Service.

**Filed By:** ALLYSON ELIZABETH BROWN

**Associated Entries: 01/25/2022 - Order**

01/21/2022   **Subpoena Served**

Service of US Bank Subpoena; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU

**On Behalf Of:** CYNTHIA KAY HAYNES

**Consent Filed**

Consent to Release of Documents in Lieu of US Bank Deposition; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU

**On Behalf Of:** CHARLES MICHAEL HAYNES, CYNTHIA KAY HAYNES

01/20/2022    **Motion Filed**

Motion to Extend Enforce December 10, 2021 Order and To Enjoin Intervenors Involvement Solely to the Property Dispute Issues Pursuant to Courts Orders; Exhibit 1; Exhibit 2; Exhibit 3; Electronic Filing Certificate of Service.

     **Filed By:** EVITA TOLU

     **On Behalf Of:** CYNTHIA KAY HAYNES

     **Associated Entries: 01/25/2022 - Order**

01/19/2022    **Response Filed**

Cynthia Haynes Response to Amended Motion for Civil Contempt and Order to Show Cause; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Electronic Filing Certificate of Service.

     **Filed By:** EVITA TOLU

     **On Behalf Of:** CYNTHIA KAY HAYNES

01/18/2022    **Notice of Hearing Filed**

Notice of January 25, 2022 Hearing; Electronic Filing Certificate of Service.

     **Filed By:** EVITA TOLU

     **On Behalf Of:** CYNTHIA KAY HAYNES

   **Motion Filed**

Motion to video record trial and appointment of court certified videographer; Proposed Order to appoint court videographer and to allow video recording of the trial; Electronic Filing Certificate of Service.

     **Filed By:** EVITA TOLU

     **On Behalf Of:** CYNTHIA KAY HAYNES

   **Motion for Civil Contempt**

Amended Motion for Contempt; Electronic Filing Certificate of Service.

     **Filed By:** WILLIAM JOSEPH HALAZ III

   **Amended Motion/Petition Filed**

Amended Motion for Extension of Time to Comply with Order and Motion to Amend Order; exhibit 1; Electronic Filing Certificate of Service.

     **Filed By:** SHANNA K SURRATT

     **On Behalf Of:** BERNICE HAYNES

   **Subpoena Issued**

01/17/2022    **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

     **Filed By:** SHANNA K SURRATT

   **Motion Filed**

Motion for Leave; exhibit 1; Electronic Filing Certificate of Service.

     **Filed By:** SHANNA K SURRATT

01/16/2022    **Note to Clerk eFiling**

     **Filed By:** EVITA TOLU

   **Subpoena Requested**

Subpoena to U.S. Bank N.A.; Electronic Filing Certificate of Service.

     **Filed By:** EVITA TOLU

     **On Behalf Of:** CYNTHIA KAY HAYNES

01/11/2022    **Show Cause Returned Served**

Document ID - 22-C275-2; Served To - HAYNES, CYNTHIA KAY; Server - SO RIPLEY COUNTY-DONIPHAN; Served Date - 11-JAN-22; Served Time - 09:05:00; Service Type - Sheriff Department; Reason Description - Served

**01/07/2022**   **Show Cause Summons Issued**
Document ID: 22-C275-2, for HAYNES, CYNTHIA KAY.

**Show Cause Order**
   **Filed By:** GARY ALBERT KAMP

**01/05/2022**   **Writ of Habeas Corpus Order**
Writ of Habeas Corpus Ad Testificandum for February 14-18, 2022. Certified copy of Writ submitted to Farmington Correctional Facility electronically.

**Writ of Habeas Corpus Order**
Writ of Habeas Corpus Ad Testificandum for January 25, 2022. Certified copy of Writ submitted to Farmington Correctional Facility electronically.

**12/29/2021**   **Motion for Extension of Time**
Intervenors Motion for Extension of Time to Comply with Order and Motion to Amend Order; Electronic Filing Certificate of Service.
   **Filed By:** SHANNA K SURRATT
   **On Behalf Of:** BERNICE HAYNES

**12/28/2021**   **Proposed Order Filed**
Order to Show Cause; Electronic Filing Certificate of Service.
   **Filed By:** WILLIAM JOSEPH HALAZ III

**Motion for Civil Contempt**
Motion for Contempt; Electronic Filing Certificate of Service.
   **Filed By:** WILLIAM JOSEPH HALAZ III

**12/24/2021**   **Note to Clerk eFiling**
   **Filed By:** EVITA TOLU

**Proposed Order Filed**
Order for Inventory of Property located at Intervenors Gatewood property; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**12/22/2021**   **Motion for Habeas Corpus-TES**
Request for Writ of Habeas Corpus Ad Testificandum - Trial; Proposed writ - trial; Electronic Filing Certificate of Service.
   **Filed By:** WILLIAM JOSEPH HALAZ III

**Motion for Habeas Corpus-TES**
Request for Writ of Habeas Corpus Ad Testificandum (January 25, 2022 Motion Hearing); Proposed Writ; Electronic Filing Certificate of Service.
   **Filed By:** WILLIAM JOSEPH HALAZ III

**12/17/2021**   **Motion Denied**
   **Associated Entries: 08/19/2021 - Mot to Produce Documents**
   **Associated Entries: 09/10/2021 - Mot for Production of Docs**

**Motion Granted/Sustained**
   **Associated Entries: 10/08/2021 - Objections Filed**

**Order**

**Associated Entries: 10/08/2021 - Objections Filed** ⊞

**Judgment Entered**
JUDGMENT OF PARTIAL SUMMARY JUDGMENT
    **Associated Entries: 07/26/2021 - Motion for Summary Judgment** ⊞
    **Associated Entries: 11/08/2021 - Motion for Summary Judgment** ⊞

**12/16/2021**    **Request Filed**
Request for Transcripts; Electronic Filing Certificate of Service.
    **Filed By:** RICHARD CHARLES WUESTLING IV

**12/12/2021**    **Request Filed**
Cynthia Haynes Request for Audio Recording of December 10, 2021 hearing; Electronic Filing
Certificate of Service.
    **Filed By:** EVITA TOLU
    **On Behalf Of:** CYNTHIA KAY HAYNES

**12/10/2021**    **Sound Recording Log Sheet**

    **Order**
    ORDER TO ALLOW CYNTHIA HAYNES TO ENTER BERNICE HAYNE S PROPERTY TO CONDUCT
    INSPECTION AND INVENTORY

    **Order**
    ORDER FOR RETRIEVAL OF CYNTHIA K HAYNES 1996 TRAILER FROM INTERVENOR S
    PROPERTY

    **Motion Hearing Scheduled**
    **Associated Entries: 01/25/2022 - Motion Hearing Held** ⊞
    **Scheduled For:** 01/25/2022;  3:00 PM ;  GARY ALBERT KAMP;  Ripley

    **Pre-Trial Conference Held**
    Case called. Attys. Halaz, Surratt, Collins and Tolu appear. Respondent appears in person. Pretrial
    conference held on the record. Case set for motion hearing on 1-25-22 at 3:00 p.m. GAK/srr
    **Scheduled For:** 12/10/2021;  9:00 AM ;  GARY ALBERT KAMP;  Ripley

    **Order Appointing GAL**
    Order Appointing A Guardian Ad Litem Allyson E. Brown

**12/09/2021**    **Entry of Appearance Filed**
Limited Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** THOMAS WILLARD COLLINS III

**12/08/2021**    **Motion for Leave**
Motion for leave to file out of time; Petitioners Answer to Respondents Renewed Motion for Partial
Summary Judgment; Petitioners Response to Respondents Statement of Uncontroverted Material
Facts; Electronic Filing Certificate of Service.
    **Filed By:** WILLIAM JOSEPH HALAZ III

    **Answer Filed**
    Petitioners Answer to Respondents Renewed Motion for Partial Summary Judgment; Petitioners
    Response to Respondents Statement of Uncontroverted Material Facts; Electronic Filing Certificate of
    Service.
    **Filed By:** WILLIAM JOSEPH HALAZ III

**12/03/2021**    **Notice of Hearing Filed**
Notice of Hearing; Electronic Filing Certificate of Service.
    **Filed By:** SHANNA K SURRATT

**On Behalf Of:** BERNICE HAYNES

| | |
|---|---|
| 11/29/2021 | **Notice of Hearing Filed** |

CYNTHIA K. HAYNES NOTICE OF THE DECEMBER 10, 2021 HEARING; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

**Motion for Disclosure**

CYNTHIA HAYNES RULE 58 MOTION TO ENTER INTERVENORS LAND TO RETREAVE CONCEALED ASSET AND TO INSPECT AND INVENTORY CYNTHIA HAYNES SEPARATE AND MARITAL ASSETS; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

11/22/2021   **Motion for Sale of Real Estate**

Cynthia Haynes Motion to Sell Real Estate; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

11/19/2021   **Request Filed**

Request To Attend December 10, 2021 Hearing Through Remote Access To Observe The Court Proceedings by Investigative Journalist Megan Fox; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

11/18/2021   **Request Filed**

Mo Supreme Ct. Rule 5 Request to Preserve Record in This Case; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

11/17/2021   **Motion Filed**

The Fathers Rights Movement Motion to Grant Access to Hearing on December 10, 2021 through remote access; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

11/15/2021   **Notice to Take Deposition**

Amended Notice of Deposition; Electronic Filing Certificate of Service.

**Filed By:** WILLIAM JOSEPH HALAZ III

11/12/2021   **Notice**

Notice of Deposition; Electronic Filing Certificate of Service.

**Filed By:** SHANNA K SURRATT
**On Behalf Of:** BERNICE HAYNES

11/10/2021   **Notice**

Notice of Intent to Use Business Records of Ripley Co Memorial Hospital; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

**11/08/2021**   **Motion for Summary Judgment**
Cynthia Haynes Renewed Motion for Partial Summary Judgment; Statement of Uncontroverted Material Facts; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 10; Exhibit 11; Exhibit 12; Exhibit 9; Electronic Filing Certificate of Service.
    **Filed By:** EVITA TOLU
    **On Behalf Of:** CYNTHIA KAY HAYNES
    **Associated Entries: 12/17/2021 - Judgment Entered**

    **Motion Filed**
Motion for Extension of Time to Complete Discovery; Electronic Filing Certificate of Service.
    **Filed By:** SHANNA K SURRATT
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**11/02/2021**   **Notice to Take Deposition**
Notice to take Deposition of Respondent; Electronic Filing Certificate of Service.
    **Filed By:** WILLIAM JOSEPH HALAZ III

**10/26/2021**   **Notice**
Notice of Intent to Use Business Records of Ripley Co Memorial Hospital; Electronic Filing Certificate of Service.
    **Filed By:** EVITA TOLU
    **On Behalf Of:** CYNTHIA KAY HAYNES

**10/21/2021**   **Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** SHANNA K SURRATT
    **On Behalf Of:** BERNICE HAYNES

**10/19/2021**   **Correspondence Filed**
    **Filed By:** BERNICE HAYNES

**10/18/2021**   **Notice**
COPIES OF DOCS FILED MAILED TO BERNICE HAYNES

    **Judgment Entered**
JUDGMENT AND ORDER FOR APPOINTMENT OF GAL
    **Filed By:** GARY ALBERT KAMP

    **Notice**
    **Filed By:** GARY ALBERT KAMP

**10/15/2021**   **Writ of Habeas Corpus Order**
WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**10/09/2021**   **Certificate of Service**
Memorandum of Service on Spain, Miller, Galloway Lee, LLC; Electronic Filing Certificate of Service.
    **Filed By:** EVITA TOLU
    **On Behalf Of:** CYNTHIA KAY HAYNES

**10/08/2021**   **Objections Filed**
Objections to Subpoena; Exhibit 1 - Subpoena; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW LEE
    **Associated Entries: 12/17/2021 - Order**
    **Associated Entries: 12/17/2021 - Motion Granted/Sustained**

| | |
|---|---|
| **10/07/2021** | **Certificate of Service** |
| | Cynthia Haynes Notice of Records Deposition Spain, Miller, Galloway Lee, LLC; Electronic Filing Certificate of Service. |
| | **Filed By:** EVITA TOLU |
| | **On Behalf Of:** CYNTHIA KAY HAYNES |
| | **Subpoena Issued** |
| | **Note to Clerk eFiling** |
| | **Filed By:** EVITA TOLU |
| | **Subpoena Requested** |
| | Request for Subpoena Issuance; Electronic Filing Certificate of Service. |
| | **Filed By:** EVITA TOLU |
| | **On Behalf Of:** CYNTHIA KAY HAYNES |
| **10/06/2021** | **Note to Clerk eFiling** |
| | **Filed By:** EVITA TOLU |
| | **Proposed Order Filed** |
| | Proposed Writ of Habeas Corpus ad Testificandum; Electronic Filing Certificate of Service. |
| | **Filed By:** EVITA TOLU |
| | **On Behalf Of:** CYNTHIA KAY HAYNES |
| | **Proposed Order Filed** |
| | Proposed Writ of Habeas Corpus ad Testificandum; Electronic Filing Certificate of Service. |
| | **Filed By:** EVITA TOLU |
| | **On Behalf Of:** CYNTHIA KAY HAYNES |
| | **Order - Denied** |
| | Regarding proposed Order for Retrieval of Cynthia K. Haynes' 1996 Trailer From Intervenor's Property: Request to sign order is denied. No motion filed or hearing or proof of the necessity of such order. GAK/ra |
| | **Associated Entries: 09/22/2021 - Proposed Order Filed** |
| **09/30/2021** | **Memorandum Filed** |
| | Memorandum regarding GAL suggestions; Electronic Filing Certificate of Service. |
| | **Filed By:** WILLIAM JOSEPH HALAZ III |
| | **Filing of Briefs** |
| | Cynthia Haynes Response to September 17, 2021 Court Order re GAL; Electronic Filing Certificate of Service. |
| | **Filed By:** EVITA TOLU |
| | **On Behalf Of:** CYNTHIA KAY HAYNES |
| | **Answer Filed** |
| | Invervenor's Answers to Respondent's Counter Claim Against Intervenor |
| | **Filed By:** BERNICE HAYNES |
| **09/27/2021** | **Answer Filed** |
| | Answer to Counter Claim against Intervenor; Electronic Filing Certificate of Service. |
| | **Filed By:** WILLIAM JOSEPH HALAZ III |
| | **Answer Filed** |
| | Answer to Amended Counter-Petition; Electronic Filing Certificate of Service. |
| | **Filed By:** WILLIAM JOSEPH HALAZ III |
| **09/24/2021** | **Judge/Clerk - Note** |
| | Received confirmation of receipt of Writ of Habeas Corpus from Farmington Correctional Center. ra |

**Writ of Habeas Corpus Order**
Writ of Habeas Corpus Ad Testificandum. Certified copy of Writ submitted to Farmington Correction Center electronically.
    **Associated Entries: 09/16/2021 - Motion for Habeas Corpus-TES** ⊞

**09/23/2021**    **Correspondence Filed**
    Correspondence to Judge Kamp.
        **Filed By:** BERNICE HAYNES

**09/22/2021**    **Proposed Order Filed**
    Proposed Order for Retrieval of Cynthia Haynes 1996 Trailer from Intervenors Property; Electronic Filing Certificate of Service.
        **Filed By:** EVITA TOLU
        **On Behalf Of:** CYNTHIA KAY HAYNES
        **Associated Entries: 10/06/2021 - Order - Denied** ⊞

**09/17/2021**    **Motion Granted/Sustained**
        **Associated Entries: 09/07/2021 - Motion Filed** ⊞

    **Judge/Clerk - Note**
    Judgment regarding access to previous Guardian Ad Litem files, Judgment pertaining to Bernice Haynes, Judgment regarding summary judgment, Order Pertaining to the Appointment of a Guardian Ad Litem, Protective Order Related to the Distribution of Charles Haynes' Deposition to Be Taken in this Case, Protective Order. and the Order pertaining to the Pretrial Stipulation with proposed Pretrial Stipulation document mailed to Bernice Haynes this date. ra

    **Order**
    The parties are hereby ordered to complete the Pretrial Stipulation and all required attachments on the time frame set for there in by December 7, 2021. GAK

    **Order**
    Protective Order

    **Order**
    Protective Order Related to the Distribution of Charles Haynes' Deposition to Be Taken in this Case

    **Order**
    Order Pertaining to the Appointment of a Guardian Ad Litem

    **Judgment Entered**
    Judgment regarding summary judgment.

    **Judgment Entered**
    Judgment pertaining to Bernice Haynes.

    **Judgment Entered**
    Judgment regarding access to previous Guardian Ad Litem files.

**09/16/2021**    **Motion for Habeas Corpus-TES**
    Writ of Habeas Corpus ad Testificandum; Electronic Filing Certificate of Service.
        **Filed By:** EVITA TOLU
        **On Behalf Of:** CYNTHIA KAY HAYNES
        **Associated Entries: 09/24/2021 - Writ of Habeas Corpus Order** ⊞

**09/13/2021**    **Correspondence Filed**
    Correspondence filed by Bernice Haynes.

    **Reply**
    Cynthia Haynes Reply to Husbands Answers to Cynthia Haynes Statement of Uncontroverted Material Facts; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

**09/12/2021**    **Stipulation Filed**
HIPAA Protective Order executed by Cynthia Haynes and her attorney; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**09/10/2021**    **Notice**
Notice of Intent to Use Business Records; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Memorandum Filed**
Memorandum regarding request for release of GALs file; Electronic Filing Certificate of Service.
   **Filed By:** WILLIAM JOSEPH HALAZ III

**Mot for Production of Docs**
Cynthia Haynes Supplemental Motion for Production of Jennifer Williams File; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 10; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES
   **Associated Entries: 12/17/2021 - Motion Denied**

**09/07/2021**    **Proposed Order Filed**
Proposed Protective Order re Charles Haynes Deposition; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**Proposed Order Filed**
Proposed Protective Order; Electronic Filing Certificate of Service.
   **Filed By:** WILLIAM JOSEPH HALAZ III

**Note to Clerk eFiling**
   **Filed By:** EVITA TOLU

**Motion Filed**
Cynthia Haynes Motion to Vacate Dismissal of Intervenor and to Revise the Pretrial Order; Exhibit 1; Exhibit 2; Exhibit 3; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES
   **Associated Entries: 09/17/2021 - Motion Granted/Sustained**

**09/05/2021**    **Note to Clerk eFiling**
   **Filed By:** EVITA TOLU

**Request for Records Filed**
Cynthia Haynes Request for the audio recording of August 27, 2021 Court hearing; Electronic Filing Certificate of Service.
   **Filed By:** EVITA TOLU
   **On Behalf Of:** CYNTHIA KAY HAYNES

**09/03/2021**    **Memorandum Filed**
Petitioners memorandum regarding appointment of Guardian ad litem; Electronic Filing Certificate of Service.

