August 24, 2021
25 Ellie Place
N. Cape May, NJ 08204

FILED

2021 AUG 27 PM 10: 33

SHARON R. RICHMOND
CIRCUIT CLERK
RIPLEY COUNTY, MO

Honorable Judge Gary A. Kamp
c/o Sharon Richmond Court Clerk
100 Courthouse Square
Doniphan, Mo. 63935

RE: Haynes vs. Haynes—Case # 13RI-CV00554

Dear Judge Kamp:

I am writing to respectfully request to be dismissed as a party intervenor in the above referenced matter. I originally requested to intervene to request custody of my grandchildren, Mikaela and Sara Haynes. Unfortunately I am approaching 95 years of age, living with my daughter in NJ since December, 2018 and at this point with congestive heart failure and other serious health matters regretfully will not be able to seek custody of my granddaughter, Sara Haynes.

Thank you in advance for honoring this request. If you have questions or concerns I can be reached at the above address or at 856-264-8356.

Sincerely,

*Bernice C. Haynes*

Bernice C. Haynes



PLAINTIFF'S
EXHIBIT
2



Bernice Haynes
25 Ellie Pl.
Cape May, NJ 08204-3768

CERTIFIED MAIL

7020 0640 0002 2397 3667

U.S. POSTAGE PAID
FCM LETTER
CAPE MAY COURT HOUSE,
08210
AUG 24, 21
AMOUNT
$7.00
R2304M114833-05

HONORABLE JUDGE GARY A. KAMP
c/o SHARON RICHMOND, CT. CLERK
100 COURTHOUSE SQUARE
DONIPHAN, Mo. 63935

63935-169903