IN THE CIRCUIT COURT OF RIPLEY COUNTY, MISSOURI
AT DONIPHAN, MISSOURI

IN RE THE MARRIAGE OF CHARLES M. HAYNES
AND CYNTHIA K. HAYNES

FILED
2021 SEP -1 AM 10: 29
SHARON R. RICHMOND
CIRCUIT CLERK
RIPLEY COUNTY, MO

| | | |
|---|---|---|
| CHARLES M. HAYNES | ) | |
| Petitioner | ) | |
| VS. | ) 13RI-CV00554 | |
| CYNTHIA K. HAYNES | ) | |
| Respondent | ) | |
| VS | ) | |
| BERNICE HAYNES | ) | |
| Intervenor | ) | |

## JUDGEMENT AND ORDER OF DISMISSAL

The Court on this 27th day of August, 2021, being advised that Bernice Haynes, Intervenor wishes to withdraw her request to Intervene in this case and for Good and Just Cause stated in her motion, does hereby order that the Motion to Dismiss Bernice Haynes to no longer be a party in the case be sustained. It is hereby ordered that the Intevenor shall no longer have any interest in this matter and that she is dismissed per her request as a party to this matter. Clerk is order to notify all parties including the former intervenor of this order,

Dated this 27th day of August, 2021.

_____
Judge Gary A. Kamp



PLAINTIFF'S
EXHIBIT
3