September 8, 2021

FILED

2021 SEP 13  AM 10: 40

SHARON R. RICHMOND
CIRCUIT CLERK
RIPLEY COUNTY, MO

Honorable Judge Gary A. Kamp
c/o Sharon Richmond Court Clerk
100 Courthouse Square
Doniphan, Mo. 63935

RE: Haynes vs. Haynes—Case # 13RI-CV00554

Honorable Judge Kamp:

I apologize for taking your time once again, but in light of the recent communication received where Cynthia objected to your judgement and order of my dismissal as intervenor in the above mentioned case, I wasn't sure if I needed to respond; thus this letter.

When Siegrid Manness withdrew as my counsel this past summer, I was under the impression her withdrawal as counsel was due to the fact that it was no longer feasible for me (the intervenor) to seek custody of my remaining granddaughter, Sara Haynes, due to my age and declining health; I thought that was the end of it. As stated in my original request for dismissal as intervenor, I was only involved for my grandchildren. I'm not involved in this crazy divorce. My husband died in 2013, my son has been incarcerated since 2018 and I have been living with my daughter in NJ since December 2018 and have not returned and can't travel as per Dr.'s orders. I have no idea how I could have done all of the selling, moving and hiding of which I've been accused. The only friends I have in Mo. are my church lady friends that are of similar age. As I said, I'm hoping I don't have to address every insulting, hurtful claim that has been made against me. My cardiologist and pulmonary specialist are more than willing to verify my declining health which has unfortunately deteriorated even more as a result of this.

Again, I am respectfully requesting your honor to uphold his judgement and order of dismissal on 8/27/21. Please feel free to contact me at 856-264-8356 or through my daughter's email at haynesk228@gmail.com for additional clarification or concerns. Again, thank you for your time in honoring this request and I do apologize for taking your much valued time.

Respectfully,

*Bernice C. Haynes*

Bernice C. Haynes

PLAINTIFF'S
EXHIBIT
5