Rev 02/2019

United States District Court for the Eastern District of Missouri Non-Appropriated Fund

**REQUEST FOR COMPENSATION OF SERVICES AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES**

Assigned Judge: Crites Leonie  
Case Number: 1:21CV-00160-ACL  
Case Title: Haynes v. Williams  
Name of Party Represented: Charles Haynes  
Date appointed: 1-25-22  
Request for (check one): (Interim Payment)   Final Payment  
Check box if previous payments have been made in this case: ☐   Amount previously paid: $  
Judgment Entered?   Yes   (No)   If yes, Date of Judgment:  
If applicable, date of order granting leave to withdraw:   Has a fee award been made to you in this case?

Attorney's Name: Cira Duffe  
Make check payable to: (Attorney)   Firm  
Firm or Business Name: Hartmann, Duffe & Pegram, LLC  
Street Address: 101 E. Columbia St  
City/State/Zip: Farmington, MO 63640  
Phone: 573-756-8082

### Claim for Services

| In Court: | Hours Claimed | Total Amount Claimed |
|---|---|---|
| Conferences | | |
| Hearings | | |
| Trial | | |
| Other (specify on additional worksheet) | | |
| (RATE PER HOUR = $     )   IN COURT TOTALS: | | |
| **Out of Court:** | | |
| Interviews and Conferences | 1.6 | 252.80 |
| Discovery | 9.9 | 1564.20 |
| Legal Research and Brief Writing | 21.5 | 3397.00 |
| Travel Time | — | -0- |
| (RATE PER HOUR = $ 158.00)   OUT OF COURT TOTALS: | 33.0 | 5214.00 |

OVERALL TOTALS:  
TOTAL COMPENSATION CLAIMED: $ 5,214.00

(Note: The maximum compensation for attorney's fees for any one appointment in a civil case is $5,000)

### Itemized Expenses

Please refer to the Administrative Order - Attorney Admission Fee Non-Appropriated Fund governing the disbursement of funds for Services and Expenses Incurred by attorneys appointed to represent indigent parties in civil proceedings pursuant to 28 U.S.C. Section 1915(e) for guidance on allowable itemized expenses

Depositions and Transcripts ............ $ -0-  
Investigative, Expert or Other Services ........... $ -0-  
Travel Expenses ........... $ -0-  
Service of Papers/Witness Fees ........... $ -0-  
Interpreter Services ........... $ -0-  
Photographs, Photocopies, Telephone Toll Calls, Data Charges ........... $ 76.00  
Other (Please attach description) ........... $ -0-

TOTAL EXPENSES CLAIMED: $ 76.00  
TOTAL AMOUNT CLAIMED: $ 5290.00

I swear to (or affirm) the truth and correctness of the above statements and that the work performed was, in my best judgment, necessary for the adequate preparation of the above-named case. Further, I swear (or affirm) that this request is made in the absence of other sources of prepayment or reimbursement and that if any attorney fees are otherwise recovered, I shall return an equivalent amount to the District Court fund.

Attorney's Signature: [signed]   Date: 5/23/22

**APPROVED FOR PAYMENT**

Assigned Judge's Signature: Abbie Crites-Leoni   Date: 6-24-22   Amount Approved: $ 2,076.00 → $2,000 fees / $76 expenses

If the total of the reimbursement requested for out-of-pocket expenses and that already allowed exceeds $10,000, the approval of a majority of the judges on the Non-Appropriated Fund Committee is required. Reimbursement in excess of $15,000 must be approved by four district judges.

Chairperson Non-Appropriated Fund   Date   Amount Approved $