Rev 02/2019

United States District Court for the Eastern District of Missouri Non-Appropriated Fund

**REQUEST FOR COMPENSATION OF SERVICES AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES**

Assigned Judge: Crites Leonie   Case Number: 1:21CV-00160-ACL
Case Title: Haynes v. Williams
Name of Party Represented: Charles Haynes   Date appointed: 1-25-22
Request for (check one): (Interim Payment)   Final Payment
Check box if previous payments have been made in this case: ☐   Amount previously paid: $
Judgment Entered?   Yes   (No)   If yes, Date of Judgment:
If applicable, date of order granting leave to withdraw:   Has a fee award been made to you in this case?

Attorney's Name: Cira Duffe   Make check payable to: (Attorney) Firm
Firm or Business Name: Hartmann, Duffe & Pegram, LLC
Street Address: 101 E. Columbia St
City/State/Zip: Farmington, MO 63640   Phone: 573-756-8082

**Claim for Services**

| In Court: | Hours Claimed | Total Amount Claimed |
|---|---|---|
| Conferences | | |
| Hearings | | |
| Trial | | |
| Other (specify on additional worksheet) | | |
| (RATE PER HOUR = $     )   IN COURT TOTALS: | | |

| Out of Court: | | |
|---|---|---|
| Interviews and Conferences | 1.6 | 252.80 |
| Discovery | 9.9 | 1564.20 |
| Legal Research and Brief Writing | 21.5 | 3397.00 |
| Travel Time | — | -0- |
| (RATE PER HOUR = $ 158.00)   OUT OF COURT TOTALS: | 33.0 | 5214.00 |

OVERALL TOTALS:
TOTAL COMPENSATION CLAIMED: $ 5,214.00

(Note: The maximum compensation for attorney's fees for any one appointment in a civil case is $5,000.)

**Itemized Expenses**

| | |
|---|---|
| Depositions and Transcripts | $ -0- |
| Investigative, Expert or Other Services | $ -0- |
| Travel Expenses | $ -0- |
| Service of Papers/Witness Fees | $ -0- |
| Interpreter Services | $ -0- |
| Photographs, Photocopies, Telephone Toll Calls, Data Charges | $ 76.00 |
| Other (Please attach description) | $ -0- |

TOTAL EXPENSES CLAIMED: $ 76.00
TOTAL AMOUNT CLAIMED: $ 5290.00

I swear to (or affirm) the truth and correctness of the above statements...

Attorney's Signature   Date: 5/23/22

Abbie Crites-Leoni   6-24-22   $ 2,076.00 — $2,000 fees / $76 expenses
Assigned Judge's Signature   Date   Amount Approved

If the total of the reimbursement requested for out-of-pocket expenses and that already allowed exceeds $10,000, the approval of a majority of the judges on the Non-Appropriated Fund Committee is required. Reimbursement in excess of $15,000 must be approved by four district judges.

Chairperson Non-Appropriated Fund   Date   Amount Approved