**List of Cases & Attorneys who have been representing Charles Haynes from 2013 to present**

**ALL ATTORNEYS ARE PAID ON TIME AND AS OF 7/7/2022 NO ATTORNEY FEES ARE DUE**

| No. | Court & Case Number | Attorney Name | Dates of Representation |
|---|---|---|---|
| 1 | **State v. Charles Haynes 13RI-CR00907** Ripley County, Missouri | Randolph Maness | 12/02/2013-12/12/2013 |
| 2 | **State v. Charles Haynes 13RI-CR00907** Ripley County, Missouri | Daniel T. Moore John Albright | 12/09/2013-06/24/2014 12/09/2013-06/24/2014 |
| 3 | **State v. Charles Haynes 13RI-CR00907-01** Ripley County, Missouri | Daniel T. Moore John Albright | 04/04/2014-04/17/2015 12/09/2013-06/24/2014 |
| 4 | **State v. Charles Haynes 13RI-CR00907-01** Ripley County, Missouri | Christopher L. Yarbro Scott Robbins | 04/17/2015-12/07/2015 04/17/2015-12/07/2015 |
| 5 | **Cynthia Haynes v. Charles Haynes 13RA-CV01291**, Randolph County, Missouri | Gillis C. Leonard | 12/10/2013-01/10/2014 |
| 6 | **Cynthia Haynes v. Charles Haynes 14RI-CV00038**, Ripley County, Missouri | Gillis C. Leonard Siegrid Maness | 12/10/2013-09/22/2014 12/10/2013-09/22/2014 |
| 7 | **In re Charles Haynes Defendant, 14RA-CV00476**, Randolph County, Missouri | Gillis C. Leonard | 05/30/2014-07/31/2014 |
| 8 | **In re Charles Haynes, Defendant 14RA-CV00478**, Randolph County, Missouri | Gillis C. Leonard | 05/30/2014-12/08/2014 |
| 9 | **Charles Haynes v. Cynthia Haynes 13RI-CV00554**, Ripley County, Missouri | Siegrid Maness | 12/17/2013-05/29/2021 |
| 10 | **Cynthia Haynes v. Charles Haynes 13RI-CV00554**, Ripley County, Missouri | Samantha Evans Pennington | 12/17/2013-09/12/2019 |
| 11 | **In re Melissa Hogg, 14RI-JU0015** Ripley County, Missouri | Siegrid Maness | 04/07/2014-04/17/2015 |
| 12 | **In re Mikaela Haynes, 14RI-JU0016** Ripley County, Missouri | Siegrid Maness | 04/07/2014-04/17/2015 |
| 13 | **In re Sara Haynes, 14RI-JU0017** Ripley County, Missouri | Siegrid Maness | 04/07/2014-04/17/2015 |

1



PLAINTIFF'S EXHIBIT 1

| 14 | **In re Melissa Hogg, 14RI-JU0015** Ripley County, Missouri | Christopher L. Yarbro | 04/17/2015-12/07/2015 |
|---|---|---|---|
| 15 | **In re Mikaela Haynes, 14RI-JU0016** Ripley County, Missouri | Christopher L. Yarbro | 04/17/2015-12/07/2015 |
| 16 | **In re Sara Haynes, 14RI-JU0017** Ripley County, Missouri | Christopher L. Yarbro | 04/17/2015-12/07/2015 |
| 17 | **Charles Haynes v. Cynthia Haynes 13RI-CV00554,** Ripley County, Missouri | Christopher L. Yarbro | 06/27/2015-12/16/2015 |
| 18 | **State v. Charles Haynes 13RI-CR00907-01** Ripley County, Missouri | Theodor E. Liszewski | 12/31/2015-12/18/2018 |
| 19 | **State v. Charles Haynes 13RI-CR00907-01** Ripley County, Missouri | David Mills | 07/13/2018-12/18/2018 |
| 21 | **Charles Haynes v. Cynthia Haynes 13RI-CV00554,** Ripley County, Missouri | Theodor E. Liszewski | 12/31/2015-11/13/2019 |
| 22 | **In re Sara Haynes, 17RI-JU0011** Ripley County, Missouri | Theodor E. Liszewski | 02/03/2017-07/28/2018 |
| 23 | **In re Mikaela Haynes, 17RI-JU0012** Ripley County, Missouri | Theodor E. Liszewski | 02/03/2017-07/28/2018 |
| 24 | **Charles Haynes v. Cynthia Haynes 13RI-CV00554,** Ripley County, Missouri | Kerri Smith Ramona Gau Sara Marler | 11/08/2019-08/27/2021 11/08/2019-08/27/2021 11/08/2019-08/27/2021 |
| 25 | **Charles Haynes v. Cynthia Haynes 13RI-CV00554,** Ripley County, Missouri | William Halaz III | 07/27/2021-**PRESENT** |
| 26 | **Melissa Hogg v. Charles Haynes 18RI-CV00649,** Ripley County, Missouri | Keri Smith Ramona Gau | 12/13/2018-07/27/2021 12/13/2018-**PRESENT** |
| 27 | **Melissa Hogg v. Charles Haynes 22SF-CC99923,** St. Francis County, Missouri | Ramona Gau | 02/15/2022-**PRESENT** |

2