

**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

### REMITTANCE COPY

Charles M. Haynes

July 8, 2021
Matter: 285407.297562
Invoice No: 3346314

### BILLING SUMMARY

**BILLING SUMMARY THROUGH 07/08/2021**

| | |
|---|---|
| Previous Balance Due (less Payments/Credits) | $ 0.00 |
| Current Charges | $ 970.00 |
| Interest | $ 0.00 |
| **Total Charges** | **$ 970.00** |
| | |
| Current Retainer Trust Balance | $ 970.00 |
| Required Retainer Trust Balance | $ 0.00 |
| **Total Retainer Trust Deposit Due** | **$ (970.00)** |
| | |
| **Trust Only Balance** | **$ 0.00** |
| | |
| **TOTAL TRUST DEPOSIT AND CHARGES DUE** | **$ 0.00** |

---

### TOTAL AMOUNT DUE UPON RECEIPT  $0.00

---

**If you are an Autopay Client in good standing, no payment is expected at this time.
Your credit card will be charged for this invoice.**

For questions about your bill or to make a payment by phone, please call 855-LAW-BILL(855-529-2455).
Credit card payments can be made by logging into our client portal (https://cportal.cordelllaw.com).
We accept Visa, Mastercard, American Express, and Discover.

If paying by check, please mail this page with your remittance to:
600 Kellwood Parkway, Suite 300
Chesterfield, MO 63017



PLAINTIFF'S
EXHIBIT
2

Page 1 | 3



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

July 8, 2021

Matter: 285407.297562

Invoice No: 3346314

## BILLING SUMMARY DETAILS

**FEE DETAIL FOR PROFESSIONAL SERVICES THROUGH 07/08/2021**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/07/21 | WJH | █████████████████ | 1.00 | $ 195.00 |
| 07/07/21 | WJH | █████████████████ | 2.50 | $ 775.00 |
| | | **TOTAL FEES BILLED** | **3.50** | **$ 970.00** |

**HOURS AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| William J. Halaz | 277.14 | 3.50 | $ 970.00 |
| | TOTALS | 3.50 | $ 970.00 |

**TOTAL CURRENT CHARGES FOR FEES & COST/EXPENSES**          **$ 970.00**

**PAYMENTS/CREDITS APPLIED**

| | |
|---|---|
| Prior Statement Balance Due | $ 0.00 |
| New Charges | $ 970.00 |
| **Charges Due This Statement** | **$ 970.00** |

## CLIENT TRUST ACTIVITY DETAILS

**TRUST ACTIVITY THROUGH  07/08/2021**



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

July 8, 2021

Matter: 285407.297562

Invoice No: 3346314

| | | |
|---|---|---|
| 07/01/21 | **Beginning Retainer Trust Balance** | **$ 0.00** |
| | | $ 970.00 |
| | **Ending Retainer Trust Balance** | **$ 970.00** |
| | **Ending Trust Only Balance** | **$ 0.00** |

You can view up to date information regarding your case, billing history, or make a payment by registering and logging into your Client Case Center:
https://cportal.cordelllaw.com.

Remember to visit our websites DadsDivorce.com and MensDivorce.com for helpful divorce resources, information, articles, podcasts, videos, and more.



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.*®

## REMITTANCE COPY

Charles M. Haynes

August 3, 2021
Matter: 285407.297562
Invoice No: 3365397

## BILLING SUMMARY

**BILLING SUMMARY THROUGH 07/31/2021**

| | |
|---|---:|
| Previous Balance Due (less Payments/Credits) | $ 0.00 |
| Current Charges | $ 827.00 |
| Interest | $ 0.00 |
| **Total Charges** | **$ 827.00** |
| | |
| Current Retainer Trust Balance | $ 2,500.00 |
| Required Retainer Trust Balance | $ 2,500.00 |
| **Total Retainer Trust Deposit Due** | **$ 0.00** |
| | |
| **Trust Only Balance** | **$ 0.00** |
| | |
| **TOTAL TRUST DEPOSIT AND CHARGES DUE** | **$ 827.00** |

> **TOTAL AMOUNT DUE UPON RECEIPT  $827.00**

**If you are an Autopay Client in good standing, no payment is expected at this time.
Your credit card will be charged for this invoice.**

For questions about your bill or to make a payment by phone, please call 855-LAW-BILL(855-529-2455).
Credit card payments can be made by logging into our client portal (https://cportal.cordelllaw.com).
We accept Visa, Mastercard, American Express, and Discover.

