# United States District Court
*Eastern District of Missouri*
*111 South 10th Street, Room 3.300*
*St. Louis, Missouri 63102*

*Gregory J. Linhares*  *314-244-7900*
*Clerk of Court*

July 11, 2022

Cira Duffe
Hartman, Duffe & Pegram, LLC
101 E Columbia St
Farmington, MO 63640

RE:   Cynthia K Haynes vs Jennifer Williams, et al
        1:21-CV-0160-ACL

Dear Ms Duffe,

    Pursuant to the order, which was entered by the Honorable Abbie Crites-Leoni on June 24, 2022 please find the enclosed check #4649 in the amount of $2,076.00 as reimbursement for fees and expenses submitted to this Court.

    If you have any questions regarding this matter, please feel free to contact me at (314) 244-7871.

Sincerely,

Gregory J. Linhares
Clerk of Court


/s/Linda M. Zanders
Financial Administrator

Enclosure