**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| CYNTHIA K. HAYNES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No.  1:21-CV-00160-ACL |
| JENNIFER WILLIAMS, et al., | ) ) ) |
| Defendants. | ) ) |

**STIPULATION FOR WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL CHRISTOPHER L. YARBRO, AS CUSTODIAN OF RECORDS TO COMPLY WITH DOCUMENT SUBPEONA**

COMES NOW Plaintiff, by and through her attorneys, and Christopher L. Yarbro, having reached an agreement relating to Plaintiff's subpoena of Christopher L. Yarbro, whereby enforcement of the subpoena through Plaintiff's Motion to Compel will be stayed pending Plaintiff's attempt to obtain responsive materials directly from Defendant Charles Haynes.  If Plaintiff is unable to obtain the information directly from defendant Charles Haynes, Plaintiff's counsel will notify Christopher L. Yarbro, and Plaintiff and Christopher L. Yarbro will present the issues of confidentiality and privilege to this Court through a renewed Motion to Compel or Motion to Quash.

WHEREFORE, Plaintiff hereby withdraws her Motion to Compel [Doc. 89] without prejudice.

Respectfully submitted:

| | |
|---|---|
| /s/ Christopher L. Yarbro | /s/ Laurence D. Mass |
| Christopher L. Yarbro#56659(MO) | Laurence D. Mass  #30977 |
| 1165 Cherry Street | 230 S. Bemiston Ave., Suite 1200 |
| P. O. Box 696 | St. Louis, Missouri 63105 |
| Poplar Bluff, MO 63902 | Phn: (314) 862-3333 ext. 20 |
| Telephone:    (573) 686-2459 | Fax: (314) 862-0605 |
| Telefax:        (573) 686-7822 | e-mail:  laurencedmass@att.net |
| chris@kkrylawfirm.com | |

## CERTIFICATE OF SERVICE

    This document will be filed with the Court's electronic-filing system, to be delivered to those registered users and/or their attorneys of record.

                              /s/ Christopher L. Yarbro