## CASA Depos Today

From: Ressie Thomas (ressie@poplarblufflaw.net)
To: laurencedmass@att.net
Date: Thursday, October 6, 2022 at 08:59 AM CDT

Hey Larry,

As we discussed, my client is sick today and yesterday, so I have not had the opportunity to meet with her to go over her file and secure her records.

We are agreeable to submitting all records generated by CASA, and a list of any other documents which may have been filed in the juvenile case and received by CASA. We will supply these with Bates stamps and a business records affidavit.

I will be out of town most of the next two weeks, so I would ask for an agreed date of extended time to get the records organized and submitted by November 3, 2022.

--

Ressie Thomas

Attorney at Law


Poplar Bluff Law, LLC

P.O. Box 649

Poplar Bluff, MO 63902

Phone: (573) 429-0481

email: ressie@poplarblufflaw.net

**PLAINTIFF'S EXHIBIT A**

NOTICE: You are hereby advised of the following: (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed. I am communicating to you through e-mail because you have consented to receive communications via this medium. If you should at any time desire that future communications between us be made in a different fashion, please let me know AT ONCE.


PRIVILEGED AND CONFIDENTIAL. The information contained in this e-mail transmission, and any attachments thereto, is intended for the use of the addressee(s) named within the e-mail address line either as the intended recipient or an individual copied on the e-mail. If you are not the intended recipient(s), or their agent or employee, dissemination of this communication in any manner is strictly prohibited. Anyone who receives this communication in error should notify us immediately by e-mail, return the original message and its attachments to us at the above e-mail address, and remove this message and its attachments from their computer(s).