### Re: Fw: Revised Protective Order

From: Ressie Thomas (ressie@poplarblufflaw.net)

To: laurencedmass@att.net

Date: Thursday, November 3, 2022 at 04:40 PM CDT

Do you have a signed protective order for documents in this case? I've got everything ready go except it's not bates stamped. The only thing I'm not planning to turn over are some medical records that my client received a copy of through juvenile, so those are protected through that. I assume your client would have no trouble getting those records straight from the provider, but I will name them.

> On Mon, Oct 3, 2022 at 4:18 PM Larry Mass <laurencedmass@att.net> wrote:
>
> Laurence D. Mass, Attorney at Law
> 230 S. Bemiston Ave., Suite 1200
> St. Louis, Missouri 63105
> Phn: (314) 862-3333 ext. 20
> Fax: (314) 862-0605
> e-mail: laurencedmass@att.net



PLAINTIFF'S EXHIBIT B

> **CONFIDENTIALITY NOTICE:** The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message of any attachment is strictly prohibited.
>
> ----- Forwarded Message -----
> **From:** Evita Tolu <evitatolu@outlook.com>
> **To:** Susan Dimond <sdimond@robertsperryman.com>; Larry Mass <laurencedmass@att.net>; Rick Wuestling <rwuestling@robertsperryman.com>; Dustin Goldberger <dgoldberger@robertsperryman.com>; tcollins@blantonlaw.com <tcollins@blantonlaw.com>; mstanfield@blantonlaw.com <mstanfield@blantonlaw.com>; jsteffens@limbaughlaw.com <jsteffens@limbaughlaw.com>; duffe@hdp-law.com <duffe@hdp-law.com>
> **Cc:** laurencedmass@att.net <laurencedmass@att.net>
> **Sent:** Saturday, October 1, 2022 at 02:19:14 PM CDT
> **Subject:** Revised Protective Order
>
> Counsel,
>
> Attached please find our revisions to the proposed Protective Order previously circulated by Ms. Diamond. There are several revisions made as follows:
>
>    1. A comma is added to paragraph 1 on page 2;

2. A sentence is added to paragraph 2 on page 3;
3. Several sections are added to paragraph 18. These sections are borrowed from the Missouri Rules of Professional Conduct, Rule 4-3.6 and Comments to the rule. The previous paragraph 18 selectively referred to the ethical obligations of the involved attorneys. The new expanded paragraph 18 is now fair and balanced as it contains all ethical obligations of the involved attorneys whose opinions public and/or media might seek about this case.

All changes and additions are highlighted in yellow. Please review and advise if we can file the Proposed Order with the Court. I appreciate your patience in getting our comments to you.

Best regards,

Evita Tolu

Attorney at Law

314-323-6022 telephone

314-207-0086 fax

evitatolu@outlook.com

License in California, Illinois & Missouri, nation-wide immigration practice

**PRIVILEGED & CONFIDENTIAL.** This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, then please destroy the email after advising by reply that you erroneously received this communication and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. Note: Pursuant to the US PATRIOT ACT, all electronic transmissions are subject to screening, without a court order.

The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that:

(1) e-mail communication is not a secure method of communication;

(2) any e mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and

(3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which email is passed. I am communicating with you by email at your request and with your consent. If you notify me that you do not want me to communicate with you by email, I will not send any further emails. Thank you for your cooperation.

--

Ressie Thomas

Attorney at Law


Poplar Bluff Law, LLC

P.O. Box 649

Poplar Bluff, MO 63902

Phone: (573) 429-0481

email: ressie@poplarblufflaw.net


NOTICE: You are hereby advised of the following: (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed. I am communicating to you through e-mail because you have consented to receive communications via this medium. If you should at any time desire that future communications between us be made in a different fashion, please let me know AT ONCE.


PRIVILEGED AND CONFIDENTIAL. The information contained in this e-mail transmission, and any attachments thereto, is intended for the use of the addressee(s) named within the e-mail address line either as the intended recipient or an individual copied on the e-mail. If you are not the intended recipient(s), or their agent or employee, dissemination of this communication in any manner is strictly prohibited. Anyone who receives this communication in error should notify us immediately by e-mail, return the original message and its attachments to us at the above e-mail address, and remove this message and its attachments from their computer(s).