IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA K. HAYNES (a/k/a Cynthia K. Randolph), individually and under the Missouri Wrongful Death Statute<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER WILLIAMS, individually, et al.<br><br>Defendants. | Case No: 1:21-CV-00160-ACL |

**WILLIAMS' CONSENTED MOTION FOR ADDITIONAL TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Come Now, Defendants, Jennifer Williams, individually, and Jennifer Williams, d/b/a Williams Law, (collectively, "Williams"), by and through their undersigned counsel, and for their Consented Motion for Additional Time to File a Response to Plaintiff's Motion to Compel Discovery from Defendant Williams, up through and including November 23, 2022 :

1.  On November 07, 2022, Plaintiff filed her Motion to Compel Discovery from Williams ("Motion to Compel") and a Memorandum in Support ("Memorandum in Support") of the Motion to Compel.  [Docs. 100 and 101].

2.  Pursuant to Local Rule 4.01(B), Williams' response to Plaintiff's Motion to Compel is due to be filed on or before November 21, 2022.

3.  Williams respectfully requests this Court allow Williams an extension of time of two (2) days, up through and including November 23, 2022, to file a response to the Motion to Compel.

4.  The additional time is necessary for Williams to fully evaluate the arguments raised in Plaintiff's responses to the Motion to Compel and Memorandum in Support and to research the

1

issues legal authority discussed therein and due to the associated counsels' other professional obligations and scheduling issues, including those related to the upcoming Thanksgiving holiday.

5.       On November 16, 2022, Plaintiff's counsel consented via email for Williams to receive from this Court an extension of two (2) days, up through and including November 23, 2022 to file a response to the Motion to Compel.

6.       Granting Williams' request for additional time is not done to prejudice any of the parties to this cause of action or to cause undue delay in these proceedings.

WHEREFORE, Defendants Jennifer Williams, individually, and Jennifer Williams, d/b/a Williams Law respectfully request that this Court enter an Order extending the deadline for Williams to file a response to Plaintiff's Motion to Compel Discovery from Defendant Williams, up through and including September 23 2022, and for such other relief the Court deems necessary under the circumstances.

Respectfully submitted,

ROBERTS PERRYMAN, P.C.

By:     */s/*   Dustin L. Goldberger
         Richard C. Wuestling, #30773MO
         Susan M. Dimond, #57434MO
         Dustin L. Goldberger, #70080MO
         1034 S. Brentwood, Suite 2100
         St. Louis, Missouri 63117
         Phone: (314) 421-1850
         Fax: (314) 421-4346
         rwuestling@robertsperryman.com
         sdimond@robertsperryman.com
         dgoldberger@robertsperryman.com

Attorneys for Defendants Jennifer Williams and Jennifer Williams d/b/a Williams Law

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 17, 2022, the foregoing was electronically filed with the Clerk of the Court using CM/ECF electronic filing system which will send notification of such filing to the following and email to all counsel of record.

Laurence D. Mass laurencedmass@att.net
Evita Tolu evitatolu@outlook.com
*Attorneys for Plaintiff*

John C. Steffens jsteffens@lumbaughlaw.com
*Attorneys for Defendant Bernice Haynes*

Thomas W. Collins, III tcollins@blantonlaw.com mailto:tcollins@blantonlaw.com
*Attorneys for Spain, Miller, Galloway & Lee, LLC*

Cira R. Duffe duffe@hdp-law.com
*Attorney for Defendant Charles Haynes*


             */s/ Dustin L. Goldberger*