Counsels Richardson and Yarbro appear. Petitioner's Motion for Extenstion of Time granted. Petitioner to answer discovery within thirty days. Motion to Withdraw granted. Case passed to 1/20/16 @ 9:00 a.m. for announcement. JHS
        **Scheduled For:** 12/16/2015;  9:00 AM ;  JOHN H SHOCK;  Butler

**12/15/2015**  ☐  [Correspondence Filed]
        Letter to Court; Electronic Filing Certificate of Service.
        **Filed By:** SIEGRID SMITH MANESS
        **On Behalf Of:** CHARLES MICHAEL HAYNES

**12/10/2015**  ☐  **Motion Hearing Scheduled**
        **Associated Entries:** 12/16/2015 - Motion Hearing Held  ⊞
        **Scheduled For:** 12/16/2015;  9:00 AM ;  JOHN H SHOCK;  Butler

        ☐  [Notice of Hearing Filed]
        Notice of Hearing; Electronic Filing Certificate of Service.
        **Filed By:** CHRISTOPHER L YARBRO

**11/20/2015**  ☐  [Motion of Withdrawl of Counsel]
        Motion for Leave to Withdraw as Counsel for Petitioner; Electronic Filing Certificate of Service.
        **Filed By:** CHRISTOPHER L YARBRO
        **Associated Entries:** 12/16/2015 - Motion Granted/Sustained

        ☐  [Motion for Extension of Time]
        Motion for Extension of Time to File Discovery Responses; Electronic Filing Certificate of Service.
        **Filed By:** CHRISTOPHER L YARBRO
        **On Behalf Of:** CHARLES MICHAEL HAYNES
        **Associated Entries:** 12/16/2015 - Motion Granted/Sustained

**11/06/2015**  ☐  **Case Review Scheduled**
        **Associated Entries:** 02/19/2016 - Hearing Held
        **Scheduled For:** 02/19/2016;  9:00 AM ;  JOHN H SHOCK;  Butler

        ☐  **Case Review Held**
        Counsels Yarbro and Richardson appear. Case passed to 2/19/16 at 9:00 am for case review. JHS
        **Scheduled For:** 11/06/2015;  9:00 AM ;  JOHN H SHOCK;  Butler

**10/08/2015**  ☐  [Filing:]
        Withdrawal of Notice to Take Depositions; Electronic Filing Certificate of Service.
        **Filed By:** CHRISTOPHER L YARBRO
        **On Behalf Of:** CHARLES MICHAEL HAYNES

**10/02/2015**  ☐  [Order for Temporary Custody]
        Order for Temporary Visitation entered. - JHS - ORDER FOR TEMPORARY VISITATION ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE NET.

        ☐  [Cert Serv Answers Interrog Fil]
        Certificate of Service - Respondent's Answers to Petitioner's First Set of Interrogatories and Response to Petitioner's First Request for Production of Document; Electronic Filing Certificate of Service.
        **Filed By:** JASPER N EDMUNDSON
        **On Behalf Of:** CYNTHIA KAY HAYNES

        ☐  [Proposed Order Filed]
        Proposed Order for Temporary Visitation; Electronic Filing Certificate of Service.
        **Filed By:** CHRISTOPHER L YARBRO
        **On Behalf Of:** CHARLES MICHAEL HAYNES

Exhibit 02

☐ Case Review Scheduled
  **Associated Entries:** 11/06/2015 - Case Review Held
  **Scheduled For:** 11/06/2015; 9:00 AM ; JOHN H SHOCK; Butler

☐ Hearing/Trial Cancelled
  **Scheduled For:** 10/26/2015; 9:00 AM ; JOHN H SHOCK; Ripley

☐ Motion Hearing Held
  Counsels Edmundson, Yarbro and Maness appear. Parties settle temporary issues. Counsel Yarbro to submit Temporary Order. Case taken off 10/26/15 docket. Case passed to 11/6/15 @ 9:00 a.m. for case review. JHS
  **Scheduled For:** 10/02/2015; 9:00 AM ; JOHN H SHOCK; Butler

10/01/2015  ☐ **Cert Serv of Interrog Filed**
  Certificate of Service - Respondent's First Set of Interrogatories to Petitioner and Respondent's First Request for Production of Documents to Petitioner; Electronic Filing Certificate of Service.
  **Filed By:** JASPER N EDMUNDSON
  **On Behalf Of:** CYNTHIA KAY HAYNES

09/23/2015  ☐ **Subpoena Issued**
  Subpoena issued to Melissa Hogg. Subpoena attached in PDF form for attorney to retrieve from secure case net for service.

  ☐ **Subpoena Requested**
  Request for Issuance of Subpoena; Electronic Filing Certificate of Service.
  **Filed By:** CHRISTOPHER L YARBRO

  ☐ **Notice to Take Deposition**
  Notice to Take Depositions; Electronic Filing Certificate of Service.
  **Filed By:** CHRISTOPHER L YARBRO
  **On Behalf Of:** CHARLES MICHAEL HAYNES

  ☐ Motion Hearing Scheduled
  **Associated Entries:** 10/02/2015 - Motion Hearing Held
    Counsels Edmundson, Yarbro and Maness appear. Parties settle temporary issues. Counsel Yarbro to submit Temporary Order. Case taken off 10/26/15 docket. Case passed to 11/6/15 @ 9:00 a.m. for case review. JHS
  **Scheduled For:** 10/02/2015; 9:00 AM ; JOHN H SHOCK; Butler

  ☐ **Notice of Hearing Filed**
  Notice of Hearing; Electronic Filing Certificate of Service.
  **Filed By:** CHRISTOPHER L YARBRO
  **On Behalf Of:** CHARLES MICHAEL HAYNES

  ☐ **Motion for Visitation**
  Motion for Temporary Visitation; Electronic Filing Certificate of Service.
  **Filed By:** CHRISTOPHER L YARBRO

08/10/2015  ☐ Court Trial Scheduled
  **Associated Entries:** 10/02/2015 - Hearing/Trial Cancelled
  **Scheduled For:** 10/26/2015; 9:00 AM ; JOHN H SHOCK; Ripley

  ☐ Hearing Continued/Rescheduled
  By agreement of parties, case set for trial at 9:00 a.m. on 10/26/2015. JHS/ra
  **Hearing Continued From:** 08/21/2015; 9:00 AM Bench Trial

  ☐ Hearing/Trial Cancelled
  **Scheduled For:** 08/10/2015; 9:00 AM ; JOHN H SHOCK; Ripley

Exhibit 02