County. JHS/sp
**Scheduled For:** 10/24/2016; 9:00 AM ; JOHN H SHOCK; Ripley

**10/17/2016**  ☐ **Notice of Hearing Filed**
Notice of Hearing - Motion to Compel Discovery; Electronic Filing Certificate of Service.
**Filed By:** JASPER N EDMUNDSON
**On Behalf Of:** CYNTHIA KAY HAYNES

☐ **Motion to Compel**
Motion to Compel Discovery; Electronic Filing Certificate of Service.
**Filed By:** JASPER N EDMUNDSON
**Associated Entries:** 10/24/2016 - Motion Granted/Sustained

**09/09/2016**  ☐ **Court Trial Scheduled**
**Associated Entries:** 10/24/2016 - Hearing/Trial Cancelled
**Scheduled For:** 10/24/2016; 9:00 AM ; JOHN H SHOCK; Ripley

☐ **Hearing Continued/Rescheduled**
Due to unavailability of the Court, case reset for trial at 9:00 a.m. on 10/24/2016. JHS/ra
**Hearing Continued From:** 09/19/2016; 9:00 AM Court Trial

**07/06/2016**  ☐ **Court Trial Scheduled**
**Associated Entries:** 09/09/2016 - Hearing Continued/Rescheduled
**Scheduled For:** 09/19/2016; 9:00 AM ; JOHN H SHOCK; Butler

☐ **Hearing Continued/Rescheduled**
Counsels Edmundson and Liszewski appear. Case passed to 9/19/16 @ 9:00 a.m. for trial. JHS
**Hearing Continued From:** 07/06/2016; 9:00 AM Case Review

**05/06/2016**  ☐ **Case Review Scheduled**
**Associated Entries:** 07/06/2016 - Hearing Continued/Rescheduled
**Scheduled For:** 07/06/2016; 9:00 AM ; JOHN H SHOCK; Butler

☐ **Hearing Held**
Counsels Edmundson, Maness and Liszewski appear. Oral motion for GAL granted. Jennifer Williams appointed GAL. Gal fee of $1,500.00 ordered, $750.00 to be paid by each party. Case passed to 7/6/2016 at 9:00 a.m. for case review. JHS/ra
**Scheduled For:** 05/06/2016; 9:00 AM ; JOHN H SHOCK; Butler

☐ **Hearing/Trial Cancelled**
**Scheduled For:** 05/20/2016; 9:00 AM ; JOHN H SHOCK; Butler

**04/28/2016**  ☐ **Motion Hearing Scheduled**
**Associated Entries:** 05/06/2016 - **Hearing Held**
**Scheduled For:** 05/06/2016; 9:00 AM ; JOHN H SHOCK; Butler

☐ **Notice of Hearing Filed**
Notice of Hearing; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI
**On Behalf Of:** CHARLES MICHAEL HAYNES

☐ **Motion for Continuance**
Motion to Continue; Electronic Filing Certificate of Service.
**Filed By:** THEODORE ERIC LISZEWSKI

☐ **Motion for Appointment of GAL**
Motion to Appoint Guardian Ad Litem; Proposed Order; Electronic Filing Certificate of Service.

Exhibit 03