13RI-CV00554 CHARLES M. HAYNES V. CYNTHIA K. HAYNES   [BTRWC00007]

| Description | 13RI-CV00554 CHARLES M. HAYNES V. CYNTHIA K. HAYNES<br>CC DISSOLUTION W/CHILDREN<br>JUDGE JOHN H. SHOCK<br>PETITIONER CHARLES M. HAYNES<br>PETITIONER'S ATTORNEY THEODORE E. LISZEWSKI<br>RESPONDENT CYNTHIA K. HAYNES<br>RESPONDENT'S ATTORNEY JASPER N. EDMUNDSON<br>INTERVENOR BERNICE HAYNES<br>INTERVERNOR'S ATTORNEY SIEGRID MANESS<br>GAL JENNIFER R. WILLIAMS<br>DEPUTY CLERK SHEILA GORE<br>(573) 686-8082 | | |
|---|---|---|---|
| Date | 12/7/2016 | Location | [BTRWC00007] |

| Time | Speaker | Note |
|---|---|---|
| 12:54:27 PM | JUDGE | JOHN H. SHOCK<br>COURT CALLS 13RI-CV00554. PETITIONER APPEARS IN PERSON AND WITH HIS ATTORNEY TED LISZEWSKI. RESPONDENT APPEARS IN PERSON AND WITH HER ATTORNEY JASPER N. EDMUNDSON. INTERVENOR APPEARS BY ATTORNEY SIEGRID SMTIH MANESS. COURT APPOINTED GAL JENNIFER R. WILLIAMS APPEARS. |
| 1:12:12 PM | JUDGE, APET | THEODORE (TED) LISZEWSKI<br>TEMPORARY MOTION BEFORE THE COURT TODAY. |
| 1:12:33 PM | JUDGE, ARES, APET | JASPER N. EDMUNDSON<br>RESPONDENT WISHES TO BE HEARD AS TO MS. MANESS' PARTICIPATION.<br>RESPONDENT MOVES TO INVOKE WITNESS RULE. |
| 1:13:35 PM | JUDGE, ARES | CALLS MS. HAYNES AS TO THE POTENTIAL CONFLICT OF MS. MANESS IN THIS MATTER. |
| 1:13:47 PM | JUDGE, RES | RESPONDENT CYNTHIA KAY HAYNES SWORN. |
| 1:14:00 PM | ARES, RES | TESTIMONY OF RESPONDENT CYNTHIA K. HAYNES BEGINS. |
| 1:21:37 PM | ARES, JUDGE, APET | NOTHING FURTHER. |
| 1:21:44 PM | APET, RES, ARES, JUDGE | CROSS-EXAMINATION OF RESPONDENT BEGINS. |
| 1:25:51 PM | APET, JUDGE | MOVES FOR JUDICIAL NOTICE. COURT TO TAKE JUDICIAL NOTICE. |
| 1:26:01 PM | APET, RES, ARES, JUDGE | CROSS-EXAM CONTINUES. |

Exhibit 05

13RI-CV00554 CHARLES M. HAYNES V. CYNTHIA K. HAYNES                    [BTRWC00007]

| Time | Party | Event |
|---|---|---|
| 1:27:25 PM | ARES, JUDGE | NOTHING FURTHER. |
| 1:27:33 PM | AINV, RES | SIEGRID SMITH MANESS CROSS-EXAM OF RESPONDENT BY INTERVENOR BEGINS. |
| 1:29:54 PM | AINV, JUDGE, GAL | NOTHING FURTHER FOR INTERVENOR. NO QUESTIONS FOR GAL. |
| 1:30:02 PM | APET, RES | REDIRECT OF RESPONDENT BEGINS. |
| 1:30:41 PM | APET, JUDGE | NOTHING FURTHER FOR PETITIONER OR RESPONDENT. RESPONDENT |
| 1:31:15 PM | JUDGE | MOTION TO DISQUALIFY SIEGRID SMITH MANESS DENIED. |
| 1:31:31 PM | APET, JUDGE, ARES, AINV, GAL | PRELIMINARY MATTER TAKEN UP. EXHIBITS 1,2 & 3 ADMITTED INTO EVIDENCE WITHOUT OBJECTIONS. |
| 1:32:22 PM | APET | CALLS CYNTHIA HAYNES. |
| 1:32:33 PM | APET, JUDGE, RES, ARES | COURT REMINDS RESPONDENT SHE REMAINS UNDER OATH. PETITIONER MOVES TO TREAT RESPONDENT AS AN ADVERSE WITNESS. GRANTED. |
| 1:40:30 PM | APET, RES, JUDG | PETITIONER'S EXHIBIT 3. MOVES FOR JUDICIAL NOTICE. COURT TO TAKE JUDICIAL NOTICE. |
| 1:45:43 PM | AINV, JUDGE | OBJECTION. SUSTAINED. |
| 1:45:52 PM | ARES, RES, APET | |
| 1:47:18 PM | ARES, JUDGE, APET, RES | RESPONDENT OBJECTS. |
| 1:54:16 PM | APET, JUDGE | NOTHING FURTHER. |
| 1:54:23 PM | GAL, RES, ARES, JUDGE | JENNIFER R. WILLIAMS GAL'S CROSS-EXAMINATION OF RESPONDENT CYNTHIA K. HAYNES BEGINS. |
| 2:08:53 PM | GAL, JUDG | NOTHING FURTHER. |
| 2:08:58 PM | AINV, RES | INTERVENOR'S CROSS-EXAMINATION OF RESPONDENT CYNTHIA K. HAYNES BEGINS. |
| 2:11:23 PM | AINV, JUDGE | NOTHING FURTHER. |
| 2:11:28 PM | ARES, JUDGE | RESPONDENT MOVES TO RESERVE RIGHT TO CALL WITNESS. RESPONDENT EXCUSED. |
| 2:11:46 PM | JUDGE | COURT IN RECESS. |

