Electronically Filed - Ripley - January 31, 2017 - 02:03 PM

STATE OF MISSOURI )
)
COUNTY OF RIPLEY )

IN THE CIRCUIT COURT OF RIPLEY COUNTY, MISSOURI

In re: The Marriage of Charles Haynes and Cynthia Haynes

| | |
|---|---|
| CHARLES HAYNES, )<br>)<br>PETITIONER, )<br>)<br>VS. )<br>)<br>CYNTHIA HAYNES, )<br>)<br>RESPONDENT, )<br>)<br>VS. )<br>)<br>BERNICE HAYNES, )<br>)<br>INTERVENOR. ) | CASE NO. 13RI-CV00554<br><br>CIVIL DIVISION |

## MOTION FOR GUARDIAN AD LITEM TO ACCESS JUVENILE CASE

COMES NOW Jennifer R. Williams, Guardian Ad Litem for Mikaela Haynes and Sara Haynes, minors, and for her Motion for Guardian Ad Litem to Access Juvenile Case states as follows:

1. Sometime between 2013 and 2015, the minor children were taken into care by the Ripley County Juvenile Office and placed in the legal custody of Children's Division.

2. During the course of the juvenile action, there were several issues which may be relevant to the issues in the present matter, namely:

    a. The behavior of the biological parents, the intervenor, and the minor children while the children were in a foster care placement;

    b. The psychiatric evaluations performed on one or both biological parents;

    c. The specific allegations that brought the children into care; and

Exhibit 08

d. The efforts of each biological parent to rectify the conditions that brought the children into care.

WHEREFORE, the undersigned prays for an order of this Court directing the Ripley County Juvenile Office, Ripley County Children's Division, and/or Guardian ad Litem Grace Blaich to allow the undersigned to inspect and copy all relevant records in his/her possession (subject to any redaction required by state or federal law) and to disclose to the undersigned any relevant information regarding the minor children, biological parents, and/or intervenor, and for such other and further relief as the Court deems appropriate in the premises.

Respectfully Submitted,

/s/ Jennifer R. Williams#64597

SPAIN, MILLER, GALLOWAY & LEE, LLC
1912 Big Bend / P.O. Box 1248
Poplar Bluff, Missouri 63902
Telephone: (573) 686-5868
Fax: (573) 686-6885
jrw@smm-law.com

GUARDIAN AD LITEM FOR THE MINOR CHILDREN
MIKAELA HAYNES AND SARA HAYNES

Exhibit 08