Motion to Continue; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **On Behalf Of:** CHARLES MICHAEL HAYNES

☐ **Motion for Continuance**
Motion for Continuance; Electronic Filing Certificate of Service.
    **Filed By:** JENNIFER R WILLIAMS
    **On Behalf Of:** JENNIFER R WILLIAMS

**02/08/2017** ☐ **Case Review Scheduled**
    Associated Entries: 03/31/2017 - Case Review Held
    Scheduled For: 03/31/2017; 10:00 AM ; JOHN H SHOCK; Butler

**02/03/2017** ☐ **Order**
Order Amending Temporary Custody Order

☐ **Order**
Order for Guardian Ad Litem to Access Juvenile Case

☐ **Note to Clerk eFiling**
    **Filed By:** JENNIFER R WILLIAMS

☐ **Proposed Order Filed**
Order to Amend Temporary Custody Order; Electronic Filing Certificate of Service.
    **Filed By:** JENNIFER R WILLIAMS

☐ **Proposed Order Filed**
Order for Guardian Ad Litem to Access Juvenile Case; Electronic Filing Certificate of Service.
    **Filed By:** JENNIFER R WILLIAMS

☐ **Motion Hearing Held**
Petitioner appears with Counsel Liszewski. Respondent appears with Counsel J. Edmundson. Intervenor appears with Counsel Maness. GAL Williams appears. By agreement of the parties, the Court orders the minor children Mikaela Haynes and Sara Haynes to be taken into custody by the Ripley County Juvenile Office. The Court and the parties agree that this order is in the minor children's best interest. JHS/ra
    Scheduled For: 02/03/2017; 9:00 AM ; JOHN H SHOCK; Butler

**01/31/2017** ☐ **Notice of Hearing Filed**
Notice hearing; Electronic Filing Certificate of Service.
    **Filed By:** JENNIFER R WILLIAMS
    **On Behalf Of:** JENNIFER R WILLIAMS

☐ **Motion to Shorten Time**
Motion to Shorten Time; Electronic Filing Certificate of Service.
    **Filed By:** JENNIFER R WILLIAMS

☐ **Motion Filed**
Motion for GAL to Access Juvenile Case; Electronic Filing Certificate of Service.
    **Filed By:** JENNIFER R WILLIAMS

☐ **Motion Filed**
Motion to Amend Temporary Custody Order; Exhibit A - Charles Haynes Bond; Electronic Filing Certificate of Service.
    **On Behalf Of:** CYNTHIA KAY HAYNES

**01/30/2017** ☐ **Order Appointing GAL**

☐ **Proposed Order Filed**

Exhibit 09