**IN THE 36TH JUDICIAL CIRCUIT COURT, RIPLEY COUNTY, MISSOURI**

| Judge or Division:<br>Hon. K.W.Parker | **Case Number: 13RI-CR00907-01** | |
|---|---|---|
| Plaintiff/Petitioner:<br>State of Missouri | Person Subpoenaed:<br>Jennifer Williams | Plaintiff's/Petitioner's Attorney:<br>Christine Krug |
| vs.<br><br>Defendant/Respondent:<br>Charles Haynes | Address:<br>1912 Big Bend Rd.<br>Poplar Bluff, MO 63901 | Address:<br>207 West High St.<br>Jefferson City, MO 65102 |
| | Telephone:(573)686-5868 | Telephone: 573-751-8868 |
| | Requesting Party:<br>☐ Plt./Pet. Atty   ☐ Plt./Pet.<br>☒ Def/Resp. Atty  ☐ Def./Resp. | Defendant's/Respondent's Attorney:<br>Theodore E. Liszewski |
| | Address: (Of Party Checked Above)<br>220 North Main st.<br>Sikeston, MO 63801<br><br>Telephone: 573-475-9290 | Address:<br>220 North Main St.<br>Sikeston, MO 63801<br><br>Telephone: 573-475-9290 |
| For depositions attach a list of all attorneys of record and self-represented parties. Include the name, address and telephone number. | | (Date File Stamp) |

## Subpoena
## Order to Appear/Produce Documents/Give Depositions

The State of Missouri to:  Attorney Jennifer Williams

You are commanded:

☐ to contact (name) at (telephone) who will advise of time and place appearance is required.

☒ to appear at Ripley County Courthouse, 100 Courthouse Square, Doniphan, MO 63935
on Thursday, December 12, 2018, at 1:00

☐ p.m. to testify on behalf of: the Defendant.

☐ to give depositions.

☐ to bring the following          .

*12/6/2018*
_____
Date Issued

(Attach additional sheet if necessary)

*Sharon R. Richmond*
_____
Clerk

## Return/Affidavit

I certify that I served this subpoena in _____ (County/City of St. Louis), Missouri, by:

☐ delivering a copy to the person subpoenaed _____ (date).

☐ reading a copy to the person subpoenaed on _____ (date).

☐ I tendered legal fees for travel expenses per section 491.130, RSMo, in the amount of $_____.

☐ Other: _____.

**Sheriff's Fees (if applicable)**
Summons $_____
Non Est $_____
Sheriff's Deputy Salary Supplemental
Surcharge (Civil Cases Only-$10.00) $_____
Mileage $_____ (_____ miles @ $._____ per mile)
**Total** $_____

_____
Person Serving Subpoena

## Instructions

1. This subpoena will remain in effect until this trial is concluded or you are discharged by the Court. You must attend trial from time to time as directed. **No additional Subpoena is required for your future appearance at any trial of this case**. If you fail to appear, you may be held in contempt of court.
2. If you have any questions regarding this subpoena, contact the person who requested it listed on the front.
3. **Bring this form with you to court**. This form must be completed, signed, and returned to the clerk as soon as you have testified or been dismissed.

## Witness Claim

I have served _____ day(s) as a witness and I traveled _____ mile(s) round-trip from my home to the courthouse to attend this proceeding.

_____
Signature

_____
Current Address

_____
City, State, Zip

Subscribed and sworn to before me on _____ (date).

Total Claimed $ _____

_____
Clerk