> Petitioner appears through Counsel Smith. Respondent does not appear. Intervenor does not appear. Evidence adduced. The Court grants the Temporary Restraining Order. Bond set at $100.00. Order to enter. Case passed to 02/19/2020 at 9:00 a.m. for hearing in Butler County on Motion for Preliminary Injunction. JHS/ra
>   **Associated Entries:** 02/05/2020 - Motion Hearing Scheduled
>   **Scheduled For:** 02/06/2020; 2:00 PM ; JOHN H SHOCK; Butler

**02/05/2020**   **Motion Hearing Scheduled**
  **Associated Entries:** 02/06/2020 - Motion Granted/Sustained
  **Scheduled For:** 02/06/2020; 2:00 PM ; JOHN H SHOCK; Butler

> **Notice of Hearing Filed**
> Petitioners Notice of Hearing; Electronic Filing Certificate of Service.
>   **Filed By:** KERI MARIE SMITH
>   **On Behalf Of:** CHARLES MICHAEL HAYNES

> **Motion Filed**
> Petitioners Motion for Preliminary Injunction; Electronic Filing Certificate of Service.
>   **Filed By:** KERI MARIE SMITH

> **Mot for Temp Restraining Order**
> Petitioners Temporary Restraining Order; Electronic Filing Certificate of Service.
>   **Filed By:** KERI MARIE SMITH
>   **Associated Entries:** 02/06/2020 - Temporary Restraining Order

> **Motion Filed**
> Petitioners Motion for Approval Injunction Bond; Electronic Filing Certificate of Service.
>   **Filed By:** KERI MARIE SMITH

> **Proposed Order Filed**
> Petitioners Proposed Injunction Bond; Electronic Filing Certificate of Service.
>   **Filed By:** KERI MARIE SMITH

> **Certification Filed**
> Petitioners Certification of Counsel; Electronic Filing Certificate of Service.
>   **Filed By:** KERI MARIE SMITH

> **Mot for Temp Restraining Order**
> Petitioners Motion for Temporary Restraining Order, Preliminary Injunction with Notice, and Attorneys Fees; Electronic Filing Certificate of Service.
>   **Filed By:** KERI MARIE SMITH

**01/03/2020**   **Trial Setting Scheduled**
  **Associated Entries:** 02/21/2020 - Hearing/Trial Cancelled
  **Scheduled For:** 03/23/2020; 9:00 AM ; JOHN H SHOCK; Ripley

> **Sound Recording Log Sheet**

> **Motion Granted/Sustained**
>   **Associated Entries:** 12/27/2019 - Motion for Continuance

> **Case Review Held**
> Repondent appears in person. Intervenor appears through Counsel Maness. Motion for Continuance granted. Case passed to 03/23/2020 at 9:00 a.m. in Ripley County for trial setting and hearing on all pending motions. JHS/ra
>   **Scheduled For:** 01/03/2020; 9:00 AM ; JOHN H SHOCK; Butler

**12/27/2019**   **Motion for Continuance**
  Petitioners Motion for Continuance and Available Dates for Setting of Case Review; Electronic Filing Certificate of Service.

       **Filed By:** KERI MARIE SMITH
       **On Behalf Of:** CHARLES MICHAEL HAYNES
       **Associated Entries:** 01/03/2020 - Motion Granted/Sustained

**11/23/2019** ☐ **Cert Serv Answers Interrog Fil**
       Certificate of Service of Answers to Interrogatories and Request for Production; Electronic Filing Certificate of Service.
       **Filed By:** KERI MARIE SMITH
       **On Behalf Of:** CHARLES MICHAEL HAYNES

**11/18/2019** ☐ **Judge/Clerk - Note**
       Faxed a copy of the Order for Abatement and Modification of Child Support to the Enforcing Office, FSD in Hillsboro, Mo. and mailed a certified copy to FSD in Jefferson City. sp

       ☐ **Order**
       Order for Abatement and Modification of Child Support

       ☐ **Judge/Clerk - Note**
       The Court now considers Petitioner's Motion for Abatement and Modification of Child Support and grants said motion. Order to enter. JHS/ra

