IN THE CIRCUIT COURT OF RIPLEY COUNTY, MISSOURI
AT DONIPHAN, MISSOURI

IN RE THE MARRIAGE OF CHARLES M. HAYNES
AND CYNTHIA K. HAYNES

FILED

2021 SEP 17 AM 10: 42

SHARON R. RICHMOND
CIRCUIT CLERK
RIPLEY COUNTY, MO

| | | |
|---|---|---|
| CHARLES M. HAYNES | ) | |
| Petitioner | ) | |
| VS. | ) | 13RI-CV00554 |
| CYNTHIA K. HAYNES | ) | |
| Respondent | ) | |
| VS | ) | |
| BERNICE HAYNES | ) | |
| Intervenor | ) | |

## JUDGEMENT

The Court in reviewing the Respondent's request to turn over the files of Jennifer Williams to the Respondent hereby denies that said request, In denying said request, it is clear that the prior Court recognized the potential conflict of interest in this between both mother and father and the minor child and entered its order recognizing the attorney-client privilege between the minor children and their duly appointed counsel. This Court feels that it is entirely inappropriate to violate the attorney-client privilege between the parties.

Dated this 15th day of September, 2021.

_____
Judge Gary A. Kamp

Exhibit 17