IN THE CIRCUIT COURT OF RIPLEY COUNTY, MISSOURI

| | |
|---|---|
| In the Marriage of: ) | |
| ) | |
| CHARLES M. HAYNES, ) | |
|    Petitioner ) | Cause No. 13RI-CV00554 |
|    v. ) | |
| CYNTHIA K. HAYNES ) | |
|    Respondent ) | |
| BERNICE HAYNES ) | |
|    Intervenor ) | |

**MEMORANDUM OF SERVICE ON SPAIN, MILLER, GALLOWAY & LEE, LLC**

Comes now, Cynthia K. Haynes, by and through Evita Tolu and hereby files the Return of Service of Subpoena upon Custodian of Records of Spain, Miller, Galloway & Lee, LLC.

/s/ *Evita Tolu*
Evita Tolu, #49878
1 Crabapple Court
Saint Louis, MO 63132
(314) 323-6022 phone
(314) 207-0086 facsimile
evitatolu@outlook.com
Attorney for Cynthia K. Haynes

**CERTIFICATE OF SIGNED ORIGINAL**

The electronic signatures of Counsel and/or parties, appearing hereon, does verify that this original document was signed by both Counsel and/or the parties to this action as prescribed in Mo. R. Civ. Proc. 55.03 and that said original filing shall be maintained by the filer for a time period not less than that specified by said Rule.

*/s/ Evita Tolu*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 9 day of October 2021, a copy of the foregoing was served by electronic filing to: William Halaz III, Attorney for Petitioner, who is registered with the Court to receive electronic filings and notices.  A copy of the foregoing document was also served by email on Bernice Haynes at haynesk228@gmail.com.

/s/ *Evita Tolu*

Exhibit 18



# IN THE 36th JUDICIAL CIRCUIT COURT, RIPLEY COUNTY, MISSOURI

| Judge or Division:<br>Gary A. Kamp | Case Number: 13RI-CV00554 | Becky Nealy<br>Plaintiff's/Petitioner's Attorney:<br>William Halaz III |
|---|---|---|
| Charles M. Haynes<br>Plaintiff/Petitioner: | Person Subpoenaed:<br>Spain Miller Galloway & Lee LLC | |
| vs. | Address:<br>1912 Big Bend Road<br>P.O. Box 1248<br>Poplar Bluff, MO 63901    10·B<br>10,10A | Address:<br>600 Kellwood Parkway<br>Suite 310<br>Chesterfield, MO 63017<br>Telephone: 314-725-0000 |
| Cynthia K. Haynes<br>Defendant/Respondent: | Requesting Party:<br>☐ Plt./Pet. Atty   ☐ Plt./Pet.<br>☒ Def/Resp. Atty  ☐ Def./Resp. | Defendant's/Respondent's Attorney:<br>Evita Tolu |
| | Address: (Of Party Checked Above)<br>1 Crabapple Court<br>St. Louis, MO 63132<br>Telephone: 314-225-6400 | Address:<br>1 Crabapple Court<br>St. Louis, MO 63132<br>Telephone: 314-225-6400 |

For depositions attach a list of all attorneys of record and self-represented parties. Include the name, address, and telephone number.

(Date File Stamp)

## Subpoena
## Order to Produce Documents

The State of Missouri to: **Custodian of Records for Spain, Miller, Galloway & Lee LLC** (person subpoenaed)

You are commanded:

☐ to contact _____ (name) at _____ (telephone)
who will advise of time and place appearance is required.

☒ to appear at **Law office of Evita Tolu, 1 Crabapple Court, St. Louis, MO 63132
on October 25, 2021, at 12:00 pm.**

☐ to testify on behalf of: _____

☐ to give depositions.

☒ to bring the following: **See attached Exhibit A.**

**CIRCUIT CLERK**

10/7/2021
Date Issued

BY: Sharon R. Richmond

## Return/Affidavit

I certify that I served this subpoena in _____BTHL_____ (County/City of St. Louis), Missouri, by:

- [x] delivering a copy to the person subpoenaed __8 OCTOBER 21 @ 10:10AM__ (date).
- [ ] reading a copy to the person subpoenaed on _____ (date).
- [ ] I tendered legal fees for travel expenses per section 491.130, RSMo, in the amount of $ _____
- [ ] Other: _____

**Sheriff's Fees (if applicable)**
Summons                                                            $ _____
Non Est                                                            $ _____
Sheriff's Deputy Salary Supplemental
Surcharge (Civil Cases Only-$10.00)                                $ _____ (_____ miles @ $_____ per mile)
Mileage                                                            $ _____
Total                                                              $ 45.00

_____
Person Serving Subpoena

## Instructions

1. This subpoena will remain in effect until this trial is concluded or you are discharged by the Court. You must attend trial from time to time as directed. **No additional Subpoena is required for your future appearance at any trial of this case.** If you fail to appear, you may be held in contempt of court.
2. If you have any questions regarding this subpoena, contact the person who requested it listed on the front.
3. **Bring this form with you to court.** This form must be completed, signed, and returned to the clerk as soon as you have testified or been dismissed.

## Witness Claim

I have served _____ day(s) as a witness and I traveled _____ mile(s) round-trip from my home to the courthouse to attend this proceeding.

_____
Signature

_____
Current Address

_____
City, State, Zip

Subscribed and sworn to before me on _____ (date).

Total Claimed $ _____         _____
                                   Clerk

Exhibit 18

# IN THE CIRCUIT COURT OF RIPLEY COUNTY, MISSOURI

In the Marriage of:
CHARLES M. HAYNES,
         Petitioner

v.

CYNTHIA K. HAYNES
         Respondent

BERNICE HAYNES
         Intervenor

Cause No. 13RI-CV00554

## AFFIDAVIT OF SERVICE

### SERVED UPON SPAIN, MILLER, GALLOWAY & LEE, LLC

I, ~~William~~ Bill Harris, being duly sworn, depose and say:

I am over the age of eighteen (18) years and not a party to this action, and that within the boundaries of the state where the service was effected, I was authorized by law to make service of the Subpoena for Production of Documents directed to Spain, Miller, Galloway & Lee, LLC and issued by the Circuit Court of Ripley County on October 7, 2021.

Recipient Name/Address:     Spain, Miller, Galloway & Lee, LLC
                                      1912 Big Bend PO Box 1248
                                      Poplar Bluff, MO 63902

Manner of Service:     Personal, hand delivery on October 8, 2021 at 10:05 am

Documents:     Subpoena for Production of Documents directed to Custodian of Records for Spain, Miller, Galloway & Lee, LLC

Additional comments:     Successful service on October 8, 2021 at 10:05 am at 1912 Big Bend, P.O. Box 1248, Poplar Bluff, MO 63902, received by Becky Nealy (First & Last Name).

Date: 8 Oct 21

Bill ~~William~~ Harris
Missouri Court Services
4419 Hwy M
Poplar Bluff MO 63901
Tel. 573-776-8600

Subscribed & sworn before me by the affiant who is personally known to me.

Notary Public     Date: 10/8/2021

NICOLETTE E. MCALLISTER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES NOVEMBER 18, 2024
BUTLER COUNTY
COMMISSION #20161707

Exhibit 18