IN THE CIRCUIT COURT OF RIPLEY COUNTY, MISSOURI
AT DONIPHAN, MISSOURI

IN RE THE MARRIAGE OF CHARLES M. HAYNES
AND CYNTHIA K. HAYNES

| | | |
|---|---|---|
| CHARLES M. HAYNES | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| VS. | ) 13RI-CV00554 | |
| | ) | |
| CYNTHIA K. HAYNES | ) | |
| Respondent | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| BERNICE HAYNES | ) | |
| Intervenor | ) | |

**FILED**
**12/17/2021**
**12:54 PM**
**RIPLEY COUNTY**
**CIRCUIT COURT**

## ORDER

The Court having heard the oral arguments concerning the subpoena issued for the production of records from the former Guardian ad Litem, does hereby sustain the oral order to quash the said subpoena and orders that said subpoena shall no longer be in force and effect. In sustaining the said motion to quash, the Court notes that in light of the Court sustaining the Respondent's motion for partial summary judgement said request for the aforementioned records is now moot and would be irrelevant and immaterial at the trial of this matter.

Dated this 17th day of December, 2021.

_____
Judge Gary A. Kamp

Exhibit 0019