```
 1   OTHER THINGS THAT HAPPENED ON THE RIVER.
 2           THE COURT:  OKAY.
 3           MR. LISZEWSKI:  DURING THE PENDENCY OF THIS
 4   CASE.
 5           THE COURT:  I'LL TAKE THE OBJECTIONS ALONG
 6   WITH THE CASE.  I'M GOING TO LET THEM CALL THEIR
 7   WITNESS.
 8           MS. KRUG:  OKAY.
 9           THE COURT:  THE OBJECTION IS OVERRULED.
10           MS. KRUG:  AND THEN YOUR HONOR WITH REGARD TO
11   THE SEVENTH LISTED WITNESS JENNIFER WILLIAMS WHO IS A
12   BUTLER COUNTY ATTORNEY AND THE GUARDIAN AD LITEM FOR
13   THE TWO YOUNGER CHILDREN INCLUDING THE ONE WHO IS
14   RECENTLY DECEASED.  AS FAR AS RELATIONS GO WITH THE
15   VICTIM IN THIS CASE SHE IS NOT THE GAL FOR THE PERSON
16   THAT THE DEFENDANT HAS PLED GUILTY TO MOLESTING.
17           MR. LISZEWSKI:  THE REASON THAT I HAVE CALLED
18   MS. WILLIAMS TO TESTIFY IS TO EXPLAIN THE EXTENT AND
19   HISTORY OF THE RELATIONSHIP THE DEFENDANT HAD WITH HIS
20   CHILDREN, NOW CHILD OBVIOUSLY, MIKAYLA HAS SINCE PAST,
21   BUT SHE CAN OFFER INSIGHTS INTO WHAT THE COURT WOULD
22   RARELY HAVE AN OPPORTUNTIY TO SEE.  AND ADDITIONALLY
23   WHAT THE COURT WOULD BE ABLE TO SEE IS THE RELATIONSHIP
24   THAT CHUCK HAD WITH HIS DAUGHTERS PRIOR TO THIS, HIS
25   BIOLOGICAL DAUGHTERS, NOT THE VICTIM, WITH THIS CASE
```

**EXHIBIT A**

```
 1   BEING FILED, SUBSEQUENT TO THE CASE BEING FILED, AND
 2   THE ROLE THAT HE PLAYED IN THAT RELATIONSHIP AND AT OUR
 3   REQUEST NOT TO SEND HIM TO PRISON BECAUSE OF WHAT HIS
 4   ROLE WAS AS A FATHER, AND THAT DIRECTLY FITS IN WITH
 5   557.036 WHICH DISCUSSED ONE OF THE CHARACTERISTICS THE
 6   COURT IS TO CONSIDER, IS THE HISTORY AND
 7   CHARACTERISTICS OF EACH PARTICULAR DEFENDANT.  AND I
 8   BELIEVE THAT CHILD CUSTODY FACTORS WOULD SUPPORTEDLY
 9   FIT WITHIN THAT.
10           MS. KRUG:  YOUR HONOR AGAIN WE'RE NOT DEALING
11   WITH THE DIVORCE CASE, WE'RE NOT DEALING WITH THE
12   CUSTODY CASE AND THE HISTORY AND CHARACTER OF HOW HE
13   WAS WITH CHILDREN HE HAS NOT BEEN CHARGED WITH
14   MOLESTING IS NOT RELEVANT TO WHAT HE DID HERE.
15           THE COURT:  I'M GOING TO HEAR THE EVIDENCE
16   AND I'LL TAKE OBJECTIONS ALONG WITH THE TESTIMONY.
17           MS. KRUG:  THANK YOU YOUR HONOR.
18           THE COURT:  OKAY.  WHO IS TAKING THE LEAD FOR
19   THE DEFENSE?  WHO DO I ADDRESS?
20           MR. LISZEWSKI:  YOUR HONOR WE HAVE SPLIT THIS
21   THING UP IF THAT'S ALRIGHT.
22           THE COURT:  WELL LET ME ASK, HAS SOMEONE GONE
23   OVER THE SENTENCING ASSESSMENT REPORT WITH YOUR CLIENT?
24           MR. LISZEWSKI:  WE BOTH HAVE YOUR HONOR.
25           THE COURT:  OKAY IS THERE ANY CORRECTIONS,
```