IN THE UNITED STATES DITRICT COURT
EASTERN DISTRICT OF MISSOURI-SOUTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA HAYNES | ) | |
| (a/k/a Cynthia Randolph) | ) | |
| Plaintiff, | ) | Case No. 1:21-CV-00160-ACL |
| | ) | |
| vs. | ) | |
| | ) | |
| JENNIFER WILLIAMS, et al. | ) | |
| Defendants, | ) | |

## CERTIFICATE OF SERVICE OF ANSWERS TO PETITIONER'S INTERROGATORIES DIRECTED TO PLAINTIFF

The undersigned hereby certifies that the Answers to "Plaintiff's Interrogatories Directed to Defendant, Charles Haynes" were served on Cynthia Haynes, Plaintiff, by emailing the same to Mr. Laurence Mass, Attorney for Plaintiff, at email address: laurencedmass@att.net on the 30th day of December, 2022.

Respectfully submitted,

**Hartmann, Duffe and Pegram, LLC**

____/s/ Cira R. Duffe____
Cira R. Duffe, #49506MO
101 E. Columbia St.
Farmington, MO  63640
Telephone:  573-756-8082
Email:  duffe@hdp-law.com
*Attorney for Defendant*

## CERTIFICATE OF SIGNED ORIGINAL

The electronic signature(s) of Counsel and/or Partie(s), appearing hereon, does verify that this original document was signed by both Counsel and/or Partie(s) to this action as prescribed in Mo. R. Civ. Proc. 55.03 and that said original filing shall be maintained by the filer for a time period not less than that specified by said Rule.

## **PROOF OF SERVICE**

The undersigned hereby certifies that a complete copy of the above and foregoing was served on this 30th    day of December, pursuant to Supreme Court Rule 43.01, as follows:

_____   By mailing to all parties, or if represented, to their attorneys, by depositing the same in the U.S. Mail, First Class Postage Prepaid, addressed to said parties or attorneys at their last known address.

_____   By delivering to all parties, or if represented, to their attorneys, or as to attorney only, by leaving a copy at the attorney's office with a clerk, secretary, or attorney employed or associated with said attorney(s).

_____  By facsimile transmission to the parties, or if represented, to their attorneys at the following telephone numbers:

__XX By electronic filing to all registered users pursuant to Mo. R. Civ. Proc 103.08 and upon all non-registered users pursuant to Mo. R. Civ. Proc 43.01, as indicated above.

Laurence Mass

_____/s/ Cira R. Duffe_____