UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CYNTHIA K. HAYNES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:21-CV-00160-ACL |
| JENNIFER WILLIAMS, et al. | ) ) ) |
| Defendants. | ) |

### PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

Attorney LAURENCE D. MASS seeks leave to withdraw as counsel for Plaintiff Cynthia K. Haynes because of differences that have arisen between him and Plaintiff. Withdrawal can be accomplished without adverse effect on Plaintiff's interests because Attorney Evita Tolu will remain as counsel for Plaintiff.

Respectfully submitted,

*/s/  Laurence D. Mass*
Laurence D. Mass, Bar # 30977 Mo.
230 S. Bemiston Avenue, Suite 1200
Saint Louis, Missouri 63105
Phone: (314) 862-3333 ext. 20
Fax: (314) 862-0605
e-mail: laurencedmass@att.net

Attorney for Cynthia K. Haynes

**SO ORDERED:**

_____
Judge Abbie Crites-Leoni

## CERTIFICATE OF SERVICE

      It is hereby certified that on this __3rd__ day of April 2023, a copy of the foregoing was filed electronically with the Clerk of the Court to be served to all counsel by operation of the Court's electronic filing system and a copy was sent by email to Plaintiff at weddingpartyprocession@gmail.com.

                                    /s/  Laurence D. Mass