# OFFICE OF CHIEF DISCIPLINARY COUNSEL

## OCDC

SUPREME COURT OF MISSOURI

3327 AMERICAN AVENUE
JEFFERSON CITY, MISSOURI  65109-1016
PHONE: (573) 635-7400
FAX: (573) 635-2240

**Re:    Attorney** ██████████

Dear ██████████

This will acknowledge review of your complaint against ██████████ received by our office on ██████████

A Guardian Ad Litem is an officer of the court and serves to provide information to the Court on matters assigned to the GAL. ██████████ conduct is primarily under the jurisdiction of the Court and any criticism of the GAL's conduct could have been directed to the Court during the pending case.

I understand you believe that ██ may not have taken steps that you believe were necessary during the pendency of the matter regarding your ██████ This office does not review the trial strategy of a GAL.  That is a matter of judgment and not a matter for professional discipline.

You also expressed your concerns regarding the GAL ██████████ Please be advised that this office does not have jurisdiction regarding ██████████ GAL.

After review of your correspondence, a determination was made that there is not a sufficient basis for this office to initiate action against ██████████ You may wish to consult with an attorney for any legal advice or assistance that you may need.

Sincerely,

██████████████

**PLAINTIFF'S EXHIBIT A**

# OFFICE OF CHIEF DISCIPLINARY COUNSEL

## OCDC

SUPREME COURT OF MISSOURI

3327 AMERICAN AVENUE
JEFFERSON CITY, MISSOURI 65109-1016
PHONE: (573) 635-7400
FAX: (573) 635-2240

██████████████



Re:     Attorney Brian D. Dunlop

Dear ██████████:

This will acknowledge review of your complaint against Brian D. Dunlop received by our office on ██████████.

A Guardian Ad Litem is an officer of the court and serves to provide information to the Court on matters assigned to the GAL. Mr. Dunlop's conduct is primarily under the jurisdiction of the Court and any criticism of the GAL's conduct could have been directed to the Court during the pending case.

I understand you believe that Mr. Dunlop may not have taken steps that you believe were necessary during the pendency of the matter regarding your ██. This office does not review the trial strategy of a GAL. That is a matter of judgment and not a matter for professional discipline.

You also expressed your concerns regarding the ████████ of Mr. Dunlop. Please be advised that this office does not have jurisdiction regarding court ordered ████████.

After review of your correspondence, a determination was made that there is not a sufficient basis for this office to initiate action against Mr. Dunlop. You may wish to consult with an attorney for any legal advice or assistance that you may need.

Sincerely,

Sam S. Phillips
Deputy Chief Disciplinary Counsel

SP/aw

**PLAINTIFF'S EXHIBIT A**

-1

Ocdc rejectior

## OFFICE OF CHIEF DISCIPLINARY COUNSEL                    OCDC

SUPREME COURT OF MISSOURI

3327 AMERICAN AVENUE
JEFFERSON CITY, MISSOURI 65109 1096
PHONE  573 635 7400
FAX  573 635 2240

�involved 2022

Re:  ███████████████        ██████████████

Dear ███████  ████████  ███████

I have read your ███████████ letter regarding Attorney ██████████  ██████████

A Guardian Ad Litem is an officer of the court and serves to provide information to the court on matters assigned to the GAL. ████████████ conduct is primarily under the jurisdiction of the court and any criticism of the GAL's conduct should be directed to the court during the pending case.

I understand you believe that ████████████ may not have taken steps that you believe were necessary during the pendency of the matter regarding your child. This office does not review the trial strategy of a GAL. That is a matter of judgment and not a matter for professional discipline.

You should consult with your attorney for any legal advice or assistance that you may need regarding this matter.

Sincerely,

**PLAINTIFF'S EXHIBIT A**

OFFICE OF CHIEF DISCIPLINARY COUNSEL                    OCDC

SUPREME COURT OF MISSOURI

3327 AMERICAN AVENUE
JEFFERSON CITY, MISSOURI 65109-1016
PHONE: (573) 635-7400
FAX: (573) 635-2240

December 7, 2020

████████████████
████████████████

    **Re:**   **Attorney** ████████████

Dear Mr. ████████

    This will acknowledge review of your complaint against Mr. ████ received by our office on October 27, 2020.

    A Guardian Ad Litem is an officer of the court and serves to provide information to the Court on matters assigned to the GAL.  Mr. ████████ conduct is primarily under the jurisdiction of the Court and any criticism of the GAL's conduct could have been directed to the Court during the pending case.

    I understand you believe that he may not have taken steps that you believe were necessary during the pendency of the matter regarding your son.  This office does not review the trial strategy of a GAL.  That is a matter of judgment and not a matter for professional discipline.

    You also expressed your concerns regarding the GAL fees of Mr. ████ Please be advised that this office does not have jurisdiction regarding court ordered GAL fees.

    After review of your correspondence, a determination was made that there is not a sufficient basis for this office to initiate action against Mr. ████ You may wish to consult with an attorney for any legal advice or assistance that you may need.

Sincerely,

*Mark Flanegin* (signature)

Mark A. Flanegin
Staff Counsel

MF/lb

**PLAINTIFF'S EXHIBIT A**