UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA HAYNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:21CV160 ACL |
| | ) | |
| JENNIFER WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER
## REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION

After due consideration of the issues and in consultation with the parties, the Court finds

that this cause is appropriate for a second referral to an alternative form of dispute resolution as

provided by the local rules of this Court.

**IT IS HEREBY ORDERED** THAT:

(a)     <u>Referral to ADR</u>: This case is referred to:     **Mediation.**

(b)     <u>Conduct of ADR Conference(s)</u>: The ADR conference(s) shall be conducted in

accordance with the procedures outlined in E.D.Mo. L.R. 6.01 - 6.05.

(c)     <u>Scheduling ADR Conference(s)</u>: The ADR conference(s) shall be concluded before

**July 14, 2023**, unless extended by order of the Court.  Although ADR conferences may be

conducted at any location agreed to by the parties, counsel, and the assigned neutral, the parties are

advised that such conferences may be conducted in designated space in the United States District

Court, 111 S. 10th Street, 5th Floor, St. Louis, Missouri, or in the United States Courthouse, 555

Independence, Cape Girardeau, Missouri, by making arrangements with the Office of the Clerk.

(d)  Designation of Lead Counsel: **Evita Tolu** is designated as lead counsel and shall be responsible for working with the parties and the neutral to coordinate an agreeable date, time, and, if necessary, location for the initial ADR conference.

(e)  Responsibilities of Lead Counsel: Not later than **June 5, 2023** , lead counsel shall notify the clerk of the agreed choice of neutral selected by the parties and the date, time and location of the initial ADR Conference (see Designation of Neutral/ADR Conference Report form, <www.moed.uscourts.gov>, ADR, forms).   Upon selection of the neutral, lead counsel shall send a copy of this order to the neutral.

(f)  General Rules Governing ADR Conference(s): Although the ADR process is defined in detail in the Local Rules, the following additional guidelines shall govern the process:

(1)  Memoranda: Not later than ten (10) days prior to the initial ADR conference, each party will provide the neutral with a memorandum presenting a summary of disputed facts and a narrative discussion of its position relative to both liability and damages.   These memoranda shall be treated as **Confidential Communications** and shall not be filed in the public record of the case nor provided to any other party or counsel.

(2)  Disclosure of Participants and Duty to Attend: Not later than ten (10) days prior to the ADR Conference, each party will provide to the opposing party, and to the neutral, a list of all persons who will participate in the ADR Conference on behalf of the party making the disclosure.   This list shall state the names of the individuals attending and their general job titles. Pursuant to Rule 16-6.02(B), all parties, counsel of record, and corporate representatives or claims professionals having authority to settle claims shall attend the mediation conference in person unless otherwise agreed to by the parties or approved by the court, and participate in good faith.   For early neutral evaluation conferences, all counsel of record and their clients shall attend in person unless otherwise agreed to by the parties or approved by the court.

(3)  Authority of the Neutral: The neutral shall have authority to consult and conduct conferences and private caucuses with counsel, individual parties, corporate representatives and claims professionals, to suggest alternatives, analyze issues and positions, question perceptions, stimulate negotiations, and keep order.

2

(4)  <u>Compliance with Deadlines</u>: All deadlines must be complied with in a timely fashion and the appropriate forms filed with the Clerk of the District Court.   If a deadline cannot be met, the designated lead counsel shall **file a motion requesting an extension of the deadline** prior to the expiration of that deadline.   Noncompliance of any deadline set herein by this Court may result in the imposition of sanctions to the appropriate party or parties.

(g)  <u>Compensation of the Neutral</u>: The neutral shall receive reasonable compensation for services rendered pursuant to this order, which, unless otherwise agreed by counsel, shall be borne by the parties in accordance with Rule 6.03(C)(1).   Compensation is payable to the neutral upon the conclusion of the ADR referral.

**SO ORDERED** this <u>15th</u> day of <u>May, 2023</u> .

ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

3