UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CYNTHIA K. HAYNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-CV-160-ACL |
| | ) |
| JENNIFER WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the parties' Joint Motion and Memorandum Staying Case Management Order (CMO) Deadlines and for Entry of a Modified CMO with a New Jury Trial Date and Request for a Status Conference. (Doc. 128.)

The parties explain that they have participated diligently in discovery and gathered information from various sources including but not limited to the Division of Family Services and Missouri Department of Corrections that is much more voluminous and extensive than anticipated. There are also issues related to Williams' GAL status that have stalled the parties' ability to conduct her deposition and other discovery. Another issue surrounds a legal file from the attorney who represented Plaintiff during the Haynes' divorce along with juvenile matters and Plaintiff's business matters. In addition, M.H.'s cellular phone has yet to be examined by the Missouri State Highway Patrol and records requested from additional medical providers have not yet been received or reviewed. Finally, the number of witnesses who have discoverable information far exceeds the present limitation for depositions for each party.

Based on the foregoing, the parties have established that good cause exists to stay and amend the current deadlines, and to vacate the trial setting. The Motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion and Memorandum Staying Case Management Order (CMO) Deadlines and for Entry of a Modified CMO with a New Jury Trial Date and Request for a Status Conference (Doc. 128) is **granted** in that:

a. the current trial setting is **vacated**;

b. the remaining deadlines in the CMO are **stayed** until further order of the Court;

c. the deadline for the parties' revised joint proposed scheduling plan is **June 21, 2023**; and

d. a status conference will be held **Thursday, June 29, 2023, at 11:00 a.m.** by telephone. **Counsel should call in to the conference at 877-402-9753; Access Code:  6071313.**

Dated this 31st day of May, 2023.

    /s/ *Abbie Crites-Leoni*
    ABBIE CRITES-LEONI
    UNITED STATES MAGISTRATE JUDGE