**Filed By:** WILLIAM JOSEPH HALAZ III

**Objections Filed**
Cynthia Haynes Objections to Appointment of a GAL; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Electronic Filing Certificate of Service.
    **Filed By:** EVITA TOLU
    **On Behalf Of:** CYNTHIA KAY HAYNES

09/01/2021    **Judge/Clerk - Note**
    Copy of Judgment and Order of Dismissal mailed to Bernice Haynes. ra

    **Order**
    Pretrial Orders

    **Order of Dismissal**
    Judgment and Order of Dismissal as to Bernice Haynes.
        **Associated Entries: 08/27/2021 - Motion to Dismiss**

08/30/2021    **Proposed Order Filed**
    Proposed Court Order; Electronic Filing Certificate of Service.
        **Filed By:** EVITA TOLU
        **On Behalf Of:** CYNTHIA KAY HAYNES

08/27/2021    **Order**
    CONFIDENTIALITY AND PROTECTIVE ORDER
        **Associated Entries: 07/14/2021 - Motion for Protective Order**

    **Order**
    ORDER GRANTING MOTION OF COUNSEL TO WITHDRAW
        **Associated Entries: 07/30/2021 - Motion of Withdrawl of Counsel**

    **Motion Granted/Sustained**
    Motion of Counsel to Withdraw and Motion for Protective Order granted.

    **Pre-trial Conference Scheduled**
        **Associated Entries: 12/10/2021 - Pre-Trial Conference Held**
        **Scheduled For:** 12/10/2021;  9:00 AM ;  GARY ALBERT KAMP;  Ripley

    **Bench Trial Scheduled**

    **Trial Setting Held**
        **Scheduled For:** 08/27/2021;  9:00 AM ;  GARY ALBERT KAMP;  Ripley

    **Motion to Dismiss**
    MOTION TO DISMISS INTERVENOR
        **Filed By:** BERNICE HAYNES
        **Associated Entries: 09/01/2021 - Order of Dismissal**

    **Response Filed**
    Response to Respondents Motion for Partial Summary Judgment; Electronic Filing Certificate of Service.
        **Filed By:** WILLIAM JOSEPH HALAZ III

08/20/2021    **Notice of Hearing Filed**
    Notice of hearing; Electronic Filing Certificate of Service.
        **Filed By:** WILLIAM JOSEPH HALAZ III

    **Motion for Extension of Time**
    Request for additional time to respond to discovery; Electronic Filing Certificate of Service.
        **Filed By:** WILLIAM JOSEPH HALAZ III

08/19/2021      **Mot to Produce Documents**
Cynthia Haynes Motion for Production of Legal File directed to Jennifer Williams; Exhibit 1; Exhibit 2; Electronic Filing Certificate of Service.
     **Filed By:** EVITA TOLU
     **On Behalf Of:** CYNTHIA KAY HAYNES
     **Associated Entries: 12/17/2021 - Motion Denied**

     **Amended Notice of Hrng Filed**
Cynthia Haynes Amended Notice of Hearing; Electronic Filing Certificate of Service.
     **Filed By:** EVITA TOLU
     **On Behalf Of:** CYNTHIA KAY HAYNES

08/06/2021      **Objections Filed**
Objections to Request for additional time to respond to discovery; Electronic Filing Certificate of Service.
     **Filed By:** EVITA TOLU
     **On Behalf Of:** CYNTHIA KAY HAYNES

     **Notice of Hearing Filed**
Petitioners Notice of Hearing; Electronic Filing Certificate of Service.
     **Filed By:** SARA LYNN MARLER
     **On Behalf Of:** CHARLES MICHAEL HAYNES

08/05/2021      **Motion Filed**
Request for additional time to respond to discovery; Electronic Filing Certificate of Service.
     **Filed By:** WILLIAM JOSEPH HALAZ III

07/30/2021      **Motion of Withdrawl of Counsel**
Petitioners Motion to Withdraw; Electronic Filing Certificate of Service.
     **Filed By:** SARA LYNN MARLER
     **On Behalf Of:** CHARLES MICHAEL HAYNES
     **Associated Entries: 08/27/2021 - Order**

07/29/2021      **Motion for Sub of Counsel**
Substitution of Counsel; Electronic Filing Certificate of Service.
     **Filed By:** WILLIAM JOSEPH HALAZ III

07/27/2021      **Motion for Sub of Counsel**
Substitution of Counsel; Electronic Filing Certificate of Service.
     **Filed By:** SARA LYNN MARLER
     **On Behalf Of:** CHARLES MICHAEL HAYNES

07/26/2021      **Notice of Hearing Filed**
Cynthia Haynes Notice of Hearing; Electronic Filing Certificate of Service.
     **Filed By:** EVITA TOLU
     **On Behalf Of:** CYNTHIA KAY HAYNES

     **Application Filed**
Writ of Habeas Corpus ad Testificandum; Proposed Order for Writ of Habeas Corpus ad Testificandum; Electronic Filing Certificate of Service.
     **Filed By:** EVITA TOLU
     **On Behalf Of:** CYNTHIA KAY HAYNES

     **Motion for Summary Judgment**

Cynthia Haynes Motion for Partial Summary Judgment; Memorandum of Law in Support of Partial Motion for Summary Judgment; Cynthia Haynes Statement of Uncontroverted Material Facts; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 10; Exhibit 11; Exhibit 12; Exhibit 13; Exhibit 14; Exhibit 15; Exhibit 16; Exhibit 17; Exhibit 18; Exhibit 19; Exhibit 20; Exhibit 21; Exhibit 22; Exhibit 23; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES
**Associated Entries: 12/17/2021 - Judgment Entered**

**Counterclaim\Petition Filed**

Cynthia Haynes Counter Claim Against Bernice Haynes; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

| | |
|---|---|
| 07/21/2021 | **Amended Counterclaim Filed** |

Cynthia Haynes Amended Counter Petition for Dissolution of Marriage; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

| | |
|---|---|
| 07/20/2021 | **Cert Serv of Prod of Docs, etc** |

Cynthia Haynes Certificate of Service for the Second Request for Production of Documents and Things; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

| | |
|---|---|
| 07/14/2021 | **Motion for Protective Order** |

Cynthia Haynes Motion for Protective Order related to HIPPA PHI; Proposed HIPPA PHI Protective Order; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES
**Associated Entries: 08/27/2021 - Order**

| | |
|---|---|
| 07/06/2021 | **Cert Serv of Interrog Filed** |

Cynthia Haynes Certificate of Service of Second Set of Interrogatories Directed to Charles Haynes; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

| | |
|---|---|
| 07/01/2021 | **Trial Setting Scheduled** |

**Associated Entries: 08/27/2021 - Trial Setting Held**
**Scheduled For:** 08/27/2021;  9:00 AM ;  GARY ALBERT KAMP;  Ripley

| | |
|---|---|
| 06/23/2021 | **Motion for Trial Setting** |

Cynthia Haynes Motion for a Trial Setting Date; Electronic Filing Certificate of Service.

**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

| | |
|---|---|
| 06/21/2021 | **Cert for Assignment SC** |

Case assigned to Judge Gary A. Kamp by MO Supreme Court.

**Motion Granted/Sustained**

Respondent's Motion for Change of Judge granted. Clerk shall transmit file to MO Supreme Court for assignment. So Ordered. TJF/srr

**Associated Entries: 06/17/2021 - Motion for Change of Judge**

**Judge Assigned**

06/17/2021     **Motion for Change of Judge**

Motion to Strike Honorable Thomas Frawley; Electronic Filing Certificate of Service.
> **Filed By:** EVITA TOLU
> **On Behalf Of:** CYNTHIA KAY HAYNES
> **Associated Entries: 06/21/2021 - Motion Granted/Sustained**

**Cert for Assignment SC**

Case assigned to Judge Thomas J. Frawley by MO Supreme Court.

**Judge Assigned**

06/15/2021     **Filing:**

Judicial Transfer Request emailed to MO Supreme Court.

**Motion Granted/Sustained**

Court has reviewed respondent's Motion for Change of Judge. To avoid the appearance of impropriety, Court orders Motion for Change of Judge sustained and further orders case submitted to the Missouri Supreme Court for assignment. So Ordered. JHB/srr
> **Associated Entries: 06/04/2021 - Case Review Scheduled**
> **Associated Entries: 06/09/2021 - Motion to Disqualify**
> **Scheduled For:** 07/07/2021;  9:01 AM ;  JOHN HOWARD BLOODWORTH;  Ripley

06/09/2021     **Motion to Disqualify**

Motion to Disqualify All Judges of the 36th Circuit and to Appoint a Judge from the 10th Judicial Circuit; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 10; Electronic Filing Certificate of Service.
> **Filed By:** EVITA TOLU
> **On Behalf Of:** CYNTHIA KAY HAYNES
> **Associated Entries: 06/15/2021 - Motion Granted/Sustained**

06/04/2021     **Case Review Scheduled**

Court sets case for case review on 7-7-21 at 9:00 a.m. JHB/srr
> **Associated Entries: 06/15/2021 - Motion Granted/Sustained**
> **Scheduled For:** 07/07/2021;  9:01 AM ;  JOHN HOWARD BLOODWORTH;  Ripley

**Cert for Assignment SC**

Case assigned to Judge Bloodworth by MO Supreme Court.

**Judge Assigned**

06/02/2021     **Filing:**

Judicial Transfer Request emailed to MO Supreme Court.

**Judge Recuses**

**Request Filed**

Request for Audio of Hearing; Electronic Filing Certificate of Service.
> **Filed By:** EVITA TOLU
> **On Behalf Of:** CYNTHIA KAY HAYNES

05/26/2021     **Motion Granted/Sustained**
> **Associated Entries: 05/26/2021 - Motion of Withdrawl of Counsel**

**Conference Call Held**

Conference call held via WebEx. Attys. Keri Smith and Evita Tolu appear. Atty. Smith requests no recording of the hearing be made. Opposing counsel agrees. Court orders no recording of this case review hearing. Atty. Siegrid Maness¿ Motion to Withdraw taken up and granted. After discussion, Atty.

Tolu granted (10) ten days to justify to the Court as to why a GAL is not required. Atty. Smith granted (10) ten days thereafter to respond. Attorneys to submit a list of GAL's to the Court. So Ordered. HMP/srr

**Scheduled For:** 05/26/2021;  1:15 PM ;  H MARK PREYER;  Ripley

**Note to Clerk eFiling**
**Filed By:** SIEGRID SMITH MANESS

**Motion of Withdrawl of Counsel**
Motion to Withdraw; Electronic Filing Certificate of Service.
**Filed By:** SIEGRID SMITH MANESS
**On Behalf Of:** BERNICE HAYNES
**Associated Entries: 05/26/2021 - Motion Granted/Sustained**

05/24/2021     **Judge/Clerk - Note**
Sound Recording Duplication request for 12/7/16 and 2/19/20 hearings completed. CD's picked up by Cynthia Haynes on 5/25/21. /ms

**Judge/Clerk - Note**
Contacted Attorney Tolu's office by phone on 05/21/2021 with required deposit amount for written transcript of 12/07/2016 hearing as requested on 05/20/2021. Audio recording request filed on 05/21/2021 for 12/07/2016 and 02/19/2020 forwarded to Butler County. Attorney Tolu to contact Butler county regarding procedures for audio recording requests. ra

05/21/2021     **Request Filed**
Request for Audio of Hearing; Electronic Filing Certificate of Service. CD's COMPLETED - READY FOR PICK UP. /ms
**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

05/20/2021     **Request Filed**
Request for Transcript of Hearing 12-07-2016; Electronic Filing Certificate of Service.
**Filed By:** EVITA TOLU
**On Behalf Of:** CYNTHIA KAY HAYNES

05/17/2021     **Conference Call Scheduled**
**Associated Entries: 05/26/2021 - Conference Call Held**  ⊞
**Scheduled For:** 05/26/2021;  1:15 PM ;  H MARK PREYER;  Ripley

**Order**
Upon receipt of the assignment to this proceeding, the Court has reviewed the extensive history via CaseNet. It appears that the attorneys that are currently involved are Keri Marie Smith representing the Petitioner, Evita Tolu representing the Respondent, and Siegrid Smith Maness representing the intervenor. The Court sets this matter for a WebEx Hearing on Wednesday, May 26, 2021 to begin at 1:15 p.m. and the three attorneys of record are to supply their email address to the Clerk of the Court for the purpose of receiving the WebEx Invitation. The purpose of the Hearing is to determine the status of this proceeding. The Clerk shall provide the email addresses to the Court. So Ordered. H. Mark Preyer, Judge

**Cert for Assignment SC**
Case assigned to Judge Mark Preyer.

**Judge Assigned**

05/05/2021     **Filing:**
Judicial Transfer Request faxed to Missouri Supreme Court.

**Order**
The Court, in chambers, takes up this matter for review of pending motions. Motion of Jennifer Williams to withdraw as GAL is taken up and sustained. The Motion of Robin Phelan Northern to withdraw as

attorney for Respondent is taken up and sustained without hearing for the reason that Respondent has retained new counsel. This Court recuses and requests that this case be sent to the Missouri Supreme Court for assignment of a new Judge. Judge Christina L. Kime

**Motion Granted/Sustained**
 **Associated Entries: 04/29/2021 - Motion of Withdrawl of Counsel**  ±
 **Associated Entries: 05/03/2021 - Motion to Withdraw**  ±
 **Associated Entries: 05/04/2021 - Motion to Withdraw**  ±

05/04/2021   **Proposed Order Filed**
 Proposed Order; Electronic Filing Certificate of Service.
  **Filed By:** EVITA TOLU
  **On Behalf Of:** CYNTHIA KAY HAYNES

 **Motion to Withdraw**
 Motion to Withdraw; Electronic Filing Certificate of Service.
  **Filed By:** EVITA TOLU
  **Associated Entries: 05/05/2021 - Motion Granted/Sustained**

 **Entry of Appearance Filed**
 Entry of Appearance; Electronic Filing Certificate of Service.
  **Filed By:** EVITA TOLU

05/03/2021   **Motion to Withdraw**
 Motion To Withdraw; Electronic Filing Certificate of Service.
  **Filed By:** ROBIN PHELAN NORTHERN
  **On Behalf Of:** CYNTHIA KAY HAYNES
  **Associated Entries: 05/05/2021 - Motion Granted/Sustained**

04/29/2021   **Motion of Withdrawl of Counsel**
 Motion to Withdraw; Exhibit A - Email from Megan Fox; Electronic Filing Certificate of Service.
  **Filed By:** JENNIFER R WILLIAMS
  **On Behalf Of:** JENNIFER R WILLIAMS
  **Associated Entries: 05/05/2021 - Motion Granted/Sustained**

04/20/2021   **Motion Granted/Sustained**
 Comes now the Court , in chambers and takes up the Petitioner's Motion for Continuance by telephone conference. Keri Smith, attorney for Petitioner, Robin Northern, Attorney for Respondent and Jennifer Williams, GAL appear by telephone. All parties agree that a continuance is necessary. Court sustains the Motion for Continuance and removes the case from trial setting of 4/26/2021. Parties are instructed to consult with each other and file a proposed scheduling Order with the Court which includes the conclusion of discovery. This proposed Order is to be signed by all counsel and submitted to the Court together with available dates for resetting by May 10, 2021. Judge Christina L. Kime
  **Associated Entries: 11/13/2020 - Bench Trial Scheduled**
  **Associated Entries: 04/20/2021 - Motion for Continuance**  ±
  **Scheduled For:** 04/26/2021;  9:00 AM ;  CHRISTINA L. KIME;  Ripley

 **Motion for Continuance**
 Motion for Continuance of Trial; Electronic Filing Certificate of Service.
  **Filed By:** KERI MARIE SMITH
  **On Behalf Of:** CHARLES MICHAEL HAYNES
  **Associated Entries: 04/20/2021 - Motion Granted/Sustained**  ±

04/14/2021   **Cert Serv Answers Interrog Fil**
 Attorneys Certificate Of Service; Electronic Filing Certificate of Service.
  **Filed By:** ROBIN PHELAN NORTHERN

**On Behalf Of:** CYNTHIA KAY HAYNES

| | |
|---|---|
| 03/16/2021 | **Motion Withdrawn** |

                    **Associated Entries:** 02/04/2021 - Motion to Withdraw

                    **Associated Entries:** 03/16/2021 - Motion to Withdraw

          **Motion to Withdraw**

          Withdrawal Of Motion To Withdraw; Electronic Filing Certificate of Service.