If paying by check, please mail this page with your remittance to:
600 Kellwood Parkway, Suite 300
Chesterfield, MO 63017



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

August 3, 2021

Matter: 285407.297562

Invoice No: 3365397

## BILLING SUMMARY DETAILS

### FEE DETAIL FOR PROFESSIONAL SERVICES THROUGH 07/31/2021

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/28/21 | WJH | ███████████████████████████████ | 1.00 | $ 310.00 |
| 07/29/21 | WJH | ███████████████████████████████ | 0.70 | $ 217.00 |
| | | **TOTAL FEES BILLED** | **1.70** | **$ 527.00** |

### HOURS AND FEE SUMMARY

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| William J. Halaz | 310.00 | 1.70 | $ 527.00 |
| | TOTALS | 1.70 | $ 527.00 |

### COSTS RENDERED THROUGH 07/31/2021

| Date | Cost Code Description | Qty | Amount |
|------|----------------------|-----|--------|
| 07/27/21 | Cost Fee | 1.00 | $ 300.00 |
| | TOTAL | | $ 300.00 |

| | | |
|---|---|---|
| **TOTAL CURRENT CHARGES FOR FEES & COST/EXPENSES** | | **$ 827.00** |

### PAYMENTS/CREDITS APPLIED

| | | |
|---|---|---|
| | Prior Statement Balance Due | $ 970.00 |
| 07/12/21 | Payment Received | $ (970.00) |
| | New Charges | $ 827.00 |



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.*®

August 3, 2021

Matter: 285407.297562

Invoice No: 3365397

**Charges Due This Statement**                                    **$ 827.00**

## CLIENT TRUST ACTIVITY DETAILS

**TRUST ACTIVITY THROUGH  08/03/2021**

|  |  |  |
|---|---|---|
|  | **Beginning Retainer Trust Balance** | **$ 970.00** |
| 07/12/21 | Automated Escrow Transfer | $ (970.00) |
| 07/28/21 | Payment to account | $ 2,500.00 |
|  | **Ending Retainer Trust Balance** | **$ 2,500.00** |
|  | **Ending Trust Only Balance** | **$ 0.00** |

**You can view up to date information regarding your case, billing history, or make a payment by registering and logging into your Client Case Center: https://cportal.cordelllaw.com.**

**Remember to visit our websites DadsDivorce.com and MensDivorce.com for helpful divorce resources, information, articles, podcasts, videos, and more.**



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

## REMITTANCE COPY

Charles M. Haynes

August 17, 2021
Matter: 285407.297562
Invoice No: 3377609

## BILLING SUMMARY

**BILLING SUMMARY THROUGH 08/14/2021**

| | |
|---|---:|
| Previous Balance Due (less Payments/Credits) | $ 0.00 |
| Current Charges | $ 3,224.00 |
| Interest | $ 0.00 |
| **Total Charges** | **$ 3,224.00** |
| Current Retainer Trust Balance | $ 2,500.00 |
| Required Retainer Trust Balance | $ 2,500.00 |
| **Total Retainer Trust Deposit Due** | **$ 0.00** |
| **Trust Only Balance** | **$ 0.00** |
| **TOTAL TRUST DEPOSIT AND CHARGES DUE** | **$ 3,224.00** |

---

### TOTAL AMOUNT DUE UPON RECEIPT  $3,224.00

---

**If you are an Autopay Client in good standing, no payment is expected at this time.
Your credit card will be charged for this invoice.**

For questions about your bill or to make a payment by phone, please call 855-LAW-BILL(855-529-2455).
Credit card payments can be made by logging into our client portal (https://cportal.cordelllaw.com).
We accept Visa, Mastercard, American Express, and Discover.