13RI-CV00554 CHARLES M. HAYNES V. CYNTHIA K. HAYNES                 [BTRWC00007]

| Time | Parties | Event |
|---|---|---|
| 2:11:49 PM | JUDGE | BACK ON THE RECORD WITH 13RI-CV00554 |
| 2:30:42 PM | JUDGE, WIT | WITNESS DR. ROLIN DUNCAN SWORN. |
| 2:30:54 PM | APET, WIT | TESTIMONY OF DR. ROLIN DUNCAN BEGINS. |
| 2:34:43 PM | APET | NOTHING FURTHER. |
| 2:34:46 PM | JUDGE, ARES | |
| 2:34:51 PM | ARES, WIT | RESPONDENT'S CROSS-EXAMINATION OF WITNESS DR. ROLIN DUNCAN BEGINS. |
| 2:37:57 PM | ARES, JUDGE | NOTHING FURTHER. |
| 2:38:04 PM | GAL, WIT | GAL'S CROSS-EXAMINATION OF WITNESS DR. ROLIN DUNCAN BEGINS. |
| 2:40:19 PM | ARES, JUDGE, GAL | RESPONDENT OBJECTS. SUSTAINED. |
| 2:40:41 PM | GAL, JUDGE, AINV, APET, ARES | NOTHING FURTHER<br>DR. DUNCAN EXCUSED. |
| 2:41:05 PM | APET | CALLS BERNICE HAYNES. |
| 2:41:12 PM | JUDGE, INV | INTERVENOR BERNICE HAYNES SWORN. |
| 2:41:25 PM | APET, INV | TESTIMONY OF INTERVENOR BERNICE HAYNES BEGINS. |
| 2:44:18 PM | APET | NOTHING FURTHER. |
| 2:44:23 PM | ARES, INV | RESPONDENT'S CROSS-EXAMINATION OF INTERVENOR BERNICE HAYNES BEGINS. |
| 2:52:57 PM | ARES, JUDGE | NOTHING FURTHER. |
| 2:53:02 PM | GAL, INV | GAL'S CROSS-EXAMINATION OF INTERVENOR BERNICE HAYNES BEGINS. |
| 2:59:11 PM | GAL, JUDGE | NOTHING FURTHER. |
| 2:59:15 PM | AINV, INV | INTERVENOR'S CROSS-EXAMINATION OF BERNICE HAYNES BEGINS. |
| 3:01:48 PM | AINV, APET, ARES, GAL, JUDGE | INTERVENOR BERNICE HAYNES EXCUSED. |
| 3:02:05 PM | JUDGE, GAL | GAL JENNIFER R. WILLIAMS SWORN. |
| 3:02:13 PM | APET, GAL | TESTIMONY OF GAL JENNIFER R. WILLIAMS BEGINS. |