**11/15/2019** ☐ **Note to Clerk eFiling**
       **Filed By:** KERI MARIE SMITH

       ☐ **Proposed Order Filed**
       Order for Abatement and Modification of Child Support; Exhibit A; Electronic Filing Certificate of Service.
       **Filed By:** KERI MARIE SMITH
       **On Behalf Of:** CHARLES MICHAEL HAYNES

       ☐ **Proposed Order Filed**
       Order for Abatement and Child Support; Exhibit A; Electronic Filing Certificate of Service.
       **Filed By:** KERI MARIE SMITH
       **On Behalf Of:** CHARLES MICHAEL HAYNES

**11/13/2019** ☐ **Case Review Scheduled**
       **Associated Entries:** 01/03/2020 - Case Review Held
       **Scheduled For:** 01/03/2020; 9:00 AM ; JOHN H SHOCK; Butler

       ☐ **Sound Recording Log Sheet**

       ☐ **Motion Denied**
       **Associated Entries:** 10/31/2019 - Motion to Strike
       **Associated Entries:** 11/01/2019 - Motion for Civil Contempt

       ☐ **Motion Granted/Sustained**
       **Associated Entries:** 10/24/2019 - Motion to Stay
       **Associated Entries:** 11/04/2019 - Motion of Withdrawl of Counsel

       ☐ **Motion Hearing Held**
       Petitioner appears through Counsel Smith. Respondent appears in person. Intervenor appears through Counsel Maness. Counsel Liszewski's Motion to Withdraw granted. Respondent's Motion to Strike is denied. Respondent's Motion for Civil Contempt denied. Respondent's Petition for Dismissal remains pending. Petitioner's Motion to Stay Child Support granted. Order to enter. Case set for case review at 9:00 a.m. on 01/03/2020 in Butler County. JHS/ra
       **Scheduled For:** 11/13/2019; 9:00 AM ; JOHN H SHOCK; Butler

**11/12/2019** ☐ **Petition:**
       Petition for Dismissal

          **Filed By:** CYNTHIA KAY HAYNES

**11/08/2019** ☐ **Entry of Appearance Filed**
          Entry of Appearance; Electronic Filing Certificate of Service.
          **Filed By:** KERI MARIE SMITH
          **On Behalf Of:** CHARLES MICHAEL HAYNES

**11/06/2019** ☐ **Request Filed**
          Sound recording duplication request.
          **Filed By:** CYNTHIA KAY HAYNES

**11/04/2019** ☐ **Motion of Withdrawl of Counsel**
          MOTION TO WITHDRAW; Electronic Filing Certificate of Service.
          **Filed By:** THEODORE ERIC LISZEWSKI
          **On Behalf Of:** CHARLES MICHAEL HAYNES
          **Associated Entries:** 11/13/2019 - Motion Granted/Sustained

**11/01/2019** ☐ **Motion Hearing Scheduled**
          **Associated Entries:** 11/13/2019 - Motion Hearing Held
          **Scheduled For:** 11/13/2019; 9:00 AM ; JOHN H SHOCK; Butler

        ☐ **Motion Granted/Sustained**
          **Associated Entries:** 11/01/2019 - **Motion for Continuance**

        ☐ **Sound Recording Log Sheet**

        ☐ **Hearing Continued/Rescheduled**
          Petitioner appears through Counsel Liszewski. Respondent appears in person. Intervenor appears through Counsel Maness. GAL Williams appears. Respondent's motion for continuance granted. Case passed to 11/13/2019 at 9:00 a.m. for hearing on all pending motions. JHS/ra
          **Hearing Continued From:** 11/01/2019; 9:00 AM Court Trial

        ☐ **Motion for Civil Contempt**
          SECOND MOTION FOR CONTEMPT
          **Filed By:** CYNTHIA KAY HAYNES
          **Associated Entries:** 11/13/2019 - Motion Denied

        ☐ **Motion for Continuance**
          **Filed By:** CYNTHIA KAY HAYNES
          **Associated Entries:** 11/01/2019 - Motion Granted/Sustained