               **Filed By:** ROBIN PHELAN NORTHERN

               **On Behalf Of:** CYNTHIA KAY HAYNES

               **Associated Entries:** 03/16/2021 - Motion Withdrawn

| | |
|---|---|
| 02/19/2021 | **Writ of Habeas Corpus Order** |

          Writ of Habeas Cospus Ad Testificandum. Certified copy of Writ submitted to Farmington Correctional Facility. Two sealed copies submitted to Ripley County Sheriff Department. ra

               **Associated Entries:** 02/12/2021 - Motion for Habeas Corpus-TES

| | |
|---|---|
| 02/16/2021 | **Memorandum Filed** |

          Petitioners Memorandum to Court Confirming No Objection to Respondents Motion to Withdraw; Electronic Filing Certificate of Service.

               **Filed By:** KERI MARIE SMITH

               **On Behalf Of:** CHARLES MICHAEL HAYNES

| | |
|---|---|
| 02/12/2021 | **Proposed Order Filed** |

          Proposed Writ of Habeas Corpus Ad Testificandum; Electronic Filing Certificate of Service.

               **Filed By:** KERI MARIE SMITH

               **On Behalf Of:** CHARLES MICHAEL HAYNES

          **Motion for Habeas Corpus-TES**

          Petitioners Application for Writ of Habeas Corpus Ad Testificandum; Electronic Filing Certificate of Service.

               **Filed By:** KERI MARIE SMITH

               **Associated Entries:** 02/19/2021 - Writ of Habeas Corpus Order

| | |
|---|---|
| 02/04/2021 | **Motion to Withdraw** |

          Motion To Withdraw; Electronic Filing Certificate of Service.

               **Filed By:** ROBIN PHELAN NORTHERN

               **On Behalf Of:** CHARLES MICHAEL HAYNES

               **Associated Entries:** 03/16/2021 - Motion Withdrawn

| | |
|---|---|
| 11/13/2020 | **Bench Trial Scheduled** |

               **Associated Entries:** 04/20/2021 - Motion Granted/Sustained

               **Scheduled For:** 04/26/2021;  9:00 AM ;  CHRISTINA L. KIME;  Ripley

          **Memorandum Filed**

          Memorandum of available date; Electronic Filing Certificate of Service.

               **Filed By:** SIEGRID SMITH MANESS

               **On Behalf Of:** BERNICE HAYNES

| | |
|---|---|
| 11/12/2020 | **Available/Conflict Dates Filed** |

          Letter To Clerk; Electronic Filing Certificate of Service.

               **Filed By:** ROBIN PHELAN NORTHERN

               **On Behalf Of:** CYNTHIA KAY HAYNES

| | |
|---|---|
| 11/10/2020 | **Available/Conflict Dates Filed** |

Petitioners Additional Available Dates for Trial; Electronic Filing Certificate of Service.
    **Filed By:** RAMONA A. GAU
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**11/04/2020**    **Order**

Court reviews available dates provided by attorneys and finds no available date open with the Court. Parties ordered to provide additional available dates from February through May, 2020, for resetting by filing the same with this Court by November 13, 2020. CLK/ra

**10/30/2020**    **Available/Conflict Dates Filed**

Available Dates for Trial; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**10/22/2020**    **Available/Conflict Dates Filed**

Letter To Clerk; Electronic Filing Certificate of Service.
    **Filed By:** ROBIN PHELAN NORTHERN
    **On Behalf Of:** CYNTHIA KAY HAYNES

    **Notice**

Petitioners Notice of Intent to Use Business Records; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH
    **On Behalf Of:** CHARLES MICHAEL HAYNES

    **Memorandum Filed**

Memorandum of available date; Electronic Filing Certificate of Service.
    **Filed By:** SIEGRID SMITH MANESS
    **On Behalf Of:** BERNICE HAYNES

**10/21/2020**    **Hearing Continued/Rescheduled**

Due to the Order from the Missouri Supreme Court regarding in-person hearings, and due to conditions in this County which have required this Court to be returned to Phase One, this Court continues the above-described matter which was set for trial on October 30, 2020. Parties ordered to provide available dates for resetting by filing the same with this Court on or before October 30, 2020. Judge Christina L. Kime
    **Hearing Continued From:** 10/30/2020;  9:00 AM Bench Trial

**08/06/2020**    **Cert Serv Answers Interrog Fil**

ATTORNEYS CERTIFICATE OF SERVICE; Electronic Filing Certificate of Service.
    **Filed By:** ROBIN PHELAN NORTHERN
    **On Behalf Of:** CYNTHIA KAY HAYNES

**07/17/2020**    **Show Cause Order**

ORDER TO SHOW CAUSE

    **Order**

ORDER TO ALLOW PETITIONER TO APPEAR FOR TRIAL IN CIVILIAN CLOTHES

    **Writ of Habeas Corpus Order**

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

    **Bench Trial Scheduled**

    **Associated Entries:** 10/21/2020 - Hearing Continued/Rescheduled
    **Scheduled For:** 10/30/2020;  9:00 AM ;  CHRISTINA L. KIME;  Ripley

    **Motion Granted/Sustained**

07/17/2020 Cause called. Pet appears by counsel, Keri Marie Smith. Respondent appears by counsel,

Robin Phelin Northern. Court takes up the pending motions. Motion to Compel is sustained. Respondent given until the 6th day of August, 2020, to fully respond to the discovery requests. Other motions sustained by written Orders signed this date. Cause set for trial to the Court October 30, 2020, at 9 am. KLM/srr

> **Associated Entries:** 04/28/2020 - Motion to Compel
> **Associated Entries:** 06/08/2020 - Motion Filed
> **Associated Entries:** 06/08/2020 - Proposed Order Filed
> **Associated Entries:** 07/02/2020 - Motion Hearing Scheduled
> **Associated Entries:** 07/07/2020 - Motion for Trial Setting
> **Scheduled For:** 07/17/2020;  10:00 AM ;  CHRISTINA L. KIME;  Ripley

**07/16/2020**  **Motion Filed**
Petitioners Application for Show Cause Order and Motion for Judgment of Contempt and or Sanctions; Electronic Filing Certificate of Service.
> **Filed By:** KERI MARIE SMITH
> **On Behalf Of:** CHARLES MICHAEL HAYNES

**Proposed Order Filed**
Petitioners Proposed Order to Show Cause; Electronic Filing Certificate of Service.
> **Filed By:** KERI MARIE SMITH

**07/15/2020**  **Memorandum Filed**
memorandum of available dates; Electronic Filing Certificate of Service.
> **Filed By:** SAMANTHA D EVANS PENNINGTON
> **On Behalf Of:** BERNICE HAYNES

**07/07/2020**  **Motion for Trial Setting**
Notice Of Trial Setting; Electronic Filing Certificate of Service.
> **Filed By:** ROBIN PHELAN NORTHERN
> **On Behalf Of:** CYNTHIA KAY HAYNES
> **Associated Entries:** 07/17/2020 - Motion Granted/Sustained

**07/06/2020**  **Notice of Hearing Filed**
Petitioners Notice of Hearing; Electronic Filing Certificate of Service.
> **Filed By:** KERI MARIE SMITH
> **On Behalf Of:** CHARLES MICHAEL HAYNES

**07/02/2020**  **Motion Hearing Scheduled**
All Pending Motions
> **Associated Entries:** 07/17/2020 - Motion Granted/Sustained
> **Scheduled For:** 07/17/2020;  10:00 AM ;  CHRISTINA L. KIME;  Ripley

**07/01/2020**  **Available/Conflict Dates Filed**
Petitioners Available Dates for Motion Hearing; Electronic Filing Certificate of Service.
> **Filed By:** KERI MARIE SMITH
> **On Behalf Of:** CHARLES MICHAEL HAYNES

**06/30/2020**  **Available/Conflict Dates Filed**
Memorandum of available dates; Electronic Filing Certificate of Service.
> **Filed By:** SIEGRID SMITH MANESS
> **On Behalf Of:** BERNICE HAYNES

**Available/Conflict Dates Filed**
Letter To Clerk; Electronic Filing Certificate of Service.

**Filed By:** ROBIN PHELAN NORTHERN
**On Behalf Of:** CYNTHIA KAY HAYNES

06/29/2020    **Judge/Clerk - Note**

Contacted all attorneys of record to e-file available dates beginning with July for a motion hearing. ra

06/08/2020    **Proposed Order Filed**

Writ of Habeas Corpus Ad Testificandum; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH
    **On Behalf Of:** CHARLES MICHAEL HAYNES
    **Associated Entries: 07/17/2020 - Motion Granted/Sustained**

**Motion for Habeas Corpus-TES**

Petitioners Application for Writ of Habeas Corpus Ad Testificandum; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH

**Proposed Order Filed**

Proposed Order to Appear in Civilian Clothing; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH

**Motion Filed**

Petitioners Motion to Appear in Civilian Clothing; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH
    **Associated Entries: 07/17/2020 - Motion Granted/Sustained**

05/14/2020    **Available/Conflict Dates Filed**

Petitioners Available Dates; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH
    **On Behalf Of:** CHARLES MICHAEL HAYNES

05/04/2020    **Available/Conflict Dates Filed**

Letter To Clerk; Electronic Filing Certificate of Service.
    **Filed By:** ROBIN PHELAN NORTHERN
    **On Behalf Of:** CYNTHIA KAY HAYNES

04/28/2020    **Case Review Held**

Cause called for case review by conference call. Pet. appears by counsel. Bernice Haynes appears by counsel. GAL appears. Atty. for Resp. appears not, due to a medical emergency. Parties consent to conducting the case review. Parties announce that all parties consent to this Judge remaining in the case. No party believes that a conflict exists and, if it does, agree to waive the same. Parties to provide available dates for setting this case for trial to the Court on or before June 5, 2020. The Court will review these dates with the Clerk and set the case at that time. If this case is not set for trial by the end of August, 2020, the Court will set the motions for hearing prior to that date. Judge Christina L. Kime
    **Scheduled For:** 04/28/2020;  1:00 PM ;  CHRISTINA L. KIME;  Ripley

**Motion Filed**

Motion to Determine Tax Liability; Exhibits 1-3; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion to Compel**

Petitioners Motion to Compel; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH
    **Associated Entries: 07/17/2020 - Motion Granted/Sustained**

04/02/2020    **Order**

Comes now the Court, in chambers and reviews this case set for case review on 4/28/20 at 1 pm. Due to the Covid 19 pandemic, the Missouri Supreme Court has discontinued in-person hearings. The Court will, therefore, take up this case for case review by conference call with all attorneys on April 28, 2020, at 1 pm. Counsel for Petitioner is directed to coordinate the conference call. Counsel will be provided a phone number for the Court by the Circuit Clerk. Judge Christina L. Kime

**03/16/2020**    **Cert Serv of Interrog Filed**

Petitioners Certificate of Service of Petitioners Interrogatories Directed to Respondent and Petitioners Request for Production; Electronic Filing Certificate of Service.
> **Filed By:** KERI MARIE SMITH
> **On Behalf Of:** CHARLES MICHAEL HAYNES

**03/11/2020**    **Filing:**

Receipt of exhibits filed and scanned on February 19, 2020.
> **Filed By:** CYNTHIA KAY HAYNES

**03/09/2020**    **Order**

It comes to the Court's attention that one or both of the parties to this cause may object to this Court's assignment to this case due to prior representation of the Respondent and/or her ex spouse, by the firm of Hackworth, Hackworth, Ferguson & Thompson. This Court was a part of that firm from 1991 until August 2005. The Court has no recollection of any prior representation; however, in order to avoid any unnecessary delay in this case, this Court requests that any objections to the Court's continuing to preside over this matter be filed with the Court within thirty days. This court will promptly resolve this issue by the case review date of April 28, 2020. Judge Christina L. Kime.

**Case Review Scheduled**
> **Associated Entries: 04/28/2020 - Case Review Held**   🗓
> **Scheduled For:** 04/28/2020; 1:00 PM ; CHRISTINA L. KIME; Ripley

**03/06/2020**    **Available/Conflict Dates Filed**

Letter To Clerk; Electronic Filing Certificate of Service.
> **Filed By:** ROBIN PHELAN NORTHERN
> **On Behalf Of:** CYNTHIA KAY HAYNES

**03/05/2020**    **Subpoena Served**

Petitioners Memorandum of Filing of Return of Service of Subpoena upon Southern Bank; Electronic Filing Certificate of Service.
> **Filed By:** KERI MARIE SMITH
> **On Behalf Of:** CHARLES MICHAEL HAYNES

**03/04/2020**    **Available/Conflict Dates Filed**

Petitioners Available Dates; Electronic Filing Certificate of Service.
> **Filed By:** KERI MARIE SMITH
> **On Behalf Of:** CHARLES MICHAEL HAYNES

**03/03/2020**    **Entry of Appearance Filed**

Entry Of Appearance; Electronic Filing Certificate of Service.
> **Filed By:** ROBIN PHELAN NORTHERN
> **On Behalf Of:** CYNTHIA KAY HAYNES

**03/02/2020**    **Judge/Clerk - Note**

Respondent, Cynthia Haynes in the office and received a copy of the Notice that was mailed out on 2-27-2020. sp

**Notice**

Notice of Entry mailed to respondent. ra

**Order**

Cause reviewed in chambers. All parties to provide available dates for a case review. Dates to be filed with the court by March 13, 2020. Judge Christina L. Kime

**02/27/2020**   **Notice**

Notice of Entry mailed to respondent. ra

**Judge Assigned**

**Cert for Assignment SC**

Case assigned to Judge Christina Kime.

**02/25/2020**   **Filing:**

Address Information

    **Filed By:** CYNTHIA KAY HAYNES

**02/24/2020**   **Notice**

Petitioners Notice of Records Deposition of Custodian of Records, Southern Bank; Electronic Filing Certificate of Service.

    **Filed By:** KERI MARIE SMITH

    **On Behalf Of:** CHARLES MICHAEL HAYNES

**Subpoena Issued**

Subpoena attached in PDF form for attorney to retrieve from secure case net for service. sp

**Subpoena Requested**

Request for Issuance of SUbpoena upon Custodian of Records, Southern Bank; Electronic Filing Certificate of Service.