If paying by check, please mail this page with your remittance to:
600 Kellwood Parkway, Suite 300
Chesterfield, MO 63017



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

August 17, 2021

Matter: 285407.297562

Invoice No: 3377609

### BILLING SUMMARY DETAILS

**FEE DETAIL FOR PROFESSIONAL SERVICES THROUGH 08/14/2021**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/02/21 | WJH | | 2.50 | $ 775.00 |
| 08/03/21 | WJH | | 0.10 | $ 31.00 |
| 08/04/21 | WJH | | 1.90 | $ 589.00 |
| 08/09/21 | WJH | | 3.70 | $ 1,147.00 |
| 08/10/21 | WJH | | 0.60 | $ 186.00 |
| 08/12/21 | WJH | | 0.50 | $ 155.00 |
| 08/13/21 | WJH | | 1.10 | $ 341.00 |
| | | **TOTAL FEES BILLED** | **10.40** | **$ 3,224.00** |

### HOURS AND FEE SUMMARY

| Timekeeper | Rate | | Hours | Amount |
|------------|------|--|-------|--------|
| William J. Halaz | 310.00 | | 10.40 | $ 3,224.00 |
| | | TOTALS | 10.40 | $ 3,224.00 |

**TOTAL CURRENT CHARGES FOR FEES & COST/EXPENSES**       **$ 3,224.00**



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

August 17, 2021

Matter: 285407.297562

Invoice No: 3377609

## PAYMENTS/CREDITS APPLIED

| | | |
|---|---|---|
| | Prior Statement Balance Due | $ 827.00 |
| 08/09/21 | Payment Received | $ (827.00) |
| | New Charges | $ 3,224.00 |
| | **Charges Due This Statement** | **$ 3,224.00** |

## CLIENT TRUST ACTIVITY DETAILS

**TRUST ACTIVITY THROUGH  08/17/2021**

| | | |
|---|---|---|
| | **Beginning Retainer Trust Balance** | **$ 2,500.00** |
| 08/04/21 | | $ 827.00 |
| 08/09/21 | Automated Escrow Transfer | $ (827.00) |
| | **Ending Retainer Trust Balance** | **$ 2,500.00** |
| | **Ending Trust Only Balance** | **$ 0.00** |

**You can view up to date information regarding your case, billing history, or make a payment by registering and logging into your Client Case Center:**
**https://cportal.cordelllaw.com.**

**Remember to visit our websites DadsDivorce.com and MensDivorce.com for helpful divorce resources, information, articles, podcasts, videos, and more.**



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

### REMITTANCE COPY

Charles M. Haynes

August 31, 2021
Matter: 285407.297562
Invoice No: 3390595

### BILLING SUMMARY

**BILLING SUMMARY THROUGH 08/28/2021**

| | |
|---|---:|
| Previous Balance Due (less Payments/Credits) | $ 0.00 |
| Current Charges | $ 4,030.00 |
| Interest | $ 0.00 |
| **Total Charges** | **$ 4,030.00** |
| Current Retainer Trust Balance | $ 2,500.00 |
| Required Retainer Trust Balance | $ 2,500.00 |
| **Total Retainer Trust Deposit Due** | **$ 0.00** |
| **Trust Only Balance** | **$ 0.00** |
| **TOTAL TRUST DEPOSIT AND CHARGES DUE** | **$ 4,030.00** |

---

### TOTAL AMOUNT DUE UPON RECEIPT  $4,030.00

---

**If you are an Autopay Client in good standing, no payment is expected at this time.
Your credit card will be charged for this invoice.**

For questions about your bill or to make a payment by phone, please call 855-LAW-BILL(855-529-2455).
Credit card payments can be made by logging into our client portal (https://cportal.cordelllaw.com).
We accept Visa, Mastercard, American Express, and Discover.