| Time | Parties | Event |
|---|---|---|
| 3:06:20 PM | APET, ARES, JUDGE, AINV | NO QUESTIONS |
| 3:06:29 PM | APET | PETITIONER RESTS. |
| 3:06:34 PM | ARES, JUDGE | COURT IN RECESS. |
| 3:21:07 PM | JUDGE | BACK ON THE RECORD 13RI-CV01796. PETITIONER HAS RESTED. |
| 3:21:17 PM | ARES, JUDGE | CALLS HEATH FARMER. |
| 3:22:03 PM | JUDGE, WIT | WITNESS HEATH FARMER SWORN. |
| 3:22:13 PM | ARES, WIT | TESTIMONY OF HEATH FARMER BEGINS. |
| 3:25:12 PM | ARES, JUDGE, APET, | NOTHING FURTHER. |
| 3:25:19 PM | GAL, WIT | GAL'S CROSS-EXAMINATION OF WITNESS HEATH FARMER BEGINS. |
| 3:27:19 PM | GAL, JUDGE, AINV, ARES | WITNESS EXCUSED. |
| 3:27:33 PM | ARES, JUDGE, GAL | CALLS MAKAYLA HAYNES. GAL MOVES TO CLEAR COURTROOM TO HAVE TESTIMONY HEARD. |
| 3:28:11 PM | ARES, JUDGE | CALLS STELLA RANDOLPH. |
| 3:28:41 PM | AINV, APET, ARES, JUDGE | ATTY MANESS ADVISES WITNESS RULE WAS INVOKED AND WITNESS RANDOLPH HAS BEEN IN THE COURTROOM. PETITIONER MOVES TO EXCLUDE STELLA RANDOLPH. SO ORDERED. |
| 3:30:44 PM | ARES, JUDGE | CALLS RESPONDENT CYNTHIA HAYNES. COURT ADVISES SHE REMAINS UNDER OATH. |
| 3:31:02 PM | ARES, RES | TESTIMONY OF RESPONDENT CINDY HAYNES BEGINS. |
| 3:32:57 PM | APET, JUDGE, ARES, RES | PETITIONER OBJECTS. |
| 3:44:00 PM | ARES, JUDGE | NOTHING FURTHER. |
| 3:44:07 PM | APET, RES | CROSS-EXAMINATION OF RESPONDENT CYNTHIA K. HAYNES BEGINS. |
| 3:46:39 PM | ARES, APET, JUDGE, RES | RESPONDENT OBJECTS. SUSTAINED. |

| Time | Parties | Event |
|---|---|---|
| 3:58:51 PM | ARES, JUDGE, APET, RES | OBJECTION. SUSTAINED |
| 4:00:27 PM | APET, JUDGE | |
| 4:00:36 PM | GAL, RES | GAL'S CROSS-EXAMINATION OF RESPONDENT CYNTHIA K. HAYNES BEGINS. |
| 4:03:01 PM | GAL, JUDGE | NOTHING FURTHER. |
| 4:03:07 PM | AINV, RES, APET, ARES, JUDGE | INTERVENOR'S CROSS-EXAMINATION OF RESPONDENT CYNTHIA K. HAYNES BEGINS. |
| 4:08:29 PM | AINV, JUDGE | |
| 4:08:32 PM | ARES, JUDGE, APET, GAL | NOTHING FURTHER. RESPONDENT EXCUSED. |
| 4:10:03 PM | JUDGE, MIN, ARES | MINOR MIKAELA HAYNES SWORN. |
| 4:10:38 PM | ARES, MIN, | TESTIMONY OF MIKAELA HAYNES BEGINS. |
| 4:16:53 PM | ARES, JUDGE, APET | |
| 4:16:59 PM | APET, MIN, ARES | PETITIONER'S CROSS-EXAMINATION OF MIKAELA HAYNES BEGINS. |
| 4:24:41 PM | APET, JUDGE | NOTHING FURTHER. |
| 4:24:48 PM | AINV, MIN | INTERVENOR'S CROSS-EXAMINATION OF MIKAEL HAYNES BEGINS. |
| 4:26:27 PM | AINV, JUDGE | NOTHING FURTHER. |
| 4:26:36 PM | GAL, MIN, JUDGE, ARES | GAL'S CROSS-EXAMINATION OF MIKAEL HAYNES BEGINS. |
| 4:32:58 PM | GAL, JUDGE | OFFERS EXHIBIT 1. GAL'S EXHIBIT 1 ADMITTED. |
| 4:33:10 PM | GAL, MIN | |
| 4:45:06 PM | JUDGE, ARES, APET, GAL | COURT ORDERS COUNSEL THEY ARE NOT TO DIVULGE ANY OF MIKAEL'S TESTIMONY TO ANYONE, INCLUDING THEIR CLIENTS. MIKAEL HAYNES EXCUSED. |
| 4:45:42 PM | JUDGE | MATTER TAKEN UNDER ADVISEMENT. |
| 4:46:03 PM | JUDGE | ALL FOR THE RECORD. |