**10/31/2019** ☐ **Certificate of Service**
          **Filed By:** CYNTHIA KAY HAYNES

        ☐ **Motion to Strike**
          **Filed By:** CYNTHIA KAY HAYNES
          **Associated Entries:** 11/13/2019 - Motion Denied

        ☐ **Notice of Hearing Filed**
          **Filed By:** CYNTHIA KAY HAYNES

**10/24/2019** ☐ **Notice of Hearing Filed**
          Notice of Hearing; Electronic Filing Certificate of Service.
          **Filed By:** THEODORE ERIC LISZEWSKI
          **On Behalf Of:** CHARLES MICHAEL HAYNES

        ☐ **Motion to Stay**

| | | |
|---|---|---|
| | | Motion to Stay Child Support; Electronic Filing Certificate of Service.<br>**Filed By:** THEODORE ERIC LISZEWSKI<br>**Associated Entries:** 11/13/2019 - Motion Granted/Sustained |
| 10/08/2019 | ☐ | **Proposed Order Filed**<br>Proposed Emergency Order; Electronic Filing Certificate of Service.<br>**Filed By:** THEODORE ERIC LISZEWSKI<br>**On Behalf Of:** CHARLES MICHAEL HAYNES |
| | ☐ | **Motion Filed**<br>Motion to Allow Emergency Access to Properties; Electronic Filing Certificate of Service.<br>**Filed By:** THEODORE ERIC LISZEWSKI |
| 09/20/2019 | ☐ | **Notice of Court Hearing Sent**<br>Sent to Respondent at last known address./jv |
| | ☐ | **Hearing/Trial Cancelled**<br>**Scheduled For:** 09/25/2019; 9:00 AM ; JOHN H SHOCK; Butler |
| | ☐ | **Motion Granted/Sustained**<br>Motion for continuance granted. JHS/jv<br>**Associated Entries:** 09/12/2019 - Motion for Continuance |
| | ☐ | **Court Trial Scheduled**<br>**Associated Entries:** 09/20/2019 - Motion Hearing Held<br>**Associated Entries:** 11/01/2019 - Hearing Continued/Rescheduled<br>**Scheduled For:** 11/01/2019; 9:00 AM ; JOHN H SHOCK; Butler |
| | ☐ | **Motion Hearing Held**<br>Counsel Maness appears. Counsel Liszewski provides available dates. Motion for continuance granted. Case continued from 09/25/19 to 11/01/19 at 9;00 a.m. for trial. Clerk to notify Respondent. So ordered. JHS/jv<br>**Scheduled For:** 09/20/2019; 9:00 AM ; JOHN H SHOCK; Butler |
| | ☐ | **Correspondence Filed**<br>Letter to the Hon Judge; Electronic Filing Certificate of Service.<br>**Filed By:** THEODORE ERIC LISZEWSKI |
| 09/12/2019 | ☐ | **Motion Hearing Scheduled**<br>**Associated Entries:** 09/20/2019 - Motion Hearing Held<br>**Scheduled For:** 09/20/2019; 9:00 AM ; JOHN H SHOCK; Butler |
| | ☐ | **Notice of Hearing Filed**<br>**Filed By:** SAMANTHA D EVANS PENNINGTON<br>**On Behalf Of:** CHARLES MICHAEL HAYNES |
| | ☐ | **Motion for Continuance**<br>Motion for Continuance; Electronic Filing Certificate of Service.<br>**Filed By:** SAMANTHA D EVANS PENNINGTON<br>**Associated Entries:** 09/20/2019 - Motion Granted/Sustained |
| 05/30/2019 | ☐ | **Court Trial Scheduled**<br>**Associated Entries:** 05/29/2019 - Trial Setting Held<br>**Associated Entries:** 09/20/2019 - Hearing/Trial Cancelled<br>**Scheduled For:** 09/25/2019; 9:00 AM ; JOHN H SHOCK; Butler |
| 05/29/2019 | ☐ | **Trial Setting Held** |

Exhibit 13

        Counsels Maness appears. Respondant appears in person. Counsel Liszewski provides available dates. Case passed to 9/25/19 at 9:00 am for trial. JHS/jg
        **Scheduled For:** 05/29/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