    **Filed By:** KERI MARIE SMITH

    **On Behalf Of:** CHARLES MICHAEL HAYNES

**Notice**

Notice of Entry mailed to respondent. ra

**Request Filed**

Judicial Transfer Request e-mailed to Supreme Court of Missouri for judge assignment. MMP/cp

    **Filed By:** MICHAEL MARTIN PRITCHETT

**Judge Recuses**

This Court does hereby recuse due to its having presided over similar cases involving the same parties and similar issues. Case is forwarded to the Missouri Supreme Court for assignment. So Ordered. MMP

    **Filed By:** MICHAEL MARTIN PRITCHETT

**Order for Change of Judge**

Case assigned to Judge Micheal M. Pritchett. So Ordered. MMP

**Order to Withdraw**

The Court's previous assignment of this case to the Honorable C. Wade Pierce was in error. The Court does hereby set aside and withdraw that Order of Assignment. So Ordered. MMP

    **Filed By:** C. WADE PIERCE

**Judge Assigned**

**02/21/2020**   **Notice**

Notice of Entry mailed to Cynthia Haynes. ra

**Case Review Scheduled**

**Order for Change of Judge**

Case assigned to Judge C. Wade Pierce and set Tuesday, 3/10/20, at 9:00 a.m. for case review. So Ordered. MMP

**Hearing/Trial Cancelled**
  **Scheduled For:** 03/23/2020;  9:00 AM ;  JOHN H SHOCK;  Ripley

**Judge Recuses**
After reviewing Respondent's Motion for Continuance and it's accompanying exhibits, Judge Shock recuses. Although having no recollection of ever having represented Respondent, Respondent's exhibits indicate that Judge Shock had represented Respondent at one time on an unrelated matter. Case transferred to Presiding Judge for assignment. JHS/ra

**Judge Assigned**

02/20/2020   **Judge/Clerk - Note**
Mailed certified copies of the Orders to the Respondent. sp

**Order**
PRELIMINARY INJUNCTION ORDER

**Order**
ORDER FOR EXCLUSIVE POSESSION OF REAL PROPERTY

**Judge/Clerk - Note**
Sent to Judge Shock for his review. sp

**Proposed Order Filed**
Proposed Order for Preliminary Injunction; Electronic Filing Certificate of Service.
  **Filed By:** KERI MARIE SMITH
  **On Behalf Of:** CHARLES MICHAEL HAYNES

**Proposed Order Filed**
Proposed Order for Exclusive Possession of Real Property; Electronic Filing Certificate of Service.
  **Filed By:** KERI MARIE SMITH

02/19/2020   **Exhibit Filed**

**Sound Recording Log Sheet**

**Motion Hearing Held**
Petitioner appears through Counsel Smith. Respondent does not appear. Intervenor appears through Counsel Maness. GAL Williams appears. Respondent's Motion For Continuance, which was filed this morning, is untimely and is therefore denied. Evidence adduced. Based on the evidence, the Court grants petitioner's Motion for Preliminary Injunction. The Court also grants Petitioner's Motion For Exclusive Possession Of Residence Pendente Lite. Orders to enter. So ordered. JHS/kb
  **Scheduled For:** 02/19/2020;  9:00 AM ;  JOHN H SHOCK;  Butler

**Motion for Continuance**
  **Filed By:** CYNTHIA KAY HAYNES

**Subpoena Served**
Petitioners Memorandum of Filing of Return of Service of Subpoena upon Tony Creelman; Electronic Filing Certificate of Service.
  **Filed By:** KERI MARIE SMITH
  **On Behalf Of:** CHARLES MICHAEL HAYNES

**Subpoena Served**
Petitioners Memorandum of Filing of Return of Service of Subpoena upon John Eddens; Electronic Filing Certificate of Service.
  **Filed By:** KERI MARIE SMITH

**Subpoena Served**
Petitioners Memorandum of Return of Service of Subpoena upon Marvin Creelman; Electronic Filing Certificate of Service.
  **Filed By:** KERI MARIE SMITH

| | |
|---|---|
| 02/13/2020 | **Subpoena Issued** |
| | To John Eddens |
| | **Subpoena Issued** |
| | To Marvin Creelman |
| | **Subpoena Issued** |
| | To Tony Creelman |
| 02/12/2020 | **Subpoena Requested** |
| | Petitioners Request for Service of Subpoena upon Tony Creelman; Electronic Filing Certificate of Service. |
| | **Filed By:** KERI MARIE SMITH |
| | **On Behalf Of:** CHARLES MICHAEL HAYNES |
| | **Subpoena Requested** |
| | Petitioners Request for Service of Subpoena upon Marvin Creelman; Electronic Filing Certificate of Service. |
| | **Filed By:** KERI MARIE SMITH |
| | **Subpoena Requested** |
| | Petitioners Request for Service of Subpoena upon John Eddens; Electronic Filing Certificate of Service. |
| | **Filed By:** KERI MARIE SMITH |
| 02/07/2020 | **Motion Filed** |
| | Petitioners Motion for Exclusive Possession of Residence Pendente Lite; Electronic Filing Certificate of Service. |
| | **Filed By:** KERI MARIE SMITH |
| | **On Behalf Of:** CHARLES MICHAEL HAYNES |
| | **Notice of Hearing Filed** |
| | Petitioners Notice of Hearing for Petitioners Motion for Exclusive Possession; Electronic Filing Certificate of Service. |
| | **Filed By:** KERI MARIE SMITH |
| 02/06/2020 | **Judge/Clerk - Note** |
| | Injunction Bond in the amount of $100.00 filed with the court in open items. ra |
| | **Memorandum Filed** |
| | Petitioners Memorandum of Filing; Electronic Filing Certificate of Service. |
| | **Filed By:** KERI MARIE SMITH |
| | **On Behalf Of:** CHARLES MICHAEL HAYNES |
| | **Notice** |
| | Notice of Entry and copy of Temporary Restraining Order mailed to respondent. ra |
| | **Temporary Restraining Order** |
| | **Associated Entries:** 02/05/2020 - Mot for Temp Restraining Order |
| | **Motion Hearing Scheduled** |
| | **Associated Entries:** 02/19/2020 - Motion Hearing Held |
| | **Scheduled For:** 02/19/2020;  9:00 AM ;  JOHN H SHOCK;  Butler |
| | **Sound Recording Log Sheet** |
| | **Motion Granted/Sustained** |
| | Petitioner appears through Counsel Smith. Respondent does not appear. Intervenor does not appear. Evidence adduced. The Court grants the Temporary Restraining Order. Bond set at $100.00. Order to enter. Case passed to 02/19/2020 at 9:00 a.m. for hearing in Butler County on Motion for Preliminary Injunction. JHS/ra |
| | **Associated Entries:** 02/05/2020 - Motion Hearing Scheduled |

**Scheduled For:** 02/06/2020;  2:00 PM ;  JOHN H SHOCK;  Butler

**02/05/2020**   **Motion Hearing Scheduled**
    **Associated Entries: 02/06/2020 - Motion Granted/Sustained**
    **Scheduled For:** 02/06/2020;  2:00 PM ;  JOHN H SHOCK;  Butler

    **Notice of Hearing Filed**
    Petitioners Notice of Hearing; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH
    **On Behalf Of:** CHARLES MICHAEL HAYNES

    **Motion Filed**
    Petitioners Motion for Preliminary Injunction; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH

    **Mot for Temp Restraining Order**
    Petitioners Temporary Restraining Order; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH
    **Associated Entries: 02/06/2020 - Temporary Restraining Order**

    **Motion Filed**
    Petitioners Motion for Approval Injunction Bond; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH

    **Proposed Order Filed**
    Petitioners Proposed Injunction Bond; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH

    **Certification Filed**
    Petitioners Certification of Counsel; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH

    **Mot for Temp Restraining Order**
    Petitioners Motion for Temporary Restraining Order, Preliminary Injunction with Notice, and Attorneys Fees; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH

**01/03/2020**   **Trial Setting Scheduled**
    **Associated Entries: 02/21/2020 - Hearing/Trial Cancelled**
    **Scheduled For:** 03/23/2020;  9:00 AM ;  JOHN H SHOCK;  Ripley

    **Sound Recording Log Sheet**

    **Motion Granted/Sustained**
    **Associated Entries: 12/27/2019 - Motion for Continuance**

    **Case Review Held**
    Repondent appears in person. Intervenor appears through Counsel Maness. Motion for Continuance granted. Case passed to 03/23/2020 at 9:00 a.m. in Ripley County for trial setting and hearing on all pending motions. JHS/ra
    **Scheduled For:** 01/03/2020;  9:00 AM ;  JOHN H SHOCK;  Butler

**12/27/2019**   **Motion for Continuance**
    Petitioners Motion for Continuance and Available Dates for Setting of Case Review; Electronic Filing Certificate of Service.
    **Filed By:** KERI MARIE SMITH
    **On Behalf Of:** CHARLES MICHAEL HAYNES
    **Associated Entries: 01/03/2020 - Motion Granted/Sustained**

**11/23/2019**   **Cert Serv Answers Interrog Fil**

Certificate of Service of Answers to Interrogatories and Request for Production; Electronic Filing
Certificate of Service.
>  **Filed By:** KERI MARIE SMITH
>  **On Behalf Of:** CHARLES MICHAEL HAYNES

**11/18/2019**   **Judge/Clerk - Note**
Faxed a copy of the Order for Abatement and Modification of Child Support to the Enforcing Office,
FSD in Hillsboro, Mo. and mailed a certified copy to FSD in Jefferson City. sp

**Order**
Order for Abatement and Modification of Child Support

**Judge/Clerk - Note**
The Court now considers Petitioner's Motion for Abatement and Modification of Child Support and
grants said motion. Order to enter. JHS/ra

**11/15/2019**   **Note to Clerk eFiling**
>  **Filed By:** KERI MARIE SMITH

**Proposed Order Filed**
Order for Abatement and Modification of Child Support; Exhibit A; Electronic Filing Certificate of
Service.
>  **Filed By:** KERI MARIE SMITH
>  **On Behalf Of:** CHARLES MICHAEL HAYNES

**Proposed Order Filed**
Order for Abatement and Child Support; Exhibit A; Electronic Filing Certificate of Service.
>  **Filed By:** KERI MARIE SMITH
>  **On Behalf Of:** CHARLES MICHAEL HAYNES

**11/13/2019**   **Case Review Scheduled**
>  **Associated Entries: 01/03/2020 - Case Review Held**
>  **Scheduled For:** 01/03/2020;  9:00 AM ;  JOHN H SHOCK;  Butler

**Sound Recording Log Sheet**

**Motion Denied**
>  **Associated Entries: 10/31/2019 - Motion to Strike**
>  **Associated Entries: 11/01/2019 - Motion for Civil Contempt**

**Motion Granted/Sustained**
>  **Associated Entries: 10/24/2019 - Motion to Stay**
>  **Associated Entries: 11/04/2019 - Motion of Withdrawl of Counsel**

**Motion Hearing Held**
Petitioner appears through Counsel Smith. Respondent appears in person. Intervenor appears through
Counsel Maness. Counsel Liszewski's Motion to Withdraw granted. Respondent's Motion to Strike is
denied. Respondent's Motion for Civil Contempt denied. Respondent's Petition for Dismissal remains
pending. Petitioner's Motion to Stay Child Support granted. Order to enter. Case set for case review at
9:00 a.m. on 01/03/2020 in Butler County. JHS/ra
>  **Scheduled For:** 11/13/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

**11/12/2019**   **Petition:**
Petition for Dismissal
>  **Filed By:** CYNTHIA KAY HAYNES

**11/08/2019**   **Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
>  **Filed By:** KERI MARIE SMITH

**On Behalf Of:** CHARLES MICHAEL HAYNES

**11/06/2019**   **Request Filed**
Sound recording duplication request.
**Filed By:** CYNTHIA KAY HAYNES

**11/04/2019**   **Motion of Withdrawl of Counsel**
MOTION TO WITHDRAW; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI
**On Behalf Of:** CHARLES MICHAEL HAYNES
**Associated Entries: 11/13/2019 - Motion Granted/Sustained**

**11/01/2019**   **Motion Hearing Scheduled**
**Associated Entries: 11/13/2019 - Motion Hearing Held**
**Scheduled For:** 11/13/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

**Motion Granted/Sustained**
**Associated Entries: 11/01/2019 - Motion for Continuance**

**Sound Recording Log Sheet**

**Hearing Continued/Rescheduled**
Petitioner appears through Counsel Liszewski. Respondent appears in person. Intervenor appears
through Counsel Maness. GAL Williams appears. Respondent's motion for continuance granted. Case
passed to 11/13/2019 at 9:00 a.m. for hearing on all pending motions. JHS/ra
**Hearing Continued From:** 11/01/2019;  9:00 AM Court Trial

**Motion for Civil Contempt**
SECOND MOTION FOR CONTEMPT
**Filed By:** CYNTHIA KAY HAYNES
**Associated Entries: 11/13/2019 - Motion Denied**

**Motion for Continuance**
**Filed By:** CYNTHIA KAY HAYNES
**Associated Entries: 11/01/2019 - Motion Granted/Sustained**

**10/31/2019**   **Certificate of Service**
**Filed By:** CYNTHIA KAY HAYNES

**Motion to Strike**
**Filed By:** CYNTHIA KAY HAYNES
**Associated Entries: 11/13/2019 - Motion Denied**

**Notice of Hearing Filed**
**Filed By:** CYNTHIA KAY HAYNES

**10/24/2019**   **Notice of Hearing Filed**
Notice of Hearing; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI
**On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion to Stay**
Motion to Stay Child Support; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI
**Associated Entries: 11/13/2019 - Motion Granted/Sustained**

**10/08/2019**   **Proposed Order Filed**
Proposed Emergency Order; Electronic Filing Certificate of Service.

**Filed By:** THEODORE ERIC LISZEWSKI
**On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion Filed**
Motion to Allow Emergency Access to Properties; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI

**09/20/2019**   **Notice of Court Hearing Sent**
Sent to Respondent at last known address./jv

**Hearing/Trial Cancelled**
**Scheduled For:** 09/25/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

**Motion Granted/Sustained**
Motion for continuance granted. JHS/jv
**Associated Entries: 09/12/2019 - Motion for Continuance**

**Court Trial Scheduled**
**Associated Entries: 09/20/2019 - Motion Hearing Held**
**Associated Entries: 11/01/2019 - Hearing Continued/Rescheduled**
**Scheduled For:** 11/01/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

**Motion Hearing Held**
Counsel Maness appears. Counsel Liszewski provides available dates. Motion for continuance granted. Case continued from 09/25/19 to 11/01/19 at 9;00 a.m. for trial. Clerk to notify Respondent. So ordered. JHS/jv
**Scheduled For:** 09/20/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

**Correspondence Filed**
Letter to the Hon Judge; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI

**09/12/2019**   **Motion Hearing Scheduled**
**Associated Entries: 09/20/2019 - Motion Hearing Held**
**Scheduled For:** 09/20/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

**Notice of Hearing Filed**
**Filed By:** SAMANTHA D EVANS PENNINGTON
**On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion for Continuance**
Motion for Continuance; Electronic Filing Certificate of Service.
**Filed By:** SAMANTHA D EVANS PENNINGTON
**Associated Entries: 09/20/2019 - Motion Granted/Sustained**

**05/30/2019**   **Court Trial Scheduled**
**Associated Entries: 05/29/2019 - Trial Setting Held**
**Associated Entries: 09/20/2019 - Hearing/Trial Cancelled**
**Scheduled For:** 09/25/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

**05/29/2019**   **Trial Setting Held**
Counsels Maness appears. Respondant appears in person. Counsel Liszewski provides available dates. Case passed to 9/25/19 at 9:00 am for trial. JHS/jg
**Scheduled For:** 05/29/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

**05/28/2019**   **Available/Conflict Dates Filed**
Correspondence to Court regarding available trial dates; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI

**On Behalf Of:** CHARLES MICHAEL HAYNES

**05/01/2019**   **Trial Setting Scheduled**
  **Associated Entries: 05/29/2019 - Trial Setting Held**
  **Scheduled For:** 05/29/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

  **Hearing/Trial Cancelled**
  Respondent appears in person. No other appearances. Case passed to 05/29/2019 at 9:00 a.m. for trial setting. JHS/ra
  **Scheduled For:** 05/01/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

**03/07/2019**   **Subpoena Issued**
  Subpoena attached in PDF form for attorney to retrieve from secure case net for service. srr

  **Subpoena Requested**
  Request for Subpoena; Electronic Filing Certificate of Service.
  **Filed By:** THEODORE ERIC LISZEWSKI
  **On Behalf Of:** CHARLES MICHAEL HAYNES

**03/01/2019**   **Notice**
  Notice of Entry mailed to respondent. ra

  **Court Trial Scheduled**
  **Associated Entries: 05/01/2019 - Hearing/Trial Cancelled**
  **Scheduled For:** 05/01/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

  **Motion Granted/Sustained**
  Counsels Maness and Williams appear. Motion for Continuance granted. Case passed to 05/01/2019 at 9:00 a.m. for trial. JHS/ra
  **Associated Entries: 05/01/2019 - Hearing/Trial Cancelled**
  **Associated Entries: 01/04/2019 - Hearing Continued/Rescheduled**
  **Associated Entries: 01/30/2019 - Motion Granted/Sustained**
  **Associated Entries: 01/30/2019 - Court Trial Scheduled**
  **Scheduled For:** 03/01/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

**01/30/2019**   **Court Trial Scheduled**
  **Associated Entries: 03/01/2019 - Motion Granted/Sustained**
  **Scheduled For:** 03/01/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

  **Motion Granted/Sustained**
  **Associated Entries: 03/01/2019 - Motion Granted/Sustained**
  **Associated Entries: 01/30/2019 - Motion for Continuance**

  **Case Review Held**
  Counsels Williams and Evans appear. Respondent appears in person. Case passed to 03-01-2019 at 9:00 a.m. for trial. JHS/ra
  **Scheduled For:** 01/30/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

  **Motion for Continuance**
  MOTION FOR CONTINUANCE; Electronic Filing Certificate of Service.
  **Filed By:** THEODORE ERIC LISZEWSKI
  **On Behalf Of:** CHARLES MICHAEL HAYNES
  **Associated Entries: 01/30/2019 - Motion Granted/Sustained**

**01/09/2019**   **Order**
  Order to allow access to the Respondent's property.
  **Associated Entries: 01/09/2019 - Motion Filed**

**Motion Filed**
MOTION TO ALLOW ACCESS TO PROPERTY; PROPOSED ORDER ALLOWING ACCESS;
Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **On Behalf Of:** CHARLES MICHAEL HAYNES
    **Associated Entries: 01/09/2019 - Order**

01/04/2019    **Case Review Scheduled**
    **Associated Entries: 01/30/2019 - Case Review Held**
    **Scheduled For:** 01/30/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