If paying by check, please mail this page with your remittance to:
600 Kellwood Parkway, Suite 300
Chesterfield, MO 63017



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

August 31, 2021

Matter: 285407.297562

Invoice No: 3390595

## BILLING SUMMARY DETAILS

### FEE DETAIL FOR PROFESSIONAL SERVICES THROUGH 08/28/2021

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/17/21 | WJH | | 0.10 | $ 31.00 |
| 08/20/21 | WJH | | 0.90 | $ 279.00 |
| 08/23/21 | WJH | | 0.10 | $ 31.00 |
| 08/23/21 | WJH | | 0.10 | $ 31.00 |
| 08/24/21 | WJH | | 0.20 | $ 62.00 |
| 08/26/21 | WJH | | 1.20 | $ 372.00 |
| 08/26/21 | WJH | | 0.40 | $ 124.00 |
| 08/26/21 | WJH | | 2.70 | $ 837.00 |
| 08/27/21 | WJH | | 7.00 | $ 2,170.00 |
| 08/27/21 | WJH | | 0.30 | $ 93.00 |
| | | **TOTAL FEES BILLED** | **13.00** | **$ 4,030.00** |



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

August 31, 2021

Matter: 285407.297562

Invoice No: 3390595

**HOURS AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| William J. Halaz | 310.00 | 13.00 | $ 4,030.00 |
| | TOTALS | 13.00 | $ 4,030.00 |

**TOTAL CURRENT CHARGES FOR FEES & COST/EXPENSES**     $ 4,030.00

**PAYMENTS/CREDITS APPLIED**

| | | |
|---|---|---|
| | Prior Statement Balance Due | $ 3,224.00 |
| 08/23/21 | Payment Received | $ (3,224.00) |
| | New Charges | $ 4,030.00 |
| | **Charges Due This Statement** | **$ 4,030.00** |

## CLIENT TRUST ACTIVITY DETAILS

**TRUST ACTIVITY THROUGH  08/31/2021**

| | | |
|---|---|---|
| | **Beginning Retainer Trust Balance** | **$ 2,500.00** |
| 08/20/21 | | $ 3,224.00 |
| 08/23/21 | Automated Escrow Transfer | $ (3,224.00) |
| | **Ending Retainer Trust Balance** | **$ 2,500.00** |
| | **Ending Trust Only Balance** | **$ 0.00** |

**You can view up to date information regarding your case, billing history, or make a payment by
registering and logging into your Client Case Center:
https://cportal.cordelllaw.com.**

**Remember to visit our websites DadsDivorce.com and MensDivorce.com for helpful divorce resources,
information, articles, podcasts, videos, and more.**



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

August 31, 2021

Matter: 285407.297562

Invoice No: 3390595



**PLEASE NOTE:** Effective October 1, 2021, Cordell & Cordell attorney hourly rates will be increasing pursuant to the fee agreement. This change applies to new and current clients.

If you have any questions about this update, please contact your attorney or call 855-LAW-BILL (855-529-2455)



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.*®

## REMITTANCE COPY

Charles M. Haynes

September 14, 2021
Matter: 285407.297562
Invoice No: 3402049

## BILLING SUMMARY

**BILLING SUMMARY THROUGH 09/11/2021**

| | |
|---|---:|
| Previous Balance Due (less Payments/Credits) | $ 0.00 |
| Current Charges | $ 1,519.00 |
| Interest | $ 0.00 |
| **Total Charges** | **$ 1,519.00** |
| Current Retainer Trust Balance | $ 2,500.00 |
| Required Retainer Trust Balance | $ 2,500.00 |
| **Total Retainer Trust Deposit Due** | **$ 0.00** |
| **Trust Only Balance** | **$ 0.00** |
| **TOTAL TRUST DEPOSIT AND CHARGES DUE** | **$ 1,519.00** |

> **TOTAL AMOUNT DUE UPON RECEIPT  $1,519.00**

**If you are an Autopay Client in good standing, no payment is expected at this time.
Your credit card will be charged for this invoice.**

For questions about your bill or to make a payment by phone, please call 855-LAW-BILL(855-529-2455).
Credit card payments can be made by logging into our client portal (https://cportal.cordelllaw.com).
We accept Visa, Mastercard, American Express, and Discover.