**05/28/2019**    ☐ **Available/Conflict Dates Filed**
        Correspondence to Court regarding available trial dates; Electronic Filing Certificate of Service.
        **Filed By:** THEODORE ERIC LISZEWSKI
        **On Behalf Of:** CHARLES MICHAEL HAYNES

**05/01/2019**    ☐ **Trial Setting Scheduled**
        **Associated Entries:** 05/29/2019 - Trial Setting Held
        **Scheduled For:** 05/29/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

        ☐ **Hearing/Trial Cancelled**
        Respondent appears in person. No other appearances. Case passed to 05/29/2019 at 9:00 a.m. for trial setting. JHS/ra
        **Scheduled For:** 05/01/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

**03/07/2019**    ☐ **Subpoena Issued**
        Subpoena attached in PDF form for attorney to retrieve from secure case net for service. srr

        ☐ **Subpoena Requested**
        Request for Subpoena; Electronic Filing Certificate of Service.
        **Filed By:** THEODORE ERIC LISZEWSKI
        **On Behalf Of:** CHARLES MICHAEL HAYNES

**03/01/2019**    ☐ **Notice**
        Notice of Entry mailed to respondent. ra

        ☐ **Court Trial Scheduled**
        **Associated Entries:** 05/01/2019 - Hearing/Trial Cancelled
        **Scheduled For:** 05/01/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

        ☐ **Motion Granted/Sustained**
        Counsels Maness and Williams appear. Motion for Continuance granted. Case passed to 05/01/2019 at 9:00 a.m. for trial. JHS/ra
        **Associated Entries:** 05/01/2019 - Hearing/Trial Cancelled
        **Associated Entries:** 01/04/2019 - Hearing Continued/Rescheduled
        **Associated Entries:** 01/30/2019 - Motion Granted/Sustained
        **Associated Entries:** 01/30/2019 - Court Trial Scheduled
        **Scheduled For:** 03/01/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

**01/30/2019**    ☐ **Court Trial Scheduled**
        **Associated Entries:** 03/01/2019 - Motion Granted/Sustained
        **Scheduled For:** 03/01/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

        ☐ **Motion Granted/Sustained**
        **Associated Entries:** 03/01/2019 - Motion Granted/Sustained
        **Associated Entries:** 01/30/2019 - **Motion for Continuance**

        ☐ **Case Review Held**
        Counsels Williams and Evans appear. Respondent appears in person. Case passed to 03-01-2019 at 9:00 a.m. for trial. JHS/ra
        **Scheduled For:** 01/30/2019;  9:00 AM ;  JOHN H SHOCK;  Butler

        ☐ **Motion for Continuance**
        MOTION FOR CONTINUANCE; Electronic Filing Certificate of Service.

Exhibit 13

        **Filed By:** THEODORE ERIC LISZEWSKI
        **On Behalf Of:** CHARLES MICHAEL HAYNES
        **Associated Entries:** 01/30/2019 - Motion Granted/Sustained

**01/09/2019** ☐ Order
    Order to allow access to the Respondent's property.
        **Associated Entries:** 01/09/2019 - Motion Filed

    ☐ Motion Filed
    MOTION TO ALLOW ACCESS TO PROPERTY; PROPOSED ORDER ALLOWING ACCESS;
    Electronic Filing Certificate of Service.
        **Filed By:** THEODORE ERIC LISZEWSKI
        **On Behalf Of:** CHARLES MICHAEL HAYNES
        **Associated Entries:** 01/09/2019 - Order

**01/04/2019** ☐ Case Review Scheduled
        **Associated Entries:** 01/30/2019 - Case Review Held
        **Scheduled For:** 01/30/2019; 9:00 AM ; JOHN H SHOCK; Butler

    ☐ Hearing Continued/Rescheduled
        **Hearing Continued From:** 01/25/2019; 9:00 AM Case Review

    ☐ Hearing Continued/Rescheduled
    Respondent appears in person. Case passed to 01/30/2019 at 9:00 a.m. for case review. JHS/ra
        **Hearing Continued From:** 01/04/2019; 9:00 AM Trial Setting