    **Hearing Continued/Rescheduled**
    **Hearing Continued From:** 01/25/2019;  9:00 AM Case Review

    **Hearing Continued/Rescheduled**
Respondent appears in person. Case passed to 01/30/2019 at 9:00 a.m. for case review. JHS/ra
    **Hearing Continued From:** 01/04/2019;  9:00 AM Trial Setting

01/02/2019    **Judge/Clerk - Note**
Mailed a certified copy of the Restraining Order to the respondent. sp

    **Order**
RESTRAINING ORDER

    **Subpoena Issued**
Subpoena attached in PDF form for attorney to retrieve from secure case net for service. sp

    **Judge/Clerk - Note**
Sent on the Judge Shock for his review. sp

    **Subpoena Requested**
Request for Subpoena; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **On Behalf Of:** CHARLES MICHAEL HAYNES

    **Proposed Order Filed**
Proposed Restraining Order; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **On Behalf Of:** CHARLES MICHAEL HAYNES

12/21/2018    **Motion Granted/Sustained**
    **Associated Entries: 12/17/2018 - Motion Filed**

    **Trial Setting Scheduled**
    **Associated Entries: 12/21/2018 - Motion Hearing Held**
    **Associated Entries: 01/04/2019 - Hearing Continued/Rescheduled**
    **Scheduled For:** 01/04/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

    **Motion Hearing Held**
Petitioner appears through Counsel Liszewski. Respondent appears pro se. The Court grants both
Motions for restraining orders. Counsel Liszewski to prepare formal order. Case passed to 1/4/19 at
9:00 am for trial setting. So ordered JHS /jg
    **Scheduled For:** 12/21/2018;  9:00 AM ;  JOHN H SHOCK;  Butler

    **Affidavit Filed**
Affidavit of Truth

12/17/2018    **Notice of Hearing Filed**
Notice of Hearing; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI

**On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion Filed**
Motion for Restraining Order; Proposed Restraining Order; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI
**Associated Entries: 12/21/2018 - Motion Granted/Sustained**

| | |
|---|---|
| 12/14/2018 | **Notice** |

Notice of Entry mailed to respondent. ra

**Motion Hearing Scheduled**
**Associated Entries: 12/21/2018 - Motion Hearing Held**
**Scheduled For:** 12/21/2018; 9:00 AM ; JOHN H SHOCK; Butler

**Order**
Court hereby orders case be set for motion hearing regarding respondent's Motion for Temporary Restraining Order at 9:00 a.m. on 12/21/2018 in Butler County. JHS/ra

| | |
|---|---|
| 12/13/2018 | **Proposed Order Filed** |

**Filed By:** CYNTHIA KAY HAYNES

**Mot for Temp Restraining Order**
**Filed By:** CYNTHIA KAY HAYNES

| | |
|---|---|
| 12/07/2018 | **Notice** |

Notice of entry and copy of order granting withdrawal of counsel mailed to respondent. ra

**Order**
Order granting counel James M. McClellan leave to withdraw as attorney of record for Respondent, Cynthia Haynes.
**Associated Entries: 11/05/2018 - Motion to Withdraw**

**Case Review Scheduled**
**Associated Entries: 01/04/2019 - Hearing Continued/Rescheduled**
**Scheduled For:** 01/25/2019; 9:00 AM ; JOHN H SHOCK; Butler

**Motion Granted/Sustained**
Counsels Maness and Williams appear. Motion to Withdraw granted. Order to enter. Motion for Continuance granted. Case passed to 01/25/2019 at 9:00 a.m. for case review. JHS/ra
**Associated Entries: 10/19/2018 - Court Trial Scheduled**
**Associated Entries: 11/05/2018 - Motion to Withdraw**
**Associated Entries: 12/07/2018 - Motion for Continuance**
**Scheduled For:** 12/07/2018; 9:00 AM ; JOHN H SHOCK; Butler

**Motion for Continuance**
**Filed By:** CYNTHIA KAY HAYNES
**Associated Entries: 12/07/2018 - Motion Granted/Sustained**

| | |
|---|---|
| 11/05/2018 | **Note to Clerk eFiling** |

**Filed By:** JAMES MICHAEL MCCLELLAN

**Proposed Order Filed**
Order; Electronic Filing Certificate of Service.
**Filed By:** JAMES MICHAEL MCCLELLAN
**On Behalf Of:** CYNTHIA KAY HAYNES

**Motion to Withdraw**
Motion to Withdraw; Electronic Filing Certificate of Service.
**Filed By:** JAMES MICHAEL MCCLELLAN
**Associated Entries: 12/07/2018 - Motion Granted/Sustained**

**Associated Entries: 12/07/2018 - Order** 📄

| | |
|---|---|
| 10/19/2018 | **Court Trial Scheduled** |

**Associated Entries: 12/07/2018 - Motion Granted/Sustained** 📄
**Scheduled For:** 12/07/2018;  9:00 AM ;  JOHN H SHOCK;  Butler

**Motion Granted/Sustained**
Counsels Liszewski and Evans appear. Motion for continuance granted. Case passed to 12-7-18 at 9:00 a.m. for trial. JHS/srr
**Associated Entries: 05/11/2018 - Hearing Continued/Rescheduled** 📄
**Associated Entries: 05/11/2018 - Hearing Scheduled**
**Associated Entries: 09/24/2018 - Motion for Continuance** 📄
**Scheduled For:** 10/19/2018;  9:00 AM ;  JOHN H SHOCK;  Butler

| | |
|---|---|
| 09/24/2018 | **Proposed Order Filed** |

Order; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI
**On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion for Continuance**
Motion for Continuance; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI
**Associated Entries: 10/19/2018 - Motion Granted/Sustained** 📄

| | |
|---|---|
| 08/31/2018 | **Case Review Held** |

Counsel Maness appears. Case removed from today's docket by request of parties. Case remains set for hearing on 10/19/18 at 9:00 am. JHS/jv
**Scheduled For:** 08/31/2018;  9:00 AM ;  JOHN H SHOCK;  Butler

| | |
|---|---|
| 08/30/2018 | **Correspondence Filed** |

Letter to Court; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI
**On Behalf Of:** CHARLES MICHAEL HAYNES

| | |
|---|---|
| 08/23/2018 | **Note to Clerk eFiling** |

**Filed By:** JAMES MICHAEL MCCLELLAN

**Motion to Quash**
Motion to Quash Notice; Electronic Filing Certificate of Service.
**Filed By:** JAMES MICHAEL MCCLELLAN
**On Behalf Of:** CYNTHIA KAY HAYNES

| | |
|---|---|
| 08/21/2018 | **Subpoena Issued** |

**Motion Hearing Scheduled**
**Associated Entries: 08/31/2018 - Case Review Held** 📄
**Scheduled For:** 08/31/2018;  9:00 AM ;  JOHN H SHOCK;  Butler

**Subpoena Requested**
Subpoena Request Haley Porter; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI
**On Behalf Of:** CHARLES MICHAEL HAYNES

**Notice of Hearing Filed**
Notice for Hearing; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI

**On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion for Temporary Custody**
Second Motion for Temporary Custody Pendente Lite; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI

08/14/2018    **Response Filed**
Response to Motion and Affidavit for Temporary Injunction and Restraining Order; Electronic Filing Certificate of Service.
    **Filed By:** JAMES MICHAEL MCCLELLAN
    **On Behalf Of:** CYNTHIA KAY HAYNES

07/25/2018    **Affidavit Filed**
Petitioners Motion and Affidavit for Temporary Injunction; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **On Behalf Of:** CHARLES MICHAEL HAYNES

06/13/2018    **Ord Temp Child Support/Main**
    Associated Entries: 04/23/2018 - Mot For Support Person

06/07/2018    **Note to Clerk eFiling**
    **Filed By:** JAMES MICHAEL MCCLELLAN

**Proposed Order Filed**
PROPOSED Temporary Order and Judgment of Support; Electronic Filing Certificate of Service.
    **Filed By:** JAMES MICHAEL MCCLELLAN
    **On Behalf Of:** CYNTHIA KAY HAYNES

05/11/2018    **Hearing Scheduled**
    Associated Entries: 10/19/2018 - Motion Granted/Sustained
    Scheduled For: 10/19/2018;  9:00 AM ;  JOHN H SHOCK;  Butler

**Hearing Continued/Rescheduled**
Petitioner appears with Counsel Liszewski. Respondent appears with Counsel McClellan. Intervenor appears with Counsel Maness. Parties stipulate as to child support. Temporary order to enter. Case passed to 10/19/18 at 9:00 am for trial. JHS/ra
    Hearing Continued From: 05/11/2018;  9:00 AM Hearing

05/10/2018    **Response Filed**
Response to Motion to Strike Pleadings; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**Response Filed**
Response to Respondents Motion for Custody Pendente Lite, Costs, Support, and Fees; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**Correspondence Filed**
Letter to Judge Shock; Electronic Filing Certificate of Service.
    **Filed By:** JAMES MICHAEL MCCLELLAN
    **On Behalf Of:** CYNTHIA KAY HAYNES

05/09/2018    **Memorandum Filed**
Memorandum; Electronic Filing Certificate of Service.

**Filed By:** JAMES MICHAEL MCCLELLAN
**On Behalf Of:** CYNTHIA KAY HAYNES

**Cert Serv Answers Interrog Fil**
Certificate of Service; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI

05/02/2018    **Hearing Scheduled**
**Associated Entries: 05/11/2018 - Hearing Continued/Rescheduled** 📄
**Scheduled For:** 05/11/2018;  9:00 AM ;  JOHN H SHOCK;  Butler

**Hearing Continued/Rescheduled**
Case called. Counsels James McClellan, Siegrid Maness and Jennifer Williams' appear. By agreement, case passed to 5/11/18 at 9:00am for hearing on all pending motions. JHS/mlh
**Hearing Continued From:** 05/02/2018;  9:00 AM Case Review

04/23/2018    **Mot For Support Person**
First Amended Motion for Temporary Child Support, Maintenance, Possession of Marital Property, Payment of Attorney Fees and Costs Pendente Lite; Electronic Filing Certificate of Service.
**Filed By:** JAMES MICHAEL MCCLELLAN
**On Behalf Of:** CYNTHIA KAY HAYNES
**Associated Entries: 06/13/2018 - Ord Temp Child Support/Main**

04/09/2018    **Motion to Strike**
Motion to Strike Petitioners Pleadings; Electronic Filing Certificate of Service.
**Filed By:** JAMES MICHAEL MCCLELLAN
**On Behalf Of:** CYNTHIA KAY HAYNES

03/09/2018    **Judge/Clerk - Note**
Recording of hearing on 12/7/2016 copied to CD and mailed to Atty McClellan/cb

03/08/2018    **Request Filed**
Letter to Clerk; Electronic Filing Certificate of Service.
**Filed By:** JAMES MICHAEL MCCLELLAN
**On Behalf Of:** CYNTHIA KAY HAYNES

11/09/2017    **Case Review Scheduled**
**Associated Entries: 05/02/2018 - Hearing Continued/Rescheduled** 📄
**Scheduled For:** 05/02/2018;  9:00 AM ;  JOHN H SHOCK;  Butler

11/08/2017    **Hearing Continued/Rescheduled**
Case reset for case review at 9:00 a.m. on 05/02/2018. JHS/ra
**Hearing Continued From:** 11/08/2017;  9:00 AM Case Review

10/16/2017    **Mot for Temp Child Suppt/Main**
Motion for Temporary Child Support, Maintenance, Payment of Attorney Fees and Costs Pendente Lite; Electronic Filing Certificate of Service.
**Filed By:** JAMES MICHAEL MCCLELLAN
**On Behalf Of:** CYNTHIA KAY HAYNES

09/01/2017    **Case Review Scheduled**
**Associated Entries: 11/08/2017 - Hearing Continued/Rescheduled** 📄
**Scheduled For:** 11/08/2017;  9:00 AM ;  JOHN H SHOCK;  Butler

**Hearing Continued/Rescheduled**

Counsels Liszewski, Maness, and McClellan appear. Case passed to 11/08/2017 at 9:00 a.m. for case review. JHS/ra
**Hearing Continued From:** 09/01/2017;  9:00 AM Case Review

| | |
|---|---|
| 08/30/2017 | **Note to Clerk eFiling** |

**Filed By:** JAMES MICHAEL MCCLELLAN

**Correspondence Filed**
Letter to Judge Shock; Electronic Filing Certificate of Service.
**Filed By:** JAMES MICHAEL MCCLELLAN
**On Behalf Of:** CYNTHIA KAY HAYNES

07/19/2017 **Case Review Scheduled**
**Associated Entries:** 09/01/2017 - Hearing Continued/Rescheduled
**Scheduled For:** 09/01/2017;  9:00 AM ;  JOHN H SHOCK;  Butler

**Motion Granted/Sustained**
**Associated Entries:** 07/18/2017 - Motion for Continuance

**Hearing Continued/Rescheduled**
No appearances. Respondent's Motion for Continuance granted. Case passed to 09/01/2017 at 9:00 a.m. for case review. JHS/ra
**Hearing Continued From:** 07/19/2017;  9:00 AM Case Review

07/18/2017 **Correspondence Filed**
Shock John - correspondence; Electronic Filing Certificate of Service.
**Filed By:** JENNIFER R WILLIAMS
**On Behalf Of:** JENNIFER R WILLIAMS

**Note to Clerk eFiling**
**Filed By:** JAMES MICHAEL MCCLELLAN

**Proposed Order Filed**
Order for Continuance; Electronic Filing Certificate of Service.
**Filed By:** JAMES MICHAEL MCCLELLAN
**On Behalf Of:** CYNTHIA KAY HAYNES

**Motion for Continuance**
**Filed By:** JAMES MICHAEL MCCLELLAN
**Associated Entries:** 07/19/2017 - Motion Granted/Sustained

**Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
**Filed By:** JAMES MICHAEL MCCLELLAN

07/06/2017 **Correspondence Filed**
Letter from pro-se respondent addressing GAL Jennifer Williams.

06/21/2017 **Notice**
Notice of Entry mailed to respondent. ra

**Case Review Scheduled**
**Associated Entries:** 07/19/2017 - Hearing Continued/Rescheduled
**Scheduled For:** 07/19/2017;  9:00 AM ;  JOHN H SHOCK;  Butler

**Hearing Continued/Rescheduled**
Respondent appears in person. GAL Williams appears. Case passed to 07/19/2017 at 9:00 a.m. for Respondent's counsel status. JHS/ra
**Hearing Continued From:** 06/21/2017;  9:00 AM Court Trial

**Judge/Clerk - Note**

Respondent notified by email that all future documents will need to be filed with the Court by fax and not with the staff by email to ensure proper and timely filing on the case. sp

**Notice of Hearing Filed**

Notice of Hearing and Motion for Continuance filed by Cynthia Haynes
    **Filed By:** CYNTHIA KAY HAYNES

06/20/2017    **Motion Filed**

MOTION TO RESCIND ALL PRIOR ORDERS AND RECUSE

06/02/2017    **Motion of Withdrawl of Counsel**

Motion to Withdraw; Electronic Filing Certificate of Service.
    **Filed By:** JASPER N EDMUNDSON
    **On Behalf Of:** CYNTHIA KAY HAYNES

04/21/2017    **Court Trial Scheduled**

    **Associated Entries:** 06/21/2017 - Hearing Continued/Rescheduled
    **Scheduled For:** 06/21/2017;  9:00 AM ;  JOHN H SHOCK;  Butler

**Motion Granted/Sustained**

    **Associated Entries:** 04/20/2017 - Motion for Continuance

**Hearing Continued/Rescheduled**

Counsel J Edmundson appears. Motion for Continuance granted. Case passed to 06/21/2017 at 9:00 a.m. for trial. JHS/ra
    **Hearing Continued From:** 04/21/2017;  9:00 AM Court Trial

04/20/2017    **Proposed Order Filed**

Order for Continuance; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI

**Motion for Continuance**

Motion for Continuance; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **Associated Entries:** 04/21/2017 - Motion Granted/Sustained

03/31/2017    **Case Review Held**

Counsel Williams appears. Case remains set for trial on 04/21/2017 at 9:00 a.m. for trial. JHS/ra
    **Scheduled For:** 03/31/2017;  10:00 AM ;  JOHN H SHOCK;  Butler

03/30/2017    **Motion for Continuance**

Motion to Continue; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion for Continuance**

Motion for Continuance; Electronic Filing Certificate of Service.
    **Filed By:** JENNIFER R WILLIAMS
    **On Behalf Of:** JENNIFER R WILLIAMS

02/08/2017    **Case Review Scheduled**

    **Associated Entries:** 03/31/2017 - Case Review Held
    **Scheduled For:** 03/31/2017;  10:00 AM ;  JOHN H SHOCK;  Butler

02/03/2017    **Order**

Order Amending Temporary Custody Order

**Order**

Order for Guardian Ad Litem to Access Juvenile Case

**Note to Clerk eFiling**
    **Filed By:** JENNIFER R WILLIAMS

**Proposed Order Filed**

Order to Amend Temporary Custody Order; Electronic Filing Certificate of Service.
    **Filed By:** JENNIFER R WILLIAMS

**Proposed Order Filed**

Order for Guardian Ad Litem to Access Juvenile Case; Electronic Filing Certificate of Service.
    **Filed By:** JENNIFER R WILLIAMS