If paying by check, please mail this page with your remittance to:
600 Kellwood Parkway, Suite 300
Chesterfield, MO 63017



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

September 14, 2021

Matter: 285407.297562

Invoice No: 3402049

## BILLING SUMMARY DETAILS

### FEE DETAIL FOR PROFESSIONAL SERVICES THROUGH 09/11/2021

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/30/21 | WJH | | 0.20 | $ 62.00 |
| 08/31/21 | WJH | | 0.60 | $ 186.00 |
| 09/03/21 | WJH | | 1.30 | $ 403.00 |
| 09/07/21 | WJH | | 0.80 | $ 248.00 |
| 09/08/21 | WJH | | 0.10 | $ 31.00 |
| 09/09/21 | WJH | | 0.60 | $ 186.00 |
| 09/10/21 | WJH | | 1.30 | $ 403.00 |
| | | **TOTAL FEES BILLED** | **4.90** | **$ 1,519.00** |

### HOURS AND FEE SUMMARY

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| William J. Halaz | 310.00 | 4.90 | $ 1,519.00 |
| | TOTALS | 4.90 | $ 1,519.00 |

### COSTS RENDERED THROUGH 09/11/2021



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

September 14, 2021

Matter: 285407.297562

Invoice No: 3402049

| Date | Cost Code Description | | Qty | Amount |
|------|-----------------------|---|-----|--------|
| 09/07/21 | Mileage | | | $ 0.00 |
| | | TOTAL | | $ 0.00 |

**TOTAL CURRENT CHARGES FOR FEES & COST/EXPENSES**          $ 1,519.00

**PAYMENTS/CREDITS APPLIED**

| | | |
|---|---|---|
| | Prior Statement Balance Due | $ 4,030.00 |
| 09/07/21 | Payment Received | $ (4,030.00) |
| | New Charges | $ 1,519.00 |
| | **Charges Due This Statement** | **$ 1,519.00** |

## CLIENT TRUST ACTIVITY DETAILS

**TRUST ACTIVITY THROUGH  09/14/2021**

| | | |
|---|---|---|
| | **Beginning Retainer Trust Balance** | **$ 2,500.00** |
| 09/02/21 | | $ 4,030.00 |
| 09/07/21 | Automated Escrow Transfer | $ (4,030.00) |
| | **Ending Retainer Trust Balance** | **$ 2,500.00** |
| | **Ending Trust Only Balance** | **$ 0.00** |

**You can view up to date information regarding your case, billing history, or make a payment by registering and logging into your Client Case Center:**
**https://cportal.cordelllaw.com.**

**Remember to visit our websites DadsDivorce.com and MensDivorce.com for helpful divorce resources, information, articles, podcasts, videos, and more.**



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

September 14, 2021

Matter: 285407.297562

Invoice No: 3402049

 **PLEASE NOTE:** Effective October 1, 2021, Cordell & Cordell attorney hourly rates will be increasing pursuant to the fee agreement. This change applies to new and current clients.

If you have any questions about this update, please contact your attorney or call 855-LAW-BILL (855-529-2455).

.