**01/02/2019** ☐ Judge/Clerk - Note
    Mailed a certified copy of the Restraining Order to the respondent. sp

    ☐ Order
    RESTRAINING ORDER

    ☐ Subpoena Issued
    Subpoena attached in PDF form for attorney to retrieve from secure case net for service. sp

    ☐ Judge/Clerk - Note
    Sent on the Judge Shock for his review. sp

    ☐ Subpoena Requested
    Request for Subpoena; Electronic Filing Certificate of Service.
        **Filed By:** THEODORE ERIC LISZEWSKI
        **On Behalf Of:** CHARLES MICHAEL HAYNES

    ☐ Proposed Order Filed
    Proposed Restraining Order; Electronic Filing Certificate of Service.
        **Filed By:** THEODORE ERIC LISZEWSKI
        **On Behalf Of:** CHARLES MICHAEL HAYNES

**12/21/2018** ☐ Motion Granted/Sustained
        **Associated Entries:** 12/17/2018 - Motion Filed

    ☐ Trial Setting Scheduled
        **Associated Entries:** 12/21/2018 - Motion Hearing Held
        **Associated Entries:** 01/04/2019 - Hearing Continued/Rescheduled
        **Scheduled For:** 01/04/2019; 9:00 AM ; JOHN H SHOCK; Butler

    ☐ Motion Hearing Held
    Petitioner appears through Counsel Liszewski. Respondent appears pro se. The Court grants both
    Motions for restraining orders. Counsel Liszewski to prepare formal order. Case passed to 1/4/19 at

9:00 am for trial setting. So ordered JHS /jg
    **Scheduled For:** 12/21/2018; 9:00 AM ; JOHN H SHOCK; Butler

**Affidavit Filed**
Affidavit of Truth

**12/17/2018**    **Notice of Hearing Filed**
Notice of Hearing; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **On Behalf Of:** CHARLES MICHAEL HAYNES

**Motion Filed**
Motion for Restraining Order; Proposed Restraining Order; Electronic Filing Certificate of Service.
    **Filed By:** THEODORE ERIC LISZEWSKI
    **Associated Entries:** 12/21/2018 - Motion Granted/Sustained

**12/14/2018**    **Notice**
Notice of Entry mailed to respondent. ra

**Motion Hearing Scheduled**
    **Associated Entries:** 12/21/2018 - Motion Hearing Held
    **Scheduled For:** 12/21/2018; 9:00 AM ; JOHN H SHOCK; Butler

**Order**
Court hereby orders case be set for motion hearing regarding respondent's Motion for Temporary Restraining Order at 9:00 a.m. on 12/21/2018 in Butler County. JHS/ra

**12/13/2018**    **Proposed Order Filed**
    **Filed By:** CYNTHIA KAY HAYNES

**Mot for Temp Restraining Order**
    **Filed By:** CYNTHIA KAY HAYNES

**12/07/2018**    **Notice**
Notice of entry and copy of order granting withdrawal of counsel mailed to respondent. ra

**Order**
Order granting counel James M. McClellan leave to withdraw as attorney of record for Respondent, Cynthia Haynes.
    **Associated Entries:** 11/05/2018 - Motion to Withdraw

**Case Review Scheduled**
    **Associated Entries:** 01/04/2019 - Hearing Continued/Rescheduled
    **Scheduled For:** 01/25/2019; 9:00 AM ; JOHN H SHOCK; Butler

**Motion Granted/Sustained**
Counsels Maness and Williams appear. Motion to Withdraw granted. Order to enter. Motion for Continuance granted. Case passed to 01/25/2019 at 9:00 a.m. for case review. JHS/ra
    **Associated Entries:** 10/19/2018 - Court Trial Scheduled
    **Associated Entries:** 11/05/2018 - Motion to Withdraw
    **Associated Entries:** 12/07/2018 - Motion for Continuance
    **Scheduled For:** 12/07/2018; 9:00 AM ; JOHN H SHOCK; Butler

**Motion for Continuance**
    **Filed By:** CYNTHIA KAY HAYNES
    **Associated Entries:** 12/07/2018 - Motion Granted/Sustained

**11/05/2018**    **Note to Clerk eFiling**