**Motion Hearing Held**

Petitioner appears with Counsel Liszewski. Respondent appears with Counsel J. Edmundson. Intervenor appears with Counsel Maness. GAL Williams appears. By agreement of the parties, the Court orders the minor children Mikaela Haynes and Sara Haynes to be taken into custody by the Ripley County Juvenile Office. The Court and the parties agree that this order is in the minor children's best interest. JHS/ra
    **Scheduled For:** 02/03/2017;  9:00 AM ;  JOHN H SHOCK;  Butler

**01/31/2017**    **Notice of Hearing Filed**

Notice hearing; Electronic Filing Certificate of Service.
    **Filed By:** JENNIFER R WILLIAMS
    **On Behalf Of:** JENNIFER R WILLIAMS

**Motion to Shorten Time**

Motion to Shorten Time; Electronic Filing Certificate of Service.
    **Filed By:** JENNIFER R WILLIAMS

**Motion Filed**

Motion for GAL to Access Juvenile Case; Electronic Filing Certificate of Service.
    **Filed By:** JENNIFER R WILLIAMS

**Motion Filed**

Motion to Amend Temporary Custody Order; Exhibit A - Charles Haynes Bond; Electronic Filing Certificate of Service.
    **On Behalf Of:** CYNTHIA KAY HAYNES

**01/30/2017**    **Order Appointing GAL**

**Proposed Order Filed**

proposed Order for Appt of GAL; Electronic Filing Certificate of Service.
    **Filed By:** JENNIFER R WILLIAMS
    **On Behalf Of:** JENNIFER R WILLIAMS

**01/26/2017**    **Note to Clerk eFiling**
    **Filed By:** SIEGRID SMITH MANESS

**Motion Filed**

Motion to Modify Clarify Order; Electronic Filing Certificate of Service.
    **Filed By:** SIEGRID SMITH MANESS
    **On Behalf Of:** BERNICE HAYNES

**Motion Hearing Scheduled**
    **Associated Entries: 02/03/2017 - Motion Hearing Held**
    **Scheduled For:** 02/03/2017;  9:00 AM ;  JOHN H SHOCK;  Butler

| | |
|---|---|
| **01/25/2017** | **Notice of Hearing Filed** |
| | Notice hearing; Electronic Filing Certificate of Service. |
| | **Filed By:** JENNIFER R WILLIAMS |
| | **On Behalf Of:** JENNIFER R WILLIAMS |
| | **Motion Filed** |
| | Motion to Amend Temporary Custody Order; Electronic Filing Certificate of Service. |
| | **Filed By:** JENNIFER R WILLIAMS |
| **01/18/2017** | **Order** |
| | Order for GAL's Additional Cost Deposit entered and attached. JHS/sp |
| **01/13/2017** | **Motion Granted/Sustained** |
| | **Associated Entries: 01/11/2017 - Motion Filed** |
| | **Motion Denied** |
| | **Associated Entries: 01/03/2017 - Motion for Re-Hearing Filed** |
| | **Motion Hearing Held** |
| | Counsels J. Edmundson, Liszewski, Maness and Williams appear. Motion to present additional evidence is denied. Motion for additional GAL fees granted. Case remains set for trial on 4/21/17 at 9:00 am. So Ordered. JHS |
| | **Scheduled For:** 01/13/2017;  9:00 AM ;  JOHN H SHOCK;  Butler |
| **01/11/2017** | **Answer Filed** |
| | Intervenor Answer to Respondents Motion to Present Additional Evidence; Electronic Filing Certificate of Service. |
| | **Filed By:** SIEGRID SMITH MANESS |
| | **On Behalf Of:** BERNICE HAYNES |
| | **Motion Filed** |
| | GALs Motion for Additional Cost Deposit; Electronic Filing Certificate of Service. Forwarded to Judge for review./jv |
| | **Filed By:** JENNIFER R WILLIAMS |
| | **On Behalf Of:** JENNIFER R WILLIAMS |
| | **Associated Entries: 01/13/2017 - Motion Granted/Sustained** |
| **01/03/2017** | **Motion for Re-Hearing Filed** |
| | Amended Motion to Present Additional Evidence; Electronic Filing Certificate of Service. |
| | **Filed By:** JASPER N EDMUNDSON |
| | **On Behalf Of:** CYNTHIA KAY HAYNES |
| | **Associated Entries: 01/13/2017 - Motion Denied** |
| | **Motion Hearing Scheduled** |
| | **Associated Entries: 01/13/2017 - Motion Hearing Held** |
| | **Scheduled For:** 01/13/2017;  9:00 AM ;  JOHN H SHOCK;  Butler |
| **12/30/2016** | **Notice of Hearing Filed** |
| | Notice of Hearing - Motion to Produce Additional Evidence; Electronic Filing Certificate of Service. |
| | **Filed By:** JASPER N EDMUNDSON |
| | **On Behalf Of:** CYNTHIA KAY HAYNES |
| | **Motion for Re-Hearing Filed** |
| | Motion to Present Additional Evidence; Electronic Filing Certificate of Service in response to Order filed on 12/22/2016. |
| | **Filed By:** JASPER N EDMUNDSON |

**12/22/2016**    **Order**
Order Regarding Emergency Motion for Child Custody Pendente Lite
    **Associated Entries: 12/17/2013 - Petition Filed - Domestic Rel**

    **Note to Clerk eFiling**
      **Filed By:** THEODORE ERIC LISZEWSKI

    **Proposed Order Filed**
Temporary Custody Order; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**12/19/2016**    **Memorandum Filed**
Docket Memorandum regarding temporary custody. Counsel Liszewski to prepare formal Judgment of Temporary Custody.
    **Filed By:** JOHN H SHOCK

**12/07/2016**    **Court Trial Scheduled**
    **Associated Entries: 04/21/2017 - Hearing Continued/Rescheduled**
    **Scheduled For:** 04/21/2017;  9:00 AM ;  JOHN H SHOCK;  Butler

    **Sound Recording Log Sheet**

    **Motion Hearing Held**
Petitioner appears with Counsel Liszewski. Respondent appears with Counsel Edmundson. Intervenor appears with Counsel Maness. GAL Williams appears. Evidence adduced on respondent's opposition to Counsel Maness representing Intervenor. The Court finds that Counsel Maness does not have a conflict of interest. Motion denied. Evidence adduced on Respondent's Pendente Lite Motion. Pendente Lite Motion taken under advisement. Case passed to 04/21/2017 at 9:00 a.m. for trial. JHS/ra
    **Scheduled For:** 12/07/2016;  10:30 AM ;  JOHN H SHOCK;  Butler

**12/06/2016**    **Answer Filed**
Answer; Electronic Filing Certificate of Service.
    **Filed By:** SIEGRID SMITH MANESS
    **On Behalf Of:** BERNICE HAYNES

    **Response Filed**
Respondents Response in Opposition to Proposed Intervenors Motion to Intervene; Electronic Filing Certificate of Service in response to Intervene filed on 11/09/2016.
    **Filed By:** JASPER N EDMUNDSON
    **On Behalf Of:** CYNTHIA KAY HAYNES

**11/09/2016**    **Motion Hearing Scheduled**
    **Associated Entries: 12/07/2016 - Motion Hearing Held**
    **Scheduled For:** 12/07/2016;  10:30 AM ;  JOHN H SHOCK;  Butler

    **Motion Granted/Sustained**
Motion to Intervene granted. Motion to Withdraw granted.
    **Associated Entries: 11/02/2016 - Motion to Withdraw**
    **Associated Entries: 11/09/2016 - Motion to Intervene**

    **Motion Hearing Held**
Counsels Innes, Williams, Liszewski, and Maness appear. Counsel Maness' Motion to Withdraw granted. Bernice Haynes Motion to Intervene granted without objection. Case passed to 12/07/2016 at 10:30 a.m. for motion hearing. JHS/ra
    **Scheduled For:** 11/09/2016;  9:00 AM ;  JOHN H SHOCK;  Butler

    **Note to Clerk eFiling**
      **Filed By:** SIEGRID SMITH MANESS

**Motion to Intervene**
Motion to Intervene; Electronic Filing Certificate of Service.
**Filed By:** SIEGRID SMITH MANESS
**Associated Entries: 11/09/2016 - Motion Granted/Sustained**
**Associated Entries: 12/17/2013 - Petition Filed - Domestic Rel**

**Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
**Filed By:** SIEGRID SMITH MANESS

**Notice**
Notice Calling Up to Set Hearing; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI
**On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion Filed**
Temporary Motion Pendente Lite; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI

| | |
|---|---|
| 11/02/2016 | **Notice of Hearing Filed**<br>Notice; Electronic Filing Certificate of Service.<br>**Filed By:** SIEGRID SMITH MANESS<br>**On Behalf Of:** CHARLES MICHAEL HAYNES |

**Motion to Withdraw**
Motion to Withdraw; Electronic Filing Certificate of Service.
**Filed By:** SIEGRID SMITH MANESS
**Associated Entries: 11/09/2016 - Motion Granted/Sustained**

| | |
|---|---|
| 10/24/2016 | **Case Review Scheduled**<br>**Associated Entries: 11/09/2016 - Motion Hearing Held**<br>**Scheduled For:** 11/09/2016;  9:00 AM ;  JOHN H SHOCK;  Butler |

**Motion Granted/Sustained**
Motion to Compel granted.
**Associated Entries: 10/17/2016 - Motion to Compel**

**Hearing/Trial Cancelled**
Counsels Edmundson, Williams and Liszewski appear. Motion to Compel granted. Respondent ordered to provide discovery answers on or before 11-09-16. Case passed to 11-09-16 at 9:00 a.m. in Butler County. JHS/sp
**Scheduled For:** 10/24/2016;  9:00 AM ;  JOHN H SHOCK;  Ripley

| | |
|---|---|
| 10/17/2016 | **Notice of Hearing Filed**<br>Notice of Hearing - Motion to Compel Discovery; Electronic Filing Certificate of Service.<br>**Filed By:** JASPER N EDMUNDSON<br>**On Behalf Of:** CYNTHIA KAY HAYNES |

**Motion to Compel**
Motion to Compel Discovery; Electronic Filing Certificate of Service.
**Filed By:** JASPER N EDMUNDSON
**Associated Entries: 10/24/2016 - Motion Granted/Sustained**

| | |
|---|---|
| 09/09/2016 | **Court Trial Scheduled**<br>**Associated Entries: 10/24/2016 - Hearing/Trial Cancelled**<br>**Scheduled For:** 10/24/2016;  9:00 AM ;  JOHN H SHOCK;  Ripley |

**Hearing Continued/Rescheduled**

Due to unavailability of the Court, case reset for trial at 9:00 a.m. on 10/24/2016. JHS/ra
**Hearing Continued From:** 09/19/2016;  9:00 AM Court Trial

**07/06/2016**   **Court Trial Scheduled**
**Associated Entries: 09/09/2016 - Hearing Continued/Rescheduled**
**Scheduled For:** 09/19/2016;  9:00 AM ;  JOHN H SHOCK;  Butler

**Hearing Continued/Rescheduled**
Counsels Edmundson and Liszewski appear. Case passed to 9/19/16 @ 9:00 a.m. for trial. JHS
**Hearing Continued From:** 07/06/2016;  9:00 AM Case Review

**05/06/2016**   **Case Review Scheduled**
**Associated Entries: 07/06/2016 - Hearing Continued/Rescheduled**
**Scheduled For:** 07/06/2016;  9:00 AM ;  JOHN H SHOCK;  Butler

**Hearing Held**
Counsels Edmundson, Maness and Liszewski appear. Oral motion for GAL granted. Jennifer Williams
appointed GAL. Gal fee of $1,500.00 ordered, $750.00 to be paid by each party. Case passed to
7/6/2016 at 9:00 a.m. for case review. JHS/ra
**Scheduled For:** 05/06/2016;  9:00 AM ;  JOHN H SHOCK;  Butler

**Hearing/Trial Cancelled**
**Scheduled For:** 05/20/2016;  9:00 AM ;  JOHN H SHOCK;  Butler

**04/28/2016**   **Motion Hearing Scheduled**
**Associated Entries: 05/06/2016 - Hearing Held**
**Scheduled For:** 05/06/2016;  9:00 AM ;  JOHN H SHOCK;  Butler

**Notice of Hearing Filed**
Notice of Hearing; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI
**On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion for Continuance**
Motion to Continue; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI

**Motion for Appointment of GAL**
Motion to Appoint Guardian Ad Litem; Proposed Order; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI

**02/26/2016**   **Court Trial Scheduled**
**Associated Entries: 05/06/2016 - Hearing/Trial Cancelled**
**Scheduled For:** 05/20/2016;  9:00 AM ;  JOHN H SHOCK;  Butler

**Trial Setting Held**
Counsels Liszewski and Warren appear. Case passed to 05/20/2016 at 9:00 a.m. for trial. JHS/ra
**Scheduled For:** 02/26/2016;  9:00 AM ;  JOHN H SHOCK;  Butler

**02/19/2016**   **Trial Setting Scheduled**
**Associated Entries: 02/26/2016 - Trial Setting Held**
**Scheduled For:** 02/26/2016;  9:00 AM ;  JOHN H SHOCK;  Butler

**Hearing Continued/Rescheduled**
Counsel Edmundson appears. Case re-scheduled for trial setting on 02/26/2016 at 9:00 a.m. JHS/ra
**Hearing Continued From:** 03/16/2016;  9:00 AM Trial Setting

**Hearing Held**
**Scheduled For:** 02/19/2016;  9:00 AM ;  JOHN H SHOCK;  Butler

**01/20/2016**     **Trial Setting Scheduled**
            **Associated Entries:** 02/19/2016 - Hearing Continued/Rescheduled
            **Scheduled For:** 03/16/2016;  9:00 AM ;  JOHN H SHOCK;  Butler

            **Case Review Held**
            Counsel Warren appears. Counsel Liszewski's motion for extension of time is granted. Case passed to 3-16-16 at 9:00 a.m. for trial setting. JHS/sp
            **Scheduled For:** 01/20/2016;  9:00 AM ;  JOHN H SHOCK;  Butler

**01/19/2016**     **Motion for Extension of Time**
            Motion for Extension of Time to Respond to Discovery Request; Electronic Filing Certificate of Service.
            **Filed By:** THEODORE ERIC LISZEWSKI
            **On Behalf Of:** CHARLES MICHAEL HAYNES

            **Motion for Continuance**
            Motion to Continue; Electronic Filing Certificate of Service.
            **Filed By:** THEODORE ERIC LISZEWSKI
            **On Behalf Of:** CHARLES MICHAEL HAYNES

**12/31/2015**     **Entry of Appearance Filed**
            Entry of Appearance; Electronic Filing Certificate of Service.
            **Filed By:** THEODORE ERIC LISZEWSKI
            **On Behalf Of:** CHARLES MICHAEL HAYNES

**12/16/2015**     **Notice of Court Hearing Sent**
            Notice of hearing forwarded to Petitioner Charles Haynes at last known address.

            **Motion Granted/Sustained**
            **Associated Entries:** 11/20/2015 - Motion for Extension of Time
            **Associated Entries:** 11/20/2015 - Motion of Withdrawl of Counsel

            **Case Review Scheduled**
            **Associated Entries:** 01/20/2016 - Case Review Held
            **Scheduled For:** 01/20/2016;  9:00 AM ;  JOHN H SHOCK;  Butler

            **Motion Hearing Held**
            Counsels Richardson and Yarbro appear. Petitioner's Motion for Extenstion of Time granted. Petitioner to answer discovery within thirty days. Motion to Withdraw granted. Case passed to 1/20/16 @ 9:00 a.m. for announcement. JHS
            **Scheduled For:** 12/16/2015;  9:00 AM ;  JOHN H SHOCK;  Butler

**12/15/2015**     **Correspondence Filed**
            Letter to Court; Electronic Filing Certificate of Service.
            **Filed By:** SIEGRID SMITH MANESS
            **On Behalf Of:** CHARLES MICHAEL HAYNES

**12/10/2015**     **Motion Hearing Scheduled**
            **Associated Entries:** 12/16/2015 - Motion Hearing Held
            **Scheduled For:** 12/16/2015;  9:00 AM ;  JOHN H SHOCK;  Butler

            **Notice of Hearing Filed**
            Notice of Hearing; Electronic Filing Certificate of Service.
            **Filed By:** CHRISTOPHER L YARBRO

**11/20/2015**     **Motion of Withdrawl of Counsel**
            Motion for Leave to Withdraw as Counsel for Petitioner; Electronic Filing Certificate of Service.