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

## REMITTANCE COPY

Charles M. Haynes

September 28, 2021
Matter: 285407.297562
Invoice No: 3413896

### BILLING SUMMARY

**BILLING SUMMARY THROUGH 09/25/2021**

| | |
|---|---:|
| Previous Balance Due (less Payments/Credits) | $ 0.00 |
| Current Charges | $ 2,976.00 |
| Interest | $ 0.00 |
| **Total Charges** | **$ 2,976.00** |
| | |
| Current Retainer Trust Balance | $ 2,500.00 |
| Required Retainer Trust Balance | $ 2,500.00 |
| **Total Retainer Trust Deposit Due** | **$ 0.00** |
| | |
| **Trust Only Balance** | **$ 0.00** |
| | |
| **TOTAL TRUST DEPOSIT AND CHARGES DUE** | **$ 2,976.00** |

---

**TOTAL AMOUNT DUE UPON RECEIPT  $2,976.00**

---

**If you are an Autopay Client in good standing, no payment is expected at this time.
Your credit card will be charged for this invoice.**

For questions about your bill or to make a payment by phone, please call 855-LAW-BILL(855-529-2455).
Credit card payments can be made by logging into our client portal (https://cportal.cordelllaw.com).
We accept Visa, Mastercard, American Express, and Discover.

If paying by check, please mail this page with your remittance to:
600 Kellwood Parkway, Suite 300
Chesterfield, MO 63017



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.*®

September 28, 2021

Matter: 285407.297562

Invoice No: 3413896

## BILLING SUMMARY DETAILS

### FEE DETAIL FOR PROFESSIONAL SERVICES THROUGH 09/25/2021

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/16/21 | WJH | | 3.00 | $ 930.00 |
| 09/17/21 | WJH | | 0.40 | $ 124.00 |
| 09/17/21 | WJH | | 0.90 | $ 279.00 |
| 09/20/21 | WJH | | 0.60 | $ 186.00 |
| 09/21/21 | WJH | | 0.10 | $ 31.00 |
| 09/21/21 | WJH | | 0.10 | $ 31.00 |
| 09/22/21 | WJH | | 1.20 | $ 372.00 |
| 09/22/21 | WJH | | 0.10 | $ 31.00 |
| 09/23/21 | WJH | | 0.20 | $ 62.00 |
| 09/24/21 | WJH | | 3.00 | $ 930.00 |
| | | **TOTAL FEES BILLED** | **9.60** | **$ 2,976.00** |

### HOURS AND FEE SUMMARY

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| William J. Halaz | 310.00 | 9.60 | $ 2,976.00 |



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

September 28, 2021

Matter: 285407.297562

Invoice No: 3413896

|  | TOTALS | 9.60 | $ 2,976.00 |
|---|---|---|---|

**TOTAL CURRENT CHARGES FOR FEES & COST/EXPENSES**          **$ 2,976.00**

**PAYMENTS/CREDITS APPLIED**

| 09/20/21 | Prior Statement Balance Due | $ 1,519.00 |
|---|---|---|
|  | Payment Received | $ (1,519.00) |
|  | New Charges | $ 2,976.00 |
|  | **Charges Due This Statement** | **$ 2,976.00** |

## CLIENT TRUST ACTIVITY DETAILS

**TRUST ACTIVITY THROUGH  09/28/2021**

| 09/16/21 | **Beginning Retainer Trust Balance** | **$ 2,500.00** |
|---|---|---|
| 09/20/21 |  | $ 1,519.00 |
|  | Automated Escrow Transfer | $ (1,519.00) |
|  | **Ending Retainer Trust Balance** | **$ 2,500.00** |
|  | **Ending Trust Only Balance** | **$ 0.00** |

**You can view up to date information regarding your case, billing history, or make a payment by
registering and logging into your Client Case Center:
https://cportal.cordelllaw.com.**

**Remember to visit our websites DadsDivorce.com and MensDivorce.com for helpful divorce resources,
information, articles, podcasts, videos, and more.**



**Cordell** Cordell
A Domestic Litigation Firm

*A Partner Men Can Count On.®*

September 28, 2021

Matter: 285407.297562

Invoice No: 3413896



**PLEASE NOTE:** Effective October 1, 2021, Cordell & Cordell attorney hourly rates will be increasing pursuant to the fee agreement. This change applies to new and current clients.

If you have any questions about this update, please contact your attorney or call 855-LAW-BILL (855-529-2455)