**Filed By:** CHRISTOPHER L YARBRO
**Associated Entries: 12/16/2015 - Motion Granted/Sustained**

**Motion for Extension of Time**
Motion for Extension of Time to File Discovery Responses; Electronic Filing Certificate of Service.
**Filed By:** CHRISTOPHER L YARBRO
**On Behalf Of:** CHARLES MICHAEL HAYNES
**Associated Entries: 12/16/2015 - Motion Granted/Sustained**

**11/06/2015**    **Case Review Scheduled**
**Associated Entries: 02/19/2016 - Hearing Held**
**Scheduled For:** 02/19/2016;  9:00 AM ;  JOHN H SHOCK;  Butler

**Case Review Held**
Counsels Yarbro and Richardson appear. Case passed to 2/19/16 at 9:00 am for case review. JHS
**Scheduled For:** 11/06/2015;  9:00 AM ;  JOHN H SHOCK;  Butler

**10/08/2015**    **Filing:**
Withdrawal of Notice to Take Depositions; Electronic Filing Certificate of Service.
**Filed By:** CHRISTOPHER L YARBRO
**On Behalf Of:** CHARLES MICHAEL HAYNES

**10/02/2015**    **Order for Temporary Custody**
Order for Temporary Visitation entered. - JHS - ORDER FOR TEMPORARY VISITATION ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE NET.

**Cert Serv Answers Interrog Fil**
Certificate of Service - Respondent's Answers to Petitioner's First Set of Interrogatories and Response to Petitioner's First Request for Production of Document; Electronic Filing Certificate of Service.
**Filed By:** JASPER N EDMUNDSON
**On Behalf Of:** CYNTHIA KAY HAYNES

**Proposed Order Filed**
Proposed Order for Temporary Visitation; Electronic Filing Certificate of Service.
**Filed By:** CHRISTOPHER L YARBRO
**On Behalf Of:** CHARLES MICHAEL HAYNES

**Case Review Scheduled**
**Associated Entries: 11/06/2015 - Case Review Held**
**Scheduled For:** 11/06/2015;  9:00 AM ;  JOHN H SHOCK;  Butler

**Hearing/Trial Cancelled**
**Scheduled For:** 10/26/2015;  9:00 AM ;  JOHN H SHOCK;  Ripley

**Motion Hearing Held**
Counsels Edmundson, Yarbro and Maness appear. Parties settle temporary issues. Counsel Yarbro to submit Temporary Order. Case taken off 10/26/15 docket. Case passed to 11/6/15 @ 9:00 a.m. for case review. JHS
**Scheduled For:** 10/02/2015;  9:00 AM ;  JOHN H SHOCK;  Butler

**10/01/2015**    **Cert Serv of Interrog Filed**
Certificate of Service - Respondent's First Set of Interrogatories to Petitioner and Respondent's First Request for Production of Documents to Petitioner; Electronic Filing Certificate of Service.
**Filed By:** JASPER N EDMUNDSON
**On Behalf Of:** CYNTHIA KAY HAYNES

**09/23/2015**    **Subpoena Issued**
Subpoena issued to Melissa Hogg. Subpoena attached in PDF form for attorney to retrieve from secure

case net for service.

**Subpoena Requested**
Request for Issuance of Subpoena; Electronic Filing Certificate of Service.
    **Filed By:** CHRISTOPHER L YARBRO

**Notice to Take Deposition**
Notice to Take Depositions; Electronic Filing Certificate of Service.
    **Filed By:** CHRISTOPHER L YARBRO
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion Hearing Scheduled**
    **Associated Entries: 10/02/2015 - Motion Hearing Held**
    **Scheduled For:** 10/02/2015;  9:00 AM ;  JOHN H SHOCK;  Butler

**Notice of Hearing Filed**
Notice of Hearing; Electronic Filing Certificate of Service.
    **Filed By:** CHRISTOPHER L YARBRO
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion for Visitation**
Motion for Temporary Visitation; Electronic Filing Certificate of Service.
    **Filed By:** CHRISTOPHER L YARBRO

**08/10/2015**  **Court Trial Scheduled**
    **Associated Entries: 10/02/2015 - Hearing/Trial Cancelled**
    **Scheduled For:** 10/26/2015;  9:00 AM ;  JOHN H SHOCK;  Ripley

**Hearing Continued/Rescheduled**
By agreement of parties, case set for trial at 9:00 a.m. on 10/26/2015. JHS/ra
    **Hearing Continued From:** 08/21/2015;  9:00 AM Bench Trial

**Hearing/Trial Cancelled**
    **Scheduled For:** 08/10/2015;  9:00 AM ;  JOHN H SHOCK;  Ripley

**08/06/2015**  **Available/Conflict Dates Filed**
Correspondence - Available dates; Electronic Filing Certificate of Service.
    **Filed By:** JASPER N EDMUNDSON
    **On Behalf Of:** CYNTHIA KAY HAYNES

**07/13/2015**  **Notice of Hearing Filed**
Notice of Hearing; Electronic Filing Certificate of Service.
    **Filed By:** CHRISTOPHER L YARBRO
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**06/30/2015**  **Cert Serv of Interrog Filed**
Certificate of Service; Electronic Filing Certificate of Service.
    **Filed By:** CHRISTOPHER L YARBRO
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**06/26/2015**  **Motion for Continuance**
Motion for Continuance; Electronic Filing Certificate of Service.
    **Filed By:** CHRISTOPHER L YARBRO
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** CHRISTOPHER L YARBRO

**06/24/2015**   **Bench Trial Scheduled**
  **Associated Entries: 08/10/2015 - Hearing Continued/Rescheduled**  🔗
  **Scheduled For:** 08/21/2015;  9:00 AM ;  JOHN H SHOCK;  Butler

  **Trial Setting Held**
  **Scheduled For:** 06/26/2015;  9:00 AM ;  JOHN H SHOCK;  Butler

**06/22/2015**   **Trial Setting Scheduled**
  **Associated Entries: 06/24/2015 - Trial Setting Held**
  **Scheduled For:** 06/26/2015;  9:00 AM ;  JOHN H SHOCK;  Butler

  **Hearing/Trial Cancelled**
  Counsels Maness and Edmundson appear. Case passed for trial setting to 6/26/15 at 9:00 a.m. in
  Butler County. JHS/ra
  **Scheduled For:** 06/22/2015;  9:00 AM ;  JOHN H SHOCK;  Ripley

**06/16/2015**   **Trial Setting Scheduled**
  **Associated Entries: 06/22/2015 - Hearing/Trial Cancelled**  🔗
  **Scheduled For:** 06/22/2015;  9:00 AM ;  JOHN H SHOCK;  Ripley

  **Notice of Hearing Filed**
  Notice of Hearing - Trial Setting; Electronic Filing Certificate of Service.
  **Filed By:** JASPER N EDMUNDSON
  **On Behalf Of:** CYNTHIA KAY HAYNES

**06/08/2015**   **Case Review Scheduled**
  **Associated Entries: 08/10/2015 - Hearing/Trial Cancelled**
  **Scheduled For:** 08/10/2015;  9:00 AM ;  JOHN H SHOCK;  Ripley

  **Hearing Continued/Rescheduled**
  Counsel Maness appears. Counsel Edmundson provides available dates. Case passed to 08/10/2015
  at 9:00 a.m. for case review. JHS/ra
  **Hearing Continued From:** 06/08/2015;  9:00 AM Case Review

  **Correspondence Filed**
  Correspondence - Available dates; Electronic Filing Certificate of Service.
  **Filed By:** JASPER N EDMUNDSON

**05/27/2015**   **Notice of Hearing Filed**
  Notice of Hearing - Trial Setting; Electronic Filing Certificate of Service.
  **Filed By:** JASPER N EDMUNDSON
  **On Behalf Of:** CYNTHIA KAY HAYNES

**05/12/2015**   **Case Review Scheduled**
  **Associated Entries: 06/08/2015 - Hearing Continued/Rescheduled**  🔗
  **Scheduled For:** 06/08/2015;  9:00 AM ;  JOHN H SHOCK;  Ripley

**05/11/2015**   **Hearing Continued/Rescheduled**
  Counsel Innes and Maness appear. Case passed to 6/8/2015 at 9:00 a.m. for case review. JHS/ra
  **Hearing Continued From:** 05/11/2015;  9:00 AM Case Review

**05/08/2015**   **Counterclaim\Petition Filed**
  Counter-Petition for Dissolution of Marriage; Electronic Filing Certificate of Service.
  **Filed By:** JASPER N EDMUNDSON
  **On Behalf Of:** CYNTHIA KAY HAYNES

**04/30/2015**    **Mot for Leave to File Out/Time**

Motion for Leave to File Answer Out of Time; Exhibit A - Answer to Petition for Dissolution of Marriage; Electronic Filing Certificate of Service.
> **Filed By:** JASPER N EDMUNDSON
> **On Behalf Of:** CYNTHIA KAY HAYNES

**04/23/2015**    **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.
> **Filed By:** JASPER N EDMUNDSON

**04/13/2015**    **Notice**

Notice of entry mailed to respondent.

**Case Review Scheduled**
> **Associated Entries: 05/11/2015 - Hearing Continued/Rescheduled** 🔋
> **Scheduled For:** 05/11/2015;  9:00 AM ;  JOHN H SHOCK;  Ripley

**Hearing Continued/Rescheduled**
> **Hearing Continued From:** 06/08/2015;  9:00 AM Case Review

**Motion Hearing Held**

No appearances. Counsel French's motion to withdraw taken up and granted. Case passed to 05/11/2015 for announcement. JHS/ra
> **Scheduled For:** 04/27/2015;  9:00 AM ;  JOHN H SHOCK;  Ripley

**03/31/2015**    **Motion Hearing Scheduled**
> **Associated Entries: 04/13/2015 - Motion Hearing Held** 🔋
> **Scheduled For:** 04/27/2015;  9:00 AM ;  JOHN H SHOCK;  Ripley

**Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.
> **Filed By:** KEITH FRENCH
> **On Behalf Of:** CYNTHIA KAY HAYNES

**Motion to Withdraw**

Motion to Withdraw; Electronic Filing Certificate of Service.
> **Filed By:** KEITH FRENCH

**01/26/2015**    **Case Review Scheduled**
> **Associated Entries: 04/13/2015 - Hearing Continued/Rescheduled**
> **Scheduled For:** 06/08/2015;  9:00 AM ;  JOHN H SHOCK;  Ripley

**Hearing Continued/Rescheduled**

By agreement of parties, case reset for case review at 9:00 a.m. on 06/08/2015. JHS/ra
> **Hearing Continued From:** 01/26/2015;  9:00 AM Case Review

**11/24/2014**    **Case Review Scheduled**
> **Associated Entries: 01/26/2015 - Hearing Continued/Rescheduled** 🔋
> **Scheduled For:** 01/26/2015;  9:00 AM ;  JOHN H SHOCK;  Ripley

**Hearing Continued/Rescheduled**

Counsel Randy Maness appears. Continuance granted and case passed to 01/26/2015 at 9:00 a.m. for announcement. WJC
> **Hearing Continued From:** 11/24/2014;  9:00 AM Case Review

**11/20/2014**    **Motion for Continuance**

Motion for Continuance; Electronic Filing Certificate of Service.
> **Filed By:** KEITH FRENCH
> **On Behalf Of:** CYNTHIA KAY HAYNES

**09/25/2014**   **Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
> **Filed By:** KEITH FRENCH
> **On Behalf Of:** CYNTHIA KAY HAYNES

**09/22/2014**   **Case Review Scheduled**
> **Associated Entries: 11/24/2014 - Hearing Continued/Rescheduled**
> **Scheduled For:** 11/24/2014;  9:00 AM ;  WILLIAM JOSEPH CLARKSON II;  Ripley

**Hearing Continued/Rescheduled**
Petitioner and counsel appear. No apperance by respondent. Case passed to 11/24/2014 at 9:00 a.m. for announcment. WJC
> **Hearing Continued From:** 09/22/2014;  9:00 AM Case Review

**07/14/2014**   **Notice**
Address verified with respondent by phone. Notice of entry mailed to respondent.

**Case Review Scheduled**
> **Associated Entries: 09/22/2014 - Hearing Continued/Rescheduled**
> **Scheduled For:** 09/22/2014;  9:00 AM ;  WILLIAM JOSEPH CLARKSON II;  Ripley

**Hearing/Trial Cancelled**
Counsel Maness appears. Case passed to 09/22/2014 at 9:00 a.m. for announcement. Clerk to notify respondent. WJC
> **Scheduled For:** 07/14/2014;  9:00 AM ;  WILLIAM JOSEPH CLARKSON II;  Ripley

**06/26/2014**   **Returned Mail-Undeliverable**
Notice of Entry returned Non Est.

**06/17/2014**   **Notice**
NOTICE OF ENTRY MAILED TO RESPONDENT

**Hearing Scheduled**
> **Associated Entries: 07/14/2014 - Hearing/Trial Cancelled**
> **Scheduled For:** 07/14/2014;  9:00 AM ;  WILLIAM JOSEPH CLARKSON II;  Ripley

**Hearing/Trial Cancelled**
Case called, Court recuses. Clerk shall transmit file to presiding judge for assignment. TDS
> **Scheduled For:** 06/17/2014;  9:01 AM ;  THOMAS D SWINDLE;  Ripley

**Judge Assigned**
Case assigned to Judge Clarkson. MMP

**01/14/2014**   **Judge/Clerk - Note**
Clerk sent out booklet to each party.

**Summons Personally Served**
Document ID - 13-SMCC-776; Served To - HAYNES, CYNTHIA KAY; Server - ; Served Date - 08-JAN-14; Served Time - 12:45:00; Service Type - Other; Reason Description - Served

**Notice of Service**
Served Summons.
> **Filed By:** SIEGRID SMITH MANESS
> **On Behalf Of:** CHARLES MICHAEL HAYNES

**12/23/2013**      **Order - Special Process Server**
                    **Associated Entries: 12/20/2013 - Motion Special Process Server**

**12/20/2013**      **Motion Special Process Server**
                    Motion for Special Process.
                    **Filed By:** SIEGRID SMITH MANESS
                    **On Behalf Of:** CHARLES MICHAEL HAYNES
                    **Associated Entries: 12/23/2013 - Order - Special Process Server**

**12/18/2013**      **Certificate of Dissolution**
                    Proposed Certificate of Dissolution.
                    **Filed By:** SIEGRID SMITH MANESS
                    **On Behalf Of:** CHARLES MICHAEL HAYNES

**12/17/2013**      **Summons Issued-Circuit**
                    Document ID: 13-SMCC-776, for HAYNES, CYNTHIA KAY.

                    **Return Scheduled**
                    **Associated Entries: 06/17/2014 - Hearing/Trial Cancelled**
                    **Scheduled For:** 06/17/2014;  9:01 AM ;  THOMAS D SWINDLE;  Ripley

                    **Filing Info Sheet eFiling**
                    **Filed By:** SIEGRID SMITH MANESS

                    **Petition Filed - Domestic Rel**
                    **On Behalf Of:** CHARLES MICHAEL HAYNES
                    **Associated Entries: 11/09/2016 - Motion to Intervene**
                    **Associated Entries: 12/22/2016 - Order**

                    **Judge Assigned**

Electronically Filed - Ripley - January 25, 2017 - 03:42 PM

STATE OF MISSOURI    )
                     )
COUNTY OF RIPLEY     )

### IN THE CIRCUIT COURT OF RIPLEY COUNTY, MISSOURI

*In re: The Marriage of Charles Haynes and Cynthia Haynes*

| | | |
|---|---|---|
| CHARLES HAYNES, | ) | |
| | ) | |
| PETITIONER, | ) | |
| | ) | |
| VS. | ) | |
| | ) | CASE NO. 13RI-CV00554 |
| CYNTHIA HAYNES, | ) | |
| | ) | CIVIL DIVISION |
| RESPONDENT, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| BERNICE HAYNES, | ) | |
| | ) | |
| INTERVENOR. | ) | |

### MOTION TO AMEND TEMPORARY CUSTODY ORDER

COMES NOW Jennifer R. Williams, Guardian Ad Litem for Mikaela Haynes and Sara Haynes,

minors, and for her Motion to Amend Temporary Custody Order states as follows:

1. On December 22, 2016, this Court entered an Order Regarding Emergency Motion for Child Custody Pendente Lite.

2. In said Order, this Court placed the minor children in the joint legal custody of Petitioner, Respondent, and Intervenor, with Intervenor as the ultimate decision maker in the event of dispute between the parties. Physical custody of the minor children was placed with the Intervenor.

3. Petitioner was awarded visitation of every Sunday from 1:00 p.m. until 6:00 p.m., with liberal additional visitation encouraged. All of Petitioner's visits were ordered to be supervised, and though the order does not specifically say so, it was the Court's intent

Electronically Filed - Ripley - January 25, 2017 - 03:42 PM

(pursuant the Court's docket memorandum filed December 19, 2016) that such visitation would be supervised directly by Intervenor.

4. Respondent was awarded visitation from 6:00 p.m. every Friday until 12:00 p.m. on Sunday, with liberal additional visitation encouraged.

5. The minor children were ordered to be enrolled in Doniphan Public Schools.

6. Since the entry of said Order on December 22, 2016, the minor children have resided with Intervenor, but have had liberal contact with Petitioner and Respondent, both in person and by telephone.

7. It is the belief of the undersigned that the minor children have had such liberal contact with Petitioner and Respondent that they have been unable to adjust to residing in the home of the Intervenor and attending public schools. In support, the following events have been reported to the undersigned:

   a. On January 19, 2017, Sara Haynes (7 years old) locked herself in the bathroom of Intervenor's home and refused to come out, saying she did not have to go to school. She was later taken to the bus stop, where she refused to get on the school bus and had to be forcibly placed on the school bus by Petitioner.

   b. Petitioner and Intervenor complain that the telephone contact between the minor children and Respondent (as well as the minor children's half sibling, Melissa Hogg) is too frequent and that the content of such telephone contact is disruptive to the children.

      i. The undersigned reviewed the telephone call history between Mikaela Haynes (12 years old) and Respondent and between Mikaela Haynes and Melissa Hogg and found that phone calls are frequent, but not so frequent as to be disruptive on their face. However, some phone calls

occurred in the late evening on school nights, when the minor children should have been in bed. Additionally, Petitioner and Intervenor complain that following such phone calls, the minor children exhibit withdrawn or disruptive behavior.

ii. The undersigned also reviewed the text history between Mikaela Haynes and Respondent and between Mikaela Haynes and Melissa Hogg and found the content has been appropriate, for the most part, but Petitioner has asked Mikaela Haynes to record on her cell phone events taking place at Intervenor's home. Additionally, some text messages occurred in the late evening on school nights, when the minor children should have been in bed.

c. On January 15, 2017, Respondent took the minor children to the Moberly, Missouri area though an ice storm was predicted to affect much of north and central Missouri. Respondent was due to have the minor children back to Intervenor's home at 12:00 p.m. on Sunday, but did not bring the children back until approximately 3:00 p.m., which interfered with Petitioner's period of visitation.

d. Intervenor reports that Respondent calls very frequently, demanding additional time with the minor children, and Respondent complains that Petitioner essentially comes and goes as he pleases from Intervenor's home, resulting in nearly unfettered access to the minor children. Respondent also continues to believe that Intervenor is not appropriately supervising the contact between Petitioner and the minor children, but the undersigned has been unable to verify the veracity of these complaints at this time.

Electronically Filed - Ripley - January 25, 2017 - 03:42 PM

    e. Pursuant to this Court's order, "No financial matters will be discussed, and neither party shall say anything in the presence of the minor children which may diminish their love and affection for any of the parties to this action." However, there is evidence that Petitioner, Respondent, and Intervenor are all failing to abide by this portion of the Court's order, which keeps the minor children in an emotionally volatile state.

    f. The minor child, Sara Haynes, reportedly cries for two days after each visit with Respondent and is nearly inconsolable.

8. The undersigned believes that it would be in the children's best interest to modify the Court's order dated December 22, 2016 in the following manner:

    a. Petitioner shall have supervised visitation with the minor children every Friday evening from 4:00 p.m. until 9:00 p.m.

    b. Respondent shall have visitation with the minor children every Friday from 9:00 p.m. until Sunday evening at 6:00 p.m. Intervenor and Respondent shall meet at Intervenor's gate to exchange custody of the minor children.

    c. Telephone contact between the minor children and Petitioner and between the minor children and Respondent should be limited to one phone call per evening (except that neither party shall call on Friday evenings, as both Petitioner and Respondent will see the minor children on Fridays), with Respondent calling between the hours of 6:00 p.m. – 7:00 p.m. and Petitioner calling between the hours of 7:00 p.m. – 8:00 p.m.

    d. The minor children shall be ordered to leave their cell phone(s) at the home of Intervenor when they attend school each day (since cell phones are prohibited at school), or in the alternative, the minor children shall return the cell phone(s)

to the party who purchased such cell phone(s) and all telephone contact shall

occur on Intervenor's home telephone or cell phone.

WHEREFORE, the undersigned prays for an order of this Court amending the Temporary Custody

Order as set forth above, and for such other and further relief as the Court deems appropriate in the

premises.

Respectfully Submitted,

/s/ Jennifer R. Williams#64597

SPAIN, MILLER, GALLOWAY & LEE, LLC
1912 Big Bend / P.O. Box 1248
Poplar Bluff, Missouri 63902
Telephone:  (573) 686-5868
Fax:  (573) 686-6885
jrw@smm-law.com

GUARDIAN AD LITEM FOR THE MINOR CHILDREN
MIKAELA HAYNES AND SARA HAYNES

Electronically Filed - Ripley - December 30, 2016 - 05:11 PM

STATE OF MISSOURI         )
                                 )     SS.
COUNTY OF RIPLEY          )

## IN THE CIRCUIT COURT OF THE COUNTY OF RIPLEY
## STATE OF MISSOURI

In Re:  The Marriage of:            )
Charles M. Haynes and           )
Cynthia K. Haynes,               )
                                 )
CHARLES M. HAYNES,         )
SSN: XXX-XX-                  )
                                 )
             Petitioner,       )
                                 )
vs.                                 )     Case No.  13RI-CV00554
                                 )
CYNTHIA K. HAYNES,          )     CIVIL DIVISION
SSN: XXX-XX-1203              )
                                 )
             Respondent.     )

## MOTION TO PRESENT ADDITIONAL EVIDENCE

        **COMES NOW** the Respondent, Charles M. Haynes, by and through her attorney, Jasper N. Edmundson, and respectfully moves to Set Aside the Order regarding Emergency Motion for Child Custody *pendente lite* entered herein on December 22, 2016, and to reopen this cause for the presentation of additional evidence, pursuant to Missouri Supreme Court Rule 78.01, which Respondent considers to be vital to the health and welfare of the minor children.

        In connection therewith, Respondent states:

        1.      Petitioner has violated the Court's Temporary Custody Order by, among other things, exercising unsupervised visitation with Mikaela and Sara and by constantly disparaging their mother to them and in their presence.

1

Electronically Filed - Ripley - December 30, 2016 - 05:11 PM

2.     In connection with the Court's most recent Order, Respondent states that she does not believe the Intervenor to capable of supervising visitation between the girls and their father, Charles Haynes, as events since the most recent hearing would seem to bear out.

**WHEREFORE**, the Respondent, Cynthia K. Haynes, prays that the Court stay the entry of Judgment in this matter and allow additional evidence to be adduced, and for any and all further just and proper relief in the premises.

Respectfully Submitted,

JASPER N. EDMUNDSON
Attorney and Counselor at Law

By: _/s/ Jasper N. Edmundson_
Jasper N. Edmundson -  #20004
Post Office Box 1049
Poplar Bluff, Missouri 63902-1049
Phone # 573/785-6416
Fax # 573/785-2130
jasper@edmundsonlawfirm.com
ATTORNEY FOR THE RESPONDENT

Electronically Filed - Ripley - December 30, 2016 - 05:11 PM

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2016, the above and foregoing instrument was filed electronically with the Clerk of the Court, and was sent to all attorneys of record by eService email generated on this day, pursuant to Missouri Supreme Court Rules 43.01 and 103.08, to be served by operation of the Court's electronic filing system upon the following:

Mr. Theodore E. Liszewski
Attorney at Law
220 North Main
Sikeston, Missouri 63801

Ms. Jennifer R. Williams
Attorney at Law
P.O. Box 1248
Poplar Bluff, Missouri  63902

Ms. Siegrid Maness
Attorney at Law
118 Washington Street
Doniphan, Missouri  63935

By:  ___/s/Joshua Rideout_____

Electronically Filed - Ripley - November 09, 2016 - 09:57 AM

STATE OF MISSOURI     )
                              )ss.
COUNTY OF RIPLEY     )

### IN THE CIRCUIT COURT OF RIPLEY COUNTY, MISSOURI

In re the Marriage of

CHARLES MICHAEL HAYNES
     Petitioner

and                                 CASE NO. 13RI-CV00554

CYNTHIA KAY HAYNES
     Respondent

### <u>MOTION TO INTERVENE</u>

Comes now Bernice Haynes, paternal grandmother of Mikaela A. Haynes, date of birth August 30, 2004 and Sara Mae Haynes, date of birth February 24, 2009, children of the parties Charles M. Haynes, petitioner and Cynthia K. Haynes, respondent, and respectfully moves that the Court grant her the right to Intervene in the above captioned cause of action, and in support thereof, states to the Court as follows:

1. That the above captioned cause is an action for Dissolution of Marriage.

2. That the minor children were born of the marriage and custody of said children is an issue in said Dissolution of Marriage.

3. The children have emotionally bonded with the Intervener.

4. The Intervener wishes to be considered as a possible placement provider for said minor children.

5. The intervention by the Intervener would be in the best interests of the minor children.

WHEREFORE, Movant prays that the Court grant her the right to Intervene in the above captioned cause.

Electronically Filed - Ripley - November 09, 2016 - 09:57 AM

MANESS & MANESS
Attorneys at Law
118 Washington Street
Doniphan, MO 63935
Telephone   573-996-3814
Facsimile   573-996-7211
Email       smaness11@windstream.net


By: */s/ Siegrid Smtih Maness*
     Siegrid Smith Maness     32294

ATTORNEYS FOR INTERVENER


**CERTIFICATE OF SERVICE**

On this 9th day of November, 2016, the undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties and in the above cause of action by operation of the Court's electronic filing system.

*/s/ Terri Giusti*

STATE OF MISSOURI          )
                           )ss.
COUNTY OF RIPLEY           )

### IN THE CIRCUIT COURT OF RIPLEY COUNTY, MISSOURI

In re the Marriage of

CHARLES MICHAEL HAYNES
    Petitioner

and                                         CASE NO. 13RI-CV00554

CYNTHIA KAY HAYNES
    Respondent

### **MOTION TO INTERVENE**

      Comes now Bernice Haynes, paternal grandmother of Mikaela A. Haynes, date of birth

August 30, 2004 and Sara Mae Haynes, date of birth February 24, 2009, children of the parties

Charles M. Haynes, petitioner and Cynthia K. Haynes, respondent, and respectfully moves that

the Court grant her the right to Intervene in the above captioned cause of action, and in support

thereof, states to the Court as follows:

      1.  That the above captioned cause is an action for Dissolution of Marriage.

      2.  That the minor children were born of the marriage and custody of said children is an

issue in said Dissolution of Marriage.

      3.  The children have emotionally bonded with the Intervener.

      4.  The Intervener wishes to be considered as a possible placement provider for said

minor children.

      5.  The intervention by the Intervener would be in the best interests of the minor children.

      WHEREFORE, Movant prays that the Court grant her the right to Intervene in the above

captioned cause.

Electronically Filed - Ripley - November 09, 2016 - 09:57 AM

MANESS & MANESS
Attorneys at Law
118 Washington Street
Doniphan, MO 63935
Telephone   573-996-3814
Facsimile   573-996-7211
Email        smaness11@windstream.net


By: /s/ *Siegrid Smtih Maness*
     Siegrid Smith Maness          32294

ATTORNEYS FOR INTERVENER


**CERTIFICATE OF SERVICE**

    On this 9th day of November, 2016, the undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties and in the above cause of action by operation of the Court's electronic filing system.

        */s/ Terri Giusti*

Electronically Filed - Ripley - February 03, 2017 - 12:51 PM

STATE OF MISSOURI    )
                            )

COUNTY OF RIPLEY     )

IN THE CIRCUIT COURT OF RIPLEY COUNTY, MISSOURI

*In re: The Marriage of Charles Haynes and Cynthia Haynes*

| | | |
|---|---|---|
| CHARLES HAYNES, | ) | |
| | ) | |
| PETITIONER, | ) | |
| | ) | |
| VS. | ) | |
| | ) | CASE NO. 13RI-CV00554 |
| CYNTHIA HAYNES, | ) | |
| | ) | CIVIL DIVISION |
| RESPONDENT, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| BERNICE HAYNES, | ) | |
| | ) | |
| INTERVENOR. | ) | |

## ORDER AMENDING TEMPORARY CUSTODY ORDER

On this 3rd day of February, 2017, the Court takes up Guardian Ad Litem's Motion to Access Juvenile Case and ORDERS as follows:

1. On December 22, 2016, this Court entered an Order Regarding Emergency Motion for Child Custody Pendente Lite.

2. In said Order, this Court placed the minor children in the joint legal custody of Petitioner, Respondent, and Intervenor, with Intervenor as the ultimate decision maker in the event of dispute between the parties.  Physical custody of the minor children was placed with the Intervenor.

3. That since the order of this Court on December 22, 2016, there has been a deterioration of conditions with the minor children to the extent that Petitioner, Respondent, Intervenor and Guardian ad Litem now agree that it is in the best interest of the minor

Electronically Filed - Ripley - February 03, 2017 - 12:51 PM

children that they be taken into custody by the Ripley County Juvenile Office and placed into the legal custody of Children's Division.

WHEREFORE, it is the order of this Court that the Ripley County Juvenile Office take the minor children, Mikaela Haynes and Sara Haynes, into care and commence emergency removal proceedings under the Chapter 211 RSMo.

So ORDERED this 3rd day of February, 2017.

_____

Hon. John H. Shock
Associate Circuit Judge

Electronically Filed - Ripley - December 22, 2016 - 09:35 AM

STATE OF MISSOURI                )
                                 ) ss
COUNTY OF RIPLEY                 )

**IN THE CIRCUIT COURT OF RIPLEY COUNTY, MISSOURI**

IN RE:  THE MARRIAGE OF          )
Charles Haynes and               )
Cynthia Haynes,                  )
                                 )
CHARLES HAYNES,                  )
SSN: XXX-XX-                     )
                                 )
                 Petitioner,     )
                                 )
vs.                              )          Case No.  13RI-CV00554
                                 )
CYNTHIA HAYNES,                  )          CIVIL DIVISION
SSN: XXX-XX-1203                 )
                                 )
                 Respondent.     )

<u>**ORDER REGARDING EMERGENCY**</u>
<u>**MOTION FOR CHILD CUSTODY PENDENTE LITE**</u>

On this _____day of December, 2016, the Court rules on Petitioner's Motion Child Custody Pendente Lite Motion.  In consideration of this ruling, the Court held a hearing on December 7, 2016, in Poplar Bluff, Missouri. Petitioner appeared in person with Counsel, Respondent appeared in person with Counsel, the Intervenor appeared in person with counsel, and minor child Mekalia Haynes appeared with her Counsel.  After hearing witness testimony, reviewing the testimony and exhibits, the Court hereby **ORDERS** as follows:

1.  Petitioner's Motion is overruled with respect to his request for placing the children in the sole legal and physical custody of Intervenor or Petitioner pending entry of a final order.

2.  Petitioner's Motion is sustained in part with respect to changing the legal custody of the minor unemancipated children.  The Court **ORDERS** that on a temporary basis or until further order of the Court that Petitioner, Respondent, and Intervenor will all share in the joint legal custody of minor children.  In the event of disagreement, Intervenor will be the ultimate decision maker with respect to the health, safety, and welfare of the minor children.

3.  After reviewing the evidence, the best interests of the minor children would be best served by placing the children in the physical custody of Intervenor pending final order

1

Electronically Filed - Ripley - December 22, 2016 - 09:35 AM

of the Court.  It is further **ORDERED** that the transfer of physical custody of the minor children shall occur December 23, 2016 at 5:00 P.M.  Intervenor and Respondent shall communicate as to what items are needed for the minor children to effectuate the transfer.  Respondent is further directed to provide clothing and other supplies at her residence that aid in the comfort and well-being of the children at the time of transfer.

4.  Regarding education, Intervenor will make all decisions regarding the children's schooling.  Intervenor has indicated that she intends to place the minor children in the Doniphan Public School District, and the Guardian Ad Litem agrees with this decision.

5.  The Court hereby grants Intervenor the power to make all educational decisions regarding the minor unemancipated children.  Petitioner and Respondent are hereby directed to execute any and all documents necessary to place the minor children in the Doniphan Public School District.  All parties shall have access to school records and Intervenor will keep the other parties informed as to the children's progress.

6.  Petitioner is awarded additional visitation and liberal supervised visitation is encouraged.  At a minimum, visitation shall be from 1:00 P.M. to 6:00 P.M. every Sunday.  Visitation on the newly ordered schedule shall commence on December 30, 2016.  At the Intervenor's discretion and after consultation with the minor children, Petitioner may be invited for other events but all visits of any nature with Petitioner shall be supervised.  There are no exceptions.

7.  Respondent is awarded visitation of the minor children and liberal visitation is encouraged.  At a minimum, visitation shall commence every Friday at 6:00 P.M. and conclude at noon on Sunday.  Visitation will commence the weekend of December 30, 2016.  At the Intervenor's discretion and after consultation with the minor children, Respondent may have additional visits with the minor children.

8.  Should the parties not be able to agree to a visitation schedule for the Christmas Eve and Christmas Day, the Court directs that Respondent is awarded visitation from 5:00 P.M. Christmas Eve to Noon on Christmas Day.  Petitioner shall be awarded visitation from 1:00 P.M. – 6:00 P.M. on Christmas Day.

9.  All parties are directed to not discuss any aspect of the pending dissolution or comment on the other party in the presence of the minor children.  No financial matters will be discussed, and neither party shall say anything in the presence of the minor children which may diminish their love and affection for any of the parties to this action.

Electronically Filed - Ripley - December 22, 2016 - 09:35 AM

So **ORDERED** this _____day of December, 2016.


                                          _____

                                          Honorable John H. Shock
                                          Associate Circuit Judge.